UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

IN RE

AIR CARGO SHIPPING SERVICES
ANTITRUST LITIGATION

MDL No. 1775

06-MF-1775 (CBA)(VVP)

**NOTICE OF APPEARANCE**

TO: **CLERK OF THE COURT
ALL PARTIES OF RECORD**

PLEASE TAKE NOTICE that Jason A. Zweig of the law firm of Kaplan Fox & Kilsheimer LLP, 805 3rd Avenue, 22nd Floor, New York, NY 10022, will be appearing to represent Plaintiffs, ABM International, Inc. and Spraying Systems Co.

I certify that I am admitted to practice in the Eastern District of New York.

> Jason A. Zweig
> Kaplan Fox & Kilsheimer LLP
> 805 3rd Avenue, 22nd Floor
> New York, NY 10022
> jzweig@kaplanfox.com

Dated: August 18, 2006

_____
Jason A. Zweig

## CERTIFICATE OF SERVICE

I, Mandrika Moonsammy hereby affirm and declare that on August 18, 2006, I caused a true and correct copy of the Notice of Appearance of Jason A. Zweig on behalf of AMB international, Inc. and Spraying Systems, Co. to be served via the Court's ECF system and/or by depositing the same in the U.S. Mail, postage prepaid, on this date to the attached service list.

_____
Mandrika Moonsammy

## SERVICE LIST

| | |
|---|---|
| Steven A. Asher<br>Weinsterin, Kitchenoff & Asher, LLC<br>1845 Walnut Street<br>Suite 1100<br>Philadelphia, PA  19103 | *Counsel for Mamlaka Video* |
| Joseph M. Barton<br>Gold, Bennett, Cera & Sidener, LLP<br>595 Market Street<br>Suite 2300<br>San Francisco, CA  94105 | *Counsel for Americana Flower Brokers* |
| Steve W. Berman<br>Hagens Berman Sobol Shapiro, LLP<br>1301 Fifth Avenue<br>Suite 2900<br>Seattle, WA  98101 | *Counsel for Lionheart Group, Inc.* |
| Anthony J. Bolognese<br>Bolognese & Associates, LLC<br>One Penn Center Plaza<br>1617 JFK Boulevard<br>Suite 650<br>Philadelphia, PA  19103 | *Counsel for Superior Jewelry Co.* |
| Eric L. Cramer<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA  19103 | *Counsel for Mitchell Spitz* |
| James V. Dick<br>Squire, Sanders & Dempsey, L.L.P.<br>1201 Pennsylvania Avenue, NW<br>P.O. Box 407<br>Washington, DC  20044-0407 | *Counsel for LAN Airlines S.A. and LAN Cargo S.A.* |
| Mary Jane Fait<br>Wolf Haldenstein Adler Freeman & Herz LLC<br>55 West Monroe Stret<br>Suite 1111<br>Chicago, IL  660603 | *Counsel for Blumex U.S.A., Inc., and Blumex Export BV* |

4

Stephen Fishbein
Sherman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

*Counsel for Cargolux Airlines and Cargolux Airlines International S.A.*

John R. Fornaciari
Sheppard, Mullin, Richter & Hampton, LLP
1300 I Street, N.W., 11th Floor East
Washington, DC 20005

*Counsel for Nippon Cargo Airlines Co., Ltd.*

Paul Gallagher
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005

*Counsel for Lynn Culver (d/b/a Noah Feline Conservation Center) and Niagara Frontier Distribution, Inc.*

Steven J. Greenfogel
Meredith, Cohen, Greenfogel & Skirnick, P.C.
117 South 17th Street
22nd Floor, Suite 1103
Philadelphia, PA 19103

*Counsel for ACS Associates USA, Inc.*

Marc I. Gross
Pomerantz, Haudek, Block, Grossman & Gross LLP
100 Park Avenue
26th Floor
New York, NY 10017

*Counsel for ROCK International Transport, Inc.*

Peter E. Halle
Morgan Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

*Counsel for Korean Air Co., Ltd. and Korean Airlines Co., Ltd.*

Barbara J. Hart
Labaton, Sucharow & Rudoff & LLP
100 Park Avenue
New York, NY 10017-5563

*Counsel for Benchmark Export Services, Inc. and Fleurchem, Inc.*

Robert N. Kaplan
Kaplan Fox & Kilsheimer, LLP
805 Third Avenue
22nd Floor
New York, NY 10022

