**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**

WASHINGTON • NEW YORK • PHILADELPHIA • CHICAGO

Michael D. Hausfeld
(202) 408-4600
mhausfeld@cmht.com

December 12, 2006

The Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza
Brooklyn, NY 11201

    Re:    <u>In re Air Cargo Shipping Services Antitrust Litigation
MDL No. 1775, CBA (VVP)</u>

Dear Judge Pohorelsky:

    Pursuant to Your Honor's Practice and Procedure Order Number 2, Plaintiffs' Co-Lead Counsel designates Cohen, Milstein, Hausfeld & Toll, P.L.L.C. to serve as Liaison Counsel for the Plaintiffs. Plaintiffs' Co-Lead Counsel may wish to rotate the person or firm filling this position sometime in the future.

    It is respectfully suggested that in light of the Court's electronic filing procedures, there should be no need for Liaison Counsel to distribute orders from the Court or filings from defense counsel. Therefore, Plaintiffs' Co-Lead counsel propose that the responsibilities of Plaintiffs' Liaison should be as follows:

> To serve as the contact on behalf of all plaintiffs to receive telephone calls and other communications from the Court, the Clerk of the Court and defendants' counsel in order to assist, as needed, in the scheduling of conference and hearings; and to transmit to other Plaintiffs' Co-Lead Counsel copies of all Court Orders and Court notices and other materials not filed electronically.

    It is traditional for defendants to serve copies of papers not otherwise filed electronically upon all Plaintiffs' Co-Lead Counsel and we wish to preserve that practice. Plaintiffs' Co-Lead Counsel will also work with defense counsel to make sure that the agreed-upon defense counsel

1100 New York Avenue, N.W. • Suite 500, West Tower • Washington, D.C. 20005
Phone (202) 408-4600 • Fax (202) 408-4699 • www.cmht.com

AFFILIATED OFFICES: UNITED KINGDOM • ITALY • SOUTH AFRICA • PANAMA • AUSTRALIA

The Honorable Viktor V. Pohorelsky
December 12, 2006
Page 2

receive copies of all Plaintiffs' correspondence and filings.

                                        Respectfully submitted,

                                        /s/ Michael D. Hausfeld
                                        Michael D. Hausfeld
                                        Cohen, Milstein, Hausfeld, & Toll, P.L.L.C
                                        1100 New York Avenue, NW
                                        Suite 500, West Tower
                                        Washington, DC 20005

                                        /s/ Barbara J. Hart
                                        Barbara J. Hart
                                        Labaton Sucharow & Rudoff LLP
                                        100 Park Avenue
                                        New York, NY  10017

                                        /s/ Robert N. Kaplan
                                        Robert N. Kaplan
                                        Kaplan Fox & Kilsheimer LLP
                                        805 Third Avenue
                                        22nd Floor
                                        New York, NY  10022

                                        /s/ Howard J. Sedran
                                        Howard J. Sedran
                                        Levin, Fishbein, Sedran & Berman
                                        510 Walnut Street
                                        Suite 500
                                        Philadelphia, PA  19106

MDH/mvc
cc: All Counsel