UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
IN RE

AIR CARGO SHIPPING SERVICES
ANTITRUST LITIGATION

M.D.L. No. 1775
----------------------------------------------------------x

06-MD-1775

ALL CASES

## PRACTICE AND PROCEDURE ORDER NUMBER 3

In accordance with Practice and Procedure Order Number 2, Co-Lead Counsel have submitted a letter dated December 12, 2006 designating Cohen, Milstein, Hausfeld & Toll, P.L.L.C. to serve as Liaison Counsel for the Plaintiffs, and suggesting that the person or firm fulfilling the function of Liaison Counsel may rotate in the future.  Co-Lead Counsel further propose that, in view of the court's electronic case filing procedures, there is no need to distribute the court's orders and the defendants' filings to other plaintiffs' counsel.  Rather, they propose a more limited role.  No objections to any of the above proposals have been received by the court.  Accordingly, the court hereby endorses the designation of the Cohen Milstein firm as Liaison Counsel as well as the prospect that the role of Liaison Counsel may rotate in the future, subject to the court's approval in advance. The court further endorses a more limited role for Liaison Counsel as proposed.  Specifically the responsibilities of Liaison Counsel shall be,

1. To serve as the contact on behalf of all plaintiffs to receive telephone calls and other communications from the Court, the Clerk of the Court and defendants' counsel to assist in the scheduling of conferences, hearings, and such other proceedings as may be required; and

2. To transmit to other Plaintiffs' Co-Lead Counsel copies of all orders, notices, and other materials not filed electronically.

SO ORDERED:

*Viktor V. Pohorelsky*
VIKTOR V. POHORELSKY
United States Magistrate Judge

Dated:   Brooklyn, New York
         December 18, 2006