UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- X
IN RE                                                   :
                                                        :     Docket No.
AIR CARGO SHIPPING SERVICES                             :     06-MD-1775 (CBA) (VVP)
ANTITRUST LITIGATION                                    :
                                                        :     <u>NOTICE OF APPEARANCE</u>
MDL No. 1775                                            :
------------------------------------------------------- X

**PLEASE TAKE NOTICE** that defendant, **AIR CHINA CARGO COMPANY LIMITED d/b/a AIR CHINA CARGO,** hereby appears in the above entitled action, and that the undersigned has been retained as attorneys for said defendant. Service of all pleadings, papers and documents required to be served in this action should be served on this party through its counsel at the office and post office address stated below:

        George N. Tompkins, Jr.
        George N. Tompkins III [GT-9127]
        Deborah Elsasser
        **WILSON, ELSER, MOSKOWITZ,**
        **EDELMAN& DICKER LLP**
        150 East 42nd Street
        New York City, New York 10017
        Telephone: (212) 490-3000
        Facsimile: (212) 490-3038

Dated:   New York, New York
          March 7, 2007                       Respectfully submitted,

                                                **WILSON, ELSER, MOSKOWITZ,**
                                                **EDELMAN & DICKER LLP**

                              By: _____
                                  George N. Tompkins, Jr.
                                  George N. Tompkins III [GT-9127]
                                  Deborah Elsasser
                                  Attorneys for Defendants
                                  **AIR CHINA LIMITED d/b/a AIR CHINA**
                                  **and AIR CHINA CARGO COMPANY**
                                  **LIMITED d/b/a AIR CHINA CARGO**
                                  150 East 42nd Street
                                  New York, New York 10017-5639
                                  (212) 490-3000
                                  File No. 09849.00001

2715045.1