# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

May 18, 2007

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re: MDL-1775 -- In re Air Cargo Shipping Services Antitrust Litigation

(See Attached Order)

Dear Mr. Heinemann:

I am enclosing a certified copy of an order filed today by the Panel involving the above-captioned matter.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Deputy Clerk

Enclosure

cc:  Judge Carol Bagley Amon; Judge John Gleeson; Judge Raymond J. Dearie

JPML Form 87



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 18 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1775

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION*

*ORDER REASSIGNING LITIGATION*

In a memorandum signed on May 7, 2007, Chief Judge Raymond J. Dearie reassigned the actions in this docket from the Honorable Carol Bagley Amon to the Honorable John Gleeson.

IT IS THEREFORE ORDERED that this litigation is reassigned to the Honorable John Gleeson for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman