# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES<br>ANTITRUST LITIGATION<br><br>MDL No. 1775 | Master File 06-MD-1775 (CBA) (VVP) |

AMENDMENT OF FEBRUARY 22, 2007, TO SETTLEMENT AGREEMENT BETWEEN
AIR CARGO PLAINTIFFS AND DEFENDANTS DEUTSCHE LUFTHANSA AG,
LUFTHANSA CARGO AG, AND SWISS INTERNATIONAL AIR LINES LTD.

This agreement further amends the Settlement Agreement that was reached by Lufthansa and plaintiffs represented by Mr. Hausfeld, dated September 11, 2006, as amended by the letter of October 6, 2006, and by the Amendment of January 4, 2007 (collectively, "the Settlement Agreement"). As executed by Mr. Hausfeld, Ms. Hart, Mr. Kaplan, and Mr. Sedran ("Co-Lead Counsel"), and Mr. Lehmann, Mr. Williams, Mr. Lovell, and Mr. Bruckner ("Indirect Purchaser Counsel"), and Lufthansa, this amended agreement embodies a complete settlement by Lufthansa with the Plaintiffs and proposed class represented by the four Co-Lead Counsel appointed by the Magistrate Judge and Indirect Purchaser Counsel. Based upon their own investigation of the factual and legal basis and following arm's-length negotiations with counsel for Lufthansa, Co-Lead Counsel and Indirect Purchaser Counsel have concluded that the Settlement Agreement, as amended herein, is in the best interest of the proposed plaintiff class. Co-Lead Counsel and Indirect Purchaser Counsel therefore and hereby adopt and ratify the Settlement Agreement, as amended herein, on behalf of their clients and the proposed class. Lufthansa hereby ratifies the agreement as amended herein, through undersigned counsel.

1. Paragraph 8 of the Settlement Agreement is hereby struck and replaced with the following:

"Class Representatives" or "Plaintiffs" means Niagara Frontier Distribution, Inc., RIM Logistics Ltd., FTS International Express, Inc., Fleurchem, Inc., Sangean American, Inc., Alluvion, Inc., Maria's Collections, Inc., and Printing Technologies, Inc. and all other plaintiffs designated by the Court as class representatives, individually and on behalf of the Settlement Class.

2. Paragraph 24 of the Settlement Agreement is hereby struck and replaced with the following:

"Settlement Class Counsel" shall refer to the law firms of Cohen, Milstein, Hausfeld & Toll, P.L.L.C., 1100 New York Avenue N.W., Washington D.C. 20005; Kaplan Fox & Kilsheimer LLP, 805 Third Avenue, New York, NY 10022; Labaton Sucharow & Rudoff LLP, 100 Park Avenue, New York, NY 10017; Levin, Fishbein, Sedran & Berman, 510 Walnut Street, Philadelphia, PA 19106; Furth Lehmann & Grant LLP, 225 Bush Street, 15th Floor, San Francisco, CA 94104; Cotchett, Pitre & McCarthy, 840 Malcolm Road, Suite 200, Burlingame, CA 94010; Lovell Stewart Halebian LLP, 500 Fifth Avenue, Suite 58, New York, NY 10110; and Lockridge, Grindal Nauen P.L.L.P., 100 Washington Avenue South, Minneapolis, MN 55401. In acting under this Settlement Agreement, Settlement Class Counsel shall act in unison, and in no event shall Lufthansa or its counsel be required to duplicate any efforts, including the provision of cooperation, by virtue of the fact that Settlement Class Counsel is comprised of more than one law firm.

IN WITNESS WHEREOF, the parties hereto, through their fully authorized representatives, have agreed to adopt and amend the Settlement Agreement as described above.

