# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE )<br>)<br>AIR CARGO SHIPPING SERVICES )<br>ANTITRUST LITIGATION )<br>)<br>MDL No. 1775 )<br>) | Master File 06-MD-1775 (CBA) (VVP) |

AMENDMENT OF APRIL 27, 2007, TO SETTLEMENT AGREEMENT BETWEEN AIR CARGO PLAINTIFFS AND DEFENDANTS DEUTSCHE LUFTHANSA AG, LUFTHANSA CARGO AG, AND SWISS INTERNATIONAL AIR LINES LTD.

This agreement further amends the Settlement Agreement that was reached between Deutsche Lufthansa AG, Lufthansa Cargo AG, and Swiss International Air Lines Ltd. (collectively "Lufthansa") and Plaintiffs represented by Co-Lead Counsel and Indirect Purchaser Counsel on September 11, 2006 (as amended on October 6, 2006; January 4, 2007; and February 22, 2007) ("Settlement Agreement"). Lufthansa and Plaintiffs hereby ratify the Settlement Agreement as amended herein, through undersigned counsel.

Paragraph 54(g) of the Settlement Agreement is hereby amended by adding the following provision:

Nothing in the Settlement Agreement shall be construed to require Lufthansa to produce any Documents received by Lufthansa from the files of the U.S. Department of Justice, the European Commission, and/or any other competition authority or its agents concerning or relating to the authority's investigation of the air cargo industry.

IN WITNESS WHEREOF, the parties hereto, through their fully authorized representatives, have agreed to adopt and amend the Settlement Agreement as described above.

_____
David W. Ogden
Wilmer Cutler Pickering
  Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
*Counsel for Lufthansa AG,*
*Lufthansa Cargo AG,*
*and Swiss International Air Lines Ltd.*

Date: 5/7/07

_____
Michael D. Hausfeld
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C. 20005
*Liaison Counsel for Plaintiffs, Co-Lead*
*Counsel, and Co-Lead Counsel Principally*
*Responsible for the Foreign Claims*

Date: _____

_____
Barbara Hart
Labaton Sucharow & Rudoff LLP
100 Park Avenue
New York, NY 10017
*Co-Lead Counsel*

Date: _____

_____
Robert Kaplan
Kaplan Fox & Kilsheimer LLP
805 Third Avenue
New York, NY 10022
*Co-Lead Counsel*

Date: 04/27/07

_____
Howard Sedran
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Philadelphia, PA 19106
*Co-Lead Counsel*

Date: 4/27/07

_____
Michael P. Lehmann
Furth Lehmann & Grant LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
*U.S. Indirect Purchaser Class and Subclass*
*Counsel*

Date: 4/27/07

04-27-2007  11:04AM  FROM-                                    T-789  P.005/040  F-567

IN WITNESS WHEREOF, the parties hereto, through their fully authorized representatives, have agreed to adopt and amend the Settlement Agreement as described above.

David W. Ogden
Wilmer Cutler Pickering
 Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
*Counsel for Lufthansa AG,
Lufthansa Cargo AG,
and Swiss International Air Lines Ltd.*

Date: _____

*[signature: Barbara Hart]*

Barbara Hart
Labaton Sucharow & Rudoff LLP
100 Park Avenue
New York, NY 10017
*Co-Lead Counsel*

Date: 4/30/07

Michael D. Hausfeld
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C. 20005
*Liaison Counsel for Plaintiffs, Co-Lead Counsel, and Co-Lead Counsel Principally Responsible for the Foreign Claims*

Date: *[signature]* 5/3/07

Robert Kaplan
Kaplan Fox & Kilsheimer LLP
805 Third Avenue
New York, NY 10022
*Co-Lead Counsel*

Date: _____

Howard Sedran
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Philadelphia, PA 19106
*Co-Lead Counsel*

Date: _____

Michael P. Lehmann
Furth Lehmann & Grant LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
*U.S. Indirect Purchaser Class and Subclass Counsel*

Date: _____

*Steve Williams* (signature)

Steven N. Williams
Cotchett, Pitre & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010
*U.S. Indirect Purchaser Class and Subclass Counsel*

Date: 4/30/07

*Christopher Lovell* (signature)

Christopher Lovell
Lovell Stewart Halebian LLP
500 Fifth Avenue, Suite 58
New York, NY 10110
*U.S. Indirect Purchaser Class and Subclass Counsel*

Date: 4/27/07

*W. Joseph Bruckner* (signature)

W. Joseph Bruckner
Lockridge, Grindal Nauen P.L.L.P.
100 Washington Avenue South
Minneapolis, MN 55401
*U.S. Indirect Purchaser Class and Subclass Counsel*

Date: 4/27/07