

**COHEN MILSTEIN**
**HAUSFELD & TOLL**<sup>PLLC</sup>

Charles E. Tompkins
(202) 408-4600
ctompkins@cmht.com

February 25, 2008

**VIA ELECTRONIC CASE FILING**

Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201-1818

    Re:    *In re Air Cargo Shipping Services Antitrust Litigation*, No. 06-MDL 1775

Dear Magistrate Judge Pohorelsky:

    Attached for filing are a revised Notice (attached as Exhibit A), Claim Form (attached as Exhibit B), Proposed Report and Recommendation (attached as Exhibit C), and Proposed Order granting preliminary approval of the proposed settlement with defendants Deutsche Lufthansa AG, Lufthansa Cargo AG, and Swiss International Air Lines, Ltd. (collectively "Lufthansa") and setting a schedule for the mailing and publication of notice of the settlement (attached as Exhibit D).

    The revised Notice incorporates the modifications recommended by the Court at the October 30, 2007 hearing. The Notice and Claim Form also include the formulas for allocating the settlement fund amongst the direct, indirect, and foreign purchasers, as recommended by the court-appointed Special Master. The proposed Report and Recommendation adopts the prior recommendation made by Your Honor on October 16, 2007 that Judge Gleeson conditionally certify the settlement class and preliminarily approve the settlement subject to resolution of remaining issues regarding notice, and recommends that the revised Notice Plan and Claim Form incorporating the allocation plan recommended by the Special Master be approved. Finally, the revised Proposed Order includes the language agreed to by the parties and set forth in the plaintiffs' August 13, 2007 letter and approved by the Court at the October 30, 2007 hearing.

      Because the Court has already found the proposed settlement with Lufthansa to be fair and reasonable, *see* Dkt. 625, and Plaintiffs have incorporated the Court's recommended modifications into the Notice, plaintiffs respectfully request that Your Honor make a proposed report and recommendation, substantially in the form attached hereto as Exhibit C, recommending that Judge Gleeson formally grant Plaintiffs' Motion for Preliminary Approval of the Settlement with the Lufthansa Defendants and enter the Proposed Order attached hereto as Exhibit D at the March 11, 2008 conference. Plaintiffs' have conferred with Lufthansa regarding the foregoing, and they have indicated their consent.

                                      Respectfully submitted,

                                      Charles E. Tompkins
                                      Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
                                      1100 New York Avenue, N.W.
                                      Suite 500, West Tower
                                      Washington, DC 20005
                                      *Liaison Counsel for Plaintiffs, Co-Lead*
                                      *Counsel, and Co-Lead Counsel Principally*
                                      *Responsible for the Foreign Claims*

cc:     All Counsel via ECF
        The Honorable Judge Gleeson