| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | DATE: | 4/29/08 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 10:00 a.m. |
| | | END TIME: | 6:00 p.m. |

DOCKET NO.   MD–06-1775                                         JUDGE:   JG

CASE NAME:   In re Air Cargo Shipping Services Antitrust Litigation

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Oral Argument on Motions to Dismiss

APPEARANCES:   Plaintiff     See Separate Schedules

                         Defendant    See Separate Schedules

                         Court Reporter   Victoria Torres-Butler

SCHEDULING AND RULINGS:

1. Argument heard.; rulings reserved.