# PLAINTIFFS' APPEARANCE SHEET
## MD 06-1775 (JG) In Re Air Cargo
**\*\*PLEASE PRINT\*\***

| ATTORNEY | CLIENT |
|---|---|
| Andrea Hertzfeld | Plaintiffs |
| Michael Hausfeld | Plaintiffs |
| Charles Tompkins | Plaintiffs |
| Howard Sedran | Plaintiffs |
| Austin Cohen | Plaintiffs |
| Gary Specks | Plaintiffs |
| Gregory Arenson | Plaintiffs |
| Robert Kaplan | Plaintiffs |
| Elana Katcher | Plaintiffs |
| Hollis Salzman | " |
| Greg Asciolla | " |

# PLAINTIFFS' APPEARANCE SHEET
## MD 06-1775 (JG) In Re Air Cargo
**\*\*PLEASE PRINT\*\***

| ATTORNEY | CLIENT |
|---|---|
| Imtiaz Siddiqui<br>Lovell Stewart Halebian LLP | U.S. Indirect Purchaser Plaintiffs |
| Joseph Bruckner | " " " |
| Chris Lovell<br>Lovell Stewart Halebian | " " " |

# DEFENDANTS' APPEARANCE SHEET
## MD 06-1775 (JG) In Re Air Cargo
**PLEASE PRINT**

| ATTORNEY | CLIENT |
|---|---|
| Terry Calvani | Emirates |
| David Everson | Emirates |
| Charles Simpson | All Nippon Airways |
| James Calderwood | All Nippon Airways |
| Kenneth Ewing | Japan Airways |
| William Karas | Japan Airways |
| Todd Miller | Qantas |
| Kimberly Shaw | Qantas |
| John E. Ohashi | Thai Airways |
| Mark S. Priver | Thai Airways |
| Ian Simmons — O'Melveny & Myers LLP | Asiana |
| Alex Okuliar — O'Melveny & Myers LLP | Asiana |
| Gerald Stein — O'Melveny & Myers LLP | Asiana |
| Victor Hendrickson | Atlas Air Worldwide Holdings / Polar Air Cargo |
| Sean Flanagan | Air Mauritius Ltd. |
| Richard Donovan | Air Mauritius Ltd. |

# DEFENDANTS' APPEARANCE SHEET
## MD 06-1775 (JG) In Re Air Cargo
**\*\*PLEASE PRINT\*\***

| ATTORNEY | CLIENT |
|---|---|
| Thomas A. McGrath, Linklaters LLP | Société Air France |
| Gary A. MacDonald, Skadden, Arps | KLM Royal Dutch Airlines |
| James Warnot, Linklaters LLP | Air France |
| Heather K. McDevitt, White & Case LLP | South African Airways |

# DEFENDANTS' ~~PLAINTIFFS'~~ APPEARANCE SHEET
## MD 06-1775 (JG) In Re Air Cargo
**\*\*PLEASE PRINT\*\***

| ATTORNEY | CLIENT |
|---|---|
| David Ogden | Deutsche Lufthansa AG |
| Eric Mahr | Lufthansa Cargo AG |
|  | Swiss International |
| Edward Schwartz | Cathay Pacific Airways Ltd |
| Deana Cairo | Cathay Pacific Airways Ltd |
| Terry Calvani | Emirates |
| Mike Holland | Air New Zealand |
| Michael Goldman | Scandinavian Airlines System (SAS) |
| Charles R. Price | Singapore Airlines Ltd |
|  | Singapore Airlines Cargo PTE Ltd |
| Ryan Blanch | SAUDI ARABIAN AIRLINES |

# DEFENDANTS' APPEARANCE SHEET
## MD 06-1775 (JG) In Re Air Cargo
**\*\*PLEASE PRINT\*\***

| ATTORNEY | CLIENT |
|---|---|
| Wayne Cross — White & Case | South Africa Air |
| Adir Waldman — Wachtell, Lipton, Rosen & Katz | El Al Israel Airlines |
| George N. Tompkins, Jr. — Wilson Elser Moskowitz Edelman & Dicker | Air China Ltd., Air China Cargo |

# DEFENDANTS' APPEARANCE SHEET
## MD 06-1775 (JG) In Re Air Cargo
### **PLEASE PRINT**

| ATTORNEY | CLIENT |
|---|---|
| William Sherman<br>Latham & Watkins | Singapore Air & SIAC |