UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| IN RE:  AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | 06-MD-1775 (JG)(VVP) |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

**NOTICE RE: SETTLEMENT CLASS COUNSEL'S
REQUEST FOR ATTORNEYS' FEES AND COSTS IN
CONNECTION WITH THE LUFTHANSA SETTLEMENT AGREEMENT**

In the Class Notices provided to Class Members, Settlement Class Counsel advised that as compensation for their time and the risk in prosecuting the litigation on a wholly contingent fee basis, they would ask the Court for an award of attorneys' fees to be deducted from the Lufthansa Settlement Fund in an amount not to exceed 30% of the Lufthansa Settlement Fund, as well as reimbursement for their expenses actually incurred in the prosecution of the litigation, which will not exceed $2.5 million.

PLEASE BE ADVISED THAT SETTLEMENT CLASS COUNSEL WILL SEEK <u>25%</u> OF THE LUFTHANSA SETTLEMENT FUND AS ATTORNEYS' FEES, AS WELL AS REIMBURSEMENT OF THEIR LITIGATION EXPENSES WHICH WILL NOT EXCEED $2.5 MILLION.

Respectfully submitted,

DATED: November 6, 2008

| | |
|---|---|
| BY: */s/ Michael D. Hausfeld*<br>Michael D. Hausfeld<br>Charles E. Tompkins<br>Andrea L. Hertzfeld<br>COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC<br>1100 New York Avenue NW<br>West Tower, Suite 500<br>Washington, DC  20005<br>(202) 408-2600<br><br>*Co-Lead Counsel and Co-Lead Counsel Principally Responsible for the Claims of the Foreign Purchasers* | BY: */s/ Hollis L. Salzman*<br>Hollis L. Salzman (HS-5994)<br>Gregory S. Asciolla (GA-2222)<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY  10005<br>(212) 907-0700<br><br>*Co-Lead Counsel* |
| BY: */s/ Howard J. Sedran*<br>Howard J. Sedran<br>Austin B. Cohen<br>LEVIN, FISHBEIN, SEDRAN & BERMAN<br>510 Walnut Street, Suite 500<br>Philadelphia, PA  19106<br>(215) 592-1500<br><br>*Co-Lead Counsel* | BY: */s/ Robert N. Kaplan*<br>Robert N. Kaplan (RK-3100)<br>Gregory K. Arenson (GA-2426)<br>KAPLAN, FOX & KILSHEIMER, LLP<br>850 Third Avenue, 14th Floor<br>New York, NY  10022<br>(212) 687-1980<br><br>*Co-Lead Counsel* |
| BY: */s/ Steven N. Williams*<br>Joseph W. Cotchett<br>Steven N. Williams<br>COTCHETT, PITRE & MCCARTHY<br>840 Malcolm Road, Suite 200<br>Burlingame, CA  94010<br>(650) 697-6000<br><br>*U.S. Indirect Purchaser Class and Subclass Counsel* | BY: */s/ Craig Corbitt*<br>Craig Corbitt<br>ZELLE, HOFMANN, VOELBEL, MASON & GETTE<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>(415) 693-0700<br><br>*U.S. Indirect Purchaser Class and Subclass Counsel* |
| BY: */s/ Joseph Bruckner*<br>W. Joseph Bruckner<br>LOCKRIDGE GRINDAL NAUEN, PLLP<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN  55401<br>(612) 339-6900 | BY: */s/ Christopher Lovell*<br>Christopher Lovell<br>Imtiaz A. Siddiqui<br>LOVELL, STEWART, HALEBIAN, LLP<br>500 Fifth Avenue, Suite 58<br>New York, NY  10110 |

| | |
|---|---|
| *U.S. Indirect Purchaser Class and Subclass Counsel* | (212) 608-1900  *U.S. Indirect Purchaser Class and Subclass Counsel* |