# EXHIBIT A

**Must be Postmarked**
**No Later Than**
**February 12, 2009**

**Air Cargo Settlement**
**c/o The Garden City Group, Inc.**
**P.O. Box 9162**
**Dublin, OH 43017-4162**
**U.S.A.**


LFT-US

**U.S. & Canada (Toll-Free): 1(800) 749-3518     International (Toll): 1(941) 906-4822**
(See the enclosed Contact Sheet for additional toll-free and toll telephone numbers by country.)
**Website: www.aircargosettlement.com**

## CLAIM FORM

## GENERAL INSTRUCTIONS

This Claim Form relates to *In Re Air Cargo Shipping Services Antitrust Litigation*, MDL No. 1775 Master File 06-MD-1775 (JG) (VVP) in the United States District Court for the Eastern District of New York.

To be eligible to share in the Lufthansa Settlement Fund for the Lufthansa Settlement Class in the above-named class action, you must have purchased airfreight cargo shipping services for shipments within, to, or from the United States ("Airfreight Shipping Services") during the period from January 1, 2000 to September 11, 2006.

If you fit this description you are a member of the Lufthansa Settlement Class and are entitled to submit a claim to share in the Lufthansa Settlement Fund. Excluded from the Lufthansa Settlement Class are all Defendants, including Deutsche Lufthansa AG, Lufthansa Cargo AG, and Swiss International Air Lines Ltd. (together referred to as "Lufthansa"), and any of their respective parents, employees, subsidiaries, and affiliates. Also excluded from the Lufthansa Settlement Class are all government entities.

**Lufthansa Settlement Class Members who seek payment from the Lufthansa Settlement Fund must complete and return this Claim Form. It must be POSTMARKED NO LATER THAN FEBRUARY 12, 2009.** Completed Claim Forms must be mailed to the Air Cargo Settlement Claims Administrator ("Claims Administrator") at the above address. You should save all relevant documents supporting your claim as you may be required to provide them later.

All inquiries regarding your claim should be made (1) in writing to the Claims Administrator at the address above, (2) by visiting the settlement website, (3) via e-mail at administrator@aircargosettlement.com, or (4) by calling the information helpline: U.S. & Canada (Toll-Free) 1(800) 749-3518; International (Toll) 1(941) 906-4822. A complete list of toll-free and toll telephone numbers by country was included with the mailing of this Claim Form and can also be obtained by visiting www.aircargosettlement.com or by calling or writing to the Claims Administrator.

Before you complete and mail this Claim Form you should read and be familiar with the Notice of Proposed Class Action Settlement ("the Notice"). Defined terms (with initial capitals) used in these General Instructions have the same meaning as set forth in the Notice. By submitting this Claim Form, you acknowledge that you have read and understand the Notice, and you agree to the Release. A copy of the Notice is available for your review and can be downloaded at www.aircargosettlement.com.

If you fail to mail a timely, properly addressed valid Claim Form, your claim may be rejected and you may be precluded from any recovery from the Lufthansa Settlement Fund. If you are a member of the Lufthansa Settlement Class and you do not timely and validly seek exclusion from the Lufthansa Settlement Class, you will be bound by any judgment entered by the Court approving the Lufthansa Settlement regardless of whether you submit a Claim Form.

**QUESTIONS? CALL U.S. & CANADA (TOLL-FREE): 1(800) 749-3518; INTERNATIONAL (TOLL): 1(941) 906-4822;**
**OR VISIT www.aircargosettlement.com**
*A complete list of Air Cargo Settlement toll-free and toll telephone numbers by country is enclosed with this Notice, and the list is also available by visiting the website.*



## SECTION A - CLAIMANT INFORMATION

**Claimant Name(s)** (as you would like the name(s) to appear on the check, if eligible for payment):

**Name of the Person you would like the Claims Administrator to Contact Regarding This Claim** (if different from the Claimant Name(s) listed above):

**Claimant or Representative Contact Information:**
The Claims Administrator will use this information for all communications relevant to this Claim (including the check, if eligible for payment). If this information changes, you <u>MUST</u> notify the Claims Administrator in writing at the address above or online at www.aircargosettlement.com.

**Street Address:**

**City:**

**State/Province and Zip Code:**

**Country (Other than U.S.):**

**Daytime Telephone Number:**              **Evening Telephone Number:**

**Email Address:**

*(Email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)*

IF YOU FAIL TO SUBMIT A <u>COMPLETE</u> CLAIM BY FEBRUARY 12, 2009, YOUR CLAIM IS SUBJECT TO REJECTION OR YOUR PAYMENT MAY BE DELAYED.

**QUESTIONS? CALL U.S. & CANADA (TOLL-FREE): 1(800) 749-3518; INTERNATIONAL (TOLL): 1(941) 906-4822; OR VISIT <u>www.aircargosettlement.com</u>**
*A complete list of Air Cargo Settlement toll-free and toll telephone numbers by country is enclosed with this Notice, and the list is also available by visiting the website.*



## SECTION B - SCHEDULE OF QUALIFYING PURCHASES
## OF SHIPMENTS WITHIN, TO, OR FROM THE UNITED STATES

### Definitions

- **Outbound/Direct:** Purchases of outbound shipping services (*i.e.*, from or within the United States) from any air cargo carrier without using a third party.
- **Outbound/Indirect:** Purchases of outbound shipping services (*i.e.*, from or within the United States) by a person or entity where the purchaser's payment for the Airfreight Shipping Services is made to a person or entity other than the air cargo carrier providing the Airfreight Shipping Services.
- **Inbound/Direct:** Purchases of inbound shipping services (*i.e.*, to the United States) from any air cargo carrier without using a third party.
- **Inbound/Indirect:** Purchases of inbound shipping services (*i.e.*, to the United States) by a person or entity where the purchaser's payment for the Airfreight Shipping Services is made to a person or entity other than the air cargo carrier providing the Airfreight Shipping Services.

Please provide a summary of all Airfreight Shipping Services that you have purchased for shipments within, to, or from the United States during the period from January 1, 2000 to September 11, 2006. Please type or print neatly all information and check all that apply. Round the total purchase amount to the nearest dollar or whole unit of the currency for which you are claiming. When writing out the total purchase amount, please use the following format: 5,432 = Five thousand four hundred thirty-two.

| Category (check all that apply) | Total Purchase Amount (all freight charges and surcharges, excluding taxes on those charges) | Number of Airbills (Transactions) | Currency | To The Best of Your Ability, List All Entities From Whom You Purchased Airfreight Shipping Services |
|---|---|---|---|---|
| ☐ Outbound/Direct | .XX (Numerical) ___ (Written Out) | | ☐ U.S. dollars ☐ Other currency** (please specify) _____ | |
| ☐ Outbound/Indirect | .XX (Numerical) ___ (Written Out) | | ☐ U.S. dollars ☐ Other currency** (please specify) _____ | |
| ☐ Inbound/Direct | .XX (Numerical) ___ (Written Out) | | ☐ U.S. dollars ☐ Other currency** (please specify) _____ | |
| ☐ Inbound/Indirect | .XX (Numerical) ___ (Written Out) | | ☐ U.S. dollars ☐ Other currency** (please specify) _____ | |

**\*\*Please Note:** If you have transactions in more than one currency within a category, you must photocopy this page and list the category, total purchase amount and number of transactions for each currency on a separate page.

**QUESTIONS? CALL U.S. & CANADA (TOLL-FREE): 1(800) 749-3518; INTERNATIONAL (TOLL): 1(941) 906-4822; OR VISIT www.aircargosettlement.com**

*A complete list of Air Cargo Settlement toll-free and toll telephone numbers by country is enclosed with this Notice, and the list is also available by visiting the website.*



## SECTION C - SUBMISSION TO JURISDICTION OF THE COURT

By signing below, you are submitting to the jurisdiction of the United States District Court for the Eastern District of New York.

## SECTION D - CERTIFICATION UNDER PENALTY OF PERJURY

**I hereby certify under penalty of perjury that:**

1. The information provided in this Claim Form is accurate and complete to the best of my knowledge, information and belief;

2. I have documentation to support my claim and agree to provide additional information to Settlement Class Counsel or the Claims Administrator to support my claim if necessary;

3. I am either (a) a member of the Lufthansa Settlement Class and did not request to be excluded from the Lufthansa Settlement Class or (b) the assignee or transferee of, or the successor to, the claim of a member of the Lufthansa Settlement Class and did not request to be excluded from the Lufthansa Settlement Class;

4. I am neither a Defendant, nor a parent, employee, subsidiary or affiliate of a Defendant;

5. I am not a government entity; and

6. I have not assigned or transferred (or purported to assign or transfer) or submitted any other claim for the same purchases of Airfreight Shipping Services and have not authorized any other person or entity to do so, and know of no other person or entity having done so on my behalf.

| | | | |
|---|---|---|---|
| Signature: | | Date: | ___ / ___ / ___ <br> ( mm / dd / yy ) |
| Type/print name: | | Is Claimant a U.S. Person/Entity? ☐ Yes ☐ No | |
| Claimant name: (if different from name above) | | Taxpayer ID/SSN No: | |
| Title: (e.g., President) | *(Must have authority to sign Claim Form)* | Phone Number: | |

| | |
|---|---|
| NUTECH BRANDS INC. v. AIR CANADA CARGO et al | Ontario Superior Court of Justice Court File No. 50389CP |
| KAREN McKAY v. ACE AVIATION HOLDING INC. et al | Supreme Court of British Columbia Vancouver Registry No. S-067490 |
| CARTISE SPORTS INC. v. DEUTSCHE LUFTHANSA AG et al | Québec Superior Court 500-06-000344-065 |

# NOTICE OF PROPOSED SETTLEMENT
OF CANADIAN CLASS ACTIONS WITH DEFENDANTS
DEUTSCHE LUFTHANSA AG, LUFTHANSA CARGO AG, AND
SWISS INTERNATIONAL AIR LINES LTD.

## THIS NOTICE MAY AFFECT YOUR RIGHTS
## PLEASE READ CAREFULLY

**TO:     All persons and entities that purchased air cargo shipping services from any air cargo carrier for shipments within, to, or from Canada (except shipments between Canada and the United States) during the period from January 1, 2000 to September 11, 2006, including those persons and entities that purchased air cargo shipping services through freight forwarders.**

        This Notice has been directed to you because your legal rights may be affected by the settlement of certain class action lawsuits pending in Canada against Deutsche Lufthansa AG, Lufthansa Cargo AG, and Swiss International Air Lines Ltd. (throughout this Notice, these three companies will be referred to as "Lufthansa"). These lawsuits were filed by certain plaintiffs on behalf of you and other class members who purchased air cargo shipping services from Lufthansa for shipments within, to, or from Canada (except shipments between Canada and the United States). The lawsuits allege that Lufthansa, along with numerous other air cargo carriers, conspired to fix the prices of air cargo shipping services in violation of Canadian competition law. Lufthansa has entered into a Settlement Agreement with the Canadian plaintiffs, which includes, among other things, the payment of USD $5,338,000 by Lufthansa to the Canadian classes, and the provision by Lufthansa of information that will assist the classes in pursuing their claims against other air cargo carriers involved in the alleged price fixing conspiracy.

        A similar class action lawsuit is pending in the United States. A Settlement Agreement has been reached in the United States between the U.S. plaintiffs and Lufthansa. If you purchased Air Cargo Shipping Services for shipments between the United States and Canada you are included as a class member in the U.S. Settlement Agreement and you must refer to the U.S. Notice of Proposed Class Action Settlement to review how your rights are affected. The U.S. Settlement Agreement and the U.S. Notice of Proposed Class Action Settlement are available at www.aircargosettlement.com.

QUESTIONS? CALL U.S. & CANADA (TOLL-FREE): 1(800) 749-3518;
INTERNATIONAL (TOLL): 1(941) 906-4822; OR VISIT www.aircargosettlement.com
*A complete list of Air Cargo Settlement toll-free and toll telephone numbers by country is enclosed with this Notice, and the list is also available by visiting the website.*
1

## I. WHAT IS A CLASS ACTION LAWSUIT?

Class actions are lawsuits in which the claims and rights of many people are decided in a single court proceeding brought by representative plaintiffs. This avoids the necessity for hundreds or even thousands of people to file similar individual lawsuits, enables the court to resolve these claims in a more efficient and economical way, and seeks to assure that people with similar claims are treated similarly. In a class action, the court has a responsibility to ensure that prosecution and resolution of the class claims by the representative plaintiffs and the lawyers representing the class (here, because Settlements have been reached, "Settlement Class Counsel") are fair. Settlement Class Members are NOT individually responsible for the costs or fees of Settlement Class Counsel, which are subject to court award. In this case, all such costs and fees will be paid from the Settlement Fund.

## II. OVERVIEW OF THE CANADIAN CLASS ACTION LAWSUITS

Class action lawsuits are currently pending against Lufthansa in three separate Canadian courts: the Supreme Court of British Columbia, the Ontario Superior Court of Justice, and the Québec Superior Court (collectively the "Canadian Class Actions"). Plaintiffs allege that Lufthansa and other Defendants participated in a conspiracy to fix, raise, maintain, or stabilize prices of air cargo shipping services, through a number of mechanisms, including, inter alia, levying inflated surcharges, jointly agreeing to eliminate or prevent discounting on prices charged for air cargo shipping, and agreeing on yields and customer allocations. Plaintiffs allege that, as a result, they and Canadian Settlement Class Members paid substantially more for air cargo shipping services than they would have paid in the absence of this alleged conduct.

The Canadian Class Actions deal in large part with surcharges charged by Defendants. Surcharges are fees, in addition to normal air cargo shipping rates, that air cargo carriers charge to customers, purportedly to compensate the air cargo carriers for certain external costs, including, for example, increased costs for fuel and increased costs related to security measures taken after the September 2001 attacks in the United States. Plaintiffs allege that Defendants participated in a conspiracy to set the prices of these surcharges, as well as the yields collected by Defendants.

Lawyers for Lufthansa and Canadian Settlement Class Counsel each conducted an extensive investigation and economic analysis with respect to the damages allegedly suffered by the Settlement Classes due to the Defendants' alleged conduct. As a result, Plaintiffs obtained significant knowledge regarding the claims and defenses in this case before executing the Canadian Settlement Agreement.

