**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>**AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION**<br><br>**MDL No. 1775**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**ALL CASES** | 06-MD-1775 (JG) (VVP) |

**PLAINTIFFS' COMPENDIUM IN SUPPORT OF DECLARATION OF W. JOSEPH BRUCKNER, CRAIG C. CORBITT, MICHAEL D. HAUSFELD, ROBERT N. KAPLAN, CHRISTOPHER LOVELL, HOLLIS L. SALZMAN, HOWARD J. SEDRAN, DANIEL A. SMALL, AND STEVEN N. WILLIAMS IN SUPPORT OF
FINAL APPROVAL OF THE SETTLEMENT AGREEMENT BETWEEN PLAINTIFFS AND LUFTHANSA, PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES, AND THE PLAN OF ALLOCATION**

# TABLE OF CONTENTS

Declarations In Support Of Applications For Attorneys' Fees And Reimbursement Of Expenses

| Exhibit No. | Title |
|---|---|
| 1 | Declaration of Cohen Milstein Sellers & Toll P.L.L.C. by Daniel A. Small |
| 2 | Declaration of Hausfeld LLP by Michael D. Hausfeld |
| 3 | Declaration of Kaplan Fox & Kilsheimer LLP by Robert N. Kaplan |
| 4 | Declaration of Labaton Sucharow LLP by Hollis L. Salzman |
| 5 | Declaration of Levin, Fishbein, Sedran & Berman by Howard J. Sedran |
| 6 | Declaration of Cotchett, Pitre & McCarthy by Steven N. Williams |
| 7 | Declaration of Lockridge Grindal Nauen P.L.L.P. by W. Joseph Bruckner |
| 8 | Declaration of Lovell Stewart Halebian LLP by Christopher Lovell |
| 9 | Declaration of Zelle, Hofmann, Voelbel, Mason & Gette LLP by Craig C. Corbitt |
| 10 | Declaration of Barrack, Rodos & Bacine by Gerald J. Rodos |
| 11 | Declaration of Brian Barry Law Offices by Brian Barry |
| 12 | Declaration of Berger & Montague, P.C. by Charles P. Goodwin |
| 13 | Declaration of Berman DeValerio Pease Tabacco Burt & Pucillo by Manuel J. Dominguez |
| 14 | Declaration of Bernstein Nackman & Feinberg LLP by Jeffrey S. Feinberg |
| 15 | Declaration of Bolognese & Associates, LLC by Anthony J. Bolognese |
| 16 | Declaration of Cafferty Faucher LLP by Jennifer W. Sprengel |
| 17 | Declaration of Chimicles & Tikellis LLP by Steven A. Schwartz |
| 18 | Declaration of Criden & Love, P.A. by Kevin B. Love |
| 19 | Declaration of De la O, Marko, Magolnick & Leyton P.A. by David E. Marko |
| 20 | Declaration of DeWitt Ross & Stevens S.C. by Sara E. Spiering |
| 21 | Declaration of Edelson & Associates, LLC by Marc H. Edelson |
| 22 | Declaration of Fine, Kaplan & Black, R.P.C. by Jeffrey S. Istvan |
| 23 | Declaration of Finkelstein Thompson LLP by Mila F. Bartos |
| 24 | Declaration of Foote, Meyers, Mielke & Flowers, LLC by Robert M. Foote |
| 25 | Declaration of Freed, Kanner, London & Millen LLC by Steven A. Kanner |
| 26 | Declaration of Freedman Boyd Hollander Goldberg & Ives, P.A. by John W. Boyd |
| 27 | Declaration of The Furth Firm LLP by Henry A. Cirillo |
| 28 | Declaration of Gold Bennett Cera & Sidener LLP by Joseph M. Barton |
| 29 | Declaration of Goldman Scarlato & Karon, P.C. by Mark S. Goldman |
| 30 | Declaration of Gross Belsky Alonso LLP by Terry Gross |
| 31 | Declaration of Gustafson Gluek PLLC by Daniel C. Hedlund |
| 32 | Declaration of Heideman Nudelman & Kalik, PC by Noel J. Nudelman |
| 33 | Declaration of Heins Mills & Olson, P.L.C. by Vincent J. Esades |
| 34 | Declaration of Janssen, Malloy, Needham, Morrison, Reinholtsen & Crowley, LLP by W. Timothy Needham |
| 35 | Declaration of Joseph, Greenwald & Laake, P.A. by Steven M. Pavsner |
| 36 | Declaration of Kershaw, Cutter & Ratinoff, LLP by C. Brooks Cutter |
| 37 | Declaration of Kirby McInerney LLP by Daniel Hume |
| 38 | Declaration of Kohn, Swift & Graf, P.C. by William E. Hoese |
| 39 | Declaration of Kozyak Tropin & Throckmorton, P.A. by Charles W. Throckmorton |
| 40 | Declaration of Lawrence Walner & Associates, Ltd. by Lawrence Walner |
| 41 | Declaration of Leech Tishman Fuscaldo & Lampl, LLC by Steven D. Irwin |
| 42 | Declaration of Mager & Goldstein LLP by Jayne A. Goldstein |
| 43 | Declaration of Mattioni, Ltd. by Dawn M. Tancredi |
| 44 | Declaration of Meredith Cohen Greenfogel & Skirnick, P.C. by Steven J. Greenfogel |
| 45 | Declaration of Miller Law LLC by Marvin A. Miller |
| 46 | Declaration of Pearson, Simon, Soter, Warshaw & Penny, LLP by Bruce L. Simon |
| 47 | Declaration of Pedersen & Houpt by James B. Sloan |
| 48 | Declaration of Pomerantz Haudek Block Grossman & Gross LLP by J. Douglas Richards |
| 49 | Declaration of Preti Flaherty Beliveau & Pachios, LLP by Gregory P. Hansel |
| 50 | Declaration of Provosty & Gankendorff, L.L.C. by Edgar D. Gankendorff |
| 51 | Declaration of Reinhardt Wendorf & Blanchfield by Garrett D. Blanchfield |
| 52 | Declaration of RodaNast, P.C. by Joseph F. Roda |
| 53 | Declaration of Sacks & Weston by John K. Weston |
| 54 | Declaration of The Law Office of Fracncis O. Scarpulla by Francis O. Scarpulla |
| 55 | Declarations of Schiffrin Barroway Topaz & Kessler, LLP by Michael J. Hynes |

| Exhibit No. | Title |
|---|---|
| 56 | Declaration of Shepherd, Finkelman, Miller & Shah, LLP by Natalie Finkelman |
| 57 | Declaration of Spector Roseman Kodroff & Willis, P.C. by Eugene A. Spector |
| 58 | Declaration of Steyer Lowenthal Boodrookas Alvarez & Smith LLP by Allan Steyer |
| 59 | Declaration of Straus & Boies, LLP by Ian P. Otto |
| 60 | Declaration of Weinstein, Kitchenoff & Asher, LLC by Steven A. Asher |
| 61 | Declaration of Wexler Wallace LLP by Edward A. Wallace |
| 62 | Declaration of Whatley Drake & Kallas, LLC by Joe R. Whatley, Jr. |
| 63 | Declaration of Wolf Haldenstein Adler Freeman & Herz LLP by Fred Taylor Isquith |
| 64 | Declaration of Law Office of Patricia M. Wyrod by Patricia M. Wyrod |