UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IN RE

AIR CARGO SHIPPING SERVICES
ANTITRUST LITIGATION

MDL No. 1775

**[PROPOSED] STIPULATION**

It is hereby stipulated and agreed, by and between the undersigned, being counsel for all Defendants and the Indirect Purchaser Plaintiffs that:

(i) Defendants consent to Plaintiffs' Motion for Entry of Judgment under Rule 54(b) (Docket No. 942; the Rule 54(b) Motion) and a final judgment dismissing Plaintiffs' State law claims on the grounds set forth in the Court's Order on August 10, 2009 (Docket No. 937); and

(ii) Indirect Purchaser Plaintiffs withdraw their alternative request in the Rule 54(b) Motion for certification for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).


Dated: New York, New York
       September 14, 2009


*/s/ Christopher Lovell*                    */s/ Steven N. Williams*
Christopher Lovell (CL-2595)                Steven N. Williams (SW-6198)
**LOVELL STEWART HALEBIAN LLP**             **COTCHETT, PITRE & MCCARTHY**
61 Broadway, Suite 501                      San Francisco Airport Office Center
New York, NY 10006                          840 Malcolm Road, Suite 200
Telephone: (212) 608-1900                   Burlingame, CA  94010
Facsimile: (212) 719-4775                   Telephone:  (650) 697-6000
                                            Facsimile:  (650) 339-0961

1

| | |
|---|---|
| /s/ W. Joseph Bruckner | /s/ Craig C. Corbitt |
| W. Joseph Bruckner   (admitted *pro hac vice*) | Craig C. Corbitt   (admitted *pro hac vice*) |
| **LOCKRIDGE GRINDAL NAUEN PLLP** | **ZELLE, HOFMANN, VOELBEL & MASON LLP** |
| 100 Washington Avenue South, Suite 2200 | 44 Montgomery Street, Suite 3400 |
| Minneapolis, MN 55401 | San Francisco, California 94104 |
| Telephone:  (612) 339-6900 | Telephone: (415) 693-0700 |
| Facsimile:  (612) 339-0961 | Facsimile: (415) 693-0770 |

/s/ Daniel C. Hedlund
Daniel C. Hedlund   (admitted *pro hac vice*)
**GUSTAFSON GLUEK PLLC**
650 Northstar East
608 Second Avenue South
Minneapolis, Minnesota
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

*Counsel for Indirect Purchaser Plaintiffs*

| | |
|---|---|
| /s/ Margaret M. Zwisler | /s/ James R. Warnot, Jr. |
| Margaret M. Zwisler | James R. Warnot, Jr. |
| William R. Sherman | Thomas A. McGrath |
| LATHAM & WATKINS LLP | LINKLATERS LLP |
| 555 Eleventh Street, N.W., Suite 1000 | 1345 Avenue of the Americas |
| Washington, D.C. 20004 | New York, NY 10105 |
| (202) 637-2200 (telephone) | (212) 903-9000 (telephone) |
| (202) 637-2201 (facsimile) | (212) 903-9100 (facsimile) |
| *Counsel for Singapore Airlines Cargo Pte Ltd and Singapore Airlines Limited* | *Counsel for Société Air France* |
| /s/ George F. Hritz | /s/ Charles J. Simpson, Jr. |
| George F. Hritz | Charles J. Simpson, Jr. |
| HOGAN & HARTSON LLP | ZUCKERT, SCOUTT & RASENBERGER, LLP |
| 875 Third Avenue | 888 Seventeenth Street, N.W., Suite 700 |
| New York, NY 10022 | Washington, D.C. 20006 |
| (212) 918-3517 (telephone) | (202) 298-8660 (telephone) |
| (212) 918-3100 (facsimile) | (202) 342-0683 (facsimile) |
| *Counsel for Air Canada and AC Cargo LP* | *Counsel for All Nippon Airways Co., Ltd.* |

| | |
|---|---|
| */s/ Ian Simmons*<br>Ian Simmons<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, N.W.<br>Washington, D.C. 20006-4001<br>Telephone: 202/383-5106<br>Facsimile: 202/383-5414<br>*Counsel for Asiana Airlines Inc.* | */s/ Harvey J. Wolkoff*<br>Harvey J. Wolkoff<br>ROPES & GRAY, LLP<br>One International Place<br>(617) 951-7000 (telephone)<br>(617) 951-7050 (facsimile)<br>*Counsel for Atlas Air Worldwide Holdings, Inc.*<br>*and Polar Air Cargo LLC* |
| */s/ Daryl A. Libow*<br>Daryl A. Libow<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, N.W., Suite 800<br>Washington, D.C. 20006<br>(202) 956-7500 (telephone)<br>(202) 293-6330 (facsimile)<br>*Counsel for British Airways, Plc* | */s/ Stephen Fishbein*<br>Stephen Fishbein<br>SHEARMAN & STERLING LLP<br>599 Lexington Avenue<br>(212) 848-4000 (telephone)<br>(212) 848-7179 (facsimile)<br>*Counsel for Cargolux Airlines International S.A.* |
| */s/ David H. Bamberger*<br>David H. Bamberger<br>Deana L. Cairo<br>DLA PIPER US LLP (US)<br>500 8th Street, N.W.<br>Washington, D.C. 20004<br>(202) 799-4000 (telephone)<br>(202) 799-5000 (facsimile)<br>*Counsel for Cathay Pacific Airways Ltd.* | */s/ William Karas*<br>William Karas<br>Kenneth P. Ewing<br>STEPTOE & JOHNSON, LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 429-3902 (facsimile)<br>*Counsel for Japan Airlines International Co., Ltd.* |
| */s/ John M. Nannes*<br>John M. Nannes<br>Gary A. MacDonald<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>1440 New York Avenue, N.W.<br>Washington, D.C. 20005-2111<br>(202) 371-7000 (telephone)<br>(202) 393-5760 (facsimile)<br>*Counsel for KLM Royal Dutch Airlines* | */s/ Peter E. Halle*<br>Peter E. Halle<br>Joseph Brooks<br>MORGAN, LEWIS & BOCKIUS, LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>(202) 739-3000 (telephone)<br>(202) 739-3001 (facsimile)<br>*Counsel for Korean Airlines Co., Ltd.* |

