# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

_____
                                          :
IN RE:  AIR CARGO SHIPPING SERVICES        :
ANTITRUST LITIGATION                       :
MDL NO. 1775                               :        06-md-1775 (CBA) (VVP)
                                          :
THIS DOCUMENT APPLIES TO:                  :
ALL ACTIONS                                :
                                          :
_____ :

## NOTICE OF APPEARANCE

Please enter the appearance of Brian A. Herman, of the law firm of Morgan, Lewis &

Bockius LLP, as counsel of record for Korean Airlines Co., Ltd. in the above-captioned matter.


Dated: New York, New York          MORGAN, LEWIS & BOCKIUS LLP
       September 22, 2009
                                   By:_____
                                       Brian A. Herman (BH-0731)
                                   101 Park Avenue
                                   New York, New York 10178
                                   212.309.6000

                                   Attorneys for Korean Airlines Co., Ltd.

DB1/63680505. 1