FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 23 2009 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JUDGMENT
06-MD- 1775 (JG)

IN RE AIR CARGO SHIPPING SERVICES
ANTITRUST LITIGATION

MDL No. 175

----------------------------------------------------------------X

An Order of Honorable John Gleeson, United States District Judge, having been filed on September 18, 2009, directing the Clerk of Court to enter judgment for the defendants dismissing the state law claims in count II of the plaintiffs' Amended Complaint; it is

ORDERED and ADJUDGED that judgment is hereby entered for the defendants dismissing the state law claims in count II of the plaintiffs' Amended Complaint.

Dated: Brooklyn, New York
       September 22, 2009

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court