## CERTIFICATE OF SERVICE

I, Brian A. Herman, hereby certify that I caused true and correct copies of the foregoing Appearance, Motion to Admit Counsel Pro Hac Vice, affidavits in support thereof, and proposed Orders for admission Pro Hac Vice to be served by ECF on all counsel registered for ECF and upon the following parties by United States postal service, on September 22, 2009:

Christian Reginald Bartholomew
Morgan Lewis & Bockius
200 S Biscayne Boulevard
Suite 5300
Wachovia Financial Center
Miami, Fl  33131-2339

Clark Steven Tomashefsky
Jenner & Block, LLC
330 North Wabash Avenue
One IBM Plaza
40th Floor
Chicago, IL  60611

Cory J. Skolnick
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC  20036

Craig L Briskin
Labaton Sucharow & Rudoff LLP
100 Park Avenue
New York, NY  10017

David Jarrett Arp
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC  20036

Dawn M. Tancredi
Law Offices of Dawn M. Tancredi
One South Broad Street
Suite 1670
Philadelphia, PA  19107

Deborah Anne Elsasser
Wilson Elser Moskowitz Edelman & Dicker LLP
150 East 42nd Street
New York, NY  10017

Eric J. Belfi
Labaton Sucharow & Rudoff LLP
100 Park Avenue
New York, NY  10017

Esther L. Klisura
Cotchett Pitre Simon and McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA  94010

Gina Marie Tufaro
Abbey Gardy LLP
212 East 39th Street
New York, NY  10016

Gwendolyn R. Giblin
Gold Bennett Cera & Sidener LLP
595 Market Street, Suite 2300
San Francisco, CA  94105

Hillarie Bass
Greenberg Trauig
1221 Brickwell Avenue
Miami, Fl  33131

Ivan Miguel Morales
Linklaters
1345 Ave Of The Americas
19th Floor
New York, NY  10105

Jeffrey Blumenfeld
Crowell and Moring
1001 Pennsylvania Avenue NW
Washington, DC  20004-2595

John D. Lovi
Steptoe & Johnson, LLP
1330 Connecticut Avenue., NW
Washington, DC  20036

Jon T. King
The Furth Firm LLP
225 Bush Street
15th Floor
San Francisco, CA  94104

Judith Blackwell
Blackwell & Blackwell
584 Valle Vista Avenue
Oakland, CA  94610

Kathleen Langan
Brian Barry Law Offices
1801 Avenue of the Stars
Suite 307
Los Angeles, CA  90067

Kenneth A. Wexler
The Wexler Firm
One North LaSalle Street
Suite 2000
Chicago, IL  60602

Lawrence Dean Silverman
Akerman Senterfitt
Suntrust International Center
1 SE 3rd Avenue
28th Floor
Miami, Fl  33131-1714

Lawrence Dumzo Nwajei
Law Offices of Nwajei & Company
4221 Wilshire Blvd.
Suite 392
Los Angeles, CA  90010

Lee Albert
Mager & Goldstein LLP
One Liberty Place, 21st Floor
1650 Market Street
Philadelphia, PA  19103

Mac I. Gross
Pomerantz, Levy, Haudek, Black, & Grossman
100 Park Avenue
26th Floor

DB1/63684186.1

New York, NY 10017-5516

Marc Ashley
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Marvin Srulowitz
319 Fifth Avenue
New York, NY 10016-5014

Matthew L. Garcia
Freedman Boyd Daniels Hollander & Goldberg, P.A.
20 First Plaza
Suite 700
Albuquerque, NM 87102

Meredith Reade Miller
Temple University
Beasley School of Law
1719 N. Broad Street
Philadelphia, PA 19122

Michael Lyle
Weil Gotshal & Manges LLP
1300 Eye Street NW
Suite 900
Washington, DC 20005

Michael Rasnick
Shearman & Sterling
599 Lexington Avenue
Suite 434
New York, NY 10022

Michael J. Flannery
The David Danis Law Firm, P.C.
8235 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105

Michael P. Lehmann
Cohen Milstein Hausfeld & Toll LLP
1 Embercadero Ctr
Suite 526 A&B
San Francisco, CA 94111

DB1/63684186.1

Pamela G. Levinson
Akerman Senterfitt
Suntrust International Center
1 SE 3rd Avenue
28th Floor
Miami, Fl  33131-1714

Paul T. Gallagher
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Ave., N.w.
West Tower, Suite 500
Washington, D.C., DC  20005

Peter Edward Halle
Morgan Lewis & Bockius
1111 Pennsylvania Avenue NW
Washington, DC  20004-5869

Robert G. Eisler
Cohen Milstein Hausfeld & Toll
150 East 52nd Street
30th Floor
New York, NY  10022

Ryan G. Kriger
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY  10119

Ryan Paul Poscablo
Weil, Gotshal and Manges, LLP
767 Fifth Avenue
New York, NY  10153

Sarina M Hinson
Garcia Law Firm
One World Trade Center
Suite 1950
Long Beach, CA  90831

Scott James Splittgerber
Clifford Chance US LLP
31 West 52nd Street
New York, NY  10019

Stephanie L. Dieringer
Hulett Harper Stewart LLP
550 West C Street
Suite 1600
San Diego, CA  92101

Thomas C. Bright
Gold Bennett Cera & Sidener LLP
595 Market Street, Suite 2300
San Francisco, CA  94105

Thomas P. Dove
The Furth Firm LLP
225 Bush Street
15th Floor
San Francisco, CA  94104

Thomas Kevin Spencer
Steptoe & Johnson

1330 Connecticut Avenue NW
Washington, DC 20036

Vincent M. Chen
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

William Joel Vander Vliet
Krislov & Associates, LTD
20 North Wacker Drive
Suite 1350
Chicago, IL 60606

_____
Brian A. Herman

DB1/63684186.1