```
&%RP&%D1&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653005939
Cashier ID: bharris
Transaction Date: 10/01/2009
Payer Name: FRESHFIELDS BRUCKHAUS
----------------------------------
PRO HOC VICE
 For: CHRISTINE A. LACIAK
 Case/Party: D-NYE-1-09-LB-000001-001
 Amount:         $25.00
----------------------------------
CHECK
 Check/Money Order Num: 8402
 Amt Tendered:  $25.00
----------------------------------
Total Due:      $25.00
Total Tendered: $25.00
Change Amt:     $0.00

06-MD-1775(JG)(VVP)
```