# Labaton Sucharow

Hollis L. Salzman
Partner
212 907 0717 direct
212 883 7017 fax
hsalzman@labaton.com

October 1, 2009

**VIA ELECTRONIC CASE FILING**

Judge John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *In Re Air Cargo Shipping Services Antitrust Litigation*, 06-MD-1775 (JG) (VVP)

Dear Judge Gleeson:

By Memorandum and Order dated September 25, 2009, Your Honor granted final approval of the settlement between Class Plaintiffs and Defendants Deutsche Lufthansa AG, Lufthansa Cargo AG, and Swiss International Air Lines Ltd. (collectively, "Lufthansa"). Enclosed is a proposed Order and Judgment (the proposed "Judgment") agreed upon by Class Plaintiffs and Lufthansa that, among other things, identifies the entities that have excluded themselves from the Settlement Class and enters final judgment. The Settling Parties respectfully request that Your Honor enter this Judgment.

Exhibit A to the Judgment is a list of the entities that have opted-out of this settlement. We have removed duplicate entities that were listed in the *Declaration of Jennifer M. Keough on Requests for Exclusion*. Exhibit A also includes the entity CEL-EDIL SRL, which sought exclusion after the opt-out date. The Settling Parties jointly recommend that the Court accept its request for exclusion.

For Your Honor's convenience, Plaintiffs can provide a copy of the Judgment in either a Word or Word Perfect document, via e-mail, for easy modification by the Court. Please contact Morissa Falk at mfalk@labaton.com or (212) 907-0833 if such an e-mail is desired.

Respectfully submitted,

/s/ Hollis L. Salzman

Hollis L. Salzman
LABATON SUCHAROW LLP
140 Broadway

/s/ Michael D. Hausfeld

Michael D. Hausfeld
HAUSFELD LLP
1700 K Street NW, Suite 650

Labaton Sucharow LLP   140 Broadway, New York, NY 10005   212 907 0700 main   212 818 0477 fax   www.labaton.com   

# Labaton
# Sucharow

Judge John Gleeson
October 1, 2009
Page 2

New York, NY 10005

Washington, D.C. 20006

/s/ *Howard J. Sedran*

/s/ *Robert N. Kaplan*

Howard J. Sedran
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Robert N. Kaplan (RK-3100)
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
New York, NY 10022

Enc.