UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | Master File 06-MD-1775 (JG) (VVP)<br><br>ALL CASES |

**PLAINTIFF ASSOCIATION DES UTILISATEURS DU TRANSPORT DE FRET
<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Association des Utilisateurs du Transport de Fret ("AUTF") hereby voluntarily dismisses its claims without prejudice and without costs. To date, none of the adverse parties has served an answer or a motion for summary judgment. AUTF does not waive its rights to participate in the ongoing consolidated action (MDL No. 1775) as a member of any putative class.

Dated: October 21, 2009

                                          By:  s/  *Melinda R. Coolidge*

                                          Michael D. Hausfeld
                                          William P. Butterfield
                                          Brent W. Landau
                                          Melinda R. Coolidge
                                          **HAUSFELD LLP**
                                          1700 K St. NW; Ste 650
                                          Washington, DC  10005
                                          Telephone:  202-540-7200
                                          Facsimile:  202-540-7201
                                          *Attorneys for Association des Utilisateurs du
                                          Transport de Fret*

## CERTIFICATE OF SERVICE

I, Melinda R. Coolidge, hereby certify that on October 21, 2009, I caused a true and correct copy of the foregoing Plaintiff Association Des Utilisateurs Du Transport De Fret's Notice of Voluntary Dismissal to be served via the Court's ECF system on all parties registered for electronic filing in *In re Air Cargo Shipping Services Antitrust Litigation*, MDL No. 1775, Master Docket No. 06-MD-1775(JG)(VVP).

                                           */s/ Melinda R. Coolidge*
                                           Melinda R. Coolidge