UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | Master File 06-MD-1775 (JG) (VVP)<br><br>ALL CASES |

**PLAINTIFF H&M HENNES & MAURTIZ AB**
**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff H&M Hennes & Maurtiz AB ("H&M") hereby voluntarily dismisses its claims without prejudice and without costs.  To date, none of the adverse parties has served an answer or a motion for summary judgment.  H&M does not waive its rights to participate in the ongoing consolidated action (MDL No. 1775) as a member of any putative class.

Dated: October 21, 2009

By: s/ *Melinda R. Coolidge*

Michael D. Hausfeld
William P. Butterfield
Brent W. Landau
Melinda R. Coolidge
**HAUSFELD LLP**
1700 K St. NW; Ste 650
Washington, DC  10005
Telephone:  202-540-7200
Facsimile:  202-540-7201
*Attorneys for H&M Hennes & Maurtiz AB*

## CERTIFICATE OF SERVICE

I, Melinda R. Coolidge, hereby certify that on October 21, 2009, I caused a true and correct copy of the foregoing Plaintiff H&M Hennes & Maurtiz AB's Notice of Voluntary Dismissal to be served via the Court's ECF system on all parties registered for electronic filing in *In re Air Cargo Shipping Services Antitrust Litigation*, MDL No. 1775, Master Docket No. 06-MD-1775 (JG) (VVP).

                                                  */s/ Melinda R. Coolidge*
                                                  Melinda R. Coolidge