UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | Master File 06-MD-1775 (JG) (VVP)<br><br>ALL CASES |

**PLAINTIFF VOLVO PARTS AB**
**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Volvo Parts AB ("Volvo Parts") hereby voluntarily dismisses its claims without prejudice and without costs.  To date, none of the adverse parties has served an answer or a motion for summary judgment.  Volvo Parts does not waive its rights to participate in the ongoing consolidated action (MDL No. 1775) as a member of any putative class.

Dated: October 21, 2009

By: s/ *Melinda R. Coolidge*

Michael D. Hausfeld
William P. Butterfield
Brent W. Landau
Melinda R. Coolidge
**HAUSFELD LLP**
1700 K St. NW; Ste 650
Washington, DC  10005
Telephone:  202-540-7200
Facsimile:  202-540-7201
*Attorneys for Volvo Parts AB*

**CERTIFICATE OF SERVICE**

  I, Melinda R. Coolidge, hereby certify that on October 21, 2009, I caused a true and correct copy of the foregoing Plaintiff Volvo Parts AB's Notice of Voluntary Dismissal to be served via the Court's ECF system on all parties registered for electronic filing in *In re Air Cargo Shipping Services Antitrust Litigation*, MDL No. 1775, Master Docket No. 06-MD-1775 (JG)(VVP).

                   */s/ Melinda R. Coolidge*
                   Melinda R. Coolidge