UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES<br>ANTITRUST LITIGATION<br><br>MDL No. 1775 | )<br>)<br>) Master File 06-MD-1775 (JG)(VVP)<br>)<br>)<br>) **Notice of Appeal**<br>) |

    Class members/Objectors Brickman Concerts, Inc. and I.O.D. Group LLC hereby appeal to the United States Court of Appeals for the Second Circuit from the Order Approving Lufthansa Settlement and Entering Final Judgment entered on October 6, 2009 (Doc 974), and from the incorporated Memorandum and Order entered on September 25, 2009 (Doc 963).

                                              */s/ John J. Pentz*
                                              John J. Pentz, Esq., *pro hac vice*
                                              2 Clock Tower Place, Suite 260G
                                              Maynard, MA  01754
                                              Phone: (978) 461-1548
                                              Fax: (707) 276-2925
                                              Clasaxn@earthlink.net

### CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing document was filed via the ECF filing system of the USDC for the EDNY on November 2, 2009, and that as a result electronic notice of the filing was served upon all attorneys of record.

                                              */s/ John J. Pentz*
                                              John J. Pentz