UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------x
IN RE: AIR CARGO SHIPPING SERVICES :
    ANTITRUST LITIGATION          :    MDL No. 1775

THIS DOCUMENT RELATES TO:       :    Master File 06-MD-1775 (JG)(VVP)
ALL ACTIONS
---------------------------------------x

## STIPULATED [PROPOSED] DISCOVERY
## AND CLASS CERTIFICATION BRIEFING SCHEDULE[1]

| | |
|---|---|
| December 4, 2009 | Defendants with an executed Letter Agreement with Plaintiffs provide responses to sections A(1) and A(2) of Letter Agreement. |
| December 4, 2009 | Defendants without an executed Letter Agreement with Plaintiffs serve responses and objections to Plaintiffs' First Set of Requests for Production of Documents. |
| December 15, 2009 | Plaintiffs accept or reject Defendants' production pursuant to Letter Agreement. |
| December 15, 2009 – February 15, 2010 | All parties complete meet-and-confers concerning Transaction and Cost Information; and Plaintiffs and those Defendants without a Letter Agreement or whom Plaintiffs have rejected under a Letter Agreement complete meet-and-confers concerning unresolved issues re: Plaintiffs' First Set of Requests for Production of Documents. |

---

[1] In light of South African Airways, Ltd.'s proposed renewed motion to dismiss, South African Airways, Ltd. has not agreed to this scheduling proposal.

-1-

| | |
|---|---|
| December 31, 2009 | Defendants as to whom Plaintiffs have accepted a production pursuant to a Letter Agreement complete production of such documents (as set forth in each Defendant's Letter Agreement). |
| December 31, 2009 | Defendants whom Plaintiffs have rejected under a Letter Agreement serve responses and objections to Plaintiffs' First Set of Requests for Production of Documents. |
| January 18, 2010 – February 5, 2010 | Plaintiffs may seek to renegotiate discovery schedule at this time if Plaintiffs have not received substantially complete productions from a sufficient number of Defendants under a Letter Agreement. |
| March 1, 2010 | Parties may file Motions to Compel Concerning Unresolved Issues. |
| March 15, 2010 – January 31, 2011 | Party Depositions. Plaintiffs may take a total of 60 depositions of Defendants, excluding Rule 30(b)(6) depositions concerning Transaction and Cost Information, ESI, and depositions concerning experts. Defendants may take 20 depositions of Plaintiffs, excluding Rule 30(b)(6) depositions concerning Transaction and Cost Information, ESI, and depositions concerning experts. For good cause shown, the parties may seek to take additional depositions if needed during this period or thereafter.[2] |
| March 16, 2010 | Responses to Motions to Compel. |
| March 26, 2010 | Replies to Motions to Compel. |
| Date to be determined by Court | Hearing re: Motions to Compel and other matters. |
| April 1, 2010 | Defendants without a Letter Agreement or whom Plaintiffs have rejected under a Letter Agreement produce documents to which there is no dispute. |

---

[2] This schedule does not place limits on depositions other than those of Defendants and named Plaintiffs, but each side reserves the right to seek protective orders as appropriate.

| | |
|---|---|
| April 1, 2010 – June 1, 2010 | Parties complete production of Transaction and Cost Information as agreed or determined by the Court. |
| January 31, 2011 | Plaintiffs file their motion for class certification and make expert disclosures with underlying expert materials. |
| February 7, 2011 | First date by which Plaintiffs make their class certification experts available for deposition -- deposition dates to be agreed upon by the parties. |
| May 30, 2011 | Defendants file their opposition(s) to class certification and make expert disclosures with underlying expert materials. |
| June 6, 2011 | First date by which Defendants make their class certification experts available for deposition -- deposition dates to be agreed upon by the parties. |
| August 1, 2011 | Plaintiffs file their reply brief in support of class certification and make expert disclosures with underlying expert materials. |
| August 8, 2011 | First date by which Plaintiffs make their class certification reply experts available for deposition -- deposition dates to be agreed upon by the parties. |
| August 15, 2011 | All parties meet and confer concerning remaining discovery schedule, including additional depositions, summary judgment motions and trial. |

