UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION | 06-MD-1775 (CBA) (VVP) |
| MDL No. 1775 | **ALL CASES** |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Jeremy M. Keim respectfully enters his appearance as counsel for Defendant Nippon Cargo Airlines Co., Ltd. in this action.

Dated:  November 13, 2009

        Respectfully submitted,

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

        By:     */s/ Jeremy M. Keim*
              Jeremy M. Keim *(pro hac vice)*
              *jkeim@sheppardmullin.com*
              1300 I Street, N.W.
              11th Floor East
              Washington, D.C. 20005
              Telephone:  202-741-8429
              Facsimile:  202-312-9424

              Attorneys for Defendant
              Nippon Cargo Airlines Co., Ltd.

## **CERTIFICATE OF SERVICE**

I, Jeremy M. Keim, hereby certify that on November 13, 2009, a true and correct copy of the foregoing Notice of Appearance was served via the Court's ECF system upon on all counsel registered for ECF in this case.

*/s/ Jeremy M. Keim*
Jeremy M. Keim
