## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

IN RE: AIR CARGO SHIPPING SERVICES
ANTITRUST LITIGATION,

MDL NO. 1775

Master File 06-MD-1775 (JG) (VVP)

**ALL CASES**

## MOTION TO WITHDRAW APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules of this Court,

Alexander Okuliar of O'Melveny & Myers LLP (the "Firm") respectfully moves this Court to

withdraw his appearance as counsel of record in the above-captioned matter on behalf of

Defendant Asiana Airlines, Inc. ("Asiana").  In support of this motion, Mr. Okuliar states:

1.      Mr. Okuliar has previously appeared in this matter as counsel for Asiana.

2.      Mr. Okuliar has been appointed to serve in the Antitrust Division of the United

States Department of Justice and is resigning his position with the Firm.

3.      Ian Simmons of the Firm has appeared previously as counsel for Asiana in this

matter and, with other attorneys of the Firm, will continue to represent Asiana in this litigation.

Accordingly, Mr. Okuliar's withdrawal will not create any prejudice or delay.

Dated:  November 13, 2009

By: _____
      Alexander Okuliar

      Alexander Okuliar
      O'Melveny & Myers LLP
      1625 Eye Street, NW
      Washington, DC  20006
      Telephone: 202-383-5300
      Facsimile:  202-383-5414

DC1:791269.1

## <u>CERTIFICATE OF SERVICE</u>

I, Alexander Okuliar, hereby certify that on November 13, 2009, a true and correct copy
of the foregoing Motion to Withdraw Appearance was filed with the Clerk of the Court using the
CM/ECF system and was served upon all parties of record via the CM/ECF system, with which
all parties are required to register.

By: _____
Alexander Okuliar

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

IN RE: AIR CARGO SHIPPING SERVICES
ANTITRUST LITIGATION,

MDL NO. 1775

Master File 06-MD-1775 (JG) (VVP)

**ALL CASES**

### [PROPOSED] ORDER

This cause coming before the Court on Alexander Okuliar's Motion to Withdraw his appearance as counsel in the above-captioned matter on behalf of Defendant Asiana Airlines, Inc., the parties having proper notice, and the Court being fully advised in the premises, the motion is hereby GRANTED.

ENTERED: _____
District Court Judge

DC1:791269.1