UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: <br><br>AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION <br><br>MDL No. 1775 <br><br>THIS DOCUMENT RELATES TO: <br><br>ALL CASES | 06-MD-1775 (JG) (VVP) |

## NOTICE OF CHANGE OF FIRM ADDRESS

**PLEASE TAKE NOTICE THAT** the firm addresses and telephone and facsimile numbers for Michael D. Hausfeld, Brent W. Landau, and Hilary K. Ratway, of Hausfeld LLP, Co-Lead Counsel, have changed.

Additionally, please note that the firm affiliations, addresses, and telephone and facsimile numbers for Andrew Bullion, Michael P. Lehmann, and Robert G. Eisler, formerly of Cohen Milstein Hausfeld & Toll PLLC, have also changed.

The new contact information for each is as follows:

| Michael D. Hausfeld <br> **HAUSFELD LLP** <br> 1700 K Street, NW <br> Suite 650 <br> Washington, DC 20006 <br> Phone: (202) 540-7200 <br> Fax: (202) 540-7201 <br> mhausfeld@hausfeldllp.com | Brent W. Landau <br> **HAUSFELD LLP** <br> 1604 Locust St <br> 2nd floor <br> Philadelphia, PA 19103 <br> Phone: (215) 985-3270 <br> Facsimile: (215) 985-3271 <br> blandau@hausfeldllp.com |

| | |
|---|---|
| Hilary K. Ratway<br>**HAUSFELD LLP**<br>1700 K Street, NW<br>Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>hratway@hausfeldllp.com | Andrew Bullion<br>**HAUSFELD LLP**<br>1700 K Street, NW<br>Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>abullion@hausfeldllp.com |
| Michael P. Lehmann<br>**HAUSFELD LLP**<br>44 Montgomery Street<br>Suite 3400<br>San Francisco, CA 94104<br>Phone: (415) 633-1908<br>Fax: (415) 358-4980<br>mlehmann@hausfeldllp.com | Robert G. Eisler<br>**HAUSFELD LLP**<br>1604 Locust St<br>2nd floor<br>Philadelphia, PA 19103<br>Phone: (215) 985-3270<br>Facsimile: (215) 985-3271<br>reisler@hausfeldllp.com |

Dated: January 4, 2010                                         Respectfully submitted,

/s/ Brent W. Landau
Brent W. Landau
Robert G. Eisler
**HAUSFELD LLP**
1604 Locust St, 2nd floor
Philadelphia, PA 19103
Phone: (215) 985-3270
Facsimile: (215) 985-3271

Michael D. Hausfeld
Hilary K. Ratway
Andrew Bullion
**HAUSFELD LLP**
1700 K Street, NW
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201

Michael P. Lehmann
**HAUSFELD LLP**
44 Montgomery Street
Suite 3400

San Francisco, CA 94104
Phone: (415) 633-1908
Fax: (415) 358-4980

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2010, the foregoing Notice of Change of Firm Address was filed electronically. Notification of this filing will be sent to all parties by operation of the Court's CM/ECF system.

Dated: January 4, 2010                              /s/ Brent W. Landau