UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

IN RE AIR CARGO SHIPPING SERVICES : 06-MDL-1775 (JG) (VVP)
ANTITRUST LITIGATION :
:
MDL No. 1775 : ALL CASES
:
:

---

## [~~PROPOSED~~] ORDER

Defendant Saudi Arabian Airlines Ltd. ("Saudia")'s Motion for Enlargement of Time is hereby GRANTED.

It is hereby ORDERED that:

1. Saudia's time to serve responses and objections to Plaintiffs' First Set of Requests for Production of Documents is hereby enlarged until and including the 15th calendar day following the receipt by counsel to Saudia of a written demand for such responses and objections from Plaintiffs (unless the 15th calendar day falls upon a Saturday, Sunday or legal holiday (as defined in Federal Rule of Civil Procedure 6(a)(4), in which case such responses and objections shall be due on the following business day)*;

2. Saudia shall produce to Plaintiffs organizational charts sufficient to show persons and/or titles/positions of persons responsible for the pricing, management and sales of Airfreight Shipping Services no later than January 6, 2010.

3. Plaintiffs and Saudia shall meet and confer no later than January 13, 2010 to discuss, among other things: (a) the identities and responsibilities of persons on the organizational charts produced to Plaintiffs as they relate to the pricing, management and sales of Airfreight Shipping Services; (b) a list of search terms prepared to locate potentially

\* or until such other date as the court, on its own motion, may set with or without consultation with counsel.

responsive materials to Plaintiffs' First Requests; (c) all of Saudia's offices and other locations at which potentially responsive materials to Plaintiffs' First Requests are or may be located; (d) the general breakdown of potentially responsive materials in electronic versus hard copy format; and (e) limitations on the scope of the search for materials responsive to Plaintiffs' First Requests, if any.

January 4, 2010

                                          s/Viktor Pohorelsky