

Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY 10022
phone 212.687.1980
fax 212.687.7714
email mail@kaplanfox.com
www.kaplanfox.com

January 5, 2010

**By Electronic Case Filing**
**Courtesy Copy Hand Delivered To Chambers**

Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201-1818

      Re:    *In re Air Cargo Shipping Services Antitrust Litigation*, MDL 1775

Dear Magistrate Judge Pohorelsky:

      Enclosed for your information is a courtesy copy of plaintiffs' letter motion to compel defendant Société Air France to produce documents responsive to Plaintiffs' First Set of Requests for Production to Société Air France, along with its accompanying exhibits 1-6.

      Respectfully submitted,

      Gregory K. Arenson

Enclosures

cc:    All Counsel of Record (via ECF)