UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
IN RE                                                                          **SCHEDULING ORDER**
                                                                                    MD 06-1775 (JG)(VVP)
AIR CARGO SHIPPING SERVICES                                   CV 10-639   (JG)(VVP)
ANTITRUST LITIGATION                                               CV 10-1374 (JG)(VVP)
                                                                                    CV 10-1375 (JG)(VVP)
----------------------------------------------------------x    CV 10-1376 (JG)(VVP)

   The plaintiffs in this matter have filed four new actions, CV 10-639, CV 10-1374, CV 10-1375, and CV 10-1376 (hereinafter "the Benchmark Cases"), that have now been consolidated with MD 06-1775.  A number of defendants in the Benchmark Cases have been served, and wish to file dispositive motions in accordance with agreed upon briefing schedules.  All briefing schedules are hereby suspended, and the time for any served defendant in the Benchmark Cases to answer, or otherwise move, is adjourned without date.  The contemplated motions, and the setting of any briefing schedules, will be addressed at the conference currently scheduled for **April 30, 2010 at 10:00 a.m in Courtroom 13A.** Any defendant served in the Benchmark Cases must appear at the conference.  Plaintiffs' counsel is to ensure that all served defendants in the Benchmark Cases are aware of the conference.

   A number of defendants in the Benchmark Cases have filed motions to be admitted pro hac vice. The motions are rejected as they were not filed in accordance with the procedures established in paragraphs four (4) and six (6) of the Practice and Procedure Order entered by the court on July 14, 2006 in MD 06-1775, docket entry Number 10.  The motions maybe re-filed in accordance with those procedures, and attorneys who have previously paid the pro hac vice fee need not pay the fee again when re-filing their motions, but should note in the docket text that the fee was already paid.

           **SO ORDERED:**

           _Viktor V. Pohorelsky_
           VIKTOR V. POHORELSKY
           United States Magistrate Judge

Dated:  Brooklyn, New York
   April 13, 2010