UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
IN RE

AIR CARGO SHIPPING SERVICES          06-MD-1775 (JG) (VVP)
ANTITRUST LITIGATION

MDL NO. 1775

BENCHMARK EXPORT SERVICES, et al.    1:10-cv-01374 (JG)(VVP)

v.                                    NOTICE OF MOTION
                                      TO ADMIT COUNSEL
SALVATORE SANFILIPPO                  PRO HAC VICE
-----------------------------------------------------------x

To: All Counsel of Record (via ECF):

**PLEASE TAKE NOTICE,** that, upon the annexed affidavit of movant in support of this Motion and the Certificates of Good Standing annexed hereto, we will move this Court before the Honorable John Gleeson and Viktor Pohorelsky at the United States District Courthouse for the Eastern District of New York, pursuant to Rule 13(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing admission in Case Number 1:10-cv-01374, of the movant, a member of the firm of Garvey Schubert Barer and a member in good standing of the Bar of the States of Virginia, Maryland and the District of Columbia, to argue or try this case in whole or in part as counsel for Defendant Salvatore Sanfilippo. There are no pending disciplinary proceedings against me in any State or federal court.

Respectfully submitted,

_____
Benjamin J. Lambiotte
GARVEY SCHUBERT BARER
1000 Potomac Street, N.W., Fifth Floor
Washington, D.C. 20007
blambiotte@gsblaw.com
(202) 965-7880

Dated April 8, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
IN RE

AIR CARGO SHIPPING SERVICES                06-MD-1775 (JG) (VVP)
ANTITRUST LITIGATION

MDL NO. 1775

BENCHMARK EXPORT SERVICES, et al.          1:10-cv-01374 (JG)(VVP)

v.                                         **AFFIDAVIT OF
                                           BENJAMIN J. LAMBIOTTE IN
SALVATORE SANFILIPPO                       SUPPORT OF MOTION TO ADMIT
                                           COUNSEL PRO HAC VICE**

-----------------------------------------------------------x

State of New York    )
                     )   ss:
County of New York   )

Benjamin J. Lambiotte, being duly sworn, hereby deposes and says as follows:

1. I am an owner with the law firm of Garvey Schubert Barer.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the Bar of the States of Virginia, Maryland and the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case, for the individual Defendant, Salvatore Sanfilippo.

Respectfully submitted,

_____
Benjamin J. Lambiotte
GARVEY SCHUBERT BARER
1000 Potomac Street, N.W.
Fifth Floor
Washington, DC 20005
blambiotte@gsblaw.com
(202) 965-7880

Dated:   April 8, 2010


District of Columbia: SS

Subscribed and sworn to before me this 8th day of April, 2010.

_____
Notary Public
My Commission Expires: 3/14/11

H. Rosita Hill
Notary Public, District of Columbia
My Commission Expires 3/14/2011

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

BENJAMIN JOSEPH LAMBIOTTE, III

was admitted to practice as an attorney and counsellor at the bar of this Court on June 8, 1993.

I further certify that so far as the records of this office are concerned, BENJAMIN JOSEPH LAMBIOTTE, III is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 7th day of April
A.D. 2010

By: _____
Deputy Clerk

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the eighth day of December, 1995,

### Benjamin Joseph Lambiotte, III

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this sixth day of April, 2010.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**BENJAMIN J. LAMBIOTTE**

was on the 15TH day of NOVEMBER, 1989 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 2, 2010.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
   Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x
IN RE

AIR CARGO SHIPPING SERVICES            06-MD-1775 (JG) (VVP)
ANTITRUST LITIGATION

MDL NO. 1775

BENCHMARK EXPORT SERVICES, et al.      1:10-cv-01374 (JG)(VVP)

v.                                     ADMISSION TO PRACTICE
                                       PRO HAC VICE
SALVATORE SANFILIPPO
---------------------------------------------------------x

The Motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Benjamin J. Lambiotte is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, a return copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case for individual Defendant, Salvatore Sanfilippo, and it will be entered on the Court's docket. A notation on your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated:

                                                        United States District Judge

cc:   Benjamin J. Lambiotte, Esquire
      Court File

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

IN RE                                                                                06-MD-01775-JG-VVP

AIR CARGO SHIPPING SERVICES
ANTITRUST LITIGATION                                          1:10-cv-01374 (JG)(VVP)

MDL NO. 1775

BENCHMARK EXPORT SERVICES, et al.        AFFIDAVIT OF SERVICE

v.

SALVATORE SANFILIPPO
------------------------------------------------------------------x

STATE OF NEW YORK              )
COUNTY OF NEW YORK          ) ss.:

JENNIFER SY LOPEZ, being duly sworn, deposes and says:

