UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
IN RE

AIR CARGO SHIPPING SERVICES           06-MD-1775  (JG) (VVP)
ANTITRUST LITIGATION

MDL NO. 1775

BENCHMARK EXPORT SERVICES, et al.,    1:10-cv-0639 (JG)(VVP)

v.

CHINA AIRLINES LTD., et al.,
-----------------------------------------------------------x

NOTICE OF APPEARANCE OF COUNSEL FOR
DEFENDANT SALVATORE SANFILIPPO

TO:   CLERK OF THE COURT
      ALL PARTIES AND COUNSEL OF RECORD (Via ECF)

**PLEASE TAKE NOTICE** that **BENJAMIN J. LAMBIOTTE** of the law firm of Garvey Schubert Barer, hereby appears as Counsel for the Defendant, Salvatore Sanfilippo, in the above-captioned matter.  I hereby certify that I am admitted *pro hac vice* to practice in the United States District Court for the Eastern District of New York.

Respectfully submitted,

/s/ Benjamin J. Lambiotte
Benjamin J. Lambiotte
blambiotte@gsblaw.com
GARVEY SCHUBERT BARER
1000 Potomac Street, N.W., Fifth Floor
Washington, D.C.  20007
Telephone:  (202) 965-7880
Facsimile:  (202) 965-1729

**CERTIFICATE OF SERVICE**

    I, Benjamin J. Lambiotte, hereby certify that, on April 14, 2010, a copy of the foregoing Notice of Appearance of Counsel on behalf of Defendant Salvatore Sanfilippo, was filed with the Clerk of the Court using the Court's CM/ECF system, with which all parties are required to register.

                                            /s/ Benjamin J. Lambiotte
                                            Benjamin J. Lambiotte