UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL NO. 1775<br><br>This Document Relates To:<br>ALL ACTIONS | )<br>)<br>)<br>)   06-MD-1775 (JG) (VVP)<br>)<br>)<br>)<br>) |

NOTICE OF MOTION TO ADMIT STEPHEN S. ANDERSON
AS COUNSEL *PRO HAC VICE*

  PLEASE TAKE NOTICE that upon the annexed affidavit of Stephen S. Anderson in support of this motion and the Certificate of Good Standing annexed thereto, All Nippon Airways, Co., Ltd. will move this Court before the Honorable Victor V. Pohorelsky at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York for an Order allowing admission of Stephen S. Anderson, a partner of the firm Constantine Cannon LLP and a member of good standing of the Bar of the District of Columbia, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against me in any State or Federal Court.

                Respectfully submitted,

Dated: April 15, 2010
                /s/ Stephen S. Anderson, Jr.
                Stephen S. Anderson, Jr.
                Constantine Cannon LLP
                1301 K St., N.W.
                Tenth Floor East
                Washington, D.C. 20005
                tanderson@constantinecannon.com
                (202) 204-3500

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION <br><br> MDL NO. 1775 <br><br> This Document Relates To: <br> ALL ACTIONS | 06-MD-1775 (JG) (VVP) |

State of New York  )
                   )  ss:
County of New York )

### AFFIDAVIT OF STEPHEN S. ANDERSON, JR., ESQ. IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

STEPHEN S. ANDERSON, being duly sworn, herby deposes and says as follows:

1. I am a partner in the law firm of Constantine Cannon LLP.

2. I submit this affidavit in support of my motion for admission *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

140166.1

Dated: April 15, 2010

*/s/ Stephen S. Anderson, Jr.*
Stephen S. Anderson, Jr.
Constantine Cannon LLP
1301 K St., N.W.
Tenth Floor East
Washington, D.C. 20005
tanderson@constantinecannon.com
(202) 204-3500

Subscribed and sworn to me this 15th
Day of April, 2010

*/s/ LaClaudia Dyson*

LaClaudia Dyson
Notary Public, District of Columbia
My Commission Expires 2/28/2014

140166.1



## District of Columbia Court of Appeals
### Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

STEPHEN S. ANDERSON, JR.

was on the  2ND  day of  AUGUST, 1999  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 22, 2010.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL NO. 1775<br><br>This Document Relates To:<br>ALL ACTIONS | )<br>)<br>)<br>)   06-MD-1775 (JG) (VVP)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER ADMITTING STEPHEN S. ANDERSON AS COUNSEL *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney Stephen S. Anderson is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's office. When paying by mail, return a copy of this Order to the Clerk's office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated:_____                    _____
                                          United States District Court Judge

140166.1

## CERTIFICATE OF SERVICE

      Pursuant to the Federal Rules of Civil Procedure, I hereby certify that on April 15, 2010 a true and correct copy of the foregoing Motion to Admit Stephen S. Anderson as Counsel *Pro Hac Vice*, Affidavit of Stephen S. Anderson, and Proposed Order were served upon all counsel as authorized to receive Notices of Electronic Filing generated by CM/ECF in this case.

                                                                     /s/ Stephen S. Anderson
                                                                     Stephen S. Anderson