UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION, | Case No. 06-MD-1775(JG)(VVP) |
| MDL No. 1775 | |
| ---------------- | |
| BENCHMARK EXPORT SERVICES, et al., | 10-cv-0639 (JG)(VVP) |
| v. | |
| CHINA AIRLINES LTD., et al., | NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

　　　　PLEASE TAKE NOTICE that upon the annexed declaration of movant in support of this motion and the Certificate of Good Standing annexed thereto the undersigned will move this Court before the Honorable Victor V. Pohorelsky at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of David A. Senior, a member of the firm of McBreen & Senior and a member in good standing of the Bar of the State of California, as attorney pro hac vice to argue or try this case in whole or in part (with or without other counsel permitted to practice before this Court as they may formally appear), as counsel for defendant Malaysian Airline System Bhd. There are no pending disciplinary proceedings against the undersigned in any State or Federal court.

　　This motion was originally filed on March 09, 2010 in Case No. 10-cv-0639, *Benchmark Export Services, et al. v. China Airlines Ltd., et al.*, and is being re-filed pursuant to the court's April 13, 2010 Scheduling Order, permitting the motion to be re-filed in accordance with the procedures established in paragraphs four (4) and six (6) of the Practice and Procedure Order entered by the court on July 14, 2006.  In accordance with

Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the attached Certificate of Good Standing was issued within 30 days of the original filing of this motion.

DATED:  April 15, 2010          MCBREEN & SENIOR

                                BY:_____/s/_____
                                DAVID A. SENIOR
                                Attorneys for Defendant
                                MALAYSIAN AIRLINE SYSTEM BHD
                                2029 Century Park East, Third Floor
                                Los Angeles, California 90067
                                dsenior@mcbreensenior.com
                                Telephone: (310) 552-5300

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION,<br><br>MDL No. 1775<br><br>----------------<br><br>BENCHMARK EXPORT SERVICES, et al.,<br><br>v.<br><br>CHINA AIRLINES LTD., et al., | Case No. 06-MD-1775(JG)(VVP)<br><br><br><br><br>10-cv-0639 (JG)(VVP)<br><br>**DECLARATION OF DAVID A. SENIOR PURSUANT TO 28 U.S.C. § 1746 IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

I, David A. Senior, hereby declare as follows:

1. I am a partner with the law firm of McBreen & Senior.

2. I submit this declaration pursuant to 28 U.S.C. § 1746 in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. The undersigned respectfully requests to be permitted to appear as counsel and advocate pro hac vice in this one case for defendant Malaysian Airline System Bhd.

//

//

//

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on March 09, 2010 at Los Angeles, California.

/s/
DAVID A. SENIOR
MCBREEN & SENIOR
2029 Century Park East, Third Floor
Los Angeles, California 90067
dsenior@mcbreensenior.com
Telephone: (310) 552-5300

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

February 22, 2010

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DAVID ANDREW SENIOR, #108579 was admitted to the practice of law in this state by the Supreme Court of California on June 3, 1983; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION, | Case No. 06-MD-1775(JG)(VVP) |
| MDL No. 1775 | |
| ---------------- | |
| BENCHMARK EXPORT SERVICES, et al., | 10-cv-0639 (JG)(VVP) |
| v. | |
| CHINA AIRLINES LTD., et al., | [PROPOSED] ORDER GRANTING MOTION TO ADMIT DAVID A. SENIOR AS COUNSEL PRO HAC VICE |

    The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney David A. Senior is permitted to argue or try this particular case in whole or in part as counsel or advocate for defendant Malaysian Airline System Bhd.

    An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

    This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket.  A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys. The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: April __, 2010

 

_____
United States Magistrate Judge