UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | Case No. 06-MD-1775 (JG) (VVP) |
| BENCHMARK EXPORT SERVICES, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CHINA AIRLINES, Ltd. et al.,<br><br>        Defendants. | Case No. 10-CV-0639 (JG) (VVP) |

**APPEARANCE OF COUNSEL**

To:    The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for: **EVA Airways Corporation**.

Dated: April 16, 2010                */s/ David I. Horowitz*
                                            David I. Horowitz (DH-0921)
                                            **KIRKLAND & ELLIS LLP**
                                            333 South Hope Street
                                            Los Angeles, California 90071
                                            david.horowitz@kirkland.com
                                            Telephone: (213) 680-8400
                                            Facsimile: (213) 680-8500