UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | Case No. 06-MD-1775 (JG) (VVP) |
| BENCHMARK EXPORT SERVICES, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>CHINA AIRLINES, Ltd. et al.,<br><br>            Defendants. | Case No. 10-CV-0639 (JG) (VVP) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: **EVA Airways Corporation**.


Dated: April 23, 2010          */s/ Christopher T. Casamassima*_____
                                      Christopher T. Casamassima (Admitted *Pro Hac Vice*)
                                      **KIRKLAND & ELLIS LLP**
                                      333 South Hope Street
                                      chris.casamassima@kirkland.com
                                      Los Angeles, California 90071
                                      Telephone: (213) 680-8400
                                      Facsimile: (213) 680-8500