UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE | 06-MD-1775 (JG) (VVP) |
| AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION | **NOTICE OF APPEARANCE** |
| MDL No. 1775 | |
| BENCHMARK EXPORT SERVICES, et al., | 10-Civ.-0639 (JG) (VVP) |
| Plaintiffs, | (Notice of Appearance previously filed in this individual case on April 5, 2010) |
| v. | |
| CHINA AIRLINES, Ltd. et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as counsel for

Defendant Malaysia Airlines, and should be served with copies of all papers in this action.


Dated: New York, New York
       April 26, 2010


                              FRIED, FRANK, HARRIS, SHRIVER
                               & JACOBSON LLP


                              By:  _____/s/ Douglas H. Flaum____
                                      Douglas H. Flaum

                              One New York Plaza
                              New York, New York 10004
                              (212) 859-8000
                              Douglas.Flaum@friedfrank.com
                              *Attorneys for Defendant Malaysia Airlines*

CERTIFICATE OF SERVICE

I certify under the penalty of perjury pursuant to 28 U.S.C. § 1746 that on April 26, 2010, I caused a true copy of the attached Notice of Appearance to be served through this Court's ECF system on all participating counsel.

I further certify under the penalty of perjury pursuant to 28 U.S.C. § 1746 that on April 26, 2010, I caused a true copy of the attached Notice of Appearance to be served by First Class U.S. Mail upon the following:

Lee Albert
Mager & Goldstein LLP
One Liberty Place
21st Floor
1650 Market Street
Philadelphia, PA 19103

Jon P. Axelrod
Todd E. Palmer
Dewitt Ross & Stevens S.C.
2 East Mifflin Street
Suite 600
Madison, WI 53703

Daniel E. Becnel, Jr.
Matthew B. Moreland
Becnel Law Firm, LLC
P.O. Drawer H
106 W. 7th Street
Reserve, LA 70084

Thomas Bright
Gwendolyn R. Giblin
Gold Bennett Cera & Sidener LLP
595 Market Street
Suite 2300
San Francisco, CA 94105

Judith Blackwell
Blackwell & Blackwell
584 Valle Vista Avenue
Oakland, CA 94610

Eric E. Castelblanco
8383 Wilshire Blvd.
Suite 302
Beverly Hills, CA 90211

Chris S. Coutroulis
Carlton Fields
4221 West Boy Scout Blvd.
Suite 1000
Tampa, FL 33067-5736

Thomas P. Dove
Jon T. King
The Furth Firm LLP
225 Bush Street
15th Floor
San Francisco, CA 94104

Michael J. Flannery
The David Danis Law Firm, P.C.
8235 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105

Mac I. Gross
Pomerantz, Levy, Haudek, Black & Grossman
100 Park Avenue
26th Floor
New York, NY 10017-5516

Kathleen Langan
Brian Barry Law Offices
1801 Avenue of the Stars
Suite 307
Los Angeles, CA 90067

Jan Lillieborg
Badhusvagen 11
165 71 Hasselby
Sweden

Larry McDevitt
The Van Winkle Law Firm
11 North Market Street
Asheville, NC 28801-2929

Meredith Reade Miller
Temple University
Beasley School of Law
1719 N. Broad Street
Philadelphia, PA 19122

Lawrence Dumzo Nwajei
Law Offices of Nwajei & Company
4221 Wilshire Blvd.
Suite 392
Los Angeles, CA 90010

Peter A. Pease
Nathaniel L. Orenstein
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

Keith H. Packer
Winters View, 1 A Mountain Ash
Marlow, Buckinghamshire, SL7 3PB
United Kingdom

David A. Senior
McBreen & Senior
2029 Century Park East
Third Floor
Los Angeles, California 90067

Anthony D. Shapiro
Rohan, Goldfarb Rafel & Shapiro, P.S.
1301 Fifth Avenue
Suite 2929
Seattle, WA 98101

Richard Smith
2215 Rockberry Ct.
Logansville, GA 30052

Marvin Srulowitz
319 Fifth Avenue
New York, NY 10016-5014

Dawn M. Tancredi
Law Offices of Dawn M. Tancredi
One South Broad Street
Suite 1670
Philadelphia, PA 19107

Clark Steven Tomashefsky
Jenner & Block
330 North Wabash Avenue
One IBM Plaza
40th Floor
Chicago, IL 60611

Gina Marie Tufaro
Abbey Gardy LLP
212 East 39th Street
New York, NY 10016

Dated:        New York, New York
              April 26, 2010

                                    _____
                                        Joshua D. Roth