UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| IN RE: | : | |
| | : | |
| AIR CARGO SHIPPING SERVICES | : | |
| ANTITRUST LITIGATION | : | 06-md-1775 (JG) (VVP) |
| | : | |
| MDL No. 1775 | : | |
| | : | |
| | : | |

**TO:  CLERK OF THE COURT
     ALL PARTIES OF RECORD**

**NOTICE OF APPEARANCE OF KAETHE M. CARL**

**PLEASE TAKE NOTICE** that Kaethe M. Carl of Freshfields Bruckhaus Deringer US LLP appears as counsel of record for Emirates in the above-captioned matter. I certify that I am admitted *pro hac vice* to argue this case in whole or in part in this Court.

Dated: April 29, 2010                           Respectfully submitted,


                                                /s/ Kaethe M. Carl
                                                Kaethe M. Carl
                                                Freshfields Bruckhaus Deringer US LLP
                                                701 Pennsylvania Avenue, NW, Suite 600
                                                Washington, DC  20004-1008
                                                Tel:  (202) 777-4501
                                                Fax:  (202) 777-4555
                                                Email:  kaethe.carl@freshfields.com
                                                *Counsel for Defendant Emirates*

US786233/1+ 105143-0022

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2010, I caused a true and correct copy of the foregoing Notice of Appearance of Kaethe M. Carl on behalf of Defendant Emirates to be served on all parties registered for this case via the Court's ECF system.

    /s/ Kaethe M. Carl
Attorney for Defendant Emirates