UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION | ) ) ) ) 06-MD-1775 (JG)(VVP) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ECF FILED ) ) |

## NOTICE OF CHANGE OF FIRM NAME

To:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT effective May 1, 2010, Hogan & Hartson LLP has changed its name to Hogan Lovells US LLP.  All future reference to the firm in this matter should be to Hogan Lovells US LLP.  The address, phone numbers and fax numbers of lawyers on this matter have not changed.  George F. Hritz's email will now be george.hritz@hoganlovells.com.

Respectfully submitted,

Dated: May 6, 2010
New York, New York

HOGAN LOVELLS US LLP

By:   /s/ George F. Hritz
         George F. Hritz
875 Third Avenue
New York, NY  10022
Tel: 212-918-3000
Fax: 212-918-3100
*Counsel for Defendants Air Canada and AC Cargo LP*