UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE

AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION

06 MD 1775 (JG) (VVP)

MDL No. 1775

------------------------------------------------------------------X

BENCHMARK EXPORT SERVICES; FTS INTERNATIONAL EXPRESS, INC.; JSPN, INC.; R.I.M. LOGISTICS, LTD.; S.A.T. SEA & AIR TRANSPORT, INC.; VOLVO LOGISTICS AB, Individually and On Behalf of All Others Similarly Situated,

10 CV 0639 (JG)(VVP)

Plaintiffs,

- against -

**NOTICE OF MOTION**

CHINA AIRLINES LTD.; EVA AIRWAYS CORPORATION; MALAYSIA AIRLINES; AIR INDIA; JEAN CHARLES FOUCAULT; BRAM GRABER; FRANCISCUS JOHANNES DE JONG; JAN LILLIEBORG; BRUCE MCCAFFREY; JEAN PAUL MOREAU; KEITH H. PACKER; SALVATORE SANFILIPPO,

Defendants.
------------------------------------------------------------------X

PLEASE TAKE NOTICE that upon the annexed Affirmation of E. Christopher Murray, dated May 13, 2010, with attached exhibits; and the accompanying Memorandum of Law in support of defendant Air India's motion to dismiss, defendant Air India will move this Court, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, 11201, for an order:

- 2 -

(i) pursuant to Fed. R. Civ:P. 12(b)6 dismissing the Complaint as alleged against Air India; and

(ii) awarding Air India its costs, including attorney's fees, and such further and other relief the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the schedule established by the Court, answering papers, if any, are to be filed by June 4, 2010; and reply papers, if any, are to be filed by June 18, 2010.

Dated: Uniondale, New York
       May 13, 2010

RUSKIN MOSCOU FALTISCHEK P.C.

By: _____
E. Christopher Murray
Douglas J. Good
*Attorney for Defendant Air India*
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, New York 11556
(516) 663-6600

486237\1