UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES<br><br>ANTITRUST LITIGATION<br><br>MDL No. 1775 | Master File 06-MD-1775 (JG) (VVP)<br><br>ALL CASES |

## STIPULATION OF VOLUNTARY DISMISSAL OF GEODIS WILSON USA, INC., GEODIS WILSON SINGAPORE PTD LTD., GEODIS WILSON AUSTRALIA PTY LTD., GEODIS WILSON HONG KONG LTD., AND GEODIS WILSON DENMARK A/S

WHEREAS, Geodis Wilson USA, Inc., Geodis Wilson Singapore Pte Ltd., Geodis Wilson Australia Pty Ltd., Geodis Wilson Hong Kong Ltd., and Geodis Wilson Denmark A/S (collectively, "the Geodis Wilson entities"), have appeared as named plaintiffs in the above-captioned multi-district litigation;

WHEREAS, the Geodis Wilson entities were formerly known, respectively, as TNT Freight Management (USA), Inc., TNT Freight Management (Singapore) Pte Ltd., TNT Freight Management (Australia) Pty Ltd., TNT Freight Management (Hong Kong) Limited, and TNT Freight Management (Denmark) A/S;

WHEREAS, the Geodis Wilson entities and all Defendants have agreed that the Geodis Wilson entities may be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

WHEREAS, the Geodis Wilson entities have agreed to provide certain discovery to Defendants, as set forth in a letter agreement dated June 4, 2010 ("the Letter Agreement");

NOW, THEREFORE, IT IS STIPULATED by and among the Geodis Wilson entities and Defendants, through their counsel, as follows:

1. The Geodis Wilson entities are voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The Geodis Wilson entities reserve all rights to submit claims in this litigation as absent class members.

3. The Court will retain jurisdiction over the Geodis Wilson entities as necessary to enforce the terms of the Letter Agreement.

4. The undersigned counsel represent that they are authorized to sign this stipulation on behalf of the parties indicated below.

Dated: June 4, 2010.

_____
Brent W. Landau
HAUSFELD LLP
1604 Locust Street, Second Floor
Philadelphia, PA 19103
(215) 985-3273

*Plaintiffs' Co-Lead Counsel and
Counsel for the Geodis Wilson entities*

_____
James R. Warnot, Jr.
LINKLATERS LLP
1345 Avenue of the Americas
New York, New York 10105
(212) 903-9000

*Counsel for Société Air France, on its behalf,
and with their permission, on behalf of all
current defendants named in the First
Consolidated Amended Complaint*