UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES<br><br>ANTITRUST LITIGATION<br><br><br>THIS DOCUMENT PERTAINS<br>TO ALL ACTIONS | Master File 06-MD-I775 (JG) (VVP)<br><br>MDL No. 1775 |

### NOTICE OF WITHDRAWAL OF APPEARANCE

TO:   The Clerk of Court and All Parties of Record:

**PLEASE TAKE NOTICE** that attorney Robert G. Eisler is no longer affiliated with Hausfeld LLP.

**IT IS HEREBY REQUESTED** that the appearance of Robert G. Eisler be withdrawn.

Dated: June 4, 2010                             Respectfully submitted,

                                                /s/ Brent W. Landau
                                                Brent W. Landau
                                                **HAUSFELD LLP**
                                                1604 Locust St, 2nd floor
                                                Philadelphia, PA 19103
                                                Phone: (215) 985-3270
                                                Facsimile: (215) 985-3271
                                                Email: blandau@hausfeldllp.com

                                                *Plaintiffs' Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2010, the foregoing Notice of Withdrawal of Appearance was filed electronically.  Notification of this filing will be sent to all counsel of record by operation of the Court's CM/ECF system.

Dated: June 4, 2010                                         */s/ Brent W. Landau*