**Exhibit 27**

# VakilNo1

Search

Ads by Google    Act Training    Government Pension    Copyright Act    Central Government

The Companies Act, 1956 Bare Act

**CIA - Intelligence Degree**
Earn an intelligence degree online at American Military University.
www.apus.edu/intelligence

**Top 15 ERP Software Apps**
2010 Top 15 ERP Software Rankings Download Report from Top IT Analyst
Business-Software.com/BestERP

**Obama's Credit Card Bill**
Need a Credit Card Bailout? Find Out if You Qualify For Relief!
www.LowerMyBills.com

Ads by Google

**617. Definition of "Government Company".**

For the purposes of [1][this Act] Government company, means any company in which not less than fifty one per cent of the [2][paid-up share capital] is held by the Central Government, or by any State Government or Governments, or partly by the Central Government and partly by one or more State Governments, [3][and includes a company which is a subsidiary of a Government company as thus defined].

1 Substituted by Act No. 65 of 1960, for the words and figures "sections 618, 619 and 620"

2 Substituted by Act No. 65 of 1960, for the words "share capital".

3 Inserted by Act No. 65 of 1960.

Back

1 | 2 | 3 | 4 | 5

Companies Act Judgment 1 | Companies Act Judgements 2 | Companies Act Judgments 3 | Companies Act Judgments 4

Search

**New York Overtime Law.com**
unpaid wages? no overtime? call 866-KingsLaw for Free Consultation
youtube.com/csirabella

**Debt Relief Grants**
Pay Off Bills Quickly and Easily. Fast, Effective Debt Relief Plans.
www.DebtReliefUSA.org

**Credit Card Bailout**
Qualify To Reduce Your Debts At Official Credit Card Bailout Site
www.CreditCardBailout.com

Ads by Google

Ads by Google    Act Kunden    Act Registration    Act Tutors    Act 6

Legal Drafts & Forms | Laws in India-Bare Acts | Legal News | NRI Section | How to |Legal Links | Law Colleges | On the Lighter side | Sample Questions (Legal FAQ) | Get Legal Opinion | Feedback | Terms of use | Disclaimer | Home

Top

Copyright© **Vakilno1.com** 2000 All rights reserved