# Exhibit 28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION MDL No. 1775 | MDL NO. 1775 |
| BENCHMARK EXPORT SERVICES ET AL. | 10-CV-0639 (JG) (VVP) |
| v. CHINA AIRLINES, LTD. ET AL. | |

### Declaration of Derek Lee

1.   I am a California Registered Process Server licensed to serve legal document for the City of Los Angeles.

2.   On February 16, 2010 at about 4:00 p.m., I arrived at the offices of Malaysia Airlines, 100 North Sepulveda Boulevard, suite 1710, El Segundo, CA 90245. I informed the receptionist at the desk that I had legal documents to be served on Malaysia Airlines and I needed to give them to a person authorized to accept service. The receptionist picked up the phone and called someone, and within minutes another woman appeared who asked what I had. I repeated that I had legal documents to serve upon Malaysia Airlines. I showed her the documents and she put out her hands to accept them. As I handed the documents to her I asked for her name, which she gave as Anjana Gorakashar. She then walked away and so did I. The time was then about 4:15 p.m. At no time were the documents hidden or concealed in any kind of "package," nor was a signature requested. Anjana Gorakashar was cooperative and did not

give the impression of someone unauthorized to accept the documents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3d day of June, 2010 in Los Angeles, CA.

_____
Derek Lee