UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION MDL No. 1775 | MDL NO. 1775 |
| BENCHMARK EXPORT SERVICES ET AL.<br><br>v.<br><br>CHINA AIRLINES, LTD. ET AL. | 10-CV-0639 (JG) (VVP) |

NOTICE OF DISMISSAL WITHOUT PREJUDICE OF
DEFENDANT KEITH H. PACKER

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss, without prejudice and without costs, defendant Keith H. Packer from the above-captioned case.

Dated: New York, New York
       June 18, 2010

Robert N. Kaplan (RK-3100)
Gregory K. Arenson (GA-2426)
Jason A. Zweig (JZ-8107)
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY  10022
(212) 687-1980

Gary L. Specks (GS-8767)
KAPLAN FOX & KILSHEIMER LLP
423 Sumac Road
Highland Park, IL 60035
(847) 831-1585

By: ___/s/ Jason A. Zweig___

Respectfully submitted,

Michael D. Hausfeld
William P. Butterfield
Brent W. Landau
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC  20006
(202) 540-7200

By: ___/s/ Brent Landau___

| | |
|---|---|
| Hollis L. Salzman (HS-5994)<br>Jay L. Himes (JH-7714)<br>Gregory S. Asciolla (GA-2222)<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY 10005<br>(212) 907-0700<br><br>By: ___/s/ *Jay L. Himes*___ | Howard J. Sedran<br>Austin B. Cohen<br>LEVIN, FISHBEIN, SEDRAN<br>  & BERMAN<br>510 Walnut Street<br>Philadelphia, PA 19106<br>(215) 592-1500<br><br>By: ___/s/ Howard J. Sedran___ |

*Class Counsel*

## CERTIFICATE OF SERVICE

I, Mandrika Moonsammy, declare that, on June 18, 2010, I caused true and correct copies of: Notice of Dismissal Without Prejudice of Defendant Keith H. Packer to be delivered via the Court's ECF system to all counsel of record and to the following parties via FEDERAL EXPRESS priority overnight service.

Jan Lillieborg, *pro se*
Badhusvägen 11
165 71 Hässelby, Sweden

Keith H. Packer, *pro se*
Winters View, 1A Mountain Ash,
Marlow, Bucks, SL7 30B
01628 488760
United Kingdom

                                                  */s/ Mandrika Moonsammy*
                                                   Mandrika Moonsammy