## **CERTIFICATE OF SERVICE**

I, Benjamin J. Lambiotte, hereby affirm and declare that on June 18, 2010, I caused a true and correct copy of the to be served on all parties and counsel registered for this case via the Court's ECF system.

*/s/ Benjamin J. Lambiotte*
Benjamin J. Lambiotte