UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION | Case No. 06-MD-1775 (JG) (VVP) |
| BENCHMARK EXPORT SERVICES, et al., Plaintiffs, v. CHINA AIRLINES LTD, et al. Defendants. | Case No. 10-CV-0639 (JG) (VVP) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Michael D. Schissel hereby appears on behalf of defendant Bram Graber, certifies that he is admitted to practice in this Court, and further requests that copies of all papers in this action be served on the undersigned at the address below.

PLEASE TAKE FURTHER NOTICE that Mr. Graber reserves all arguments and defenses he may have to challenge service of process in this case and by filing this Notice of Appearance Mr. Graber does not waive any of those arguments or defenses.

Dated: New York, New York
June 28, 2010

        ARNOLD & PORTER LLP


By:   /s/ Michael D. Schissel
      Michael D. Schissel
      399 Park Avenue
      New York, New York 10022
      Telephone: (212) 715-1000
      Facsimile: (212) 715-1399
      michael.schissel@aporter.com

      - and -

William Baer
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
william.baer@aporter.com

*Attorneys for Defendant Bram Graber*