# Labaton Sucharow

Hollis L. Salzman
Partner
212 907 0717 direct
212 883 7017 fax
hsalzman@labaton.com

June 30, 2010

**VIA ECF**

The Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *In re Air Cargo Shipping Services Antitrust Litigation*, 06-MDL-1775 (JG)(VVP)

Dear Judge Pohorelsky:

On behalf of Plaintiffs' Co-Lead Counsel, enclosed please find an Agenda for the July 1, 2010 status conference for your consideration in the above-referenced matter.

Respectfully submitted,

Hollis L. Salzman

Enc.