<u>*In re Air Cargo Shipping Services Antitrust Litigation*</u>**, MDL No. 1775**

**Agenda for July 1, 2010 Status Conference**

1. Air India's, China Airlines', EVA Airways', Malaysia Airlines' and Salvatore Sanfilippo's Motions to Dismiss.

2. Plaintiffs' Motion to Compel Certain Defendants to Provide Full and Complete Responses to Plaintiffs First Set of Interrogatories Nos. 1, 2, 3, 4, 5, 6, and 8.

3. Status of Production from Saudi Arabian Airlines, Ltd.

741762 v2
[6/25/2010 18:36]