

Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY 10022
phone 212.687.1980
fax 212.687.7714
email mail@kaplanfox.com
www.kaplanfox.com

July 28, 2010

**By Electronic Case Filing**

Honorable John Gleeson
United States District Judge
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East, Room 727S
Brooklyn, NY 11201-1818

    Re:    *In re Air Cargo Shipping Services Antitrust Litigation*, MDL 1775

Dear Judge Gleeson:

    We represent the plaintiffs in the above-referenced matter. By this letter, plaintiffs respectfully submit three proposed orders in connection with the following motions:

1. Plaintiffs' Motion for Preliminary Approval Of Settlement with Defendants Société Air France, Koninklijke Luchtvaart Maatschappij N.V., and Martinair Holland N.V., filed July 14, 2010 [Dkt. Nos. 1207-1210] (proposed order attached as Exhibit A);

2. Plaintiffs' Motion for Preliminary Approval of Settlement with Defendant Japan Airlines International Co., Ltd., filed July 20, 2010 [Dkt. Nos. 1211-13] (proposed order attached as Exhibit B); and

3. Plaintiffs' Motion for Preliminary Approval of Settlement with Defendants AMR Corp. and American Airlines, Inc., filed July 26, 2010 [Dkt. Nos. 1215-17] (proposed order attached as Exhibit C).

    An identical proposed "Notice of Proposed Class Action Settlement" and "Publication Notice" are annexed to each proposed order as Exhibits 1 and 2, respectively. These notices contemplate that the "Notice of Proposed Class Action Settlement will be mailed to potential class members within 30 days after receipt of customer lists requested from those defendants who have not yet provided them, and that the Publication Notice shall be published as soon as practicable thereafter. Today, plaintiffs filed a request for the Court to set a schedule for the production of customer lists from the new corporate defendants named in the Benchmark



Honorable John Gleeson
July 28, 2010
Page 2

complaint, China Airlines Ltd., EVA Airways Corp., Malaysia Airlines, and Air India [Dkt. No. 1219].

     Because defendants' customer lists are necessary for the dissemination of notice, the proposed orders contemplate that the Court will postpone scheduling a Fairness Hearing for each settlement until the lists have been produced.

     For the Court's convenience, copies of each proposed order in their native formats will be sent via e-mail to Ms. Poonam Kumar.

Respectfully submitted,

/s/ Robert N. Kaplan
Robert N. Kaplan, Esq. (RK-3100)
Gregory K. Arenson, Esq. (GA-2426)
Jason Zweig, Esq. (JZ-8107)
Gary L. Specks, Esq. (GS-8767)
KAPLAN FOX & KILSHEIMER LLP

/s/ Howard J. Sedran
Howard J. Sedran, Esq.
Austin Cohen, Esq.
LEVIN, FISHBEIN, SEDRAN & BERMAN

/s/ Hollis L. Salzman
Hollis L. Salzman (HS-5994)
Jay L. Himes (JH-7714)
Gregory S. Asciolla (GA-2222)
LABATON SUCHAROW LLP

/s/ Michael D. Hausfeld
Michael D. Hausfeld, Esq.
William P. Butterfield, Esq.
Brent W. Landau, Esq.
Hilary K. Scherrer, Esq.
HAUSFELD LLP

*Co-Lead Counsel*

## CERTIFICATE OF SERVICE

      I, Elana Katcher, declare that, on July 28, 2010, I caused true and correct copies of the foregoing letter to the Honorable John Gleeson and its accompanying exhibits to be delivered via the Court's ECF system to all counsel of record and to the following parties via FEDERAL EXPRESS.

Jan Lillieborg, *pro se*
Badhusvägen 11
165 71 Hässelby, Sweden

Keith H. Packer, *pro se*
Winters View, 1A Mountain Ash,
Marlow, Bucks, SL7 30B
01628 488760
United Kingdom

                                                          */s/ Elana Katcher*
                                                            Elana Katcher