UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 03 2010 ★
BROOKLYN OFFICE

| | |
|---|---|
| IN RE AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION | Case No. 06-MD-1775 (JG) (VVP) |
| BENCHMARK EXPORT SERVICES, et al., Plaintiffs, v. CHINA AIRLINES LTD, et al. Defendants. | Case No. 10-CV-0639 (JG) (VVP) |

### [PROPOSED] ORDER

The Consent Motion of Certain Defendants for Extension of Time is hereby **GRANTED**. It is hereby **ORDERED** that:

1. Defendants Jean Charles Foucault, Jean Paul Moreau and Bram Graber ("Defendants") shall answer, move or otherwise respond to the Summons and Complaint in the above-captioned action **within 30 days** after the Court issues an order on Plaintiffs' Motion for Preliminary Approval of Settlement with Defendants Société Air France, Koninklijke Luchtvaart Maatschappij N.V. and Martinair Holland N.V. (Docket No. 1207) only if that order does not stay the Defendants' obligations to answer, move or otherwise respond to the Summons and Complaint. This order is without prejudice to any argument or defense Defendants may have as to service of process.

So Ordered.

s/Viktor Pohorelsky

July 30, 2010