UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION )<br>)<br>)<br>MDL No. 1775                                   )<br>)<br>This Document Relates To:                     )<br>ALL ACTIONS                                    ) | 06-MD-1775 (JG) (VVP) |

To:   CLERK OF THE COURT
      ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that Benjamin G. Bradshaw, of the law firm of O'Melveny & Myers LLP, hereby appears as Counsel on behalf of Defendant Asiana Airlines, Inc. in the above-captioned matter.

I certify that I am admitted to practice *pro hac vice* in the Eastern District of New York.

Dated: August 9, 2010                    Respectfully submitted,


                                         /s/ Benjamin Bradshaw
                                         Benjamin G. Bradshaw
                                         bbradshaw@omm.com
                                         O'MELVENY & MYERS LLP
                                         1625 Eye St., N.W.
                                         Washington, D.C. 20006
                                         T: (202) 383-5300
                                         F: (202) 383-5414
                                         *Attorney for Defendant Asiana Airlines, Inc.*

**CERTIFICATE OF SERVICE**

    I, Benjamin G. Bradshaw, hereby certify that on August 9, 2010, a copy of the foregoing Notice of Appearance of Benjamin G. Bradshaw on behalf of Asiana Airlines, Inc. was filed with the Clerk of the Court using the Court's CM/ECF system, with which all parties are required to register.

    /s/ Benjamin Bradshaw
    Benjamin G. Bradshaw