

# THE BLANCH LAW FIRM, P.C.

261 MADISON AVENUE, 12TH FLOOR  NEW YORK, NY 10016  T (212) 736-3900 F (212) 736-3910

<u>Via ECF</u>                                                                August 27, 2010

The Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re:  <u>*In Re Air Cargo Shipping Services Antitrust Litigation*, 06-MD-1775</u>

Dear Magistrate Judge Pohorelsky:

The Blanch Law Firm, P.C. currently represents Saudi Arabian Airlines Corporation in the above-referenced action. Pursuant to Local Civil Rule 1.4 and upon the Memorandum of Law In Support of the Motion of The Blanch Law Firm, P.C. to Withdraw as Counsel to Saudi Arabian Airlines and the Affidavit of Ryan G. Blanch, Esq., in Support of Motion to Withdraw as Counsel to Saudi Arabian Airlines Corporation, dated August 27, 2010, and separately filed under seal, The Blanch Law Firm, P.C. hereby moves this Court for permission to withdraw as counsel to defendant Saudi Arabian Airlines Corporation.

Respectfully submitted,

*/s/ Ryan G. Blanch*
Ryan G. Blanch
The Blanch Law Firm, P.C.
261 Madison Ave., 12th Floor
New York, NY 10016
(212) 736-3990 (telephone)
(212) 736-3910 (facsimile)

*Counsel for Saudi Arabian Airlines Corporation*

cc:     All Counsel of Record (via ECF)

## **CERTIFICATE OF SERVICE**

I, Aimee Suetsugu, declare that, on August 27, 2010, I caused a true and correct copy of the foregoing notice of motion to withdraw as counsel made by letter to the Honorable Viktor V. Pohorelsky to be electronically filed with the Court and served upon all counsel of record via the Court's ECF system and served upon the following as indicated:

**Via International Mail:**

Jan Lillieborg, pro se
Badhusvägen 11
165 Hässelby, Sweden

Mr. Hashim A. Koshak
Sr. Legal Advisor for Corp. Contact
Saudi Arabian Airlines Corporation
CC: 166, Legal Affairs
2nd Floor SV HQ Building
JEDDAH 21231
Saudi Arabia

/s/ Aimee Suetsugu
Aimee Suetsugu