UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL NO. 1775 | 10-CV-01374 (JG)(VVP)<br><br>MDL: 06-MDL-01775 (JG)(VVP)<br><br>**NOTICE OF APPEARANCE**<br><br>ECF Case |
| BENCHMARK EXPORT SERVICES, *et al.*,<br><br>        Plaintiffs,<br>v.<br><br>SALVATORE SANFILIPPO,<br><br>        Defendant. | |

PLEASE TAKE NOTICE that Garvey Schubert Barer, hereby appears as counsel for Defendant Salvatore Sanfilippo, and requests that it hereinafter be served with all papers at the address provided below.

Dated: New York, New York
       September 10, 2010

                                              GARVEY SCHUBERT BARER

                                        By: _____
                                              Malcolm Seymour, III (MS-3107)
                                              100 Wall Street, 20th Floor
                                              New York, New York 10005
                                              (212) 965-4533

                                              Benjamin J. Lambiotte, *Pro Hac Vice*
                                              Paul S. Hoff, *Pro Hac Vice*
                                              Richard D. Gluck, *Pro Hac Vice*
                                              1000 Potomac Street NW, 5th Floor
                                              Washington, DC 20007-3501
                                              (202) 965 7880
                                              blambiotte@gsblaw.com

                                              *Attorneys for Defendant Salvatore Sanfilippo*