# Exhibit 1

**Himes, Jay L.**

| | |
|---|---|
| **From:** | Mallory Tosch [mallory.tosch@shearman.com] |
| **Sent:** | Tuesday, August 10, 2010 9:36 PM |
| **To:** | 'mhausfeld@hausfeldllp.com'; 'wbutterfield@hausfeldllp.com'; 'blandau@hausfeldllp.com'; 'rkaplan@kaplanfox.com'; 'garenson@kaplanfox.com'; 'gspecks@kaplanfox.com'; 'hsalzman@labaton.com'; 'jhimes@labaton.com'; 'gasciolla@labaton.com'; 'hsedran@lfsblaw.com'; 'acohen@lfsblaw.com'; 'csweedler@lfsblaw.com' |
| **Cc:** | Heather Kafele; Brian Burke; Stock, Eric J.; Antler, Ashley B. |
| **Subject:** | Air Cargo August 10 meet-and-confer |

Dear all,

I write to follow up on various topics discussed during this morning's meet-and-confer call.

300 boxes of paper documents

We have discussed your proposal concerning the 300 boxes of documents referenced in your July 29, 2010 letter. Based upon your description of the contents of the boxes, we hereby request production of those documents. Defendants confirm that the production of any downstream data in the 300 boxes will not be construed as an admission of the relevance or admissibility of such downstream data, nor will it be construed as a waiver of Plaintiffs' objections to Requests that seek downstream data. Defendants further agree not to use the fact of production of downstream data found in the 300 boxes as a basis to seek the production of additional downstream data.

As discussed on this morning's call, we await your response on whether you will agree to tiff the documents for production in lieu of the photocopying offered in your July 29, 2010 letter.

Meet-and-confer scheduled for Thursday, August 19, 2010

We confirm that our next meet-and-confer call is scheduled for Thursday, August 19 at 10:30 a.m.

Before that call, Plaintiffs have agreed to provide to Defendants proposals on the following:
- Search terms to be applied to ESI;
- Production parameters for ESI.

Concerning the production parameters, Plaintiffs will include in the proposal all issues upon which they believe agreement to be appropriate. To the extent Defendants identify issues beyond those set forth in the instructions to Defendants' Document Requests, Defendants will request that Plaintiffs add those matters to the proposal.

Also prior to the August 19 meet-and-confer call, Plaintiffs will provide Defendants with proposed custodian lists for plaintiffs other than Benchmark.

Briefing schedule

Here is our proposed briefing schedule and requested page limit extension for the motion to compel:

- Defendants will file their letter motion (not to exceed ten pages) by Friday, August 13, 2010;
- Plaintiffs will file their letter in opposition (not to exceed ten pages) by Friday August 27, 2010;
- Defendants will file their reply to Plaintiffs' letter in opposition (not to exceed three pages) by Friday, September 3, 2010.

Please confirm whether you will accept these terms as soon as possible so that we may submit the proposal to the court.

9/13/2010

We look forward to your response.

Regards,
Mallory

K. Mallory Tosch

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
D: (212) 848-7657 | F: (646) 848-7657
mallory.tosch@shearman.com | www.shearman.com

Please consider the environment before printing this email.

IRS Circular 230 Disclosure
Any tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax penalties and is not intended to be used or referred to in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement.
*********************************************************************
This communication and any attachments may be privileged or confidential. If you are not the intended recipient, you have received this in error and any review, distribution or copying of this communication is strictly prohibited. In such an event, please notify us immediately by reply email or by phone (collect at 212-848-4000) and immediately delete this message and all attachments.

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

9/13/2010