# Exhibit 2

| | |
|---|---|
| William R. Sherman<br>Direct Dial: 202-637-1094<br>william.sherman@lw.com | 555 Eleventh Street, N.W., Suite 1000<br>Washington, D.C. 20004-1304<br>Tel: +1.202.637.2200  Fax: +1.202.637.2201<br>www.lw.com |

**LATHAM & WATKINS** LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Moscow |
| Barcelona | Munich |
| Beijing | New Jersey |
| Brussels | New York |
| Chicago | Orange County |
| Doha | Paris |
| Dubai | Riyadh |
| Frankfurt | Rome |
| Hamburg | San Diego |
| Hong Kong | San Francisco |
| Houston | Shanghai |
| London | Silicon Valley |
| Los Angeles | Singapore |
| Madrid | Tokyo |
| Milan | Washington, D.C. |

August 13, 2010

The Honorable Viktor Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**By Electronic Case Filing**

Re:  *In re Air Cargo Shipping Services Antitrust Litigation*, 06-MD-1775 (JG) (VVP)

Dear Magistrate Judge Pohorelsky:

With the consent of Plaintiffs, the undersigned Defendants move the Court pursuant to Local Rule 37.3 for an order setting a briefing schedule and extending the Court's page limitations in connection with a motion to compel that Defendants are filing today (the "Motion to Compel"). The Motion to Compel raises important and complex legal issues concerning the scope of discovery in this case that cannot be adequately described within this Court's ordinary page limitations. In particular, the Motion raises the question of whether Plaintiffs should be compelled to produce documents concerning their freight forwarding businesses, where such documents are relevant to numerous issues in this action. Approximately fifteen of Defendants' document requests are at issue in the dispute to be briefed.

After consultations with Plaintiffs, and with Plaintiffs' consent, Defendants propose the following briefing schedule for their Motion to Compel:

- Defendants will file their letter motion (not to exceed ten pages) on Friday, August 13, 2010;
- Plaintiffs will file their letter in opposition (not to exceed ten pages) by Friday August 27, 2010.

**LATHAM&WATKINS**LLP

 Defendants will respectfully ask the Court to consider addressing this motion at the upcoming September 15, 2010 Status Conference.

                 Respectfully submitted,

*/s/ George F. Hritz*
George F. Hritz
Eric J. Stock
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000 (telephone)
(212) 918-3100 (facsimile)
*Counsel for Air Canada and AC Cargo LP*

*/s/ William R. Sherman*
Margaret M. Zwisler
William R. Sherman
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
(202) 637-2200 (telephone)
(202) 637-2201 (facsimile)
*Counsel for Singapore Airlines Cargo Pte Ltd and Singapore Airlines Limited*

*/s/ George N. Tompkins, Jr.*
George N. Tompkins, Jr.
George N. Tompkins, III
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
150 East 42nd Street
New York, NY 10017
(212) 490-3000 (telephone)
(212) 490-3038 (facsimile)
*Counsel for Air China Limited and Air China Cargo Company Limited*

*/s/ Michael J. Holland*
Michael J. Holland
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, NY 10036
(212) 490-9100 (telephone)
(212) 370-4453 (facsimile)
*Counsel for Air New Zealand Limited*

*/s/ Charles J. Simpson, Jr.*
Charles J. Simpson, Jr.
ZUCKERT, SCOUTT & RASENBERGER, LLP
888 Seventeenth Street, N.W., Suite 700
Washington, D.C. 20006
(202) 298-8660 (telephone)
(202) 342-0683 (facsimile)

*/s/ Ian Simmons*
Ian Simmons
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
(202) 383-5106 (telephone)
(202) 383-5414 (facsimile)
*Counsel for Asiana Airlines Inc.*

Douglas E. Rosenthal
Todd Anderson
CONSTANTINE CANNON LLP
1301 K Street, N.W., 10 Floor East
Washington, D.C. 20005
(202) 204-3500 (telephone)
(202) 204-3501 (facsimile)
*Counsel for All Nippon Airways Co., Ltd.*

