BEFORE: VIKTOR V. POHORELSKY        DATE:         9/15/10
             U.S. MAGISTRATE JUDGE       START TIME:   11:00 a.m.
                                                        END TIME:     1:15 p.m.
DOCKET NO.   MD–06-1775                                            JUDGE:        JG

CASE NAME:   In re Air Cargo Shipping Services Antitrust Litigation

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Scheduling and Status Conference

APPEARANCES:   Plaintiffs     See annexed list
                          Defendants   See annexed list

                          Ct Reporter   Marsha Diamond

SCHEDULING AND RULINGS:

1. Argument heard re South African Airways's Motion for Reconsideration; for reasons stated on the record the motion for reconsideration of the court's July 23, 2010 Order is GRANTED, but on reconsideration the court declines to vacate or modify the Order.

2. Discussion held concerning the customer lists to be supplied by Air India, China Airlines, EVA Airways, and Malaysia Airlines. By September 27, Air India will produce their customer lists that may be generated by computer; as to lists and information not available in electronic media, Air India will describe gaps in information and to the extent it objects to production of such information it will make a showing of burdensomeness.

3. The motion to withdraw made by counsel for Saudi Arabian Airlines is GRANTED, subject, however, to the requirement that outgoing counsel shall serve a copy of these minutes on Saudi Arabian Airlines forthwith by overnight courier at such addresses as may be necessary to insure actual notice, and file proof of such service in the record.

4. **As a corporation, Saudi Arabian Airlines ("SAA") may only appear by counsel. SAA is therefore required to obtain substitute counsel who must file a notice of appearance on or before October 8, 2010.  Should no attorney file a notice of appearance on behalf of SAA by that deadline, the plaintiffs may seek entry of a default and move for a default judgment against SAA.**

5. Deadlines set with respect to discussions regarding discovery to be produced by Air India, China Airlines, EVA Airways, and Malaysia Airlines.

6. Argument heard and rulings reserved concerning the defendants' motion to compel discovery from the plaintiffs. Further argument will be held at the next conference.

7. The next conference will be held on **October 14, 2010 at 2:30 p.m.**

Case 1:06-md-01775-JG -VVP   Document 1266   Filed 09/15/10   Page 2 of 3

# AIR CARGO ANTITRUST LITIGATION: APPEARANCE LIST

| | |
|---|---|
| Plaintiffs: | Robert Kaplan, Esq. |
| | Gregory Arenson, Esq. |
| | Gary Specks, Esq. |
| | Jay Himes, Esq. |
| | Howard Sedran, Esq. |
| | Greg Asciolla, Esq. |
| | Austin Cohen, Esq. |
| | Brent W. Landau, Esq. |
| | Morissa R. Falk, Esq. |
| | William Butterfield, Esq. |
| | |
| Defendants: | George Hritz, Eric Stock, Esqs. (Air Canada) |
| | George Tompkins, Esq. (Air China) |
| | Kate Meehan, Esq. (Air France)(?) |
| | E. Christopher Murray, Esq. (Air India) |
| | Michael Holland, Esq. (Air New Zealand) |
| | Todd Anderson, Esq. (All Nippon Airways) |
| | Scott Hammack, Esq. (Asiana) |
| | Evangelia Katsari, Esq. (British Air) |
| | Heather Lamberg-Kafele, Esq. (Cargolux) |
| | David Bamberger, Deana Cairo, Esqs. (Cathay Pacific Airways, Ltd.) |
| | James Dick, Esq. (China Airlines and Lan Cargo) |
| | Obi Ihekneazu, Esq. (El Al) |
| | Terry Calvani, Esq. (Emirates)(?) |
| | David Horowitz, Esq. (EVA Airways) |
| | Clay Everett, Esq. (Korean Air) |
| | Douglas Flaum, Joshua Roth, Esqs. (Malaysia Air) |
| | John Fornaciari, Jeremy Keim, Esqs. (Nippon Cargo) |
| | David Hartnagel, Esq. (Polar)(?) |
| | Todd Miller, Esq. (Qantas)(?) |
| | Ryan Blanch, Esqs. (Saudi Arabian Airlines) |
| | Michael Goldman, Esq. (Scandinavian)(?) |
| | William Sherman, Esq. (Singapore Air Cargo) |
| | George Paul, Kristen McAhren, Esqs. (South African Airways) |
| | NO APPEARANCE (Thai Air) |
| | Benjamin Lambiotte, Esq. (Sanfilippo) |
| | Elizabeth T. Fielding, Esq. (Foucault)(?) |
| | NO APPEARANCE (Graber) |
| | NO APPEARANCE (Moreau) |
| | NO APPEARANCE (Packer) |
| | NO APPEARANCE (McCaffery) |