**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION MDL No. 1775 | Master File 06-MD-1775(CBA)(VVP)  ALL CASES |

**SOUTH AFRICAN AIRWAYS LTD.'S REQUEST FOR ENLARGEMENT OF TIME**

Pursuant to Section I(D) of your Honor's Rules of Practice, Defendant South African Airways, Ltd. ("SAA") respectfully submits this request for an extension until **October 8, 2010** to file its Objections To Magistrate Judge Pohorelsky's September 17, 2010 Order. Correspondingly, the due date for Plaintiffs to file any Opposition would be extended to **October 22, 2010**. In accordance with the rules of practice, SAA states as follows:

(1) <u>Original Date</u>: SAA's Objections were originally due on Friday, October 1, 2010; Plaintiffs Opposition would be due Friday, October 15, 2010.

(2) <u>Number of Previous Requests for an Extension</u>: There have been no previous requests for an extension.

(3) <u>Adversary's Position</u>:  SAA and Plaintiffs have conferred and have consented to the extension of the briefing schedule as set forth above.

Based upon the foregoing, SAA respectfully requests that the Court grant this uncontested request and enter the proposed order filed herewith.

Dated: October 1, 2010

By: /s/  J. Mark Gidley
J. Mark Gidley
George L. Paul
Kristen J. McAhren
**WHITE & CASE** LLP
701 13th Street, NW
Washington, DC 20005
(202) 626-3600
(202) 639-9355 (facsimile)

## **CERTIFICATE OF SERVICE**

      I, Chris Stone, declare that, on October 1, 2010, I caused a true and correct copy of the foregoing **SOUTH AFRICAN AIRWAYS LTD.'S REQUEST FOR ENLARGEMENT OF TIME** to be electronically filed with the Court and served upon all counsel of record via the Court's ECF system.

                                                /s/ Chris Stone
                                                 Chris Stone

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION MDL No. 1775** | **Master File 06-MD-1775(CBA)(VVP)** <br><br> **ALL CASES** |

**PROPOSED ORDER**

South African Airways Ltd.'s consent motion for an extension to file their Objections To Magistrate Judge Pohorelsky's September 17, 2010 Order is hereby **GRANTED.**

It is hereby ORDERED that:

(1) South African Airways Ltd. shall file its Objections To Magistrate Judge Pohorelsky's September 17, 2010 Order on or before **October 8, 2010**; and

(2) Plaintiffs' Opposition will be due on or before **October 22, 2010**.

SO ORDERED:

_____
JOHN GLEESON
United States District Judge

Dated:    Brooklyn, New York
         October _____, 2010