UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

IN RE AIR CARGO SHIPPING
SERVICES ANTITRUST LITIGATION          1:06-md-01775-JG-VVP

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

        Intervenor.

- - - - - - - - - - - - - - - - X

This Document Relates To:

ALL ACTIONS

- - - - - - - - - - - - - - - - X

NOTICE OF GOVERNMENT'S MOTION TO INTERVENE AND FOR STAY OF
DEPOSITION AND INTERROGATORY DISCOVERY

PLEASE TAKE NOTICE that upon the memorandum of law dated October 19, 2010, the United States of America, by its attorney William M. Martin, Trial Attorney for the United States Department of Justice, Antitrust Division, will move this Court for an order (1) permitting the government to intervene pursuant to Federal Rule of Civil Procedure 24 and (2) pursuant to the Court's inherent power, staying deposition and interrogatory discovery in this case for five months.

Dated:   Washington, D.C.
        October 19, 2010

                                  Respectfully Submitted,

                                       /S/ William M. Martin
                                  William M. Martin
                                  Trial Attorney
                                  Antitrust Division
                                  202-616-2371

CERTIFICATE OF SERVICE

This is to certify that on October 19, 2010, a true and correct copy of this notice, the Government's Memorandum of Law in Support of the Government's Application to Intervene and For a Stay of Deposition and Interrogatory Discovery, and the proposed order granting such motion was served via the ECF system on all parties to this matter.

Dated:    Washington, D.C.
          October 19, 2010

                              Respectfully Submitted,


                                  /S/ William M. Martin
                              Mark Rosman
                              Steven De Salvo
                              Katherine Schlech
                              William Martin
                              Trial Attorneys
                              United States Department of Justice
                              Antitrust Division
                              Nat'l Criminal Enforcement Section
                              202-307-0024