## CERTIFICATE OF SERVICE

      I, Elana Katcher, declare that, on October 19, 2010, I caused true and correct copies of 1) Plaintiffs Notice of Motion to Authorize Dissemination of Class Notice and to Schedule Fairness Hearing; 2) Plaintiffs' Memorandum In Support of Motion to Authorize Dissemination of Class Notice and to Schedule Fairness Hearing; 3) [PROPOSED] Order Authorizing Dissemination of Class Notice and to Schedule Fairness Hearing For Final Approval of Proposed Settlements; 4) Letter to the Honorable Viktor V. Pohorelsky, dated October 19, 2010; and 5) this Certificate of Service to be delivered via the Court's ECF system to all counsel of record and to the party listed below via Federal Express:

      Jan Lillieborg, *pro se*
      Badhusvägen 11
      165 71 Hässelby, Sweden

                                          */s/ Elana Katcher*
                                            Elana Katcher