# Exhibit B



61 Stat. 1180                                                                                                    Page 1
T.I.A.S. 1591
**(Publication page references are not available for this document.)**

Multilateral

Convention between the United States of America and other governments respecting international civil aviation.

Formulated at Chicago December 7, 1944;
Signed on the part of the United States of America December 7, 1944;
Ratification advised by the Senate of the United States of America July 25, 1946;
Ratified by the President of the United States of America August 6, 1946;
Ratification of the United States of America deposited at Washington August 9, 1946;
Proclaimed by the President of the United States of America March 17, 1947;
Effective April 4, 1947.

BY THE PRESIDENT OF THE UNITED STATES OF AMERICA

A PROCLAMATION

CONVENTION ON INTERNATIONAL CIVIL AVIATION

PREAMBLE

PART I. AIR NAVIGATION

CHAPTER I

GENERAL PRINCIPLES AND APPLICATION OF THE CONVENTION

Article 1

Article 2

Article 3

Article 4

CHAPTER II

FLIGHT OVER TERRITORY OF CONTRACTING STATES

Article 5

Article 6

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

61 Stat. 1180                                                                    Page 13
T.I.A.S. 1591
**(Publication page references are not available for this document.)**

States.

## CHAPTER IV

### MEASURES TO FACILITATE AIR NAVIGATION

### Article 22

  Each contracting State agrees to adopt all practicable measures, through the issuance of special regulations or otherwise, to facilitate and expedite navigation by aircraft between the territories of contracting States, and to prevent unnecessary delays to aircraft, crews, passengers and cargo, especially in the administration of the laws relating to immigration, quarantine, customs and clearance.

### Article 23

  Each contracting State undertakes, so far as it may find practicable, to establish customs and immigration procedures affecting international air navigation in accordance with the practices which may be established or recommended from time to time, pursuant to this Convention. Nothing in this Convention shall be construed as preventing the establishment of customs-free airports.

### Article 24

  (a) Aircraft on a flight to, from, or across the territory of another contracting State shall be admitted temporarily free of duty, subject to the customs regulations of the State. Fuel, lubricating oils, spare parts, regular equipment and aircraft stores on board an aircraft of a contracting State, on arrival in the territory of another contracting State and retained on board on leaving the territory of that State shall be exempt from customs duty, inspection fees or similar national or local duties and charges. This exemption shall not apply to any quantities or articles unloaded, except in accordance with the customs regulations of the State, which may require that they shall be kept under customs supervision.

  (b) Spare parts and equipment imported into the territory of a contracting State for incorporation in or use on an aircraft of another contracting State engaged in international air navigation shall be admitted free of customs duty, subject to compliance with the regulations of the State concerned, which may provide that the articles shall be kept under customs supervision and control.

### Article 25

  Each contracting State undertakes to provide such measures of assistance to aircraft in distress in its territory as it may find practicable, and to permit, subject to control by its own authorities, the owners of the aircraft or authorities of the State in which the aircraft is registered to provide such measures of assistance as may be necessitated by the circumstances. Each contracting State, when undertaking search for missing aircraft, will collaborate in coordinated measures which may be recommended from time to time pursuant to this Convention.

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.