UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | Master File 06-MD-1775 (JG) (VVP)<br><br>THIS DOCUMENT RELATES TO:<br>All Actions |

**DECLARATION OF HOWARD J. SEDRAN IN OPPOSITION TO THE OBJECTIONS OF DEFENDANT SOUTH AFRICAN AIRWAYS LTD. TO MAGISTRATE JUDGE POHORELSKY'S JULY 23, 2010 AND SEPTEMBER 15, 2010 ORDERS**

I, Howard J. Sedran, Esquire, declare as follows:

1. I am a partner in the law firm of Levin Fishbein Sedran & Berman. The Court has appointed me as one of four Co-Lead Counsel in this case. I am submitting this Declaration in opposition to the Objections of Defendant South African Airways Ltd. To Magistrate Judge Pohorelsky's July 23, 2010 and September 17, 2010 Orders. I have personal knowledge of the information set forth in this Declaration.

2. A true and correct copy of relevant portions of the transcript of the October 14, 2010 status conference held before Magistrate Judge Pohorelsky is attached hereto as Exhibit "A."

I hereby affirm under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: October 22, 2010
Philadelphia, PA

_____
HOWARD J. SEDRAN

# EXHIBIT "A"

```
                                                                    1

 1                  UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK
 2
     - - - - - - - - - - - - - - - X
 3                                 :
                                   :
 4                                 :   06-MD-01775 (JG)(VVP)
                                   :
 5                                 :
     IN RE:                        :
 6                                 :   United States Courthouse
     AIR CARGO SHIPPING            :   Brooklyn, New York
 7   SERVICES ANTITRUST            :
     LITIGATION,                   :
 8                                 :   Thursday, October 14, 2010
                                   :   2:30 p.m.
 9                                 :
                                   :
10                                 :
                                   :
11
     - - - - - - - - - - - - - - - X
12
            TRANSCRIPT OF CIVIL CAUSE FOR DISCOVERY CONFERENCE
13             BEFORE THE HONORABLE VIKTOR V. POHORELSKY
                     UNITED STATES MAGISTRATE JUDGE
14

15                       A P P E A R A N C E S:

16   For Plaintiffs:

17          Robert N. Kaplan
            Gregory K. Arenson
18          Kaplan, Fox & Kilsheimer LLP
            805 Third Avenue
19          New York, NY 10022
            212-687-1980 / 212-687-7714 (fax)
20          garenson@kaplanfox.com

21
            Gary L. Specks
22          Kaplan Fox & Kilsheimer, LLP
            423 Sumac Road
23          Highland Park, IL 60601
            847-831-1585 / 847-831-1580 (fax)
24          gspecks@kaplanfox.com

25
```

*HOLLY DRISCOLL, CSR*
*OFFICIAL COURT REPORTER*

1          In other words, there was -- I think you engaged
2  former Magistrate Judge Weinstein out in California.
3          MR. KAPLAN:  At this point, we are not asking to
4  transmit to disseminate a claim for them.  So we're not asking
5  for payment to the class members out of this.  We are just
6  asking for final approval of these settlements and we'll wait
7  to distribute later when there hopefully are more settlements
8  so we don't have to do multiple disbursements.
9          THE COURT:  Saudi Airlines, did somebody file a
10  notice of appearance for them?
11          MR. KADZIK:  Yes, your Honor.
12          Good afternoon.  Kadzik and Alana Brown of Dickstein
13  Shapiro.
14          We entered our appearances for Saudi Arabian
15  Airlines.
16          The Blanche law firm has turned over its files and
17  we are in the process of reviewing them.  We've already had a
18  conversation with plaintiffs' counsel about the outstanding
19  issues with respect to discovery and we'll be delving into the
20  materials that were provided by the Blanche law firm
21  completing our discussions with the plaintiffs concerning the
22  issues that remain with respect to the discovery provided by
23  my client.
24          THE COURT:  So are there problems that I need to be
25  aware of now or is that something that you think you'll be

1  able to work out.
2         MS. SALZMAN:  Hollis Salzman.
3         I think that we'll be able to work out the issues.
4  The issue of most concern is that the electronic data has
5  already been collected.
6         As your Honor may recall, you issued an order that
7  the vendor hold on to that information and I believe that that
8  information is ready to be reviewed and we would ask that it
9  be produced to the plaintiffs on a rolling basis as soon as
10 possible.
11        MR. KADZIK:  Your Honor, I haven't seen the data
12 yet.  I've just gotten the files today.  We are looking
13 through the correspondence.
14        Obviously, that is the first issue we'll turn to and
15 I have to look at it, be educated on it before I can give the
16 Court an answer.
17        THE COURT:  Have you contacted the vendor?
18        MR. KADZIK:  We have contacted the vendor.  The
19 vendor has the data but we also believe it's within the
20 materials we have received from the Blanche law firm.  So it's
21 both with the vendor and we have it.
22        THE COURT:  I presume you'll move expeditiously to
23 answer the concerns here.
24        MR. KADZIK:  Absolutely, your Honor.
25        THE COURT:  Because I think the deadline for

75

1  production of that information has expired, has it not?  There
2  was a deadline for that.
3          MR. KAPLAN:  June 1, I believe.
4          THE COURT:  And it is probably necessary for the
5  class certifications, right?
6          MR. KAPLAN:  Yes.
7          THE COURT:  So this is something that needs to be
8  the highest priority.
9          MR. KADZIK:  I understand.
10         THE COURT:  I trust that you will turn to it and if
11 you feel you need to seek intervention, you know where to go.
12         MR. KADZIK:  Thank you, your Honor.
13         THE COURT:  Then the next status conference, so
14 we're at the end.
15         Did I cover everything?
16         When do you think we should get together again?
17         MR. SHERMAN:  Your Honor, William Sherman.
18         I'm not sure it's necessary at this point to set
19 another date.  You've got a couple of things which I think you
20 are going to decide based on either the papers you have or the
21 additional papers.  There is the question of the motion and
22 the potential stay.  And I suppose if the stay or the
23 stipulation is not entered, we may need to come back but if it
24 is, I'm not sure there is a need for another status conference
25 in the immediate future.