UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | Master File 06-MD-1775 (JG) (VVP)<br><br>THIS DOCUMENT RELATES TO:<br>All Actions |

**CERTIFICATE OF SERVICE**

I, Howard J. Sedran, declare that, on October 22, 2010, I caused a true and correct copy of (1) Plaintiffs' Opposition to the Objections of South African Airways Ltd. To Magistrate Judge Pohorelsky's July 23, 2010 and September 15, 2010 Orders; (2) the Declaration of Howard J. Sedran in Opposition to the Objections of South African Airways Ltd. To Magistrate Judge Pohorelsky's July 23, 2010 and September 15, 2010 Orders with Exhibit "A", and (3) this Certificate of Service to be electronically filed with the Court and served upon all counsel of record via the Court's ECF system and served upon the following as indicated:

*Via International Mail*

Jan Lillieborg, *pro se*
Badhusvägen 11
165 71 Hässelby, Sweden


/s/ Howard J. Sedran
Howard J. Sedran