# LEVIN, FISHBEIN, SEDRAN & BERMAN
*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN
MICHAEL M. WEINKOWITZ * †
CHARLES C. SWEEDLER *
MATTHEW C. GAUGHAN * †
KEITH J. VERRIER *

\* also admitted in New Jersey
† also admitted in New York

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

October 22, 2010

### *VIA HAND DELIVERY*

The Honorable John Gleeson
United States District Judge
United States District Court for the
   Eastern District of New York
225 Cadman Plaza East, Room 727S
Brooklyn, NY 11201-1818

Re:   *In re Air Cargo Shipping Services Antitrust Litigation*, 06-MD-1775

Dear Judge Gleeson:

Enclosed please find a courtesy copy of (1) Plaintiffs' Opposition to the Objections of South African Airways Ltd. to Magistrate Judge Pohorelsky's July 23, 2010 and September 15, 2010 Orders; (2) the Declaration of Howard J. Sedran in Opposition to the Objections of South African Airways Ltd. to Magistrate Judge Pohorelsky's July 23, 2010 and September 15, 2010 Orders with Exhibit "A," and (3) a Certificate of Service. All of these documents were electronically filed with the Court today.

Respectfully submitted,

Howard J. Sedran

Enclosures

cc:   All Counsel via ECF (w/encl.)
      Jan Lillieborg, *pro se* (w/encl.)