

WASHINGTON, D.C. OFFICE
*fifth floor*
*flour mill building*
*1000 potomac street nw*
*washington, d.c. 20007-3501*
TEL 202 965 7880 FAX 202 965 1729

OTHER OFFICES
*beijing, china*
*new york, new york*
*portland, oregon*
*seattle, washington*
GSBLAW.COM

GARVEY SCHUBERT BARER

A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

*Please reply to* BENJAMIN J. LAMBIOTTE
blambiotte@gsblaw.com  TEL EXT 2525

November 10, 2010

Hon. Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *In re Air Cargo Shipping Services Antitrust Litigation*, MDL No.
               1775, 06-MD-1775 (JG) (VVP)

Dear Judge Pohorelsky:

      We represent the individual Defendant, Salvatore Sanfilippo, in the above-referenced action. Pursuant to Your Honor's Rules of Practice, we are writing on behalf of Mr. San Filippo to respectfully request an extension of time until December 7, 2010 to answer Plaintiffs' Class Action Complaint, (the "Complaint"), with Plaintiffs' consent.

In accordance with Your Honor's Rules of Practice, we respectfully state the following:

1.    Original Date: The original date for Mr. Sanfilippo to answer the Complaint was November 15, 2010.

2.    Number of Previous Requests for Extension: Mr. Sanfilippo previously requested, and was granted, an extension of time to respond to the Complaint, and, pursuant to that extension, filed a motion to dismiss on May 14, 2010. This is Mr. Sanfilippo's first request for an extension of time to answer the Complaint following Your Honor's Report and Recommendation, dated September 22, 2010, denying motion to dismiss, which was adopted by Judge Gleeson by order entered on November 1, 2010.

3.    Adversary's Position: Undersigned counsel has conferred with Plaintiffs, who have no objection to this request for an extension.

Respectfully submitted,

GARVEY SCHUBERT BARER

By: _____
Benjamin J. Lambiotte

cc: Howard Sedran, Esq.