CERTIFICATE OF SERVICE

    I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on November 10, 2010, I caused a true and correct copy of Defendant Salvatore Sanfilippo's Letter to Magistrate Judge Pohorelsky, dated November 10, 2010, to be served through this Court's ECF System on all participating counsel.

Dated:       Washington, DC
                November 10, 2010

                                              Benjamin J. Lambiotte

DC_DOCS:698691.1