**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

**IN RE**

**AIR CARGO SHIPPING SERVICES**          **06-MD-1775  (JG) (VVP)**
**ANTITRUST LITIGATION**

**MDL NO. 1775**

**BENCHMARK EXPORT SERVICES, et al.,**          **1:10-cv-0639 (JG)(VVP)**

**v.**

**CHINA AIRLINES LTD., et al.,**
----------------------------------------------------------x

### CERTIFICATE OF SERVICE

I, Benjamin J. Lambiotte, hereby certify that, on December 7, 2010, copies of the

foregoing Answer of Defendant Salvatore Sanfilippo were filed with the Clerk of the Court using

the Court's CM/ECF system, with which all parties are required to register, and served via

CM/ECF upon all counsel of record for the parties and parties who are registered with the

Court's CM/ECF system, pursuant to Local Civil Rule 5.1.

December 7, 2010                    Respectfully submitted,

                                   /s/ Benjamin J. Lambiotte_____
                                   Benjamin J. Lambiotte
                                   blambiotte@gsblaw.com
                                   Richard D. Gluck
                                   rgluck@gsblaw.com
                                   GARVEY SCHUBERT BARER
                                   1000 Potomac Street, N.W., Fifth Floor
                                   Washington, D.C.  20007
                                   Telephone:  (202) 965-7880
                                   Facsimile:  (202) 965-1729