UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | 06-MD-1775 (JG) (VVP)<br><br>THIS DOCUMENT RELATES TO:<br>All Actions |

## CERTIFICATE OF SERVICE

I, Hilary K. Scherrer, declare that on December 13, 2010, I caused true and correct copies of Plaintiffs' Notice of Motion for Preliminary Approval of Settlement with Defendant All Nippon Airways Co., Ltd.; Plaintiffs' Memorandum of Law in Support of Preliminary Approval of Settlement with Defendant All Nippon Airways Co., Ltd., and its supporting exhibits; and Declaration of Michael D. Hausfeld In Support of Plaintiffs' Motion for Preliminary Approval of Settlement with Defendant All Nippon Airways Co., Ltd., to be electronically filed and served upon all counsel of record via the Court's ECF system and served upon the following as indicated:

*Via International Mail*

Jan Lillieborg, *pro se*
Badhusvägen 11
165 71 Hässelby, Sweden


*/s/ Hilary K. Scherrer*
Hilary K. Scherrer