**TO: Clerk's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

IN RE AIR CARGO SHIPPING SERVICES
ANTITRUST LITIGATION
*********************************

MDL No. 1775                                06-MD-1775
                                            Docket Number

*********************************

SUBMITTED BY: Plaintiff __X__  Defendant _____  DOJ _____
Name: Brent W. Landau
Firm Name: Hausfeld LLP
Address: 1700 K Street, NW, Suite 650
         Washington, DC 20006
Phone Number: (215) 985-3273
E-Mail Address: blandau@hausfeldllp.com

INDICATE UPON THE PUBLIC DOCKET SHEET: YES __X__ NO _____
If yes, state description of document to be entered on docket sheet:
Plaintiffs' Preliminary Local Rule 56.1 Counterstatement

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered: 599
Judge/Magistrate Judge: Viktor V. Pohorelsky
Date Entered: 9/21/2007

B) If a <u>new</u> application, the statute, regulation, or other legal basis that authorizes filing under seal

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED:                                   , NEW YORK

<u>U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE</u>

RECEIVED IN CLERK'S OFFICE
_____
            DATE



**MANDATORY CERTIFICATION OF SERVICE:**
A.) _X_ A copy of this application either has been or will be promptly served upon all parties to this action. B.) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ____; or C.) ___ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

January 5, 2010                          Brent W. Landau
DATE                                     SIGNATURE