

202.540.7200 ph
202.540.7201 fax

1700 K Street, NW
Suite 650
Washington, DC 20006

Brent W. Landau
215.985.3273
blandau@hausfeldllp.com

January 6, 2011

**By CM/ECF & Hand Delivery**

The Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY  11201

Re:   *In re Air Cargo Shipping Services Antitrust Litigation*, MDL No. 1775

Dear Judge Pohorelsky:

Please find enclosed a courtesy copy of the documents that Plaintiffs filed yesterday with this Court via ECF:

- Letter Response to AAWW's Request for Pre-Motion Conference;

- Declaration of Brent W. Landau Regarding Further Discovery Pursuant to Federal Rule of Civil Procedure 56(d);

- Application for Leave to File Document under Seal; and

- Certificate of Service.

Also enclosed is Plaintiffs' Preliminary Local Rule 56.1 Counterstatement, which was filed under seal with the Clerk of the Court.

Sincerely,

*/s/ Brent W. Landau*
Brent W. Landau

Enclosures

cc: All Counsel of Record (via ECF)