BEFORE: VIKTOR V. POHORELSKY        DATE: 1/21/11
           U.S. MAGISTRATE JUDGE        START TIME: 11:00 a.m.
                                                 END TIME: 12:20 p.m.
DOCKET NO.   MD–06-1775        JUDGE: JG

CASE NAME:   In re Air Cargo Shipping Services Antitrust Litigation

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Status Conference/Discovery Hearing

APPEARANCES:   Plaintiffs   See annexed list
                     Defendants   See annexed list
            U.S. Dep't of Justice   William Martin

                Ct Reporter   Henry Shapiro

SCHEDULING AND RULINGS:

1. The motion by Korean Air Lines for a stay of the court's discovery order pending a ruling by Judge Gleeson on their objections to the order is GRANTED.

2. Argument heard re the plaintiffs' motion to compel discovery from Atlas; decision reserved.

3. Argument heard and ruling made on the record concerning the question, referred by Judge Gleeson, whether the request by Atlas Air World Wide Holdings, Inc. for a premotion conference is premature. For reasons stated on the record, further discovery by the plaintiffs concerning the relationship between Atlas Air and its wholly owned subsidiary is necessary before a summary judgment motion could be decided with respect to Atlas Air's liability for any price-fixing that may be proved. The request for a premotion conference is therefore premature.

4. Discussion held and deadlines set with respect to (a) information to be provided by certain airlines concerning employees (or former employees) whom the plaintiffs will wish to depose once the stay on deposition discovery expires, and (b) the production of cost and transaction data.

5. The next conference will be held on **March 3, 2011 at 2:00 p.m.**

### A<small>IR</small> C<small>ARGO</small> A<small>NTITRUST</small> L<small>ITIGATION</small>: A<small>PPEARANCE</small> L<small>IST</small>*

| | |
|---|---|
| Plaintiffs: | Robert Kaplan, Esq. |
| | Gregory Arenson, Esq. |
| | Gary Specks, Esq. |
| | Brent W. Landau, Esq. |
| | Howard Sedran, Esq. |
| | Greg Asciolla, Esq. |
| | Hollis Salzman, Esq. |
| | |
| Defendants: | NO APPEARANCE NOTED (Air Canada) |
| | George N. Tompkins III, Esq. (Air China) |
| | NO APPEARANCE NOTED (Air France) |
| | E. Christopher Murray, Esq. (Air India) |
| | Michael Holland, Jean Rose, Esqs. (Air New Zealand) |
| | NO APPEARANCE NOTED (All Nippon Airways) |
| | Ben Bradshaw, Esq. (Asiana) |
| | Amanda Davidoff, Esq. (British Air) |
| | NO APPEARANCE NOTED (Cargolux) |
| | David H. Bamberger, Deana L. Cairo, Esqs. (Cathay Pacific Airways, Ltd.) |
| | James V. Dick, Esq.  (China Airlines and Lan Cargo) |
| | Obi Ihekweazu, Esq. (El Al) |
| | Tom Ensign, Esq. (Emirates) |
| | David Horowitz, Esq. (EVA Airways) |
| | NO APPEARANCE NOTED (Korean Air) |
| | Shahzeb Lari, Josh Roth, Esqs. (Malaysia Air) |
| | NO APPEARANCE NOTED (Martinair) |
| | Jeremy Keim, Esq. (Nippon Cargo) |
| | Harvey J. Wolkoff, Maria Anlotto, Esqs. (Polar/Atlas) |
| | NO APPEARANCE NOTED (Qantas/McCaffrey) |
| | Peter J. Kadzik, Esq. (Saudi Arabian Airlines) |
| | NO APPEARANCE NOTED (Scandinavian) |
| | Charles Price, Esq. (Singapore Air Cargo) |
| | Andreas Stargard, Esq. (South African Airways) |
| | NO APPEARANCE (Thai Air) |
| | NO APPEARANCE NOTED (Sanfilippo) |
| | NO APPEARANCE NOTED (Foucault) |
| | NO APPEARANCE (Graber) |
| | NO APPEARANCE (Moreau) |
| | NO APPEARANCE (Packer) |
| | NO APPEARANCE (McCaffery) |

*Not all attorneys in attendance signed in