**William R. Sherman**
Direct Dial: 202-637-1094
william.sherman@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

# LATHAM&WATKINS LLP

| FIRM / AFFILIATE OFFICES | |
|---|---|
| Abu Dhabi | Moscow |
| Barcelona | Munich |
| Beijing | New Jersey |
| Brussels | New York |
| Chicago | Orange County |
| Doha | Paris |
| Dubai | Riyadh |
| Frankfurt | Rome |
| Hamburg | San Diego |
| Hong Kong | San Francisco |
| Houston | Shanghai |
| London | Silicon Valley |
| Los Angeles | Singapore |
| Madrid | Tokyo |
| Milan | Washington, D.C. |

February 18, 2011

The Honorable Viktor H. Pohorelsky
United States Magistrate Judge
United States District Court for the
 Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

Re:   *In re Air Cargo Shipping Services Antitrust Litigation*, MDL No. 1775

Dear Magistrate Judge Pohorelsky:

Defendants Singapore Airlines Cargo Pte Ltd. and Singapore Airlines Limited (collectively "SIAC") respectfully move for a **one-page extension** of the page limit for their response to plaintiffs' February 4, 2011 motion to compel SIAC to provide further responses to plaintiffs' first set of interrogatories.

Plaintiffs' motion to compel raises three discovery issues that have been the subject of extensive correspondence between the parties, and SIAC's attempt to summarize that correspondence for the Court resulted in the response being roughly one-half page over the three-page limit. SIAC therefore requests that the Court excuse the page limit under Local Rule 37.3 in order to allow complete exposition of the party's prior positions, and permit SIAC to file a letter response that is no longer than four pages.

SIAC has conferred with plaintiffs regarding this request, and plaintiffs have given their consent.

Respectfully submitted,

*/s/ William R. Sherman*
Margaret M. Zwisler
William R. Sherman
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
(202) 637-2200 (telephone)
(202) 637-2201 (facsimile)
*Counsel for Singapore Airlines Cargo Pte Ltd and Singapore Airlines Limited*