

215.985.3270 ph
215.985.3271 fax

1604 Locust St
2nd floor
Philadelphia, PA 19103

Brent W. Landau
215.985.3273
blandau@hausfeldllp.com

February 28, 2011

**By CM/ECF**
The Honorable John Gleeson
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *In re Air Cargo Shipping Services Antitrust Litigation*, MDL No. 1775

Dear Judge Gleeson:

      Pursuant to the Court's January 13, 2011 order, ECF No. 1371, enclosed are proposed forms of notice and claim form and a proposed order. Counsel for ANA, Cargolux, Qantas, and Thai Airways were given a reasonable opportunity to review and comment on the forms of notice prior to their submission to the Court.

      Respectfully submitted,

      */s/ Brent W. Landau*

      Brent W. Landau

Enclosure
cc:    All counsel (by CM/ECF)

4837-4650-0616, v. 1