## CERTIFICATE OF SERVICE

       I, Elana Katcher, declare that, on March 7, 2011, I caused true and correct copies of the foregoing letter attaching proposed orders pertaining to the four settlements for which this Court granted final approval on March 3, 2011 and this Certificate of Service to be delivered via the Court's ECF system to all counsel of record and to the party listed below via Federal Express:

       Jan Lillieborg, *pro se*
       Badhusvägen 11
       165 71 Hässelby, Sweden

                                                        /s/ Elana Katcher
                                                        Elana Katcher