

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 14 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES<br>ANTITRUST LITIGATION<br><br>MDL No. 1775 | Master File 06-MD-1775 (JG) (VVP)<br><br>THIS DOCUMENT RELATES TO:<br>All Actions |

## ORDER APPROVING FORMS OF NOTICE AND CLAIM FORM

**WHEREAS**, Plaintiffs have reached proposed settlements with All Nippon Airways Co., Ltd. ("ANA"), Cargolux Airlines International, S.A. ("Cargolux"), Qantas Airways Limited ("Qantas"), and Thai Airways International Public Company Limited ("Thai Airways");

**WHEREAS**, in its January 11, 2011 Order Regarding Dissemination of Class Notice and Scheduling Hearing for Final Approval of Proposed Settlements (the "Notice Order"), ECF No. 1371, the Court directed Settlement Class Counsel to submit to the Court proposed forms of notice of the ANA and Cargolux settlements as well as of any additional settlements then able to be included, and they have done so;

**WHEREAS**, counsel for ANA, Cargolux, Qantas, and Thai Airways have been given a reasonable opportunity to review the forms of notice prior to their submission to the Court by Settlement Class Counsel; and

**WHEREAS**, the Court finds that the proposed notices, together with the notice plan set forth in the Notice Order, constitute the best notice practicable under the circumstances, in accordance with Federal Rule of Civil Procedure 23(c)(2)(B);

**NOW THEREFORE**, this Court **ORDERS** as follows:

1. The proposed settlement notice (attached as Exhibit A), publication notice (attached as Exhibit B), and claim form (attached as Exhibit C) are hereby approved.

2. Settlement Class Counsel shall provide notice of the Proposed Settlements as directed in the Notice Order.

**IT IS SO ORDERED.**

DATED: March 7, 2011

s/John Gleeson
John Gleeson, U.S.D.J.