# HAUSFELD LLP

202.540.7200 ph
202.540.7201 fax

1700 K Street, NW
Suite 650
Washington, DC 20006

Brent W. Landau
215.985.3273
blandau@hausfeldllp.com

March 28, 2011

**By ECF and Federal Express**
The Honorable John Gleeson
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *In re Air Cargo Shipping Services Antitrust Litigation*, MDL No. 1775

Dear Judge Gleeson:

We represent the plaintiffs in the above-identified matter.

Enclosed are courtesy copies of the following documents, which were filed electronically today:

1. Plaintiffs' Reply Memorandum of Law in Support of Rule 25(c) Motion to Join Polar Air Cargo Worldwide, Inc. as a Defendant and

2. Declaration of Brent W. Landau in Further Support of Plaintiffs' Rule 25(c) Motion to Join Polar Air Cargo Worldwide, Inc. as a Defendant, with Exhibits 1-7.

Respectfully submitted,

Brent W. Landau

Enclosures

cc: Magistrate Judge Viktor V. Pohorelsky (*by ECF and Federal Express*)
All counsel (*by ECF without enclosures*)