## CERTIFICATE OF SERVICE

I, James R. Warnot, Jr., hereby certify that on March 28, 2011, on behalf of defendants Scandinavian Airlines System, SAS Cargo Group A/S, Japan Airlines International Co., AMR Corporation, American Airlines, Inc., Société Air France, Koninklijke Luchtvaart Maatschappij N.V., and Martinair Holland N.V., copies of the Notice of Order to Show Cause, containing a true and correct copy of the March 4, 2011 docket entry reflecting the Court's Order to Show Cause in *In re Air Cargo Shipping Services Antitrust Litigation*, No. 06-MD 1775 (EDNY), annexed hereto, were served via Federal Express on the following entities:

Roche Diabetes Care AG
(formerly Disetronic Medical Systems, AG)
Kirchberg Str. 190
3401 Burgdorf
Switzerland

MAAX US Corp.
160 Saint-Joseph Blvd., Lachine
Quebec H8S 2L3
Canada

MAAX Inc.
160 Saint-Joseph Blvd., Lachine
Quebec H8S 2L3
Canada

MAAX Bath Inc.
160 Saint-Joseph Blvd., Lachine
Quebec H8S 2L3
Canada

MAAX Corporation
160 Saint-Joseph Blvd., Lachine
Quebec H8S 2L3
Canada

MAAX Canada
160 Saint-Joseph Blvd., Lachine
Quebec H8S 2L3
Canada

/s/ James R. Warnot, Jr.
James R. Warnot, Jr.
LINKLATERS LLP
1345 Avenue of the Americas
New York, NY 10105
(212) 903-9000 (telephone)
(212) 903-9100 (facsimile)
*Attorneys for Société Air France*

//

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION | 06-MD-1775 (JG)(VVP) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## NOTICE OF ORDER TO SHOW CAUSE

PLEASE TAKE NOTICE THAT, the Honorable Judge Gleeson entered an ORDER TO SHOW CAUSE on the docket in the above captioned case on March 4, 2011. A true and correct copy of the docket entry reflecting the Order to Show Cause is attached hereto as Exhibit A.

Dated: New York, New York
March 25, 2011

/s/ James R. Warnot, Jr.
James R. Warnot, Jr.
Thomas A. McGrath
LINKLATERS LLP
1345 Avenue of the Americas
New York, NY 10105
(212) 903-9000 (telephone)
(212) 903-9100 (facsimile)
*Counsel for Société Air France*

/s/ Gary A. MacDonald
Gary A. MacDonald
John M. Nannes
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
(202) 371-7000 (telephone)
(202) 393-5760 (facsimile)
*Counsel for KLM Royal Dutch Airlines*

/s/ *Jeffrey Blumenfeld*
Jeffrey Blumenfeld
George D. Ruttinger
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500 (telephone)
(202) 628-5116 (facsimile)

-and-

/s/ *Michael F. Goldman*
Michael F. Goldman
SILVERBERG, GOLDMAN & BIKOFF, LLP
Suite 120
1101 30th Street, N.W.
Washington, D.C. 20007
(202) 944-3300 (telephone)
(202) 944-3306 (facsimile)
*Counsel for Scandinavian Airlines System and SAS Cargo Group A/S*

/s/ *Daniel G. Swanson*
Daniel G. Swanson
D. Jarrett Arp
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
(213) 229-7000 (telephone)
(213) 229-7520 (facsimile)

-and-

1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500 (telephone)
(202) 955-8600 (facsimile)
*Counsel for Martinair Holland N.V.*

/s/ *Steven A. Reiss*
Steven A. Reiss
Richard A. Rothman
Debra J. Pearlman
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
(212) 310-8296 (telephone)
(212) 310-8007 (facsimile)

-and-

/s/ *Jaime Singer Kaplan*
Jaime Singer Kaplan
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W. Suite 900
Washington, D.C. 20005
(202) 682-7083 (telephone)
(202) 857-0940 (facsimile)
*Counsel for AMR Corporation and American Airlines, Inc.*

/s/ *William Karas*
William Karas
Kenneth P. Ewing
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-6223 (telephone)
(202) 429-3902 (facsimile)
*Counsel for Japan Airlines International Co., Ltd.*

# EXHIBIT A

# U.S. District Court
## Eastern District of New York (Brooklyn)
### CIVIL DOCKET FOR CASE #: 1:06-md-01775-JG -VVP

In re Air Cargo Shipping Services Antitrust Litigation
Assigned to: Judge John Gleeson
Referred to: Magistrate-Judge Viktor V. Pohorelsky

| | |
|---|---|
| 03/04/2011 | ORDER TO SHOW CAUSE: MAAX Bath Inc., MAAX US Corp., MAAX Corporation, MAAX Inc. and MAAX Canada (collectively, "MAAX") and Roche Diabetes Care AG (formerly Disetronic Medical Systems AG) shall show cause in writing addressed to the Court (225 Cadman Plaza East, Brooklyn, New York 11201) why their requests for exclusion from Plaintiffs' four settlement agreements with Defendants (1) Japan Airlines International Co., (2) AMR Corporation and American Airlines, Inc., (3) Societe Air France, Koninklijke Luchtvaart Maatschappij N.V., and Martinair Holland N.V., and (4) Scandinavian Airlines System and SAS Cargo Group A/S, respectively (collectively, "the settling defendants"), should not be disregarded due to their untimeliness. Likewise, SDV Italia SPA shall show cause in writing addressed to the Court why its request for exclusion from all of the foregoing settlement agreements except the Japan Airlines Settlement should not be disregarded due to its untimeliness. Counsel for the settling defendants are directed to personally serve MAAX, Roche Diabetes Care AG, and SDV Italia SPA with this Order To Show Cause on or before April 1, 2011, and to file proof of service with the Court. On or before April 29, 2011, MAAX, Roche Diabetes Care AG, and SDV Italia SPA shall file their written submissions responding to the Order. On or before May 27, 2011, Plaintiffs and the settling defendants shall file their response to the foregoing entities' submissions. If MAAX, Roche Diabetes Care AG, or SDV Italia SPA wishes to reply, they shall do so in writing addressed to the Court on or before June 10, 2011. Ordered by Judge John Gleeson on 3/4/2011. (Cooley, Alicyn) (Entered: 03/04/2011) |