

Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY 10022
phone 212.687.1980
fax 212.687.7714
email mail@kaplanfox.com
www.kaplanfox.com

April 1, 2011

**By Electronic Case Filing**

Honorable John Gleeson
United States District Judge
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East, Room 727S
Brooklyn, NY 11201-1818

    Re:    *In re Air Cargo Shipping Services Antitrust Litigation*, MDL 1775

Dear Judge Gleeson:

    We represent the plaintiffs in the above-identified matter.

    Attached to this letter please find the following proposed final judgments pertaining to the four settlements for which this Court granted final approval on March 3, 2011:

- [Proposed] Final Judgment pertaining to the settlement between plaintiffs and defendants Société Air France ("Air France"), Koninklijke Luchtvaart Maatschappij N.V. ("KLM"), and Martinair Holland N.V. ("Martinair") ( "Attachment A");

- [Proposed] Final Judgment pertaining to the settlement between plaintiffs and defendants Scandinavian Airlines System and SAS Cargo Group A/S ("Attachment B");

- [Proposed] Final Judgment pertaining to the settlement between plaintiffs and defendant Japan Airlines International Co. ("Attachment C"); and

- [Proposed] Final Judgment pertaining to the settlement between plaintiffs and defendants AMR Corporation and American Airlines, Inc. ("Attachment D").

    Each of these proposed final judgments includes a list of all timely requests for exclusion, which is referenced in each judgment as "Exhibit A." Each Exhibit A is accompanied by an "Attachment 1" and an "Attachment 2," which are lists of subsidiaries that were included with the requests for exclusion submitted by Deutsche Bahn A.G. and DSV A/S, respectively.

NEW YORK, NY    LOS ANGELES, CA    SAN FRANCISCO, CA

MORRISTOWN, NJ    CHICAGO, IL



Honorable John Gleeson<br/>
April 1, 2011<br/>
Page 2

      Each of the proposed final judgments has been approved by both the plaintiffs and the respective settling defendants.

Respectfully submitted,<br/><br/>
<i>/s/ Robert N. Kaplan</i><br/>
Robert N. Kaplan

Enclosures

cc:    All Counsel of Record (via ECF)