TO: **Clerk's Office**
    **UNITED STATES DISTRICT COURT**
    **EASTERN DISTRICT OF NEW YORK**
_____

   **APPLICATION FOR LEAVE**
   **TO FILE DOCUMENT UNDER SEAL**

*******************************
IN RE AIR CARGO SERVICES
ANTITRUST LITIGATION

MDL No. 1775

                              06-MD-1775
                              Docket Number

*******************************

SUBMITTED BY: Plaintiff X   Defendant____ DOJ ____
Name: Robert N. Kaplan
Firm Name: Kaplan Fox & Kilsheimer LLP
Address: 850 Third Ave., 14th Floor
        New York, NY 10022
        Phone Number:(212) 687-1980
        E-Mail Address:rkaplan@kaplanfox.com

INDICATE UPON THE PUBLIC DOCKET SHEET: YES X  NO____
**If yes, state description of document to be entered on docket sheet:**

**FILED UNDER SEAL:**
Plaintiffs' letter brief for an order issuing a letter of request for for international judicial assistance to compel the testimony of of Soon Young Lee**,** Exhibit A and Schedule B to Exhibit A.

**MANDATORY CERTIFICATION OF SERVICE**:
**A.)** X  A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or **C.)** ____This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

                05/04/2011            /s/ Robert N. Kaplan
                  DATE                  SIGNATURE

---

**A) If pursuant to a prior Court Order**:
Docket Number of Case in Which Entered: 599

Judge/Magistrate Judge: Viktor V. Pohorelsky
Date Entered:  09/21/2007

**B) If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

_____
_____

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: _____, NEW YORK

_____
**U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE_____
                                            DATE