## **CERTIFICATE OF SERVICE**

  I, Elana Katcher, declare that, on May 4, 2011, I caused true and correct copies of the redacted Plaintiffs' letter brief for an order issuing a letter of request for international judicial assistance to compel the testimony of Soon Young Lee, with accompanying redacted Exhibit A (excluding Schedule B thereto, which was filed under seal), Exhibit B, sealing cover sheet, letter to Magistrate Judge Pohorelsky enclosing a courtesy copy of un-redacted copies of today's filing, and this Certificate of Service to be delivered via the Court's ECF system to all counsel of record; and to the following party via First Class United States Mail, postage pre-paid.

    Jan Lillieborg, *pro se*
    Badhusvägen 11
    165 71 Hässelby, Sweden

  Additionally, I served true and correct copies of the unredacted Plaintiffs' letter brief for an order issuing a letter of request for international judicial assistance to compel the testimony of Soon Young Lee, un-redacted Exhibit A (including Schedule B) to the following parties via electronic mail:

Margaret M. Zwisler
William R. Sherman
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
(202) 637-2200 (telephone)
(202) 637-2201 (facsimile)
E-mail: margaret.zwisler@lw.com
   william.sherman@lw.com

*Counsel for Singapore Airlines Cargo Pte Ltd.*
*and Singapore Airlines Limited*

Eric J. Stock
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
(212) 918-3517 (telephone)
(212) 918-3100 (facsimile)
E-mail: eric.stock@hoganlovells..com

*Counsel for Air Canada and AC Cargo LP*

Ian Simmons
Scott M. Hammack
O'MELVENY & MYERS LLP

1625 Eye Street, N.W.
Washington, D.C. 20006-4001
(202) 383-5106 (telephone)
(202) 383-5414 (facsimile)
E-mail:  isimmons@omm.com
        shammack@omm.com

*Counsel for Asiana Airlines Inc.*

Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20006
(202) 956-7500 (telephone)
(202) 293-6330 (facsimile)
E-mail:  libowd@sullcrom.com

*Counsel for British Airways Plc*

James R. Wamot, Jr.
Thomas A. McGrath
LINKLATERS LLP
1345 Avenue of the Americas
New York, NY 10105
(212) 903-9000 (telephone)
(212) 903-9100 (facsimile)
E-mail: jim.warnot@linklaters.com
        thomas.mcgrath@linklaters.com

*Counsel for Société Air France*

Charles J. Simpson, Jr.
ZUCKERT, SCOUTT & RASENBERGER, LLP
888 Seventeenth Street, N.W., Suite 700
Washington, D.C. 20006
(202) 298-8660 (telephone)
(202) 342-0683 (facsimile)
E-mail:  cjsimpson@zsrlaw.com

*Counsel for All Nippon Airways Co., Ltd.*

Harvey J. Wolkoff
Maria G. Arlotto
ROPES & GRAY, LLP
Prudential Tower
800 Boylston Street

Boston, MA 02199
(617) 951-7000 (telephone)
(617) 951-7050 (facsimile)
E-mail: harvey.wolkoff@ropesgray.com
Maria.arlotto@ropesgray.com

*Counsel for Atlas Air Worldwide Holdings, Inc.
and Polar Air Cargo LLC*

Stephen Fishbein
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
(212) 848-4000 (telephone)
(212) 848-7179 (facsimile)
E-mail: sfishbein@shearman.com

*Counsel for Cargolux Airlines International S.A.*

David H. Bamberger
Deana L. Cairo
DLA PIPER LLP (US)
500 Eighth Street, N.W.
Washington, D.C. 20004
(202) 799-4000 (telephone)
(202) 799-5000 (facsimile)
E-mail: david.bamberger@dlapiper.com
deana.cairo@dlapiper.com

*Counsel for Cathay Pacific Airways Ltd*

John M. Nannes
Gary A. MacDonald
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
(202) 371-7000 (telephone)
(202) 393-5760 (facsimile)
E-mail: john.nannes@skadden.com
gary.macdonald@skadden.com

*Counsel for KLM Royal Dutch Airlines*

James V. Dick
SQUIRE, SANDERS *&* DEMPSEY, LLP

1201 Pennsylvania Avenue, N.W.
P.O. Box 407
Washington, D.C. 20004-0407
(202) 626-6600 (telephone)
(202) 626-6780 (facsimile)
E-mail:  jdick@ssd.com

*Counsel for LAN Airlines S.A., LAN Cargo S.A.*
 *and Aerolíneas Brasileiras S.A. and China Airlines Ltd.*

William Karas
Kenneth P. Ewing
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 (telephone)
(202) 429-3902 (facsimile)
E-mail:  wkaras@steptoe.com
        kewing@steptoe.com

*Counsel for Japan Airlines International Co., Ltd.*

Peter E. Halle
John Clayton Everett, Jr.
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-3000 (telephone)
(202) 739-3001 (facsimile)
E-mail:  phalle@morganlewis.com
        jeverett@morganlewis.com
        -and-
Kevin Logue
Barry Sher
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY  10022
(212) 318-6085 (telephone)
(212) 230-5185 (facsimile)
E-mail: kevinlogue@paulhastings.com
        barrysher@paulhastings.com

*Counsel for Korean Airlines Co., Ltd.*

John R. Fornaciari
Robert M. Disch

BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304
(202) 861-1500 (telephone)
(202) 861-1783 (facsimile)
E-mail:  jfornaciari@bakerlaw.com
          rdisch@bakerlaw.com

