

Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY 10022
phone 212.687.1980
fax 212.687.7714
email mail@kaplanfox.com
www.kaplanfox.com

May 4, 2011

**Courtesy Copy Hand Delivered To Chambers**

Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201-1818

    Re:    *In re Air Cargo Shipping Services Antitrust Litigation*, 06-MD-1775 (JG)(VVP)

Dear Magistrate Judge Pohorelsky:

    We represent plaintiffs in the above-named matter. Enclosed is a courtesy copy of plaintiffs' letter motion requesting an order issuing a letter of request for international judicial assistance to compel the testimony of Soon Young Lee, and its supporting Exhibits A and B. The enclosed courtesy copy includes an unredacted copy of the letter motion, an unredacted copy of Exhibit A, and Schedule B to Exhibit A, all of which will be filed under seal on today's date.

    Respectfully submitted,

    */s/ Robert N. Kaplan*
    Robert N. Kaplan

Enclosures

cc:    All Counsel of Record (via ECF)