IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

MORGAN, LEWIS & BOCKIUS LLP

SCOTT A. STEMPEL (admitted *pro hac vice*)
sstempel@morganlewis.com
PETER EDWARD HALLE (admitted *pro hac vice*)
phalle@morganlewis.com
J. CLAYTON EVERETT, JR. (admitted *pro hac vice*)
jeverett@morganlewis.com
AARON B. HEWITT (admitted *pro hac vice*)
ahewitt@morganlewis.com
TONYA ESPOSITO OLIVER (admitted *pro hac vice*)
toliver@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202)739-3000 / Fax: (202)739-3001

MARK P. EDWARDS
MORGAN, LEWIS & BOCKIUS LLP
medwards@morganlewis.com
1701 Market Street
Philadelphia, PA 19103-2921
Tel: (215) 963-5769

BRIAN HERMAN
MORGAN, LEWIS & BOCKIUS LLP
bherman@morganlewis.com
101 Park Avenue
New York, NY 10178
Tel: (212) 309-6000

Attorneys for Defendant
**KOREAN AIR LINES CO., LTD**

| | |
|---|---|
| **IN RE CARGO AIR SHIPPING SERVICES ANTITRUST** § § § § § § § § § § § § | **MDL No. 1775**<br>**Master File No.: 06-MDL-1775 (JG) (VVP)** |

**AMENDED MOTION TO PERMIT WITHDRAWAL OF COUNSEL AND**
<u>**TERMINATION OF ELECTRONIC NOTICES**</u>

DB1/ 67036229.1

**TO THE HONORABLE J. GLEESON AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD.**

**PLEASE TAKE NOTICE** that the law firm of Morgan, Lewis & Bockius LLP ("Morgan Lewis") hereby moves the Court for an Order, pursuant to local rule 1.4 and New York Rules of Professional Conduct, Rule 1.16(c)(1) and (10), to allow it to withdraw as counsel of record for Defendant Korean Air Lines Co., Ltd. ("Korean Air").

Korean Air has been notified of and consented to this withdrawal. This withdrawal will not prejudice Korean Air because: (1) Korean Air has been notified and has consented to the withdrawal; and (2) Korean Air is currently represented by the other counsel of record, Barry G. Sher and Kevin C. Logue of Paul, Hastings, Janofsky & Walker LLP. Morgan Lewis has continued to take such actions as may be required to avoid reasonably foreseeable prejudice to Korean Air.

Morgan Lewis further requests that Scott A. Stempel, Peter E. Halle, J. Clayton Everett, Jr., Tonya Esposito Oliver, Aaron B. Hewitt, Mark P. Edwards, and Brian Herman of Morgan Lewis & Bockius, LLP stop receiving electronic notices in this matter.

Dated: May 5, 2011

Respectfully submitted,

By: /s/ *J. Clayton Everett*
J. Clayton Everett (*pro hac vice*)

MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone No. (202) 739-5860
Telecopier No. (202) 739-3001

ATTORNEYS FOR DEFENDANT/
Korean Air Lines Co., Ltd.

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on May 5, 2011.

By: /s/ *J. Clayton Everett, Jr.*
J. Clayton Everett, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT NEW YORK

| | | |
|---|---|---|
| **IN RE CARGO AIR SHIPPING SERVICES ANTITRUST** | § § § § § § § § § § § | MDL No. 1775<br>Master File No.:  06-MDL-1775 (JG) (VVP) |

**AMENDED [PROPOSED] ORDER GRANTING
MOTION TO PERMIT COUNSEL TO WITHDRAW**

Morgan, Lewis & Bockius LLP has moved to permit it to withdraw from this matter. Barry G. Sher and Kevin C. Logue of Paul, Hastings, Janofsky & Walker LLP have appeared and will continue as counsel for Korean Air.

Having considered the motion, it is hereby GRANTED.