*Counsel for Spraying Systems Co.*

| | |
|---|---|
| William Karas<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC  20036 | *Counsel for Japan Airlines Corp., and Japan Airlines International Co., Ltd.* |
| Tracey Kitzman<br>7 E. Eighth Street<br>#206<br>New York, NY  10003 | *Counsel for Helen's Wooden Crafting Co.* |
| Joseph C. Kohn<br>Kohn, Swift & Graf, P.C.<br>One South Broad Street<br>Suite 2100<br>Philadelphia, PA  19107 | *Counsel for apparel Kenya (EZP), Ltd.* |
| Charles E. Koob<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY  10017-3954 | *Counsel for Virgin Atlantic Airways, Ltd.* |
| Michael P. Lehmann<br>The Furth Firm, LLP<br>225 Bush Street<br>15th Floor<br>San Francisco, CA  94104-4249 | *Counsel for Richard Smith* |
| Daryl A. Libow<br>Sullivan & Cromwell<br>1701 Pennsylvania Avenue, N.W.<br>Suite 800<br>Washington, DC  20006 | *Counsel for British Airways, Plc* |
| Kevin B. Love<br>Hanzman, Criden & Love, P.A.<br>7301 S.W. 57th Court<br>Suite 515<br>South Miami, FL  33143 | *Counsel for Topp, Inc.* |
| Douglas A. Millen<br>Much, Shelist, Freed, et al., P.A.<br>191 North Wacker Drive<br>Suite 1800<br>Chicago, IL  60606-1615 | *Counsel for Bacchus Technologies, LLC d/b/a Vine Street Imports LLC* |

Marvin A. Miller  
Miller, Faucher & Cafferty, LLP  
30 North LaSalle Street  
Suite 3200  
Chicago, IL 60602  

*Counsel for Sisimizi, Ltd.*

John M. Nannes  
Skadden, Arps, Slate, Meagher & Flom, LLP  
1440 New York Avenue, NW  
Washington, DC 20005-2111  

*Counsel for KLM Royal Dutch Airlines*

Mark Reinhardt  
Reinhardt, Wendorf & Blanchfield  
1250 East First National Bank Building  
332 Minnesota Street  
St. Paul, MN 55101  

*Counsel for Animal Land, Inc.*

Gerald J. Rodos  
Barrack, Rodos & Bacine  
3300 Two Commerce Square  
2001 Market Street  
Philadelphia, PA 19103  

*Counsel for International Sea & Air Shipping Corp.*

Richard A. Rothman  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York, NY 10153  

*Counsel for American Airlines, Inc.*

George D. Ruttinger  
Crowell & Moring, LLP  
1001 Pennsylvania Avenue, NW  
Washington, DC 20004-2595  

*Counsel for SAS AB d/b/a SAS Group, SAS Cargo Group A/S and Scandinavian Airlines Systems*

Edward Schwartz  
DLA Piper Rudnick Gray Cary US LLP  
1200 19th Street, NW  
Washington, DC 20036-2412  

*Counsel for Cathay Pacific Airways, Ltd.*

Howard J. Sedran  
Levin, Fishbein, Sedran & Berman  
510 Walnut Street  
Suite 500  
Philadelphia, PA 19106  

*Counsel for Zucker's Gifts, Inc.*

| | |
|---|---|
| Bruce L. Simon<br>Cotchett, Pitre, Simon & McCarthy<br>San Francisco Airport Office Center<br>Suite 200<br>840 Malcolm Road<br>Burlingame, CA 94010 | *Counsel for Printing Technologies, Inc.* |
| Charles J. Simpson, Jr.<br>Zuckert, Scoutt & Rasenberger, L.L.P.<br>888 Seventeenth Street, NW<br>Suite 700<br>Washington, DC 20006 | *Counsel for All Nippon Airways Co., Ltd.* |
| Edward A. Wallace<br>The Wexler Law Firm<br>One North LaSalle Street<br>Suite 2000<br>Chicago, IL 60602 | *Counsel for Joan Adams* |
| Lawrence Walner<br>Lawrence Walner & Associates, Ltd.<br>150 North Wacker Drive<br>Suite 2150<br>Chicago, IL 60606 | *Counsel for ABM International, Inc.* |
| James R. Warnot, Jr.<br>Linklaters<br>1345 Avenue of the Americas,<br>New York, NY 10105 | *Counsel for Air France, Air France ADS, Air France Cargo ADS, Air France-KLM, Air France-KLM Cargo ADS and Air France-KLM Group ADS* |
| Alan M. Wiseman<br>Howrey LLP<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004 | *Counsel for International Air Transport Association* |
| Harvey J. Wolkoff<br>Ropes & Gray, LLP<br>One International Place<br>Boston, MA 02110-2624 | *Counsel for Atlas Air Worldwide Holdings, Inc. and Polar Air Cargo, Inc.* |
| Margaret M. Zwisler<br>Latham & Watkins, LLP<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC 20004 | *Counsel for Singapore Airlines Cargo PTE Ltd., Singapore Airlines, Inc. and Singapore Airlines, Ltd.* |