_____
David W. Ogden
Wilmer Cutler Pickering
   Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
*Counsel for Lufthansa AG,*
*Lufthansa Cargo AG,*
*and Swiss International Air Lines Ltd.*

Date: February 26, 2007

_____
Michael D. Hausfeld
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C. 20005
*Counsel for Plaintiffs and Co-Lead Counsel*

Date: _____

_____
Barbara Hart
Labaton Sucharow & Rudoff LLP
100 Park Avenue
New York, NY 10017
*Counsel for Plaintiffs and Co-Lead Counsel*

Date: _____

_____
Robert Kaplan
Kaplan Fox & Kilsheimer LLP
805 Third Avenue
New York, NY 10022
*Counsel for Plaintiffs and Co-Lead Counsel*

Date: _____

.05

2. Paragraph 24 of the Settlement Agreement is hereby struck and replaced with the following:

"Settlement Class Counsel" shall refer to the law firms of Cohen, Milstein, Hausfeld & Toll, P.L.L.C., 1100 New York Avenue N.W., Washington D.C. 20005; Kaplan Fox & Kilsheimer LLP, 805 Third Avenue, New York, NY 10022; Labaton Sucharow & Rudoff LLP, 100 Park Avenue, New York, NY 10017; Levin, Fishbein, Sedran & Berman, 510 Walnut Street, Philadelphia, PA 19106; Furth Lehmann & Grant LLP, 225 Bush Street, 15th Floor, San Francisco, CA 94104; Cotchett, Pitre & McCarthy, 840 Malcolm Road, Suite 200, Burlingame, CA 94010; Lovell Stewart Halebian LLP, 500 Fifth Avenue, Suite 58, New York, NY 10110; and Lockridge, Grindal Nauen P.L.L.P., 100 Washington Avenue South, Minneapolis, MN 55401. In acting under this Settlement Agreement, Settlement Class Counsel shall act in unison, and in no event shall Lufthansa or its counsel be required to duplicate any efforts, including the provision of cooperation, by virtue of the fact that Settlement Class Counsel is comprised of more than one law firm.

IN WITNESS WHEREOF, the parties hereto, through their fully authorized representatives, have agreed to adopt and amend the Settlement Agreement as described above.

_____
David W. Ogden
Wilmer Cutler Pickering
  Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
*Counsel for Lufthansa AG,*
*Lufthansa Cargo AG,*
*and Swiss International Air Lines Ltd.*

Date: February 26, 2007

_____
Barbara Hart
Labaton Sucharow & Rudoff LLP
100 Park Avenue
New York, NY 10017
*Counsel for Plaintiffs and Co-Lead Counsel*

Date: February 28, 2007

_____
Michael D. Hausfeld
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C. 20005
*Counsel for Plaintiffs and Co-Lead Counsel*

Date: _____

_____
Robert Kaplan
Kaplan Fox & Kilsheimer LLP
805 Third Avenue
New York, NY 10022
*Counsel for Plaintiffs and Co-Lead Counsel*

Date: _____

.05

2. Paragraph 24 of the Settlement Agreement is hereby struck and replaced with the following:

"Settlement Class Counsel" shall refer to the law firms of Cohen, Milstein, Hausfeld & Toll, P.L.L.C., 1100 New York Avenue N.W., Washington D.C. 20005; Kaplan Fox & Kilsheimer LLP, 805 Third Avenue, New York, NY 10022; Labaton Sucharow & Rudoff LLP, 100 Park Avenue, New York, NY 10017; Levin, Fishbein, Sedran & Berman, 510 Walnut Street, Philadelphia, PA 19106; Furth Lehmann & Grant LLP, 225 Bush Street, 15th Floor, San Francisco, CA 94104; Cotchett, Pitre & McCarthy, 840 Malcolm Road, Suite 200, Burlingame, CA 94010; Lovell Stewart Halebian LLP, 500 Fifth Avenue, Suite 58, New York, NY 10110; and Lockridge, Grindal Nauen P.L.L.P., 100 Washington Avenue South, Minneapolis, MN 55401. In acting under this Settlement Agreement, Settlement Class Counsel shall act in unison, and in no event shall Lufthansa or its counsel be required to duplicate any efforts, including the provision of cooperation, by virtue of the fact that Settlement Class Counsel is comprised of more than one law firm.