## III. SUMMARY OF THE PROPOSED CANADIAN SETTLEMENT AGREEMENT

The following description of the proposed Canadian Settlement Agreement is only a summary. The Canadian Settlement Agreement can be viewed at a website created for this Settlement (www.aircargosettlement.com).

### A.  The Settlement Agreement Approval Process

All three Canadian Courts must approve the Canadian Settlement Agreement before it enters into effect. Each Court will hold a public hearing in which arguments will be made as to why the Canadian Settlement Agreement should be approved. Implementation of the Canadian Settlement Agreement is dependent upon approval of the U.S. Settlement Agreement in the U.S. Court. In the event that the U.S. Settlement Agreement is not approved by the U.S. Court, the Canadian Plaintiffs and Lufthansa each may choose to terminate the Canadian Settlement Agreement.

QUESTIONS? CALL U.S. & CANADA (TOLL-FREE): 1(800) 749-3518;
INTERNATIONAL (TOLL): 1(941) 906-4822; OR VISIT www.aircargosettlement.com
*A complete list of Air Cargo Settlement toll-free and toll telephone numbers by country is enclosed with this Notice, and the list is also available by visiting the website.*
2

**B.** **Overview of the Canadian Settlement Agreement**

    **1.** **Settlement Class Membership and Representation**

The Canadian Settlement Agreement creates three Settlement Classes. Each Settlement Class falls under the jurisdiction of one Court. Thus, legal and natural persons resident in British Columbia fall within the British Columbia Settlement Class and the jurisdiction of the Supreme Court of British Columbia; legal and natural persons resident in Québec (including corporations with 50 or less employees) comprise the Québec Settlement Class and fall under the jurisdiction of the Québec Superior Court; and legal and natural persons excluding members of the British Columbia Settlement Class or the Québec Settlement Class fall within the Ontario Settlement Class and under the jurisdiction of the Ontario Superior Court of Justice.

Collectively, the British Columbia Settlement Class, the Québec Settlement Class, and the Ontario Settlement Class include:

All persons who purchased Airfreight Shipping Services to, from, or within Canada during the period from January 1, 2000 to September 11, 2006, including those Persons who purchased Airfreight Shipping Services through freight forwarders, from any air cargo carrier, including without limitation, the Defendants, and specifically including Lufthansa. Excluded from the Settlement Class(es) are the Defendants and their respective parents, employees, subsidiaries, affiliates, officers and directors.

In order to be a member of one or more of the Settlement Classes you must have made at least one purchase of air cargo shipping services during the period from January 1, 2000 through September 11, 2006.

**PURCHASES OF AIR CARGO SHIPPING SERVICES FOR SHIPMENTS BETWEEN THE UNITED STATES AND CANADA DURING THE SETTLEMENT CLASS PERIOD FALL UNDER THE U.S. SETTLEMENT AGREEMENT AND NOT THE CANADIAN SETTLEMENT AGREEMENT. IF YOU PURCHASED AIR CARGO SHIPPING SERVICES FOR SHIPMENTS BETWEEN THE UNITED STATES AND CANADA YOU ARE A CLASS MEMBER IN THE U.S. CLASS ACTION AND YOU MUST REFER TO THE U.S. NOTICE OF PROPOSED SETTLEMENT TO REVIEW HOW YOUR RIGHTS ARE AFFECTED.**

The following law firms are Counsel for the Canadian Settlement Classes ("Canadian Settlement Class Counsel"): Siskinds[LLP], Sutts, Strosberg[LLP], Harrison Pensa[LLP], Camp Fiorante Matthews, and Liebman & Associés.

    **2.** **Benefits to the Settlement Classes from the Canadian Settlement Agreement**

The Canadian Settlement Fund: Subject to the terms of the Canadian Settlement Agreement, Lufthansa has agreed to pay USD $5,338,000 into the Settlement Fund for the benefit of the Canadian Settlement Classes.

Cooperation: Under the terms of the Canadian Settlement Agreement, Lufthansa authorizes Canadian Settlement Class Counsel, and/or their experts to participate in any proceedings, depositions, attorney meetings, or interviews in which U.S. Settlement Class Counsel participate under the terms of the U.S. Settlement Agreement and that Canadian Settlement Class Counsel reasonably believes relate to air cargo shipping services within, to, or from Canada during the relevant time period. The Canadian Settlement Classes are also entitled to any and all cooperation materials that have been or will be provided by Lufthansa to U.S. Settlement Class Counsel. In addition, Lufthansa will provide, at its own expense, current or former directors, officers and employees for interviews, declarations and/or affidavits, depositions, and testimony at trial, under the specific terms set out in the Canadian Settlement Agreement. Lufthansa will make reasonable efforts to have former directors, officers, and employees appear for interviews, depositions, and trial testimony and provide declarations and/or affidavits.

QUESTIONS? CALL U.S. & CANADA (TOLL-FREE): 1(800) 749-3518;
INTERNATIONAL (TOLL): 1(941) 906-4822; OR VISIT www.aircargosettlement.com
*A complete list of Air Cargo Settlement toll-free and toll telephone numbers by country is enclosed with this Notice, and the list is also available by visiting the website.*
3

As outlined above, Lufthansa has agreed to provide extensive cooperation and support for the Settlement Class' continuing litigation against the Defendants who are named as parties in the lawsuits.

Lufthansa does not admit through the execution of the Canadian Settlement Agreement any allegation of unlawful conduct. If a Settlement were not reached in these cases, Lufthansa would assert a number of defenses to Plaintiffs' claims.

## C.  The Release

IF YOU DO NOT EXCLUDE YOURSELF FROM THE CANADIAN CLASS ACTIONS, WHEN THE SETTLEMENT AGREEMENT BECOMES FINAL, YOU WILL BE RELEASING LUFTHANSA FOR ALL CLAIMS ASSOCIATED WITH THIS CASE AND YOU WILL BE BOUND BY THE RELEASE AND/OR COVENANT NOT TO SUE, WHICH IS CONTAINED IN THE CANADIAN SETTLEMENT AGREEMENT. QUÉBEC SETTLEMENT CLASS MEMBERS WHO HAVE COMMENCED PROCEEDINGS OR COMMENCE PROCEEDINGS AND FAIL TO DISCONTINUE SUCH PROCEEDINGS BY THE DEADLINE FOR EXCLUSION FROM THE QUÉBEC CLASS SHALL BE DEEMED TO HAVE OPTED OUT.

**The Release contained in the Canadian Settlement Agreement is set forth below:**

Upon the Effective Date, and in consideration of payment of the Settlement Amount, and for other valuable consideration set forth in the Settlement Agreement, including Lufthansa's commitment to provide continuing compliance with the cooperation provisions of this Settlement Agreement set forth in [this Agreement], the Releasing Parties shall be deemed to, and do hereby, release and forever discharge the Released Parties of and from any and all Claims arising from or in any way related to the Released Claims.

**"Released Parties"** means, jointly and severally, individually and collectively, Lufthansa, and all of its respective present and former, direct and indirect, predecessors, successors, parents, subsidiaries, divisions, departments, affiliates, heirs, executors, administrators, and any and all past, present, and future officers, directors, stockholders, partners, agents, attorneys, servants, employees, and assignees. Notwithstanding the foregoing, "Released Parties" does not include any other Defendant who was formerly or is currently, named in the Actions or who may be named in the Actions in the future.

**"Releasing Parties"** means, individually and collectively, the Plaintiffs and the Settlement Class Members, on behalf of themselves and any person or entity claiming by or through them as an heir, administrator, devisee, predecessor, successor, parent, subsidiary, representative of any kind, shareholder, partner, director, owner of any kind, affiliate, assignee, agent, employee, contractor, attorney, or insurer, who do not validly and timely opt out of the Actions in the manner and time prescribed below, and Class Counsel, on behalf of themselves and any person or entity claiming by or through them as an heir, administrator, devisee, predecessor, successor, parent, subsidiary, representative of any kind, shareholder, partner, director, owner of any kind, affiliate, assignee, agent, employee, contractor, attorney, or insurer.

**"Released Claims"** means any Claims arising from, or in any way related to, the pricing of or compensation related to Airfreight Shipping Services (specifically including, without limitation those Claims in any way related to cargo rates, fuel surcharges, security surcharges, customs surcharges, war risk surcharges, navigation surcharges, commissions, incentives, rebates, credits, and yields), whether based on federal or provincial law, statutory or common law, or any other law, code, rule, or regulation of any country or other jurisdiction worldwide, including known or unknown, suspected or

QUESTIONS? CALL U.S. & CANADA (TOLL-FREE): 1(800) 749-3518;
INTERNATIONAL (TOLL): 1(941) 906-4822; OR VISIT www.aircargosettlement.com
*A complete list of Air Cargo Settlement toll-free and toll telephone numbers by country is enclosed with this Notice, and the list is also available by visiting the website.*
4

unsuspected, asserted or unasserted, foreseen or unforeseen, actual or contingent, and liquidated or unliquidated Claims (specifically including, without limitation those Claims in any way related to cargo rates, fuel surcharges, security surcharges, customs surcharges, war risk surcharges, navigation surcharges, commissions, incentives, rebates, credits, and yields), that have been, could have been, or in the future may be asserted by any of the Releasing Parties in any action or proceeding in any court or forum, in any country or other jurisdiction worldwide regardless of legal theory, and regardless of the type or amount of relief or damages claimed. Nothing herein shall be construed to include within "Released Claims" any Claims solely relating to conduct occurring after the Execution Date of this Settlement Agreement.

Notwithstanding the Release contained in the Canadian Settlement Agreement, for Settlement Class Members resident in any province or territory where the release of one tortfeasor is a release of all other tortfeasors, the Canadian Settlement Agreement provides that those Settlement Class Members do not release Lufthansa but instead covenant and undertake not to sue, make any Claim in any way or to threaten, commence, or continue any Claim in any jurisdiction against Lufthansa, for claims associated with this case.

The Canadian Settlement Agreement does not settle or compromise any claims other than these Released Claims against the Lufthansa Released Parties. All rights of any Settlement Class Member against former, current, or future Defendants or co-conspirators or any other person or entity other than the Released Parties are specifically reserved by Plaintiffs and the Canadian Settlement Class Members.

### D.  Canadian Settlement Class Counsel Fees and Costs

The fees, disbursements, and taxes of Canadian Settlement Class Counsel will be fixed by the Courts and will be paid out of the Canadian Settlement Fund. The amounts sought for Canadian Settlement Class Counsel fees will not exceed 25% of the Canadian Settlement Fund, plus disbursements and taxes incurred to the date settlement approval is granted by the Courts. Additionally, Canadian Settlement Class Counsel reserve the right to bring motions to the Courts for payment out of the Canadian Settlement Fund for any future adverse cost awards to a maximum of CDN $500,000 and future disbursements to a maximum of CDN $500,000.

## IV.  HOW TO REGISTER TO RECEIVE FURTHER INFORMATION AND SETTLEMENT BENEFITS

Canadian Settlement Class Counsel are proposing to hold the Canadian Settlement Fund in trust for the future benefit of Canadian Settlement Class Members. If you received this Notice by mail, you need not take any steps to ensure that further information will be mailed to you. **If, however, you did not receive this Notice by mail, you must register with the Claims Administrator to ensure that further information will be sent to you by mail, including notice regarding any future distribution of the Canadian Settlement Fund.**

You may register online at www.aircargosettlement.com, by completing the Online Registration Form, or by downloading and mailing your completed Registration Form to the Air Cargo Settlement, c/o The Garden City Group, Inc., P.O. Box 9162, Dublin, OH 43017-4162, USA. To register you may also call the Air Cargo Settlement: U.S. or Canada (Toll-Free) at 1 (800) 749-3518; or International (Toll) at 1 (941) 906-4822. A complete list of Air Cargo Settlement toll-free and toll telephone numbers by country is enclosed in the mailing of this Notice, and the list is also available online. You may also write to the Air Cargo Settlement Claims Administrator at the address listed here to request a Registration Form.

QUESTIONS? CALL U.S. & CANADA (TOLL-FREE): 1(800) 749-3518;
INTERNATIONAL (TOLL): 1(941) 906-4822; OR VISIT www.aircargosettlement.com
*A complete list of Air Cargo Settlement toll-free and toll telephone numbers by country is enclosed with this Notice, and the list is also available by visiting the website.*
5

## V.    HOW TO EXCLUDE YOURSELF FROM A CLASS

You will be bound by the terms of the Canadian Settlement Agreement, if approved, unless you "opt out." If you choose to remain in the Canadian Settlement Classes and do not opt out, you will not be able to bring or maintain any other claim or legal proceeding alleging acts in violation of the Competition Act, such as price-fixing, or other claims relating to the alleged conduct in the market for air cargo shipping. No further right to opt out of the Canadian Class Actions will be provided in the future. If you opt out of the Canadian Class Actions, you will not be able to participate in the Canadian Settlement Agreement or in any further settlement or judgment achieved against the other non-settling Defendants.

Ontario and/or British Columbia Settlement Classes: If you wish to exclude yourself from one of these Classes, you must do so by sending a written request for exclusion, by certified mail, return receipt requested, postage prepaid, postmarked on or before November 12, 2008, to the following address:

Air Cargo Settlement
c/o The Garden City Group, Inc.
P.O. Box 9162
Dublin, OH 43017-4162 USA

Québec Settlement Class: If you wish to exclude yourself from the Québec Settlement Class, you must do so by sending a written request for exclusion, by certified mail, return receipt requested, postage prepaid, postmarked on or before November 12, 2008, to the following address:

Clerk of the Superior Court of Québec
1 Notre-Dame Street East
Montréal, Québec  H2Y 1B6

Required Information: All requests for exclusion from the Canadian Class Actions must clearly state:

- your name, address, and phone number
- all trade names or business names and addresses you or your business has used, as well as any parents, subsidiaries or affiliates that have purchased air cargo shipping services at any time during the relevant period and are also requesting to be excluded from the Settlement Class
- the name of the case (Canadian Air Cargo Shipping Services Class Actions)
- the Class(es) from which you wish to be excluded
- the value of all air cargo shipping services you have purchased between January 1, 2000 and September 11, 2006
- a signed statement that "I/we hereby request that I/we be excluded from the proposed Settlement Class in the Canadian Air Cargo Shipping Services Class Action."