*/s/ James V. Dick*
James V. Dick
SQUIRE, SANDERS & DEMPSEY, LLP
1201 Pennsylvania Avenue, N.W.
P.O. Box 407
Washington, D.C. 20044-0407
(202) 626-6600 (telephone)
(202) 626-6780 (facsimile)
*Counsel for LAN Airlines S.A., LAN Cargo S.A. and Aerolíneas Brasileiras S.A.*

*/s/ George D. Ruttinger*
George D. Ruttinger
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500 (telephone)
(202) 628-5116 (facsimile)
-and-

*/s/ Michael F. Goldman*
Michael F. Goldman
SILVERBERG, GOLDMAN & BIKOFF, LLP
Suite 120
1101 30th Street, N.W.
Washington, D.C. 20007
(202) 944-3305 (telephone)
(202) 944-3306 (facsimile)
*Counsel for Scandinavian Airlines System*

*/s/ George N. Tompkins, Jr.*
George N. Tompkins, Jr.
Deborah Elsasser
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
150 East 42nd Street
212 490 3000 (telephone)
212 490 3038 (fax)
*Counsel for Air China Limited and Air China Cargo Company Limited*

*/s/ Eugene Massamillo*
Eugene Massamillo
Richard A. Walker
KAPLAN, VON OHLEN & MASSAMILLO,

*/s/ John R. Fornaciari*
John R. Fornaciari
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
1300 I Street, N.W., 11th Floor East
Washington, D.C. 20005
(202) 218-0000 (telephone)
(202) 218-0020 (facsimile)
*Counsel for Nippon Cargo Airlines Co., Ltd.*

*/s/ Terry Calvani*
Terry Calvani
FRESHFIELDS BRUCKHAUS DERINGER LLP
701 Pennsylvania Ave., NW, Suite 600
Washington, D.C. 20004
(202) 777-4505 (telephone)
(202) 777-4555 (facsimile)
-and-

*/s/ David E. Everson*
David E. Everson
STINSON MORRISON HECKER LLP
1201 Walnut Street
Kansas City, MO 64106
(816) 842-8600 (telephone)
(816) 691-3495 (facsimile)
*Counsel for Emirates*

*/s/ David B. Anders*
David B. Anders
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
(212) 403-1307 (telephone)
(212) 403-2307 (fax)
*Counsel for El Al Israel Airlines Ltd.*

*/s/ Daniel G. Swanson*
Daniel G. Swanson
D. Jarrett Arp
GIBSON, DUNN & CRUTCHER LLP

4

LLC
555 Fifth Avenue, 15th Floor
New York, NY 10017
(212) 922-0450 (telephone)
(212) 922-0530 (fax)

-and-

120 North La Salle Street, 24th Fl.
Chicago, Ill. 60602-2421
(312) 345-3119 (fax )
*Counsel for Alitalia Linee Aeree Italiane S.p.A*

*/s/ W. Todd Miller*
W. Todd Miller
BAKER & MILLER PLLC
2401 Pennsylvania Ave., NW Suite 300
Washington, D.C. 20037
(202) 663-7820 (telephone)
(202) 663-7849 (fax)
*Counsel for Qantas Airways Limited*

*/s/ Ryan Blanch*
Ryan Blanch
THE BLANCH LAW FIRM
350 Fifth Ave., 68th Floor
New York, New York 10118
(212) 244-6310 (telephone)
(212) 378-4325 (fax)
*Counsel for Saudi Arabian Airlines Ltd*

*/s/Michael J. Holland*
Michael J. Holland
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, NY 10036
212 490 9100 (telephone)
212 370 4453 (fax)
*Counsel for Air New Zealand Limited*

333 South Grand Avenue
Los Angeles, California 90071-3197
(213) 229-7000 (telephone)
(213) 229-7520 (fax)

-and-

1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 955-8600
*Counsel for Martinair Holland N.V.*

*/s/ Wayne A. Cross*
Wayne A. Cross
Heather K. McDevitt
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
212 819 8200 (telephone)
212 354 8113 (fax)
*Counsel for South African Airways Ltd*

*/s/ Ronald S. Rolfe*
Ronald S. Rolfe
Rowen Wilson
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019
(212) 474-1000 (telephone)
(212) 474-3700 (fax)
*Counsel for Thai Airways International Public Company Ltd.*

5

*/s/Eric Mahr*
Eric Mahr
WILMER CUTLER PICKERING HALE AND
DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202-663-6533 (telephone)
202-663-6363 (fax)
*Counsel to Deutsche Lufthansa AG, Lufthansa Cargo AG, and Swiss International Air Lines Ltd.*