Dated: November 12, 2009                                      Respectfully submitted,

*/s/ Margaret M. Zwisler*
Margaret M. Zwisler
William R. Sherman
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
(202) 637-2200 (telephone)
(202) 637-2201 (facsimile)
*Counsel for Singapore Airlines Cargo Pte Ltd and Singapore Airlines Limited*

*/s/ James R. Warnot, Jr.*
James R. Warnot, Jr.
Thomas A. McGrath
LINKLATERS LLP
1345 Avenue of the Americas
New York, NY 10105
(212) 903-9000 (telephone)
(212) 903-9100 (facsimile)
*Counsel for Société Air France*

*/s/ George F. Hritz*
George F. Hritz
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
(212) 918-3517 (telephone)
(212) 918-3100 (facsimile)
*Counsel for Air Canada and AC Cargo LP*

*/s/ Charles J. Simpson, Jr.*
Charles J. Simpson, Jr.
ZUCKERT, SCOUTT & RASENBERGER, LLP
888 Seventeenth Street, N.W., Suite 700
Washington, D.C. 20006
(202) 298-8660 (telephone)
(202) 342-0683 (facsimile)
*Counsel for All Nippon Airways Co., Ltd.*

*/s/ Ian Simmons*
Ian Simmons
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
(202) 383-5106 (telephone)
(202) 383-5414 (facsimile)
*Counsel for Asiana Airlines Inc.*

*/s/ Harvey J. Wolkoff*
Harvey J. Wolkoff
ROPES & GRAY, LLP
One International Place
(617) 951-7000 (telephone)
(617) 951-7050 (facsimile)
*Counsel for Atlas Air Worldwide Holdings, Inc. and Polar Air Cargo LLC*

*/s/ Daryl A. Libow*
Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20006
(202) 956-7500 (telephone)
(202) 293-6330 (facsimile)
*Counsel for British Airways Plc*

*/s/ Stephen Fishbein*
Stephen Fishbein
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
(212) 848-4000 (telephone)
(212) 848-7179 (facsimile)
*Counsel for Cargolux Airlines International S.A.*

/s/ David H. Bamberger
David H. Bamberger
Deana L. Cairo
DLA PIPER LLP (US)
500 Eighth Street, N.W.
Washington, D.C. 20004
(202) 799-4000 (telephone)
(202) 799-5000 (facsimile)
*Counsel for Cathay Pacific Airways Ltd.*

/s/ John M. Nannes
John M. Nannes
Gary A. MacDonald
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
(202) 371-7000 (telephone)
(202) 393-5760 (facsimile)
*Counsel for KLM Royal Dutch Airlines*

/s/ James V. Dick
James V. Dick
SQUIRE, SANDERS & DEMPSEY, LLP
1201 Pennsylvania Avenue, N.W.
P.O. Box 407
Washington, D.C. 20044-0407
(202) 626-6600 (telephone)
(202) 626-6780 (facsimile)
*Counsel for LAN Airlines S.A., LAN Cargo S.A. and Aerolíneas Brasileiras S.A.*

/s/ William Karas
William Karas
Kenneth P. Ewing
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3902 (facsimile)
*Counsel for Japan Airlines International Co., Ltd.*

/s/ Peter E. Halle
Peter E. Halle
John Clayton Everett, Jr.
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-3000 (telephone)
(202) 739-3001 (facsimile)
*Counsel for Korean Airlines Co., Ltd.*

/s/ John R. Fornaciari
John R. Fornaciari
Robert M. Disch
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
1300 I Street, N.W., 11th Floor East
Washington, D.C. 20005
(202) 218-0000 (telephone)
(202) 218-0020 (facsimile)
*Counsel for Nippon Cargo Airlines Co., Ltd.*