I am employed by the firm of GARVEY SCHUBERT BARER, attorneys for Defendant Salvatore Sanfilippo; I am not a party to the above action; I am over 18 years of age and reside at Staten Island, New York. On April 9, 2010, I served the within **NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE, AFFIDAVIT OF BENJAMIN J. LAMBIOTTE, AND ADMISSION TO PRACTICE** by sending a copy by the method indicated below to:

| | |
|---|---|
| Robert N. Kaplan<br>Gregory K. Arenson<br>Kaplan Fox & Kilsheimer LLP<br>850 Third Avenue, 14th Flr.<br>New York, NY 10022<br>rkaplan@kaplanfox.com<br>garenson@kaplanfox.com | [] via first class mail, postage prepaid<br>[_] via certified mail, return receipt requested<br>[_] via overnight mail<br>[X] via EMAIL<br>[ ] via hand delivery (Quik Trac Messenger) |
| Hollis L. Salzman<br>Jay L. Himes<br>Gregory S. Asciolla<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005<br>gasciolla@labaton.com<br>hsalzman@labaton.com<br>jhimes@labaton.com | [] via first class mail, postage prepaid<br>[_] via certified mail, return receipt requested<br>[_] via overnight mail<br>[X ] via EMAIL<br>[ ] via hand delivery (Quik Trac Messenger) |

| | |
|---|---|
| Michael E. Hausfeld<br>William P. Butterfield<br>Brent W. Landau<br>Hausfeld LLP<br>1700 K Street, Suite 650<br>Washington, DC 20006<br>wbutterfield@hausfeldllp.com<br>mhausfeld@hausfeldllp.com<br>blandau@hausfeldllp.com | [] via first class mail, postage prepaid<br>[_] via certified mail, return receipt requested<br>[_] via overnight mail<br>[X] via EMAIL<br>[ ] via hand delivery (Quik Trac Messenger) |
| Jon P. Axelrod<br>Todd E. Palmer<br>Dewitt Ross & Stevens S.C.<br>2 East Mifflin Street, Suite 600<br>Madison, WI 53703<br>jpa@dewittross.com<br>tep@dewittross.com | [] via first class mail, postage prepaid<br>[_] via certified mail, return receipt requested<br>[_] via overnight mail<br>[ X] via EMAIL<br>[ ] via hand delivery (Quik Trac Messenger) |
| Gregory L. Specks<br>Kaplan Fox & Kilsheimer<br>423 Sumac Road<br>Highland Park, IL 60035<br>gspecks@kaplanfox.com | [] via first class mail, postage prepaid<br>[_] via certified mail, return receipt requested<br>[_] via overnight mail<br>[X ] via EMAIL<br>[ ] via hand delivery (Quik Trac Messenger) |
| Howard J. Sedran<br>Austin B. Cohen<br>Charles C. Sweedler<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street<br>Philadelphia, PA 19106<br>hsedran@lfsblaw.com<br>csweedler@lfsblaw.com<br>acohen@lfsblaw.com | [] via first class mail, postage prepaid<br>[_] via certified mail, return receipt requested<br>[_] via overnight mail<br>[X] via EMAIL<br>[ ] via hand delivery (Quik Trac Messenger) |
| Daniel Cohen<br>Cuneo Gilbert & LaDuca, L.L.P.<br>507 C Street, N.E.<br>Washington, DC 20002<br>718-356-2379 (fax) | [] via first class mail, postage prepaid<br>[_] via certified mail, return receipt requested<br>[_] via overnight mail<br>[ ] via EMAIL<br>[ ] via hand delivery (Quik Trac Messenger)<br>[X] via facsimile |

| | |
|---|---|
| Michael Goldberg<br>Glancy Binkow & Goldberg LLP<br>1801 Avenue of the Stars, #311<br>Los Angeles, CA 90067<br>mmgoldberg@glancylaw.com | [ ] via first class mail, postage prepaid<br>[ ] via certified mail, return receipt requested<br>[ ] via overnight mail<br>[X] via EMAIL<br>[ ] via hand delivery (Quik Trac Messenger) |
| Mark S. Goldman<br>Goldman Scarlato & Karon<br>101 W. Elm Street, Suite 360<br>Conshocken, PA 19428<br>goldman@gsk-law.com | [ ] via first class mail, postage prepaid<br>[ ] via certified mail, return receipt requested<br>[ ] via overnight mail<br>[X] via EMAIL<br>[ ] via hand delivery (Quik Trac Messenger) |
| Eric E. Castelblanco<br>Law Office of Eric E. Castelblanco<br>8383 Wilshire Blvd., Suite 302<br>Beverly Hills, CA 90211<br>attorney@castelblanco.com | [ ] via first class mail, postage prepaid<br>[ ] via certified mail, return receipt requested<br>[ ] via overnight mail<br>[X] via EMAIL<br>[ ] via hand delivery (Quik Trac Messenger) |
| Noah Shube<br>Law Office of Noah Shube<br>434 Broadway, 6th Flr.<br>New York, NY 10013<br>nshube@nsfirm.com | [ ] via first class mail, postage prepaid<br>[ ] via certified mail, return receipt requested<br>[ ] via overnight mail<br>[X] via EMAIL<br>[ ] via hand delivery (Quik Trac Messenger) |
| Thomas Bright<br>Gold Bennett Cera & Sidener LLP<br>595 Market Street, Suite 2300<br>San Francisco, CA 94105<br>tbright@gbcslaw.com | [ ] via first class mail, postage prepaid<br>[ ] via certified mail, return receipt requested<br>[ ] via overnight mail<br>[X] via EMAIL<br>[ ] via hand delivery (Quik Trac Messenger) |

_____
JENNIFER SY LOPEZ

Sworn to before me this
9th day of April 2010

JAMES H. FREEMAN
Notary Public, State of New York
No. 02FR6192590
Qualified in New York County
Commission Expires September 2, 2012

_____
Notary Public