2

**LATHAM&WATKINS**LLP

| | |
|---|---|
| */s/ Harvey J. Wolkoff* | */s/ Daryl A. Libow* |
| Harvey J. Wolkoff | Daryl A. Libow |
| ROPES & GRAY, LLP | SULLIVAN & CROMWELL LLP |
| One International Place | 1701 Pennsylvania Avenue, N.W., Suite 800 |
| Boston, MA 02110 | Washington, D.C. 20006 |
| (617) 951-7000 (telephone) | (202) 956-7500 (telephone) |
| (617) 951-7050 (facsimile) | (202) 293-6330 (facsimile) |
| *Counsel for Atlas Air Worldwide Holdings, Inc. and Polar Air Cargo LLC* | *Counsel for British Airways, Plc* |

| | |
|---|---|
| */s/ David H. Bamberger* | */s/ Stephen Fishbein* |
| David H. Bamberger | Stephen Fishbein |
| Deana L. Cairo | SHEARMAN & STERLING LLP |
| DLA PIPER US LLP (US) | 599 Lexington Avenue |
| 500 8th Street, N.W. | New York, NY 10022 |
| Washington, D.C. 20004 | Telephone: (212) 848-4000 |
| (202) 799-4000 (telephone) | Facsimile: (212) 848-7179 |
| (202) 799-5000 (facsimile) | |
| *Counsel for Cathay Pacific Airways Ltd.* | Heather Lamberg Kafele |
| | SHEARMAN & STERLING LLP |
| | 801 Pennsylvania Ave., NW Suite 800 |
| | Washington, DC 20004 |
| | Telephone: (202) 508-8000 |
| | Facsimile: (212) 508-8100 |
| | *Counsel for Cargolux Airlines International, S.A.* |

| | |
|---|---|
| */s/ David B. Anders* | */s/ Terry Calvani* |
| David B. Anders | Terry Calvani |
| WACHTELL, LIPTON, ROSEN & KATZ | FRESHFIELDS BRUCKHAUS DERINGER US LLP |
| 51 West 52nd Street | 701 Pennsylvania Ave., NW, Suite 600 |
| New York, New York 10019 | Washington, D.C. 20004 |
| (212) 403-1307 (telephone) | (202) 777-4505 (telephone) |
| (212) 403-2307 (facsimile) | (202) 777-4555 (facsimile) |
| *Counsel for El Al Israel Airlines Ltd.* | *Counsel for Emirates* |

3

**LATHAM&WATKINS**LLP

/s/ Peter E. Halle
Peter E. Halle
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-3000 (telephone)
(202) 739-3001 (facsimile)
*Counsel for Korean Airlines Co., Ltd.*

/s/ James V. Dick
James V. Dick
SQUIRE, SANDERS & DEMPSEY, LLP
1201 Pennsylvania Avenue, N.W.
P.O. Box 407
Washington, D.C. 20044-0407
(202) 626-6600 (telephone)
(202) 626-6780 (facsimile)
*Counsel for LAN Airlines S.A., LAN Cargo S.A. and Aerolíneas Brasileiras S.A.*

/s/ W. Todd Miller
W. Todd Miller
BAKER & MILLER PLLC
2401 Pennsylvania Ave., NW Suite 300
Washington, D.C. 20037
(202) 663-7820 (telephone)
(202) 663-7849 (facsimile)
*Counsel for Qantas Airways Limited*

/s/ Ryan Blanch
Ryan Blanch
THE BLANCH LAW FIRM, P.C.
261 Madison Ave., 12th Floor
New York, New York 10016
(212) 736.3990 (telephone)
(212) 736.3910 (facsimile)
*Counsel for Saudi Arabian Airlines Ltd.*

/s/ George D. Ruttinger
George D. Ruttinger
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500 (telephone)
(202) 628-5116 (facsimile)
*Counsel for Scandinavian Airlines System*

/s/ J. Mark Gidley
J. Mark Gidley
George L. Paul
Kristen J. McAhren
WHITE & CASE LLP
701 13th Street, NW
Washington DC 20005
Tel: (202) 626-3600
Fax: (202) 639-9355
*Counsel for South African Airways Ltd.*

/s/ Ronald S. Rolfe
Ronald S. Rolfe
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1714 (telephone)
(212) 474-3700 (facsimile)
*Counsel for Thai Airways International Public Company Ltd.*

/s/ John R. Fornaciari
John R. Fornaciari
BAKER & HOSTETLER LLP
Washington Sqaure, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 861-1612 (telephone)
(202) 861-1783 (facsimile)
*Counsel for Nippon Cargo Airlines Co., Ltd.*

4