*Counsel for Nippon Cargo Airlines Co., Ltd.*

George D. Ruttinger
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500 (telephone)
(202) 628-5116 (facsimile)
E-mail:  gruttinger@crowell.com
          -and-
Michael F. Goldman
SILVERBERG, GOLDMAN & BIKOFF, LLP
1101 30th Street, N.W., Suite 120
Washington, D.C. 20007
(202) 944-3305 (telephone)
(202) 944-3306 (facsimile)
E-mail:  mgoldman@sgbdc.com

*Counsel for Scandinavian Airlines System*

George N. Tompkins, Jr.
WILSON ELSER MOSKOWITZ
 EDELMAN & DICKER LLP
150 East 42nd Street
New York, New York  10017
(212) 490-3000 (telephone)
(212) 490-3038 (facsimile)
E-mail:  george.tompkinsiii@wilsonelser.com

*Counsel for Air China Limited
  and Air China Cargo Company Limited*

Terry Calvani
FRESHFIELDS BRUCKHAUS
 DERINGER LLP
701 Pennsylvania Ave., NW, Suite 600
Washington, D.C. 20004

(202) 777-4505 (telephone)
(202) 777-4555 (facsimile)
E-mail:  terry.calvani@freshfields.com
	-and-
David E. Everson
STINSON MORRISON HECKER LLP
1201 Walnut Street
Kansas City, MO 64106
(816) 842-8600 (telephone)
(816) 691-3495 (facsimile)
E-mail:  deverson@stinson.com
*Counsel for Emirates*

David B. Anders
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
(212) 403-1307 (telephone)
(212) 403-2307 (facsimile)
E-mail:  dbanders@wlrk.com

*Counsel for El Al Israel Airlines Ltd.*

W. Todd Miller
Kimberly N. Shaw
BAKER & MILLER PLLC
2401 Pennsylvania Ave., NW, Suite 300
Washington, D.C. 20037
(202) 663-7820 (telephone)
(202) 663-7849 (facsimile)
E-mail: tmiller@bakerandmiller.com
	kshaw@bakerandmiller.com

*Counsel for Qantas Airways Limited and Bruce McCaffrey*

Keith A. Markel
Peter J. Kadzik
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, NY  10019-6708
(212) 490-3000 (telephone)
(212) 490-3038 (facsimile)
	E-mail:  markelk@dicksteinshapiro.com
		kadzikp@dicksteinshapiro.com

*Counsel for Saudi Arabian Airlines Corporation*

Michael J. Holland
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, NY 10036
(212) 490-9100 (telephone)
(212) 370-4453 (facsimile)
E-mail:  mholland@condonlaw.com

*Counsel for Air New Zealand Limited*

Daniel G. Swanson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
(213) 229-7000 (telephone)
(213) 229-7520 (facsimile)
E-mail:  dswanson@gibsondunn.com
        -and-
D. Jarrett Arp
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500 (telephone)
(202) 955-8600 (facsimile)
E-mail:  jarp@gibsondunn.com

*Case for Martinair Holland N. V.*

Rowan Wilson
Leslie O'Brien
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000 (telephone)
(212) 474-3700 (facsimile)
E-mail:  lobrien@cravath.com
        rwilson@cravath.com

*Counsel for Thai Airways International Public Company Ltd.*

John Taladay
Stephen Weissman
Andreas Stargard
Baker Botts L.L.P.

1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 639-7700 (telephone)
(202) 639-7890 (facsimile)
E-mail: john.taladay@bakerbotts.com
stephen.weissman@bakerbotts.com
andreas.stargard@bakerbotts.com

*Counsel for South African Airways, Ltd.*


Christopher T. Casamassima
David I. Horowitz
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8374
Facsimile: (213) 680-8500
Email: chris.casamassima@kirkland.com
Email: david.horowitz@kirkland.com

James H. Mutchnik, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.mutchnick@kirkland.com

*Counsel for EVA Airways Corporation*

Douglas H. Flaum
Shahzeb Lari
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON   LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
email: douglas.flaum@friedfrank.com
email: shahzeb.lari@friedfrank.com
    and
David A. Senior
Ann-Kathryn R. Tria
Matthew Weston
MCBREEN & SENIOR
2029 Century Park East, Third Floor

Los Angeles, California  90067
Telephone: (310) 552-5300
Facsimile: (310) 552-1205
email: dsenior@mcbreensenior.com
atria@mcbreensenior.com
mweston@mcbreensenior.com

*Counsel for Malaysian Airline System Bhd*


Douglas J. Good
RUSKIN MOSCOU FALTISCHEK, P.C.
190 EAB Plaza, East Tower
15th Floor
Uniondale, NY 11556
516-663-6600
Fax: 516-663-6642
Email: dgood@rmfpc.com
        and
E. Christopher Murray
RUSKIN MOSCOU FALTISCHEK, P.C.
East Tower, 15th floor
1425 RXR Plaza
Uniondale, NY 11556
516-663-6600
Fax: 516-663-6601
Email: emurray@rmfpc.com

*Counsel for Air India*

Benjamin J. Lambiotte
Paul Hoff
Garvey Schubert Barer
1000 Potomac Street, N W
Fifth Floor
Washington, DC 20007
(202)965-7880
Fax: (202)965-1729
Email: blambiotte@gsblaw.com

*Counsel for Salvatore Sanfilippo*

*/s/ Elana Katcher* _____
Elana Katcher