IN WITNESS WHEREOF, the parties hereto, through their fully authorized representatives, have agreed to adopt and amend the Settlement Agreement as described above.

David W. Ogden
Wilmer Cutler Pickering
  Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
*Counsel for Lufthansa AG,*
*Lufthansa Cargo AG,*
*and Swiss International Air Lines Ltd.*

Date: February 26, 2007

Michael D. Hausfeld
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C. 20005
*Counsel for Plaintiffs and Co-Lead Counsel*

Date:

Barbara Hart
Labaton Sucharow & Rudoff LLP
100 Park Avenue
New York, NY 10017
*Counsel for Plaintiffs and Co-Lead Counsel*

Date: _____

Robert Kaplan
Kaplan Fox & Kilsheimer LLP
805 Third Avenue
New York, NY 10022
*Counsel for Plaintiffs and Co-Lead Counsel*

Date: 3/6/07

.0S

2. Paragraph 24 of the Settlement Agreement is hereby struck and replaced with the following:

"Settlement Class Counsel" shall refer to the law firms of Cohen, Milstein, Hausfeld & Toll, P.L.L.C., 1100 New York Avenue N.W., Washington D.C. 20005; Kaplan Fox & Kilsheimer LLP, 805 Third Avenue, New York, NY 10022; Labaton Sucharow & Rudoff LLP, 100 Park Avenue, New York, NY 10017; Levin, Fishbein, Sedran & Berman, 510 Walnut Street, Philadelphia, PA 19106; Furth Lehmann & Grant LLP, 225 Bush Street, 15th Floor, San Francisco, CA 94104; Cotchett, Pitre & McCarthy, 840 Malcolm Road, Suite 200, Burlingame, CA 94010; Lovell Stewart Halebian LLP, 500 Fifth Avenue, Suite 58, New York, NY 10110; and Lockridge, Grindal Nauen P.L.L.P., 100 Washington Avenue South, Minneapolis, MN 55401. In acting under this Settlement Agreement, Settlement Class Counsel shall act in unison, and in no event shall Lufthansa or its counsel be required to duplicate any efforts, including the provision of cooperation, by virtue of the fact that Settlement Class Counsel is comprised of more than one law firm.

IN WITNESS WHEREOF, the parties hereto, through their fully authorized representatives, have agreed to adopt and amend the Settlement Agreement as described above.

_____
David W. Ogden
Wilmer Cutler Pickering
  Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
*Counsel for Lufthansa AG,*
*Lufthansa Cargo AG,*
*and Swiss International Air Lines Ltd.*

Date: February 26, 2007

_____
Michael D. Hausfeld
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C. 20005
*Counsel for Plaintiffs and Co-Lead Counsel*

Date: _____

_____
Barbara Hart
Labaton Sucharow & Rudoff LLP
100 Park Avenue
New York, NY 10017
*Counsel for Plaintiffs and Co-Lead Counsel*

Date: _____

_____
Robert Kaplan
Kaplan Fox & Kilsheimer LLP
805 Third Avenue
New York, NY 10022
*Counsel for Plaintiffs and Co-Lead Counsel*

Date: 3/6/07

_____
Howard Sedran
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Philadelphia, PA 19106
*Counsel for Plaintiffs and Co-Lead Counsel*

Date: 3/2/07

_____
Michael P. Lehmann
Furth Lehmann & Grant LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
*Indirect Purchaser Counsel*

Date: _____

_____
Steven N. Williams
Cotchett, Pitre & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010
*Indirect Purchaser Counsel*

Date: _____

_____
Christopher Lovell
Lovell Stewart Halebian LLP
500 Fifth Avenue, Suite 58
New York, NY 10110
*Indirect Purchaser Counsel*

Date: _____

_____
W. Joseph Bruckner
Lockridge, Grindal Nauen P.L.L.P.
100 Washington Avenue South
Minneapolis, MN 55401
*Indirect Purchaser Counsel*