IN ORDER TO BE EXCLUDED FROM THE CANADIAN CLASS ACTIONS, YOU MUST TIMELY REQUEST EXCLUSION IN THE MANNER SET FORTH ABOVE EVEN IF YOU HAVE FILED OR INTEND TO FILE YOUR OWN LAWSUIT AGAINST ANY OF THE DEFENDANTS BASED ON CLAIMS THAT ARISE OUT OF THE CONDUCT AT ISSUE IN THIS LITIGATION. QUÉBEC SETTLEMENT CLASS MEMBERS WHO HAVE COMMENCED PROCEEDINGS OR COMMENCE PROCEEDINGS AND FAIL TO DISCONTINUE SUCH PROCEEDINGS BY THE DEADLINE FOR EXCLUSION FROM THE QUÉBEC CLASS SHALL BE DEEMED TO HAVE OPTED OUT.

## VI.    THE SETTLEMENT APPROVAL HEARINGS

You are not required to attend a settlement approval hearing.

QUESTIONS? CALL U.S. & CANADA (TOLL-FREE): 1(800) 749-3518;
INTERNATIONAL (TOLL): 1(941) 906-4822; OR VISIT www.aircargosettlement.com
*A complete list of Air Cargo Settlement toll-free and toll telephone numbers by country is enclosed with this Notice, and the list is also available by visiting the website.*

In Canada, each Court must approve the Canadian Settlement Agreement for the Agreement to enter into effect. A motion to approve the Canadian Settlement Agreement will be heard by the Ontario Superior Court of Justice in the City of London on January 28, 2009 at 10:00 a.m., the Superior Court of Québec in the City of Montreal on March 9 and 10, 2009 at 9:00 a.m., and the Supreme Court of British Columbia in the City of Vancouver on February 27, 2009 at 10:00 a.m. Settlement Class Members are entitled to appear and make submissions at the hearings with respect to the Canadian Settlement Agreement. If you wish to comment on or make an objection to the settlement, a written submission must be delivered by November 12, 2008 to each of the lawyers identified below:

| | |
|---|---|
| Objections from Settlement Class Members, other than Québec Settlement Class Members, should be sent to Canadian Settlement Class Co-Counsel:<br><br>    Charles M. Wright<br>    Siskinds LLP<br>    680 Waterloo Street<br>    London, ON  N6A 3V8<br>    1-800-461-6166<br><br>Objections from Québec Settlement Class Members should be sent to Québec Settlement Class Counsel:<br><br>    Irwin Liebman<br>    Liebman Associés<br>    1 Westmount Square #1500<br>    Montreal, Québec  H3Z 2P9<br>    (514) 846-0666 | Robert E. Kwinter<br>Blake, Cassels & Graydon LLP<br>199 Bay Street<br>Suite 2800, Commerce Court West<br>Toronto, ON  M5L 1A9<br>(416) 863-2400<br><br>Canadian Counsel for Lufthansa AG, Lufthansa Cargo AG, and Swiss International Air Lines Ltd. |

All submissions will be forwarded to the appropriate Court, and all filed written submissions will be considered by the appropriate Court. If you do not file a written submission by November 12, 2008 you will not be entitled to participate, through oral submissions or otherwise, in the settlement approval hearings.

The time and date of any of the hearings may be continued or rescheduled without further notice.

## VII.   AIR CARGO SETTLEMENT CLAIMS ADMINISTRATOR

More information about the Settlement is available on the official settlement website at www.aircargosettlement.com. The website lists an email address you may use to contact the Air Cargo Settlement Claims Administrator. You may also contact the Air Cargo Settlement Claims Administrator by telephone: U.S. or Canada (Toll-Free) at 1 (800) 749-3518; or International (Toll) at 1 (941) 906-4822. Toll charges apply if you call the U.S. and Canada toll-free number from a location outside those countries. A complete list of toll-free and toll telephone numbers by country is enclosed in the mailing of this Notice, and the list is also available online at www.aircargosettlement.com. You may also write to the Air Cargo Settlement Claims Administrator at the following address:

Air Cargo Settlement
c/o The Garden City Group, Inc.
P.O. Box 9162
Dublin, OH 43017-4162 USA

QUESTIONS? CALL U.S. & CANADA (TOLL-FREE): 1(800) 749-3518;
INTERNATIONAL (TOLL): 1(941) 906-4822; OR VISIT www.aircargosettlement.com
*A complete list of Air Cargo Settlement toll-free and toll telephone numbers by country is enclosed with this Notice, and the list is also available by visiting the website.*

This Notice is available in many additional languages. If you need these materials in a language other than English, please visit the website, call the information phone line, write the Air Cargo Settlement Claims Administrator at the address above or send an email to administrator@aircargosettlement.com.

## VIII. ADDITIONAL INFORMATION

Any corrections or changes of name or address for Canadian Settlement Class Members <u>should not be directed to the Court</u>. If your name and/or address has changed since you received this Notice, you should notify the Air Cargo Settlement Claims Administrator of the change. You may do so online at www.aircargosettlement.com or by writing to the Air Cargo Settlement, c/o The Garden City Group, Inc., P.O. Box 9162, Dublin, OH 43017-4162 USA. You may also call the Air Cargo Settlement Claims Administrator at the telephone numbers discussed above in Section VII.

Any questions that you have concerning the matters contained in this Notice with respect to the Settlement Classes may be directed in writing to Canadian Settlement Class Counsel, as follows:

| Settlement Class Members, other than Québec Settlement Class Members, should contact: | Québec Settlement Class Members should contact: |
|---|---|
| Charles M. Wright<br>Siskinds LLP<br>680 Waterloo Street<br>London, ON  N6A 3V8<br>1-800-461-6166 | Irwin Liebman<br>Liebman Associés<br>1 Westmount Square #1500<br>Montreal, Québec  H3Z 2P9<br>(514) 846-0666 |

This Notice contains only a summary of the Canadian Settlement Agreement. Canadian Settlement Class Members are encouraged to review the entire Settlement Agreement, a copy of which can be obtained free of charge at www.aircargosettlement.com. A copy can also be mailed to you at a cost of $20, from the Settlement Claims Administrator by writing to the following address: Air Cargo Settlement, c/o The Garden City Group, Inc., P.O. Box 9162, Dublin, OH 43017-4162 USA.

**Do not contact the Courts.**

> **THIS NOTICE HAS BEEN AUTHORIZED BY THE ONTARIO SUPERIOR COURT OF JUSTICE, THE SUPREME COURT OF BRITISH COLUMBIA, AND THE QUÉBEC SUPERIOR COURT**

QUESTIONS? CALL U.S. & CANADA (TOLL-FREE): 1(800) 749-3518;
INTERNATIONAL (TOLL): 1(941) 906-4822; OR VISIT www.aircargosettlement.com
*A complete list of Air Cargo Settlement toll-free and toll telephone numbers by country is enclosed with this Notice, and the list is also available by visiting the website.*

8

This mailing includes two legal notices: (1) the United States Lufthansa Class Action Settlement Notice; and (2) the Canadian Lufthansa Class Action Settlement Notice.

You may be a member of more than one class.

Please read both notices.

This page intentionally left blank

# THIS IS THE UNITED STATES LUFTHANSA CLASS ACTION SETTLEMENT NOTICE

---

## IMPORTANT LEGAL NOTICE TO ALL LUFTHANSA SETTLEMENT CLASS MEMBERS

## FORWARD TO CORPORATE HEADQUARTERS/LEGAL COUNSEL (IF APPLICABLE)

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES<br>ANTITRUST LITIGATION<br><br>MDL No. 1775 | Master File 06-MD-1775 (JG) (VVP) |

# NOTICE OF PROPOSED CLASS ACTION SETTLEMENT
## WITH DEFENDANTS DEUTSCHE LUFTHANSA AG, LUFTHANSA CARGO AG, AND SWISS INTERNATIONAL AIR LINES LTD. IN THE AMOUNT OF $85 MILLION

**To:** ALL PERSONS WHO PURCHASED AIRFREIGHT SHIPPING SERVICES FROM ANY AIR CARGO CARRIER FOR AIRFREIGHT SHIPMENTS WITHIN, TO, OR FROM THE UNITED STATES FROM JANUARY 1, 2000 TO SEPTEMBER 11, 2006, INCLUDING PERSONS WHO PURCHASED AIRFREIGHT SHIPPING SERVICES THROUGH FREIGHT FORWARDERS.

PLEASE READ THIS ENTIRE NOTICE CAREFULLY. YOUR RIGHTS MAY BE AFFECTED BY A LAWSUIT NOW PENDING IN THIS COURT. THIS NOTICE ADVISES YOU OF YOUR OPTIONS REGARDING THE CLASS ACTION, INCLUDING WHAT YOU MUST DO IF YOU WISH TO SHARE IN THE $85 MILLION SETTLEMENT FUND.

This Notice is given pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Eastern District of New York (the "Court").

The purpose of this Notice is to inform you of the pending proposed class action lawsuit (the "Action") and of a partial settlement of the Action with defendants Deutsche Lufthansa AG, Lufthansa Cargo AG, and Swiss International Air Lines Ltd. (collectively "Lufthansa"). The Action alleges that Lufthansa and the other Defendants (defined below) who are not part of this settlement violated United States antitrust laws and state laws regarding the sale of Airfreight Shipping Services (defined below). To resolve the claim against them concerning airfreight cargo shipments within, to, or from the United States, Lufthansa has agreed to pay $85 million and to cooperate in the prosecution of claims against the remaining Defendants.

QUESTIONS? CALL U.S. & CANADA (TOLL-FREE): 1(800) 749-3518;
INTERNATIONAL (TOLL): 1(941) 906-4822; OR VISIT www.aircargosettlement.com
*A complete list of Air Cargo Settlement toll-free and toll telephone numbers by country is enclosed with this Notice, and the list is also available by visiting the website.*

The Court will hold a public Fairness Hearing on December 12, 2008, to consider whether the Lufthansa Settlement Agreement should be approved. The purpose of the Fairness Hearing is to determine whether the Lufthansa Settlement Agreement is fair, reasonable, and adequate.

Your options are described later in this Notice and are summarized as:

1.  **Remain in the Lufthansa Settlement Class and submit a Claim Form.** If you received this Notice by mail, you have already received a Claim Form together with this Notice. If you are reviewing this Notice online, or received a copy by some means other than by mail from the Air Cargo Settlement Claims Administrator, you may request a Claim Form online at www.aircargosettlement.com or by calling the Air Cargo Settlement Claims Administrator: U.S. & Canada (Toll-Free) at 1 (800) 749-3518; or International (Toll) at 1 (941) 906-4822. A complete list of Air Cargo Settlement toll-free and toll telephone numbers by country is enclosed in the mailing of this Notice, and the list is also available online.

2.  **Request in writing to be excluded from the Lufthansa Settlement Class.** If you request to be excluded, you will not be entitled to participate in the Lufthansa Settlement. If you do not exclude yourself from the Lufthansa Settlement Class, you will be bound by the Release if the Court enters an order approving the Lufthansa Settlement Agreement. Information concerning exclusion is set forth below and available online at www.aircargosettlement.com.

3.  **Remain in the Lufthansa Settlement Class but object.** If you do not request exclusion from the Lufthansa Settlement Class, you may remain a Member of the Lufthansa Settlement Class and submit a Claim Form, but at the same time object to any aspect of the Lufthansa Settlement. The deadline for filing an objection is November 12, 2008.

4.  **Do Nothing.** If you do not exclude yourself from the Lufthansa Settlement Class and you do not submit a Claim Form, you will not be eligible to receive payment from the Lufthansa Settlement Fund and you will be releasing Lufthansa from the claims described in the Release.

## I. BACKGROUND OF THE LITIGATION

### A. What is a Class Action Lawsuit?

A class action is a lawsuit in which a few representative plaintiffs bring a lawsuit against defendants on behalf of themselves and other similarly situated persons. The representative plaintiffs, the Court, and counsel appointed to represent the class all have a responsibility to make sure that the interests of all class members are adequately represented. Importantly, class members are NOT individually responsible for the attorneys' fees or litigation expenses of Class Counsel. In a class action, attorneys' fees and litigation expenses are paid from the settlement fund (or the court judgment amount) and must be approved by the Court.

When a class enters into a proposed settlement with a defendant, such as this settlement with Lufthansa, then the Court will require that the class be given notice of the settlement and be given an opportunity to be heard. The Court then conducts a hearing to determine, among other things, if the proposed settlement is fair, reasonable and adequate.