/s/ George D. Ruttinger
George D. Ruttinger
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500 (telephone)
(202) 628-5116 (facsimile)

-and-

/s/ Michael F. Goldman
Michael F. Goldman
SILVERBERG, GOLDMAN & BIKOFF, LLP
1101 30th Street, N.W., Suite 120
Washington, D.C. 20007
(202) 944-3305 (telephone)
(202) 944-3306 (facsimile)
*Counsel for Scandinavian Airlines System*

/s/ George N. Tompkins, Jr.
George N. Tompkins, Jr.
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
150 East 42nd Street
212 490 3000 (telephone)
212 490 3038 (facsimile)
*Counsel for Air China Limited and Air China Cargo Company Limited*

/s/ Terry Calvani
Terry Calvani
FRESHFIELDS BRUCKHAUS DERINGER LLP
701 Pennsylvania Ave., NW, Suite 600
Washington, D.C. 20004
(202) 777-4505 (telephone)
(202) 777-4555 (facsimile)

-and-

/s/ David E. Everson
David E. Everson
STINSON MORRISON HECKER LLP
1201 Walnut Street
Kansas City, MO 64106
(816) 842-8600 (telephone)
(816) 691-3495 (facsimile)
*Counsel for Emirates*

/s/ David B. Anders
David B. Anders
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
(212) 403-1307 (telephone)
(212) 403-2307 (facsimile)
*Counsel for El Al Israel Airlines Ltd.*

/s/ W. Todd Miller
W. Todd Miller
Kimberly N. Shaw
BAKER & MILLER PLLC
2401 Pennsylvania Ave., NW Suite 300
Washington, D.C. 20037
(202) 663-7820 (telephone)
(202) 663-7849 (facsimile)
*Counsel for Qantas Airways Limited*

/s/ Ryan Blanch
Ryan Blanch
THE BLANCH LAW FIRM, P.C.
261 Madison Avenue, 12th Floor
New York, New York 10016
(212) 736-3900 (telephone)
(646) 453-1190 (facsimile)
*Counsel for Saudi Arabian Airlines Corporation*

/s/ Michael J. Holland
Michael J. Holland
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, NY 10036
212 490 9100 (telephone)
212 370 4453 (facsimile)
*Counsel for Air New Zealand Limited*

/s/ Michael D. Hausfeld
Michael D. Hausfeld
William P. Butterfield
Brent W. Landau
HAUSFELD LLP
1700 K Street, Suite 650
Washington, DC 20006
(202) 540-7200 (telephone)
*Plaintiffs' Lead Counsel*

/s/ Daniel G. Swanson
Daniel G. Swanson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
(213) 229-7000 (telephone)
(213) 229-7520 (facsimile)

-and-

D. Jarrett Arp
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500 (telephone)
(202) 955-8600 (facsimile)
*Counsel for Martinair Holland N.V.*

/s/ Ronald S. Rolfe
Ronald S. Rolfe
Rowan Wilson
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000 (telephone)
(212) 474-3700 (facsimile)
*Counsel for Thai Airways International Public Company Ltd.*

/s/ Robert N. Kaplan
Robert N. Kaplan
Gregory K. Arenson
Gary L. Specks
KAPLAN FOX & KILSHEIMER, LLP
850 Third Avenue, 14th floor
New York, NY 10022
(212) 687-1980 (telephone)
*Plaintiffs' Lead Counsel*

/s/ Hollis L. Salzman
Hollis L. Salzman
Jay L. Himes
Gregory S. Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
(212) 907-0700 (telephone)
*Plaintiffs' Lead Counsel*

/s/ Howard J. Sedran
Howard J. Sedran
Austin B. Cohen
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street
Philadelphia, PA 19106
(215) 592-1500 (telephone)
*Plaintiffs' Lead Counsel*

So Ordered

_____
Victor V. Pohorelsky
United States Magistrate Judge

Dated: _____