Date: _____

.08

_____  
Howard Sedran  
Levin, Fishbein, Sedran & Berman  
510 Walnut Street  
Philadelphia, PA 19106  
*Counsel for Plaintiffs and Co-Lead Counsel*

Date: _____

_____  
Steven N. Williams  
Cotchett, Pitre & McCarthy  
840 Malcolm Road, Suite 200  
Burlingame, CA 94010  
*Indirect Purchaser Counsel*

Date: _____

_____  
W. Joseph Bruckner  
Lockridge, Grindal Nauen P.L.L.P.  
100 Washington Avenue South  
Minneapolis, MN 55401  
*Indirect Purchaser Counsel*

Date: _____

*/s/ Michael P. Lehmann*  
Michael P. Lehmann  
Furth Lehmann & Grant LLP  
225 Bush Street, 15th Floor  
San Francisco, CA 94104-4249  
*Indirect Purchaser Counsel*

Date: 2/23/07

_____  
Christopher Lovell  
Lovell Stewart Halebian LLP  
500 Fifth Avenue, Suite 58  
New York, NY 10110  
*Indirect Purchaser Counsel*

Date: _____

_____  _____
Howard Sedran                Michael P. Lehmann
Levin, Fishbein, Sedran & Berman   Furth Lehmann & Grant LLP
510 Walnut Street            225 Bush Street, 15th Floor
Philadelphia, PA 19106       San Francisco, CA 94104-4249
*Counsel for Plaintiffs and Co-Lead Counsel*   *Indirect Purchaser Counsel*

Date: _____    Date: _____

*/s/ Steve Williams/*

_____  _____
Steven N. Williams           Christopher Lovell
Cotchett, Pitre & McCarthy   Lovell Stewart Halebian LLP
840 Malcolm Road, Suite 200  500 Fifth Avenue, Suite 58
Burlingame, CA 94010         New York, NY 10110
*Indirect Purchaser Counsel* *Indirect Purchaser Counsel*

Date: 2/22/07                Date: _____

_____
W. Joseph Bruckner
Lockridge, Grindal Nauen P.L.L.P.
100 Washington Avenue South
Minneapolis, MN 55401
*Indirect Purchaser Counsel*

Date: _____

.DS

Howard Sedran
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Philadelphia, PA 19106
*Counsel for Plaintiffs and Co-Lead Counsel*

Date: _____

Steven N. Williams
Cotchett, Pitre & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010
*Indirect Purchaser Counsel*

Date: _____

W. Joseph Bruckner
Lockridge, Grindal Nauen P.L.L.P.
100 Washington Avenue South
Minneapolis, MN 55401
*Indirect Purchaser Counsel*

Date: _____

Michael P. Lehmann
Furth Lehmann & Grant LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
*Indirect Purchaser Counsel*

Date: /s/ *[signature]*

Christopher Lovell
Lovell Stewart Halebian LLP
500 Fifth Avenue, Suite 58
New York, NY 10110
*Indirect Purchaser Counsel*

Date: _____

| | |
|---|---|
| Howard Sedran<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street<br>Philadelphia, PA 19106<br>*Counsel for Plaintiffs and Co-Lead Counsel*<br><br>Date: _____ | Michael P. Lehmann<br>Furth Lehmann & Grant LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104-4249<br>*Indirect Purchaser Counsel*<br><br>Date: _____ |
| Steven N. Williams<br>Cotchett, Pitre & McCarthy<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>*Indirect Purchaser Counsel*<br><br>Date: *[signature]* | Christopher Lovell<br>Lovell Stewart Halebian LLP<br>500 Fifth Avenue, Suite 58<br>New York, NY 10110<br>*Indirect Purchaser Counsel*<br><br>Date: _____ |

W. Joseph Bruckner
Lockridge, Grindal Nauen P.L.L.P.
100 Washington Avenue South
Minneapolis, MN 55401
*Indirect Purchaser Counsel*

Date: *8-23-07*