QUESTIONS? CALL U.S. & CANADA (TOLL-FREE): 1(800) 749-3518;
INTERNATIONAL (TOLL): 1(941) 906-4822; OR VISIT www.aircargosettlement.com
*A complete list of Air Cargo Settlement toll-free and toll telephone numbers by country is enclosed with this Notice, and the list is also available by visiting the website.*

2

## B. Summary of the Action

In this Action, Plaintiffs allege that Lufthansa and the other Defendants were engaged in a conspiracy to fix, raise, maintain, or stabilize prices of Airfreight Shipping Services by coordinating surcharges (fees that air cargo carriers charge in addition to normal shipping rates for specific extra costs, such as a "fuel surcharge" or a "security surcharge"), jointly agreeing to eliminate or prevent discounting of prices, agreeing on yield and allocating customers, all in violation of United States antitrust law and state law. As a result of this alleged conduct, Plaintiffs allege that they and other members of the Class paid more for Airfreight Shipping Services than they would have paid in the absence of this alleged conduct. In addition to Lufthansa, the "Defendants" named in this litigation are:

| | |
|---|---|
| AC Cargo LP | Ethiopian Airlines Corp. |
| Aerolineas Brasileiras S.A (d/b/a Absa Cargo Airline) | Japan Airlines International Co., Ltd. |
| Air Canada | Kenya Airways Ltd. |
| Air China Cargo Company Ltd. (d/b/a Air China Cargo) | KLM Royal Dutch Airlines |
| | Korean Airlines Co., Ltd. |
| Air China Ltd. (d/b/a Air China) | LAN Airlines S.A. (f/k/a LAN Chile S.A.) |
| Air Mauritius Ltd. | Lan Cargo S.A. |
| Airways Corporation of New Zealand Ltd. (d/b/a Airways New Zealand) | Martinair Holland N.V. |
| | Nippon Cargo Airlines Co., Ltd. |
| Alitalia Linee Aeree Italiane S.p.A. | Polar Air Cargo, Inc. |
| All Nippon Airways Co., Ltd. | Qantas Airways Ltd. |
| Asiana Airlines, Inc. | Scandinavian Airline Systems AB |
| Atlas Air Worldwide Holdings, Inc. | Saudi Arabian Airlines, Ltd. |
| British Airways PLC | Singapore Airlines Cargo PTE, Ltd. |
| Cargolux Airlines International S.A. | Singapore Airlines, Ltd. |
| Cathay Pacific Airways, Ltd. | Société Air France |
| DAS Air Ltd. (d/b/a Das Air Cargo) | South African Airways (Proprietary), Ltd. |
| El Al Israel Airlines | Thai Airways International Public Co., Ltd. |
| Emirates Airlines (d/b/a Emirates) | Viação Aérea Rio-Grandense, S.A. ("VARIG") |

By entering into the Settlement Agreement with Plaintiffs, Lufthansa does not admit that it engaged in the unlawful conduct alleged in this Action. If Lufthansa did not enter into the Settlement Agreement with Plaintiffs, Lufthansa would assert a number of defenses to Plaintiffs' claims. Additionally, Lufthansa has entered into the U.S. Department of Justice Antitrust Division's leniency program, which provides for leniency to corporations that report illegal antitrust activity to Government investigators at an early stage; under the Antitrust Criminal Penalty and Enhancement and Reform Act of 2004, Pub. L. No. 208-137,118 Stat. 665 (June 22, 2004) ("ACPERA"), Lufthansa's potential liability in civil litigation is significantly limited subject to Lufthansa providing adequate cooperation to Plaintiffs as set out in ACPERA.

Neither Plaintiffs nor Lufthansa have proven their assertions. The Court expresses no opinion as to whether Plaintiffs' allegations are correct or whether Lufthansa or any of the Defendants has engaged in any wrongdoing.

## C. Definition of the Lufthansa Settlement Class

By Order dated April 4, 2008, the Court preliminarily certified the Lufthansa Settlement Class and directed that this notice be provided to persons and entities that fall within the definition of the Lufthansa Settlement Class ("Lufthansa Settlement Class Members"). The Lufthansa Settlement Class is defined as:

All persons and entities that purchased airfreight cargo shipping services for shipments within, to, or from the United States (hereafter "Airfreight Shipping Services"), including those persons and entities that purchased Airfreight Shipping Services through freight forwarders, from any air cargo carrier (including, without limitation, those defendants named in the Actions, and specifically including Lufthansa) and/or any named or unnamed co-conspirators

QUESTIONS? CALL U.S. & CANADA (TOLL-FREE): 1(800) 749-3518;
INTERNATIONAL (TOLL): 1(941) 906-4822; OR VISIT www.aircargosettlement.com
*A complete list of Air Cargo Settlement toll-free and toll telephone numbers by country is enclosed with this Notice, and the list is also available by visiting the website.*
3

(collectively "Defendants") during the period from January 1, 2000 to September 11, 2006. Excluded from the Settlement Class are Defendants, their respective parents, employees, subsidiaries, and affiliates, and all government entities.

"Airfreight Shipping Services" is defined as airfreight cargo shipping services for shipments within, to, or from the United States.

PLEASE NOTE, the Lufthansa Settlement Class is different from the proposed Class defined in the Action. The Lufthansa Settlement Class includes persons who purchased from any air cargo carrier, including air cargo carriers who are not named defendants in the Action.

## II.    SUMMARY OF THE PROPOSED SETTLEMENT WITH LUFTHANSA

The following description of the proposed Lufthansa Settlement Agreement is only a summary. The Lufthansa Settlement Agreement (including four amendments that have been made) is on file with the Court at the address indicated in this Notice and is available at the official Air Cargo Settlement website (www.aircargosettlement.com).

On behalf of the Lufthansa Settlement Class, Plaintiffs entered into the Lufthansa Settlement. Lufthansa has agreed to pay $85 million (plus accrued interest) and provide Settlement Class Counsel with cooperation in their continuing litigation against the other Defendants. The $85 million paid by Lufthansa plus accrued interest (the "Lufthansa Settlement Fund") will be subject to a reduction to account for the amount that Settlement Class Members who exclude themselves from the Lufthansa Settlement Class would have received had they stayed in the Lufthansa Settlement Class and submitted a valid Claim Form. See Settlement Agreement, paragraph 46. Also if Lufthansa settles with any entity that excludes itself from the Lufthansa Settlement Class for an amount greater than it would have received under the terms of the Lufthansa Settlement, Lufthansa will be required to make additional settlement payments to the Lufthansa Settlement Class. See Settlement Agreement, paragraph 65. Lufthansa will be released from all claims asserted against it on behalf of the Lufthansa Settlement Class in the Action. The Action will proceed against the non-settling Defendants. The Action will also proceed against Lufthansa for all claims alleged in the Action that are not released under the terms of the Lufthansa Settlement Agreement.

### A.    Cooperation Requirements

Lufthansa's cooperation under the Lufthansa Settlement Agreement includes production of:

- documents and materials regarding Lufthansa's sales of Airfreight Shipping Services within, to, or from the United States;

- all documents regarding actual or potential communications between two or more Defendants relating to pricing or customers for Airfreight Shipping Services; and

- all documents regarding air cargo commerce within, to, or from the United States that Lufthansa has produced to the United States Department of Justice, the European Commission, or any other national competition authority investigating the air cargo industry (but excluding documents created by Lufthansa's attorneys for such investigation).

Additionally, Lufthansa has agreed it may produce other documents relevant to Plaintiffs' claims upon reasonable request.

The cooperation provided for under the Lufthansa Settlement Agreement also requires Lufthansa to meet with Settlement Class Counsel as often as is reasonable and necessary to support the prosecution of the Action. These meetings include the requirement that Lufthansa give a detailed proffer providing all facts

QUESTIONS? CALL U.S. & CANADA (TOLL-FREE): 1(800) 749-3518;
INTERNATIONAL (TOLL): 1(941) 906-4822; OR VISIT www.aircargosettlement.com
*A complete list of Air Cargo Settlement toll-free and toll telephone numbers by country is enclosed with this Notice, and the list is also available by visiting the website.*
4

known regarding the alleged anticompetitive conduct.

Lufthansa has also agreed to make available for interviews, declarations or affidavits, depositions, and trial testimony current and former directors, officers, and employees of Lufthansa who have been interviewed by the U.S. Department of Justice, the European Commission, and any other national competition authority investigating the air cargo industry. Lufthansa has agreed to produce at trial and/or deposition, or through affidavits or declarations, representatives qualified to establish for admission into evidence documents Lufthansa produces in this Action and evidence of Lufthansa's sales of Airfreight Shipping Services and/or related surcharges.

## B.  The Release

**IF YOU DO NOT EXCLUDE YOURSELF FROM THE LUFTHANSA SETTLEMENT CLASS WHEN THE LUFTHANSA SETTLEMENT AGREEMENT BECOMES FINAL YOU WILL BE RELEASING LUFTHANSA FOR THE CLAIMS DESCRIBED BELOW, AND YOU WILL BE BOUND BY THE RELEASE IN THE LUFTHANSA SETTLEMENT AGREEMENT – EVEN IF YOU DO NOT FILE A CLAIM FORM OR PARTICIPATE IN THE LUFTHANSA SETTLEMENT FUND.**

In exchange for Lufthansa's payment of $85 million (subject to reduction for Lufthansa Settlement Class Members who exclude themselves) and Lufthansa's substantial cooperation, Lufthansa Settlement Class Members will be bound by the following release of claims, which will be included in the class judgment, as set forth in the Settlement Agreement:

**"Claims"** shall mean any and all actions, suits, claims, rights, demands, assertions, allegations, causes of action, controversies, proceedings, losses, damages, injuries, attorneys' fees, costs, expenses, debts, liabilities, judgments, or remedies (whether equitable or legal).

**"Released Parties"** shall refer jointly and severally, individually and collectively, to Lufthansa, its predecessors, successors, parents, subsidiaries, divisions, departments, affiliates, heirs, executors, administrators, and any and all past, present, and future officers, directors, stockholders, partners, agents, attorneys, servants, employees, and assignees. Notwithstanding the foregoing, "Released Parties" does not include (i) any other defendant formerly or currently named in the Actions; (ii) any other defendant subsequently added or joined in the Actions; (iii) any other co-conspirator; and/or (iv) any former Lufthansa employee officer or director who is determined to have refused to cooperate with reasonable requests for interviews, declarations or affidavits, depositions or trial testimony by Settlement Class Counsel (an invocation of the right of self-incrimination shall be deemed a refusal to cooperate).

**"Releasing Parties"** shall refer individually and collectively, to Plaintiffs and all [Lufthansa] Settlement Class Members, on behalf of themselves and any person or entity claiming by or through them as an heir, administrator, devisee, predecessor, successor, parent, subsidiary, representative of any kind, shareholder, partner, director, owner of any kind, affiliate, assignee, agent, employee, contractor, attorney, or insurer, and to Settlement Class Counsel, on behalf of themselves and any person or entity claiming by or through them as an heir, administrator, devisee, predecessor, successor, parent, subsidiary, representative of any kind, shareholder, partner, director, owner of any kind, affiliate, assignee, agent, employee, contractor, attorney, or insurer.

[T]he Releasing Parties shall be deemed to and do hereby remise, release, and forever discharge the Released Parties of and from any and all Claims arising from or in any way related to, the pricing of or compensation related to airfreight cargo shipping services provided by Lufthansa, any other air cargo carrier (including, without limitation, those defendants named in the Actions), and/or any named or unnamed co-conspirators, for shipments within, to, or

QUESTIONS? CALL U.S. & CANADA (TOLL-FREE): 1(800) 749-3518;
INTERNATIONAL (TOLL): 1(941) 906-4822; OR VISIT www.aircargosettlement.com
*A complete list of Air Cargo Settlement toll-free and toll telephone numbers by country is enclosed with this Notice, and the list is also available by visiting the website.*
5

from the United States (and specifically including, without limitation, Claims in any way related to cargo rates, fuel surcharges, security surcharges, United States customs surcharges, war risk surcharges, commissions, incentives, rebates, credits, yields, or any other element of the price of or the compensation related to airfreight cargo shipping services), whether such Claims are based on federal, state, local, statutory, or common law, or any other law, code, rule, or regulation of any country or other jurisdiction worldwide, including known or unknown, suspected or unsuspected, asserted or unasserted, foreseen or unforeseen, actual or contingent, liquidated or unliquidated Claims that have been, could have been, or in the future might be asserted by any of the Releasing Parties in any action or proceeding in any court or forum, in any country or other jurisdiction worldwide, regardless of legal theory, and regardless of the type or amount of relief or damages claimed.

Nothing herein shall be construed to release any individual claims based upon negligence, breach of contract, bailment, failure to deliver, lost goods, damaged or delayed goods, or similar claims relating to Airfreight Shipping Services made in a manner consistent with the Warsaw Convention. Further, nothing herein shall be construed to release any claim based solely upon conduct occurring after September 30, 2006. Lufthansa expressly reserves all rights and defenses with respect to any non-released claims.

The Releasing Parties covenant not to sue any Released Party for any transaction, event, circumstance, action, failure to act, or occurrence of any sort or type arising out of or related to the Actions or the Claims released [in the preceding paragraphs]. This Paragraph shall not apply to any action to enforce [the Lufthansa] Settlement Agreement. . . .

The [release described above and the covenant described above] constitute a full and final release by the Releasing Parties.

This release … constitutes a waiver of Section 1542 of the California Civil Code and Section 20-7-11 of the South Dakota Codified Laws, each of which provides that "[a] general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor," and a waiver of any similar provision, statute, regulation, rule, or principle of law or equity of any other state or applicable jurisdiction. In connection with the waiver and relinquishment set forth in this paragraph, Plaintiffs and each Settlement Class Member acknowledge that they are aware that they may hereafter discover facts in addition to, or different from, those facts which they know or believe to be true with respect to the subject matter of [the Lufthansa] Settlement Agreement, but that it is their intention … to release fully, finally, and forever all Claims released [in the release set out above], and in furtherance of such intention, this release shall be and remain in effect notwithstanding the discovery or existence of any such additional or different facts.

\*　\*　\*　\*　\*

The Lufthansa Settlement Agreement does not settle or compromise any Claims other than those set out therein. All rights of any Lufthansa Settlement Class Member against former, current, or future defendants or co-conspirators, any former Lufthansa employee, officer or director who is determined to have refused to cooperate with reasonable requests for interviews, declarations or affidavits, depositions or trial testimony by Settlement Class Counsel, or any other person or entity other than the Released Parties are specifically reserved by Plaintiffs and the Lufthansa Settlement Class Members.

## III.    THE CANADIAN CLASS ACTION

Included in this mailing is a notice regarding a Canadian class action settlement with Lufthansa (the

QUESTIONS? CALL U.S. & CANADA (TOLL-FREE): 1(800) 749-3518;
INTERNATIONAL (TOLL): 1(941) 906-4822; OR VISIT www.aircargosettlement.com
*A complete list of Air Cargo Settlement toll-free and toll telephone numbers by country is enclosed with this Notice, and the list is also available by visiting the website.*

6

"Canadian Lufthansa Settlement"). The Canadian Lufthansa Settlement pertains to: All persons and entities that purchased Airfreight Shipping Services from any air cargo carrier for shipments within, to, or from Canada during the period from January 1, 2000 to September 11, 2006, including those persons and entities that purchased Airfreight Shipping Services through freight forwarders.

However, all airfreight cargo shipments from Canada into the United States and from the United States into Canada will be governed by the United States Lufthansa Settlement discussed here, and not the Canadian Lufthansa Settlement.

## IV.    THE OPTIONS AVAILABLE TO CLASS MEMBERS UNDER THIS SETTLEMENT

### A.    Remain in the Lufthansa Settlement Class and Submit a Claim Form

If you are a person or entity that falls within the definition of the Lufthansa Settlement Class found in Section I (C) above, then you will be a Member of the Lufthansa Settlement Class unless you elect to be excluded. As a Member of the Lufthansa Settlement Class, your interests will be represented by the representative plaintiffs and Settlement Class Counsel. However, you may have your own attorney appear on your behalf at your expense.

If you received this Notice by mail you have also received a Claim Form. If you are reviewing this Notice online, or received a copy by some means other than by mail from the Air Cargo Settlement Claims Administrator, you may request a Claim Form online at www.aircargosettlement.com, or by calling the Air Cargo Settlement Claims Administrator: U.S. & Canada (Toll-Free) at 1 (800) 749-3518; or International (Toll) at 1 (941) 906-4822. A complete list of Air Cargo Settlement toll-free and toll telephone numbers by country is enclosed in the mailing of this Notice, and the list is also available online. You may also request a Claim Form by writing to the Air Cargo Settlement Claims Administrator at Air Cargo Settlement, c/o The Garden City Group, Inc., P.O. Box 9162, Dublin, OH 43017-4162, USA.

Completed Claim Forms must be returned to the Air Cargo Settlement Claims Administrator at Air Cargo Settlement, c/o The Garden City Group, Inc., P.O. Box 9162, Dublin, OH 43017-4162, USA. They must be postmarked no later than February 12, 2009. If you fail to mail a timely, properly addressed Claim Form, your claim may be rejected and you may be precluded from any recovery from the Lufthansa Settlement Fund.

### B.    Exclude Yourself from the Lufthansa Settlement Class

To exclude yourself from the Lufthansa Settlement Class, you must submit a written request that must clearly state:

(1)    **your name, address, and phone number;**

(2)    **all trade names or business names and addresses you or your business has used, as well as any parents, subsidiaries or affiliates that have purchased Airfreight Shipping Services at any time during the dates January 1, 2000 to September 11, 2006 who are also requesting to be excluded from the Lufthansa Settlement Class;**

(3)    **the name of the Action (*In re Air Cargo Shipping Services Antitrust Litigation*);**

(4)    **a signed statement that "I/we hereby request that I/we be excluded from the Lufthansa Settlement Class in the *Air Cargo Shipping Services Antitrust Litigation, MDL 1775*"; and**

QUESTIONS? CALL U.S. & CANADA (TOLL-FREE): 1(800) 749-3518;
INTERNATIONAL (TOLL): 1(941) 906-4822; OR VISIT www.aircargosettlement.com
*A complete list of Air Cargo Settlement toll-free and toll telephone numbers by country is enclosed with this Notice, and the list is also available by visiting the website.*
7

> (5) you are also requested to identify all air carriers from whom you purchased Airfreight Shipping Services and estimate the total amount you paid for Airfreight Shipping Services from January 1, 2000 to September 11, 2006.

Requests for exclusion from the Lufthansa Settlement must be sent by First-Class mail (you are requested, but not required, to submit your exclusion request by certified mail), postmarked no later than November 12, 2008, to:

**Air Cargo Settlement**
**c/o The Garden City Group, Inc.**
**P.O. Box 9162**
**Dublin, OH 43017-4162 USA**

**In order to be excluded from the Lufthansa Settlement Class, you must timely request exclusion in the manner set forth here even if you have filed or intend to file your own lawsuit against any of the Defendants based on claims that arise out of the conduct at issue in this litigation.**

If you exclude yourself from the Lufthansa Settlement Class, you will not be bound by the Lufthansa Settlement Agreement and can independently pursue claims you may have against Lufthansa at your own expense. However, if you exclude yourself, you will not be eligible to share in the Lufthansa Settlement Fund. Information concerning exclusion is also available on the Settlement website, www.aircargosettlement.com.

## C.     Object to the Terms of the Settlement

If you have not requested exclusion from the Lufthansa Settlement Class and you object to the settlement, you may appear in person or through counsel (at your own expense), at the Fairness Hearing to present any evidence or argument that the Court deems proper and relevant.

In order to have your objections considered by the Court, you must submit a written objection that includes:

> (1)   a notice of intention to appear;
> (2)   proof of membership in the Lufthansa Settlement Class; and
> (3)   the specific grounds for the objection and any reasons why you desire to appear and be heard, as well as all documents or writings that you would like the Court to consider.

Such written objection must be both filed with the Court and mailed to Settlement Class Counsel and Lufthansa's Counsel at the addresses provided below in Section VII, no later than November 12, 2008. Any person that fails to object in this manner shall be deemed to have waived its objections and will forever be barred from making any such objections in the Action or in any other action or proceeding, unless otherwise excused for good cause shown, as determined by the Court.

## D.     Do Nothing

If you do not exclude yourself from the Lufthansa Settlement Class and you do not submit a Claim Form, you will not be eligible to receive payment from the Lufthansa Settlement Fund and you will be releasing Lufthansa from the claims described in the Release.

QUESTIONS? CALL U.S. & CANADA (TOLL-FREE): 1(800) 749-3518;
INTERNATIONAL (TOLL): 1(941) 906-4822; OR VISIT www.aircargosettlement.com
*A complete list of Air Cargo Settlement toll-free and toll telephone numbers by country is enclosed with this Notice, and the list is also available by visiting the website.*
8

# V.    PLAN OF ALLOCATION

The Court has approved a plan for the allocation of the Settlement Fund (net of Court approved attorneys' fees and reimbursed litigation expenses among Lufthansa Settlement Class Members; taxes on and tax-related expenses of the Lufthansa Settlement Fund, if any; the reductions for exclusions described in Section II of this Notice; and the arbitration expenses, if any, described in the Settlement Agreement, paragraph 61). The following is a summary of the Plan of Allocation ("POA").

The POA sets forth how the Lufthansa Settlement Fund (after the payment of Court approved attorneys' fees and expenses, and any other authorized expenses as set forth above) will be allocated and distributed to Lufthansa Class Members that submit valid Claim Forms. Both direct and indirect purchases of Airfreight Shipping Services are addressed in the POA. As set forth in Section I (C) above, "Airfreight Shipping Services" means airfreight cargo shipping services for shipments within, to, or from the United States. For purposes of calculating the pro rata share of any Lufthansa Class Member's recovery, purchase amounts in currencies other than dollars will be converted by the Settlement Claims Administrator to equivalent dollar amounts using currency exchange rates applicable on September 11, 2006.

## A.    Definitions

A **direct purchase** of Airfreight Shipping Services is any purchase of such services by a person or entity directly from any air cargo carrier without using a third party. For example, a manufacturer who pays an air cargo carrier for Airfreight Shipping Services has made a direct purchase. A freight forwarder who pays an air cargo carrier for Airfreight Shipping Services has made a direct purchase.

An **indirect purchase** of Airfreight Shipping Services is any purchase of such services by a person or entity where the purchaser's payment for the Airfreight Shipping Services is made to a person or entity other than the air cargo carrier providing the Airfreight Shipping Services. For example, a manufacturer who arranges for Airfreight Shipping Services using a freight forwarder and pays the freight forwarder has made an indirect purchase.

A purchase of Airfreight Shipping Services for shipments *from* or *within* the United States is an **Outbound** purchase. A purchase of Airfreight Shipping Services for shipments *to* the United States is an **Inbound** purchase.

A **U.S. purchaser** of Airfreight Shipping Services is a purchaser domiciled in the U.S. A **foreign purchaser** of Airfreight Shipping Services is a purchaser domiciled outside of the U.S.

## B.    Distribution – Direct Purchases

The POA allocates 82% of the Lufthansa Settlement Fund (after the payment of Court approved attorneys' fees and expenses, and any other authorized expenses as set forth above) to direct purchasers of Airfreight Shipping Services ("the Direct Fund"). For the purpose of calculating a Lufthansa Class Member's share of the Direct Fund, purchases of Inbound Airfreight Shipping Services (*i.e.*, to the United States) will be valued at 1.625 times the dollar amount of such purchases. No multiplier will apply to Outbound Airfreight Shipping Services (*i.e.*, from or within the United States). After calculating the preliminary shares of all direct U.S. and foreign purchasers (*i.e.*, the dollar amount of direct purchases of Airfreight Shipping Services), pursuant to the POA the Settlement Administrator will divide the direct purchaser claimants into two groups: U.S. direct purchasers and foreign direct purchasers. The preliminary shares allocated to direct purchaser claimants in the U.S. direct purchaser group will be final. The portion of the Direct Fund that is made up of the preliminary shares of the U.S. direct purchasers will be distributed to those U.S. direct purchaser claimants that submitted valid Claim Forms in proportion to their determined purchase amount.

QUESTIONS? CALL U.S. & CANADA (TOLL-FREE): 1(800) 749-3518;
INTERNATIONAL (TOLL): 1(941) 906-4822; OR VISIT www.aircargosettlement.com
*A complete list of Air Cargo Settlement toll-free and toll telephone numbers by country is enclosed with this Notice, and the list is also available by visiting the website.*

9

The preliminary shares allocated to foreign direct purchaser claimants will be added together to create the Foreign Fund. The Foreign Fund shall be further allocated as follows: 85 percent to the foreign direct purchasers (the "Foreign Direct Fund") and 15 percent to the foreign indirect purchasers (the "Foreign Indirect Fund"). For purposes of calculating final Lufthansa Class Member shares of the Foreign Direct Fund and Foreign Indirect Fund, Inbound Airfreight Shipping Services (*i.e.*, to the United States) will be valued at 1.625 times the dollar amount of such purchases. No multiplier will apply to Outbound Airfreight Shipping Services (*i.e.*, from or within the United States). After the dollar amounts of the foreign direct purchases of Airfreight Shipping Services are determined, the allocated percentage of such recovery will be distributed from the Foreign Fund to those foreign direct purchaser claimants that submitted valid Claim Forms in proportion to their determined purchase amount.

### C.    Distribution – Indirect Purchases

After the dollar amount of the foreign indirect purchasers of Airfreight Shipping Services are determined as set forth in the POA as described above, the allocated percentage of such recovery will be distributed from the Foreign Indirect Fund to those foreign indirect purchaser claimants that submitted valid Claim Forms in proportion to their determined purchase amount. Any money that remains in the Foreign Indirect Fund, as determined by the Court, after the payment of all valid foreign indirect purchaser claims will be added to the Foreign Direct Fund for distribution to foreign direct purchasers.

The remaining 18% of the Lufthansa Settlement Fund (after the payment of Court approved attorneys' fees and expenses) has been allocated to U.S. indirect purchasers of Airfreight Shipping Services. For purposes of calculating final Lufthansa Class Member shares of the portion of the Lufthansa Settlement Fund allocated to U.S. indirect purchasers of Airfreight Shipping Services, Inbound Airfreight Shipping Services (*i.e.*, to the United States) will be valued at 1.625 times the dollar amount of such purchases. No multiplier will apply to Outbound Airfreight Shipping Services (*i.e.*, from or within the United States). After the dollar amount of indirect purchases of Airfreight Shipping Services is determined, the Indirect Fund will be distributed to those Lufthansa Class Members that submitted valid Claim Forms in proportion to their purchase amounts. To the extent that the Indirect Fund is not depleted, the remaining balance will be added to the Direct Fund to be distributed to direct purchasers.

## VI.    ATTORNEYS' FEES AND COSTS

To date, the attorneys representing the Plaintiffs and the proposed Class (including the Lufthansa Settlement Class) in this Action have not received payment for their services or reimbursement for their expenses. As noted previously, you are not personally responsible for payment of attorneys' fees or expenses. As compensation for their time and the risk in prosecuting the litigation on a wholly contingent fee basis, Settlement Class Counsel will ask the Court for an award of attorneys' fees – to be deducted from the Lufthansa Settlement Fund – in an amount not to exceed 30% of the Lufthansa Settlement Fund, as well as reimbursement for their expenses actually incurred in the prosecution of the litigation, which will not exceed $2.5 million.

## VII.    THE FAIRNESS HEARING AND THE RIGHT TO OBJECT

The Court has scheduled a "Fairness Hearing" for December 12, 2008 at 11:30 a.m. to be held in the Ceremonial Courtroom of the United States District Court for the Eastern District of New York, United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201. At the Fairness Hearing the Court will determine if the proposed Lufthansa Settlement is fair, reasonable, and adequate. The Court will also consider Class Counsel's request for attorneys' fees and litigation expenses at the Fairness Hearing. The time and date of the Fairness Hearing may be continued from time to time without further notice and you are advised to confirm the time and location if you wish to attend.

QUESTIONS? CALL U.S. & CANADA (TOLL-FREE): 1(800) 749-3518;
INTERNATIONAL (TOLL): 1(941) 906-4822; OR VISIT www.aircargosettlement.com
*A complete list of Air Cargo Settlement toll-free and toll telephone numbers by country is enclosed with this Notice, and the list is also available by visiting the website.*
10

If you do not exclude yourself from the Lufthansa Settlement Class, you are entitled to appear, in person or through duly authorized attorneys, and to show cause why the Lufthansa Settlement Agreement or other applications should or should not be approved as fair, reasonable and adequate. However, if you wish to appear you must submit a written statement, along with any materials you wish the Court to consider, which must be received by the Court (addressed to the Clerk of the Court at the address provided above) no later than November 12, 2008, and must be sent to Settlement Class Counsel and Counsel for Lufthansa at:

### Counsel for Deutsche Lufthansa AG, Lufthansa Cargo AG, and Swiss International Air Lines Ltd.

Eric J. Mahr
Natalya K. Scimeca
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000
Eric.Mahr@wilmerhale.com
Natalya.Scimeca@wilmerhale.com

### Settlement Class Counsel

Michael D. Hausfeld
COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.
1100 New York Avenue, N.W.,
Suite 500 West
Washington, D.C. 20005
(202) 408-4600
mhausfeld@CMHT.com

Robert N. Kaplan
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
New York, NY 10022
(212) 687-1980
rkaplan@kaplanfox.com

Henry A. Cirillo
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
(415) 433-2070
hcirillo@furth.com

Steven N. Williams (SW-6198)
COTCHETT, PITRE & McCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
(650) 697-6997
swilliams@cpmlegal.com

Hollis Salzman
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
(212) 907-0700
hsalzman@labaton.com

Howard J. Sedran
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street
Philadelphia, PA 19106
(215) 592-1500
hsedran@lfsblaw.com

W. Joseph Bruckner
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900
wjbruckner@locklaw.com

Christopher Lovell
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue, Suite 58
New York, NY 10110
(212) 608-1900
clovell@lshllp.com

QUESTIONS? CALL U.S. & CANADA (TOLL-FREE): 1(800) 749-3518;
INTERNATIONAL (TOLL): 1(941) 906-4822; OR VISIT www.aircargosettlement.com
*A complete list of Air Cargo Settlement toll-free and toll telephone numbers by country is enclosed with this Notice, and the list is also available by visiting the website.*

11

## VIII.    CHANGE OF ADDRESS

If this Notice reached you at an address other than the one preprinted on the Claim Form, or if your address changes, please enter your current information online at www.aircargosettlement.com, or send it to the Air Cargo Settlement Claims Administrator at:

**Air Cargo Settlement**
**c/o The Garden City Group, Inc.**
**P.O. Box 9162**
**Dublin, OH 43017-4162 USA**

## IX.    AIR CARGO SETTLEMENT CLAIMS ADMINISTRATOR

More information about the Lufthansa Settlement is available on the official settlement website at www.aircargosettlement.com. If the answer to your question cannot be located on the website, you may contact the Air Cargo Settlement Claims Administrator by email: administrator@aircargosettlement.com. You may also contact the Air Cargo Settlement Claims Administrator by telephone. In the U.S. and Canada, you can call toll free 1 (800) 749-3518. Toll charges apply if you call the U.S. and Canada toll-free number from a location outside those countries. From locations other than the U.S. and Canada, you may call the following number: 1 (941) 906-4822. Toll charges apply for calls made to this telephone number. See the enclosed list of toll-free and toll telephone numbers by country for the Air Cargo Settlement Claims Administrator. You may also write to the Air Cargo Settlement Claims Administrator at the following address:

**Air Cargo Settlement**
**c/o The Garden City Group, Inc.**
**P.O. Box 9162**
**Dublin, OH 43017-4162 USA**

This Notice is also available in many additional languages. If you need these materials in a language other than English, please visit the website, call the information phone line, write the Air Cargo Settlement Claims Administrator at the address above, or send an email to administrator@aircargosettlement.com.

## X.    ADDITIONAL INFORMATION

The Lufthansa Settlement Agreement and other documents filed in this Action are available online, at www.aircargosettlement.com, and also available for review during normal business hours at the office of the Clerk of Court, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201. If you have questions about this Notice or the Lufthansa Settlement Agreement, you may contact any of the Settlement Class Counsel listed below in writing at the following addresses:

QUESTIONS? CALL U.S. & CANADA (TOLL-FREE): 1(800) 749-3518;
INTERNATIONAL (TOLL): 1(941) 906-4822; OR VISIT www.aircargosettlement.com
*A complete list of Air Cargo Settlement toll-free and toll telephone numbers by country is enclosed with this Notice, and the list is also available by visiting the website.*
12

| | |
|---|---|
| Michael D. Hausfeld<br>**COHEN, MILSTEIN, HAUSFELD &**<br>**TOLL P.L.L.C.**<br>1100 New York Avenue, N.W.,<br>Suite 500 West<br>Washington, D.C. 20005<br>(202) 408-4600<br>mhausfeld@CMHT.com | Hollis Salzman<br>**LABATON SUCHAROW LLP**<br>140 Broadway<br>New York, NY 10005<br>(212) 907-0700<br>hsalzman@labaton.com |
| Robert N. Kaplan<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>(212) 687-1980<br>rkaplan@kaplanfox.com | Howard J. Sedran<br>**LEVIN, FISHBEIN, SEDRAN & BERMAN**<br>510 Walnut Street<br>Philadelphia, PA 19106<br>(215) 592-1500<br>hsedran@lfsblaw.com |
| Henry A. Cirillo<br>**THE FURTH FIRM LLP**<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104<br>(415) 433-2070<br>hcirillo@furth.com | W. Joseph Bruckner<br>**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>(612) 339-6900<br>wjbruckner@locklaw.com |
| Steven N. Williams (SW-6198)<br>**COTCHETT, PITRE & MCCARTHY**<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>(650) 697-6997<br>swilliams@cpmlegal.com | Christopher Lovell<br>**LOVELL STEWART HALEBIAN LLP**<br>500 Fifth Avenue, Suite 58<br>New York, NY 10110<br>(212) 608-1900<br>clovell@lshllp.com |

## DO NOT CONTACT THE JUDGE OR THE CLERK OF COURT

**Dated: April 4, 2008**                **BY ORDER OF THE COURT**

Clerk of Court
United States District Court
for the Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

QUESTIONS? CALL U.S. & CANADA (TOLL-FREE): 1(800) 749-3518;
INTERNATIONAL (TOLL): 1(941) 906-4822; OR VISIT www.aircargosettlement.com
*A complete list of Air Cargo Settlement toll-free and toll telephone numbers by country is enclosed with this Notice, and the list is also available by visiting the website.*

13

This page intentionally left blank

**Air Cargo Settlement**
**P.O. Box 9162**
**Dublin, OH 43017-4162**
**U.S.A.**
**www.aircargosettlement.com**

**Afrikaans – Afrikaans**

Die ingesluite dokument is 'n belangrike regskennisgewing van 'n voorgestelde klasaksie skikking. Om 'n afskrif van die ingesluite dokument in Afrikaans te verkry, besoek die Skikkings webwerf by www.aircargosettlement.com, of skryf aan die Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA. U kan ook die Air Cargo Settlement (Lugvrag Skikking) skakel op 1 (941) 906-4822 (tolgeld is betaalbaar vir oproepe gemaak aan dié nommer), of vir 'n volledige lys beskikbare tol en tolvry nommers vir die Air Cargo Settlement (Lugvrag Skikking) per land, raadpleeg die ingesluite lys Air Cargo Settlement (Lugvrag Skikking) Telefoonnommers Per Land.

**Arabic – اللغة العربية**

الوثيقة المرفقة طيه إشعار قانوني هام لتسوية مقترحة لدعوى جماعية.   للحصول على نسخة عن الوثيقة المرفقة باللغة العربية، تفضل بزيارة موقع التسوية الإلكتروني على www.aircargosettlement.com، أو قم بمراسلة العنوان Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA. يمكنك أيضاً الاتصال بـ Air Cargo Settlement (تسوية الشحن الجوي) على الرقم 906-4822 (941) 1 (ليس الرقم مجانيا حيث ستتكلف قيمة الاتصال كاملة)، أو لقائمة كاملة بكل من الأرقام غير المجانية والمجانية بالكامل لـ Air Cargo Settlement (تسوية الشحن الجوي) طبقا للدولة، قم باستعراض القائمة المرفقة لهواتف أرقام Air Cargo Settlement (تسوية الشحن الجوي) طبقا للدولة.

**Bahasa Indonesian – bahasa Indonesia**

Dokumen terlampir ini merupakan surat pemberitahuan legal penting dari usulan penyelesaian gugatan kelompok. Untuk mendapatkan salinan dokumen terlampir dalam bahasa Indonesia, kunjungi situs web Penyelesaian Gugatan di www.aircargosettlement.com, atau tulis surat ke Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA. Anda dapat pula menelepon Air Cargo Settlement (Penyelesaian Gugatan Kargo Udara) di 1 (941) 906-4822 (biaya sambungan berlaku untuk panggilan ke nomor ini), atau untuk mendapatkan daftar lengkap nomor bebas pulsa dan berbayar yang tersedia untuk Air Cargo Settlement (Penyelesaian Gugatan Kargo Udara) menurut negara, lihat daftar terlampir Nomor Telepon Air Cargo Settlement (Penyelesaian Gugatan Kargo Udara) Menurut Negara.

**Chinese-Simplified – 简体中文**

所附文档为一项集体诉讼和解协议的重要法律声明。要获取所附文档的简体中文版副本，请访问和解网站，网址为：www.aircargosettlement.com，或致函 Air Cargo Settlement，地址为：P.O. Box 9162, Dublin, OH 43017-4162, USA。也可向 Air Cargo Settlement（航空货运和解）致电，电话为：1 (941) 906-4822（向此号码致 电将会产生长途通话费用），若要了解 Air Cargo Settlement（航空货运和解）在各国的所有付费和免费电话码，请参阅随附的《Air Cargo Settlement（航空货运和解）各国电话号码》。

**Chinese-Traditional – 繁體中文**

隨附文件為提議之集體訴訟和解之重要法律公告。要獲取隨附文件的繁體中文版，請造訪網站 www.aircargosettlement.com，或寫信至 Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA。您亦可撥打 1 (941) 906-4822（致電此號碼需付費）致電 Air Cargo Settlement（航空貨運和解），或者檢視隨附之按國家或地區劃分的 Air Cargo Settlement（航空貨運和解）電話號碼清單，以獲取 Air Cargo Settlement（航空貨運和解）可用收費或免費電話號碼之完整清單。

**Czech – Čeština**

Přiložený dokument je důležité právní oznámení navrhované hromadné žaloby o vyrovnání. Chcete-li získat kopii přiloženého dokumentu v češtině, navštivte webovou stránku věnovanou vyrovnání na adrese www.aircargosettlement.com nebo zašlete žádost poštou na adresu Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA. Nebo se obraťte na společnost Air Cargo Settlement (Urovnání za nákladní leteckou přepravu) telefonicky na čísle 1 (941) 906-4822 (placené telefonní číslo). Úplný seznam dostupných placených a bezplatných linek společnosti Air Cargo Settlement (Urovnání za nákladní leteckou přepravu) seřazený podle zemí najdete v přiloženém seznamu telefonních čísel společnosti Air Cargo Settlement (Urovnání za nákladní leteckou přepravu).

**Danish – Dansk**

Vedlagte dokument er en vigtig juridisk meddelelse om et foreslået forlig angående et kollektivt søgsmål. En dansk version af vedlagte dokument kan downloades på Forligswebsiden på www.aircargosettlement.com eller fås ved skriftlig henvendelse til Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA. De kan også ringe til Air Cargo Settlement (Luftfragtforlig) på 1 (941) 906-4822 (betalingsnummer); ellers se vedlagte liste over telefonnumre til Air Cargo Settlement (Luftfragtforlig). Numrene ligger alfabetisk efter land, og listen giver en udtømmende oversigt over både betalingsnumre og gratisnumre til Air Cargo Settlement (Luftfragtforlig).

**Dutch – Nederlands**

Het bijgevoegde document is een belangrijke wettelijke kennisgeving van een voorgestelde groepsvereffening. Voor het verkrijgen van een Nederlands exemplaar van het bijgevoegde document bezoekt u de vereffeningswebsite op www.aircargosettlement.com, of schrijft u een brief aan Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA. U kunt ook Air Cargo Settlement (vereffening luchtvrachtdiensten) bellen op 1 (941) 906-4822 (dit is geen gratis nummer), of de bijgevoegde complete lijst met beschikbare gratis en niet-gratis telefoonnummers voor Air Cargo Settlement (vereffening luchtvrachtdiensten) per land raadplegen.

**English**

The enclosed document is an important legal notice of a proposed class action settlement. To obtain a copy of the enclosed document in English, visit the Settlement website at www.aircargosettlement.com, or write to the Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA. You may also call the Air Cargo Settlement at 1 (941) 906-4822 (toll charges apply for calls made to this number), or for a complete list of available toll and toll free numbers for the Air Cargo Settlement by country, view the enclosed list of Air Cargo Settlement Telephone Numbers By Country.

**Finnish – Suomi**

Oheinen asiakirja on tärkeä oikeusilmoitus ryhmäkannetta koskevasta sovintoratkaisuehdotuksesta. Jos haluatte suomenkielisen kopion oheisesta asiakirjasta, käykää Settlementin (sovintoratkaisua varten laadituilla) verkkosivuilla osoitteessa www.aircargosettlement.com tai kirjoittakaa osoitteeseen Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA. Voitte myös soittaa Air Cargo Settlement (lentorahtia koskeva sovintoratkaisu) puhelinnumeroon 1 (941) 906-4822 (tämä ei ole maksuton numero), tai jos haluatte kattavan luettelon kaikista Air Cargo Settlement (lentorahtia koskeva sovintoratkaisu) maksullisista ja maksuttomista puhelinnumeroista, katsokaa oheista Air Cargo Settlement (lentorahtia koskeva sovintoratkaisu) maakohtaisten puhelinnumeroiden luetteloa.

**French – Français**

Le document joint est un avis juridique important relatif à une proposition de règlement en liaison avec une *class action* (« action par catégorie »). Pour obtenir un exemplaire en français du document joint, consultez le site Internet du Settlement (Règlement) sur le site www.aircargosettlement.com, ou écrivez à Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA. Vous pouvez également appeler la ligne de l'Air Cargo Settlement (Règlement Air Cargo) au 1 (941) 906-4822 (numéro payant), ou pour obtenir une liste complète des numéros payants et gratuits pour l'Air Cargo Settlement (Règlement Air Cargo) par pays, consultez la liste jointe des numéros de téléphone nationaux de l'Air Cargo Settlement (Règlement Air Cargo).

**French-Canadian – Français du Canada**

Le document joint est un avis juridique important relatif à une proposition de règlement en liaison avec une *class action* (« action par catégorie »). Pour obtenir un exemplaire en français du document joint, consultez le site Internet du Settlement (Règlement) sur le site www.aircargosettlement.com, ou écrivez à Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA. Vous pouvez également appeler la ligne de l'Air Cargo Settlement (Règlement Air Cargo) au 1 (941) 906-4822 (numéro payant), ou pour obtenir une liste complète des numéros payants et gratuits pour l'Air Cargo Settlement (Règlement Air Cargo) par pays, consultez la liste jointe des numéros de téléphone nationaux de l'Air Cargo Settlement (Règlement Air Cargo).

**German – Deutsch**

Das beigefügte Dokument ist eine wichtige rechtliche Mitteilung über den Vergleichsvorschlag im Rahmen einer Sammelklage. Für eine Kopie dieses Dokuments auf Deutsch besuchen Sie bitte die Settlement-Website unter www.aircargosettlement.com oder schreiben Sie an Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA. Sie können sich ferner unter der Rufnummer 1 (941) 906-4822 telefonisch an Air Cargo Settlement (Luftfrachtvergleich) wenden (Anrufe an diese Nummer sind gebührenpflichtig). Eine vollständige, nach Ländern aufgeschlüsselte Liste der verfügbaren gebührenpflichtigen und kostenlosen Telefonnummern von Air Cargo Settlement (Luftfrachtvergleich) finden Sie in der beigefügten Aufstellung der Telefonnummern der Air Cargo Settlement (Luftfrachtvergleich) nach Ländern.

**Greek – Ελληνικά**

Το εσωκλειόμενο έγγραφο είναι μια σημαντική νομική κοινοποίηση σχετικά με έναν προτεινόμενο διακανονισμό ομαδικής αγωγής. Για να λάβετε αντίγραφο του εσωκλειόμενου εγγράφου στα Ελληνικά, επισκεφτείτε την ιστοσελίδα για το Διακανονισμό στη διεύθυνση www.aircargosettlement.com ή γράψτε στην εξής διεύθυνση: Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA. Μπορείτε επίσης να τηλεφωνήσετε για το Air Cargo Settlement (Διακανονισμός Ομάδας για την Αερομεταφορά Εμπορευμάτων) στον αριθμό 1 (941) 906-4822 (οι τηλεφωνικές κλήσεις στον αριθμό αυτό επιβαρύνονται με χρέωση), ή για έναν πλήρη κατάλογο των διαθέσιμων τηλεφωνικών αριθμών (με και χωρίς χρέωση) για το Air Cargo Settlement (Διακανονισμός Ομάδας για την Αερομεταφορά Εμπορευμάτων) ανά χώρα, δείτε τον εσωκλειόμενο κατάλογο με τους τηλεφωνικούς αριθμούς ανά χώρα για το Air Cargo Settlement (Διακανονισμός Ομάδας για την Αερομεταφορά Εμπορευμάτων).

**Gujarati – ગુજરાતી**

અહીં બીડેલો દસ્તાવેજ એ પ્રસ્તાવિત વર્ગ પ્રક્રિયા સમાધાનની મહત્વપૂર્ણ કાનૂની નોટિસ છે. બીડેલા દસ્તાવેજની ગુજરાતીમાં નકલ મેળવવા માટે www.aircargosettlement.com પર Settlement (સેટલમેન્ટ) વેબસાઇટની મુલાકાત લો અથવા Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA ખાતે પત્ર લખો. આપ 1 (941) 906-4822 પર Air Cargo Settlement ને કૉલ પણ કરી શકો છો (આ નંબર પર કરેલા કૉલ્સ માટે ટોલ ચાર્જીસ લાગુ પડી શકે છે) અથવા દેશ પ્રમાણે Air Cargo Settlement (એર કાર્ગો સેટલમેન્ટ) માટે ટોલ અને ટોલ ફ્રી નંબરોની સંપૂર્ણ ઉપલબ્ધ યાદી માટે દેશ પ્રમાણે Air Cargo Settlement (એર કાર્ગો સેટલમેન્ટ) નાં ટેલિફોન નંબરોની સાથે બીડેલી યાદી જુઓ.

**עברית – Hebrew**

המסמך המצורף הוא הודעה משפטית חשובה בדבר הצעת הסדר פשרה בתביעה ייצוגית. כדי לקבל עותק של המסמך המצורף בעברית, נא לבקר באתר האינטרנט של הסדר הפשרה המתוארב www.aircargosettlement.com, או לכתוב בכתב אל Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA (הסדר הפשרה בעניין Air Cargo Settlement) באפשרותכם גם להתקשר אל Air Cargo (שיחות למספר טלפון זה יחויבו בתשלום), או – לקבלת רשימה מלאה של מספרי טלפון בטלפון 1 (941) 906-4822 Settlement -של הסדר הפשרה בעניין Air Cargo) לפי ארצות, נא לעיין ברשימה Air Cargo Settlement בשלום וללא-תשלום לבירורים בכל הנוגע ל-(הסדר הפשרה בעניין Air Cargo). המצורפת של מספרי טלפון לפי ארצות של Air Cargo Settlement

**Hindi – हिंदी**

संलग्न दस्तावेज़ एक प्रस्तावित 'क्लास एक्शन सेटलमेंट' (सामूहिक कानूनी कार्रवाई) के लिए एक महत्वपूर्ण कानूनी नोटिस है। संलग्न दस्तावेज़ की हिंदी में प्रति प्राप्त करने के लिए, www.aircargosettlement.com पर Settlement (सेटलमेंट) की वेबसाइट पर जाएं, या Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA को पत्र लिखें। आप Air Cargo Settlement (एअर कार्गो निपटारा) को 1 (941) 906-4822 पर फोन भी कर सकते हैं (इस नंबर पर की गई कॉलों पर शुल्क लगेगा), या देश के हिसाब से उपलब्ध Air Cargo Settlement (एअर कार्गो निपटारा) के शुल्क वाले और टोल फ्री नंबरों की पूरी सूची के लिए संलग्न Air Cargo Settlement (एअर कार्गो निपटारा) के टेलीफोन नंबरों की देशवार सूची देखें।

**Hungarian – Magyar**

A mellékelt dokumentum egy csoportperen keresztüli javasolt rendezésről szóló fontos értesítő. A mellékelt dokumentumról a www.aircargosettlement.com Rendezési weboldalon szerezhet magyar nyelvű példányt, vagy levelet írhat az Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA címre. Ez is hívhatja az Air Cargo Settlement-et (Légi Rakományrendezés) az 1 (941) 906-4822 telefonszámon (a megadott számon telefonálóknak fizetniük kell a hívásokért), vagy a Air Cargo Settlement (Légi Rakományrendezés) ingyenesen vagy díjfizetés fejében elérhető telefonszámairól országos bontásban készült komplett listát megtekintheti az Air Cargo Settlement (Légi Rakományrendezés) telefonszámai országonként című mellékletben.

**Italian – Italiano**

Il documento allegato rappresenta un importante avviso legale relativo a un accordo di composizione presentato per una class action. Per avere una copia del documento allegato in italiano, visitare il sito Web relativo all'accordo di composizione all'indirizzo www.aircargosettlement.com o scrivere a Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA. È inoltre possibile contattare Air Cargo Settlement (Accordo di composizione per carichi aerei) al numero 1 (941) 906-4822 (per le chiamate effettuate a questo numero vengono applicate le tariffe delle telefonate interurbane); per avere un elenco completo dei numeri gratuiti o dei numeri a tariffa interurbana disponibili per Air Cargo Settlement (Accordo di composizione per carichi aerei) divisi per paese, consultare l'elenco allegato di numeri telefonici Air Cargo Settlement (Accordo di composizione per carichi aerei) divisi per paese.

**Japanese – 日本語**

同封の文書は、集団代表訴訟和解案の重要な法的通知です。 封の日本語の文書のコピーを取得する場合は、www.aircargosettlement.com の和解ウェブ サイトにアクセスするか、Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162、USAの宛先に書面でお申込みください。1 (941) 906-4822 (この番号にかけると電話料金が適用されます) のAir Cargo Settlement (航空貨物和解) にも電話で連絡できます。国別のAir Cargo Settlement (航空貨物和解) の有料電話番号・フリーダイヤルの完全なリストについては、同封のAir Cargo Settlement (航空貨物和解) 国別電話番号リストをご覧ください。

**Korean – 한국어**

동봉된 문서는 제안된 집단 소송 합의에 관한 중요한 법적 고지입니다. 동봉 문서의 한국어본을 보고 싶다면 합의에 관한 웹사이트인www.aircargosettlement.com을 방문하거나 서면으로 요청하십시오(주소: Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA). 또는 1 (941) 906-4822번(이 번호로 통화 시 통화료 부과)으로 Air Cargo Settlement(항공 화물 합의)에 전화를 걸어 문의할 수 있으며, 국가별 Air Cargo Settlement(항공 화물 합의)의 직통 전화 번호 및 수신자 부담 전화 번호의 목록은 동봉해 드린 "국가별 Air Cargo Settlement(항공 화물 합의) 전화 번호"를 참조하십시오.

**Malay – Bahasa Malaysia**

Dokumen yang dilampirkan ini adalah notis sah penting berkenaan penyelesaian tindakan kelas yang diusulkan. Untuk mendapatkan sesalinan dokumen yang dilampirkan dalam Bahasa Malaysia, kunjungi laman web Settlement (Penyelesaian) di www.aircargosettlement.com atau hantarkan surat ke Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA. Anda juga boleh menghubungi Air Cargo Settlement (Penyelesaian Kargo Udara) di 1 (941) 906-4822 (caj tol dikenakan untuk panggilan yang dibuat ke nombor ini), atau untuk mendapatkan senarai lengkap nombor tol dan bebas tol yang terdapat di Air Cargo Settlement (Penyelesaian Kargo Udara) mengikut negara, lihat senarai yang dilampirkan Nombor Telefon Air Cargo Settlement (Penyelesaian Kargo Udara) Mengikut Negara.

**Marathi – मराठी**

सोबत जोडलेला दस्तावेज म्हणजे एक प्रस्तावित वर्गाच्या कृती समझोत्याबाबतची महत्वाची कायदेशीर सूचना आहे. या सोबतच्या मराठी दस्तावेजाची प्रत प्राप्त करण्यासाठी, www.aircargosettlement.com येथे समझोता संकेतस्थळाला भेट द्या किंवा Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA या पत्त्यावर लिहा. आपल्याला कॉल करावयाचा असल्यास Air Cargo Settlement (हवाई मालवाहतूक समझोता), येथे 1 (941) 906-4822 यावरही संपर्क करता येईल (या क्रमांकावर कॉल केल्यास टोल चार्जेस लागू होतील), किंवा Air Cargo Settlement (हवाई मालवाहतूक समझोता) च्या उपलब्ध टोलयुक्त आणि टोलमुक्त क्रमांकांच्या संपूर्ण देश-वार सूचीसाठी, सोबत जोडलेली Air Cargo Settlement (हवाई मालवाहतूक समझोता) देश-वार दूरध्वनी क्रमांक सूची पाहा.

**Norwegian – Norsk**

Vedlagte dokument er et viktig juridisk varsel om et foreslått forlik angående gruppesøksmål. For å få en kopi av vedlagte dokument på norsk, besøk forliks-nettsiden på www.aircargosettlement.com, eller skriv til Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA. Du kan også ringe Air Cargo Settlement (flyfraktforliket) på 1 (941) 906-4822 (avgifter gjelder for samtaler til dette nummeret), eller se vedlagte liste over telefonnumre til Air Cargo Settlement (flyfraktforliket) sortert etter land, som inneholder en fullstendig oversikt over gratis numre og numre som ikke er gratis for Air Cargo Settlement (flyfraktforliket).

**Polish – Polski**

Załączony dokument stanowi ważną informację prawną dotyczącą proponowanej ugody w przypadku pozwów grupowych. W celu uzyskania kopii tego dokumentu w języku polskim należy odwiedzić witrynę pod adresem www.aircargosettlement.com lub wysłać list na adres Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA. Można również skontaktować się z Air Cargo Settlement (Porozumienie w sprawie ładunków lotniczych) pod numerem telefonu 1 (941) 906-4822 (przy połączeniach z tym numerem obowiązuje zwykła stawka telefoniczna) lub na podstawie załączonej listy zawierającej płatne i bezpłatne numery telefonów do Air Cargo Settlement (Porozumienie w sprawie ładunków lotniczych), wybierając odpowiedni numer Air Cargo Settlement (Porozumienie w sprawie ładunków lotniczych) w Twoim kraju.

**Portuguese – Português**

O documento anexo é uma notificação legal importante de uma proposta de acordo de acção de classe. Para obter uma cópia do documento anexo em português, visite o website do Acordo: www.aircargosettlement.com, ou escreva para o Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA. Pode também telefonar para o Air Cargo Settlement (Acordo de Classe para Transporte Aéreo de Cargas) através do número 1 (941) 906-4822 (este número não é gratuito), ou

para obter uma lista completa de números gratuitos e não gratuitos para o Air Cargo Settlement (Acordo de Classe para Transporte Aéreo de Cargas) por país, consulte a lista anexa de Números de Telefone por País do Air Cargo Settlement (Acordo de Classe para Transporte Aéreo de Cargas).

**Portuguese-Brazil – Português do Brasil**

O documento anexo é uma notificação legal importante de uma proposta de acordo de ação de classe. Para obter uma cópia do documento anexo em português do Brasil, visite o website do Acordo: www.aircargosettlement.com ou escreva para o Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA. Você pode também telefonar para o número 1 (941) 906-4822 (este número não é gratuito), ou para obter uma lista completa de números gratuitos e não gratuitos para o Air Cargo Settlement (Acordo de Classe para Transporte Aéreo de Cargas) por país, consulte a lista anexa de Números de Telefone por País do Air Cargo Settlement (Acordo de Classe para Transporte Aéreo de Cargas).

**Romanian – Română**

Documentul inclus reprezintă o importantă notificare juridică referitoare la o reglementare propusă pentru o acțiune judiciară colectivă (înaintată de un grup de persoane). Pentru a obține un exemplar în limba română al documentului inclus, vizitați site-ul web al Acordului la adresa www.aircargosettlement.com sau scrieți la adresa Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA. De asemenea, puteți apela Air Cargo Settlement (Acordul de Despăgubire privind Transportul Aerian de Mărfuri) la numărul 1 (941) 906-4822 (la acest număr telefonic este taxabil) sau – pentru o listă completă, organizată pe țări, a numerelor de telefon cu apel taxabil sau gratuit către Air Cargo Settlement (Acordul de Despăgubire privind Transportul Aerian de Mărfuri) – consultați lista inclusă: Numerele de telefon ale Air Cargo Settlement (Acordul de Despăgubire privind Transportul Aerian de Mărfuri) listate după țară.

**Russian – Русский**

Прилагаемый документ является важным правовым уведомлением, касающимся предложенного урегулирования групповых исков. Чтобы получить копию прилагаемого документа на русском языке, посетите веб-сайт службы урегулирования по адресу: www.aircargosettlement.com. Кроме того, можно отправить запрос по адресу: Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA. Можно также позвонить в службу Air Cargo Settlement (Соглашение об урегулировании групповых исков относительно грузовых авиаперевозок) по телефону 1 (941) 906-4822 (звонки на этот номер осуществляются за плату). Для получения полного списка имеющихся платных и бесплатных номеров службы Air Cargo Settlement (Соглашение об урегулировании групповых исков относительно грузовых авиаперевозок) в различных странах см. прилагаемый список телефонных номеров службы Air Cargo Settlement (Соглашение об урегулировании групповых исков относительно грузовых авиаперевозок) по странам.

**Sinhala – සිංහල**

අමුණා ඇති ලේඛනය යෝජිත පන්ති නඩුවක් තීරාකරණය තීරීම පිළිබඳ වැදගත් නෛතික නිවේදනයකි. සිංහලෙන්, අමුණා ඇති ලේඛනයේ පිටපතක් ලබා ගැනීමට www.aircargosettlement.com හි ඇති බේරුම්කරණ වෙබ් අඩවියට යන්න. තැතහොත් පහත ලිපිනයට ලියන්න. Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA. ඔබට අංක 1 (941) 906-4822 දරන දුරකථනයට Air Cargo Settlement (ගුවන් තැවි භාණ්ඩ බේරුම්කරණ) ඇමතිය හැක. (මෙම අංකයට ලබෙන අමතුම් සඳහා ගාස්තු අය කෙරේ) රට අනුව Air Cargo Settlement (ගුවන් තැවි භාණ්ඩ බේරුම්කරණ) සඳහා වූ ගාස්තු සහිත හෝ රහිත දුරකථන අංක පිළිබඳ සම්පූර්ණ විස්තරයක් ලබා ගැනීමට අමුණා ඇති Air Cargo Settlement (ගුවන් තැවි භාණ්ඩ බේරුම්කරණ) දුරකථන අංක ලැයිස්තුව බලන්න.

**Spanish – Español**

El documento adjunto es un aviso legal importante de un arreglo de demanda colectiva propuesto. Para obtener una copia en español del documento adjunto, visite el sitio web del acuerdo www.aircargosettlement.com, o bien solicítela por escrito mediante la siguiente dirección Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA. También puede ponerse en contacto con Air Cargo Settlement (Liquidación de transporte aéreo) mediante el número de teléfono 1 (941) 906-4822 (las llamadas realizadas a este número no son gratuitas), o bien si desea un listado completo de los números de teléfono gratuitos y con cargos de Air Cargo Settlement (Liquidación de transporte aéreo) mediante los que puede ponerse en contacto según cada país, consulte el listado adjunto de números de teléfono de contacto de Air Cargo Settlement (Liquidación de transporte aéreo) por países.

**Spanish-Latin America – Español (América Latina)**

El documento adjunto es una notificación legal importante sobre un acuerdo de demanda colectiva propuesto. Para obtener una copia del documento adjunto en español para América Latina, visite el sitio web del Acuerdo en www.aircargosettlement.com, o escriba a Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA. También puede llamar al número 1 (941) 906-4822 del Air Cargo Settlement (Acuerdo sobre transporte de carga aérea) (se aplican

cargos por llamadas a este número). Si desea ver una lista completa de números gratuitos y con cargo disponibles en cada país para el Air Cargo Settlement (Acuerdo sobre transporte de carga aérea), consulte la lista adjunta de Números telefónicos del Air Cargo Settlement (Acuerdo sobre transporte de carga aérea) por país.

**Swedish – Svenska**

Det bifogade dokumentet är ett viktigt rättsligt meddelande om förslag till uppgörelse i grupptalan. För att få en kopia av det bifogade dokumentet på svenska gå in på www.aircargosettlement.com, eller skriv till Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA. Du kan även kontakta Air Cargo Settlement (flygfraktuppgörelsen) på 1 (941) 906-4822 (en avgift debiteras för samtal till detta nummer). För en fullständig förteckning över avgiftsbelagda och avgiftsfria telefonnummer till Air Cargo Settlement (flygfraktuppgörelsen) för respektive land — se den bifogade förteckningen över telefonnummer till Air Cargo Settlement (flygfraktuppgörelsen).

**Thai – ไทย**

เอกสารที่แนบมานี้เป็นคำชี้แจงทางกฎหมายของการระงับคดีกลุ่มที่สำคัญถ้าต้องการรับสำเนาของเอกสารที่แนบมานี้เป็นภาษาไทยโปรดไปที่เว็บไซต์การระงับคดีที่ www.aircargosettlement.com หรือเขียนคำร้องถึง Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA นอกจากนี้ คุณยังสามารถโทรศัพท์ติดต่อ Air Cargo Settlement (การระงับคดีพัสดุภัณฑ์ทางอากาศ) ที่หมายเลข 1 (941) 906-4822 (การโทรศัพท์มาที่หมายเลขนี้จะต้องเสียค่าบริการโทรศัพท์) หรือหากต้องการรายการของหมายเลขโทรศัพท์ที่คิดค่าบริการและโทรศัพท์ที่ไม่เสียค่าบริการสำหรับ Air Cargo Settlement (การระงับคดีพัสดุภัณฑ์ทางอากาศ) ในแต่ละประเทศ โปรดดูรายการหมายเลขโทรศัพท์ของ Air Cargo Settlement (การระงับคดีพัสดุภัณฑ์ทางอากาศ) ตามประเทศที่แนบมา

**Turkish – Türkçe**

Ekteki belge önerilen bir grup davası uzlaşısı hakkında önemli bir yasal uyarıdır. Ekteki belgenin Türkçesi için www.aircargosettlement.com adresindeki web sitesini ziyaret edin veya Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA adresine yazın. Aynı zamanda Air Cargo Settlement'i (Hava Taşımacılığı Uzlaşması) 1 (941) 906-4822 nolu telefondan (bu numarayı aramak için arama ücreti uygulanır) arayabilirsiniz ya da ülkelere göre Air Cargo Settlement'e (Hava Taşımacılığı Uzlaşması) ait mevcut ücretsiz telefon numaralarının tam listesine ulaşmak için ekteki listede bulunan Ülkeye Göre Air Cargo Settlement (Hava Taşımacılığı Uzlaşması) Telefon Numaraları'na bakın.

**Urdu – اردو**

منسلک دستاویز طبقہ کی کارروائی کے مجوزہ تصفیہ کی ایک اہم قانونی نوٹس ہے۔ منسلک دستاویز کی کاپی اردو میں حاصل کرنے کے لئے www.aircargosettlement.com پر سیٹلمنٹ (تصفیہ) کی ویب سائٹ کی طرف رجوع کریں، یا Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA کو خط لکھیں۔ آپ (941) 906-4822 1 (اس نمبر پر کی جانے والی کالوں کے لئے تول چارج منطبق ہوتا ہے) پر Air Cargo Settlement (ایئر کارگو سیٹلمنٹ) کو کال بھی کرسکتے ہیں، یا ملک کے حساب سے Air Cargo Settlement (ایئر کارگو سیٹلمنٹ) کے تول اور تول فری نمبروں کے لئے، ملک کے حساب سے ٹیلیفون نمبر کی منسلک فہرست پر نظر ڈالیں۔

**Vietnamese – Tiếng Việt**

Tài liệu đi kèm này là bản thông báo pháp lý quan trọng về sự dàn xếp tập thể được đề xuất. Để có được một bản sao của tài liệu đính kèm này bằng tiếng Việt, hãy vào website Dàn xếp tại www.aircargosettlement.com, hay viết cho Air Cargo Settlement, P.O. Box 9162, Dublin, OH 43017-4162, USA. Quí vị cũng có thể gọi cho Air Cargo Settlement (Thỏa ước Hàng hóa Hàng không) theo số 1 (941) 906-4822 (cước phí cuộc gọi áp dụng cho các cuộc gọi tới số này), hoặc để có một danh sách đầy đủ các số điện thoại không tính phí và tính phí có sẵn cho Air Cargo Settlement (Thỏa ước Hàng hóa Hàng không) theo quốc gia, xem danh sách gửi kèm Các số điện thoại của Air Cargo Settlement (Thỏa ước Hàng hóa Hàng không) theo quốc gia.

## Air Cargo Settlement
## P.O. Box 9162
## Dublin, OH 43017-4162
## U.S.A.
## www.aircargosettlement.com

**Air Cargo Settlement Telephone Numbers By Country**

You may contact the Air Cargo Settlement by dialing the number listed below for the country from which you are calling. Please note that toll charges may apply for calls made to a toll-free telephone number listed below that are made from a location outside of the country for which that number is listed. If your country is not listed, you may call the Air Cargo Settlement at + 1 (941) 906-4822 (toll charges apply for calls made to this number).

## Contact Us – Contatti – Contacto – Nous Contacter – Contacte-nos – So erreichen Sie uns

### Countries with Toll-Free Telephone Numbers

| COUNTRY | NUMBER |
| --- | --- |
| United States – Estados Unidos | 1.800.749.3518 |
| Argentina | 00 800 74 727472 |
| Australia | 0011 800 74 727472 |
| Austria – Österreich | 00 800 74 727472 |
| Belgium – België – Belgique | 00 800 74 727472 |
| Brazil – Brasil | 0021 800 74 727472 |
| Canada | 1.800.749.3518 |
| China – 中国 | 0010 800 74 727472 |
| China/Hong Kong – 中國/香港 | 001 800 74 727472 |
| China/Taiwan – 中國/台灣 | 00 800 74 727472 |
| Denmark – Danmark | 00 800 74 727472 |
| Finland – Suomi  (Elisa) | 999 800 74 727472 |
| Finland – Suomi  (TeliaSonera) | 990 800 74 727472 |
| France | 00 800 74 727472 |
| Germany – Deutschland | 00 800 74 727472 |
| Greece – Ελλάδα | 00 800 74 727472 |
| Hungary – Magyarország | 00 800 74 727472 |
| Ireland | 00 800 74 727472 |
| Israel – ישראל | 0 14 800 333 11155 |
| Italy – Italia | 00 800 74 727472 |
| Japan – 日本 (Softbank/Japan Telecom) | 0041 010 800 74 727472 |
| Japan – 日本 – (KDDI) | 001 010 800 74 727472 |
| Japan – 日本 – (NTT) | 0033 010 800 74 727472 |
| Japan – 日本 – (Softbank/C&WIDC) | 0061 010 800 74 727472 |
| Luxemburg – Luxemburg | 00 800 74 727472 |
| Malaysia – 马来西亚 | 00 800 74 727472 |
| Netherlands – Nederland | 00 800 74 727472 |
| New Zealand | 00 800 74 727472 |
| Norway – Norge | 00 800 74 727472 |
| Panama – Panamá | 00 800 74 727472 |
| Philippines | 00 800 74 727472 |
| Poland – Polska | 00 800 74 727472 |
| Portugal | 00 800 74 727472 |
| Singapore – 新加坡 | 001 800 74 727472 |
| South Africa – Suid-Afrika | 00 800 74 727472 |
| South Korea – 대한민국 | 002 800 74 727472 |
| Spain – España | 00 800 74 727472 |
| Sweden – Sverige | 00 800 74 727472 |
| Switzerland – Suisse – Schweiz – Svezia | 00 800 74 727472 |
| Thailand – ประเทศไทย | 001 800 74 727472 |
| United Kingdom | 00 800 74 727472 |

### Countries with Toll Telephone Numbers

| COUNTRY | NUMBER |
| --- | --- |
| Bahrain – البحرين | 00 1.941.906.4791 |
| Cambodia | 00 1.941.906.4800 |
| Chile | 00 1.941.906.4824 |
| Colombia | + 1.941.906.4796 |
| Czech Republic – Česká republika | 00 1.941.906.4801 |
| Ecuador | 00 1.941.906.4802 |
| Egypt – مصر | 00 1.941.906.4803 |
| Ethiopia | 00 1.941.906.4804 |
| Fiji | 00 1.941.906.4792 |
| Guatemala | 00 1.941.906.4805 |
| India – ભારત – भारत – भारत | 00 1.941.906.4806 |
| Indonesia | 001 1.941.906.4807 |
| Kenya | 000 1.941.906.4808 |
| Madagascar – Madagasikara | 00 1.941.906.4826 |
| Mauritius – Maurice | 00 1.941.906.4809 |
| Mexico – México | 00 1.941.906.4810 |
| New Caledonia – Nouvelle Calédonie | 00 1.941.906.4793 |
| Nicaragua | 00 1.941.906.4811 |
| Nigeria | 009 1.941.906.4812 |
| Pakistan – پاکستان | 00 1.941.906.4813 |
| Peru – Perú | 00 1.941.906.4814 |
| Qatar – قطر | 00 1.941.906.4794 |
| Romania – România | 00 1.941.906.4815 |
| Russia – Россия | 8 10 1.941.906.4816 |
| Saudi Arabia – المملكة العربية السعودية | 00 1.941.906.4817 |
| Sri Lanka – ශ්‍රී ලංකාව – இலங்கை | 00 1.941.906.4818 |
| Turkey – Türkiye | 00 1.941.906.4823 |
| Uganda | 000 1.941.906.4819 |
| United Arab Emirates – الإمارات العربية المتحدة | 00 1.941.906.4820 |
| Venezuela | 00 1.941.906.4825 |
| Vietnam – Việt Nam | 00 1.941.906.4821 |

Air Cargo Settlement
c/o The Garden City Group, Inc.
P.O. Box 9162
Dublin, OH 43017-4162
U.S.A.

**Return Service Requested**