| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | DATE: | 5/3/11 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 2:00 p.m. |
| | | END TIME: | 5:00 p.m. |
| DOCKET NO. | MD–06-1775 | JUDGE: | JG |

CASE NAME:   In re Air Cargo Shipping Services Antitrust Litigation

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Status Conference/Discovery Hearing

APPEARANCES:   Plaintiffs   See annexed list
             Defendants   See annexed list

             Ct Reporter   Charlene Heading

SCHEDULING AND RULINGS:

1. Argument heard and rulings made on the record concerning the following motions:

   a. The motion to compel Air India to produce Ms. Rana for deposition in the United States [1428] is DENIED;
   b. ,The motion by Korean Airlines Co., Ltd. for a protective order [1450] is DENIED;
   c. The motion to compel Singapore Air to comply with the Court's March 4, 2011 Order [1453] is GRANTED IN PART;
   d. The motion to compel Korean Airlines Co., Ltd. to request its former employee Moon-ho Song to travel to the United States for a deposition [1454] is GRANTED;

2. Argument heard and ruling DEFERRED concerning the plaintiffs' motion to compel Atlas Air World Wide to produce documents [1426]; the Atlas Air is to provide the documents in question for *in camera* review.

3. Status updates provided concerning other aspects of discovery, and deadlines are set with the consent of the parties concerning the production of documents and other information.

4. The next conference will be held on **June 14, 2011 at 2:30 p.m.**

## AIR CARGO ANTITRUST LITIGATION: APPEARANCE LIST*

| | |
|---|---|
| Plaintiffs: | Robert Kaplan, Esq. |
| | Gregory Arenson, Esq. |
| | Gary Specks, Esq. |
| | Howard Sedran, Esq. |
| | Austin Cohen |
| | Greg Asciolla, Esq. |
| | Hollis Salzman, Esq. |
| | Brent W. Landau, Esq. |
| | Melinda Coolidge, Esq. |
| | |
| Defendants: | NO APPEARANCE NOTED (Air Canada) |
| | Margaret Elliott, Esq. (Air China/Air China Cargo) |
| | NO APPEARANCE NOTED (Air France) |
| | E. Christopher Murray, Esq. (Air India) |
| | Michael Holland, Esq. (Air New Zealand) |
| | NO APPEARANCE NOTED (All Nippon Airways) |
| | Ben Bradshaw, Esq. (Asiana) |
| | NO APPEARANCE NOTED (British Air) |
| | NO APPEARANCE NOTED (Cargolux) |
| | David H. Bamberger, Esq. (Cathay Pacific Airways, Ltd.) |
| | James V. Dick, Esq.  (China Airlines and Lan Cargo) |
| | NO APPEARANCE NOTED (El Al) |
| | NO APPEARANCE NOTED (Emirates) |
| | Chris Cassamassima, Esq. (EVA Airways) |
| | Barry Shen, Kevin Logue, William Navomisle, Esqs. (Korean Air) |
| | NO APPEARANCE NOTED (Malaysia Air) |
| | NO APPEARANCE NOTED (Martinair) |
| | Jeremy Keim, Esq. (Nippon Cargo) |
| | Maria Arlotto, Esq. (Polar/Atlas) |
| | NO APPEARANCE NOTED (Qantas) |
| | NO APPEARANCE NOTED (Saudi Arabian Airlines) |
| | NO APPEARANCE NOTED (Scandinavian) |
| | William Sherman, Esqs. (Singapore Air Cargo) |
| | Steven Weissman, Esq. (South African Airways) |
| | NO APPEARANCE (Thai Air) |
| | Catherine Leon Garvey Schubert Barer, Esq. (Sanfilippo) |
| | NO APPEARANCE NOTED (Foucault) |
| | NO APPEARANCE (Graber) |
| | NO APPEARANCE (Moreau) |
| | NO APPEARANCE (Packer) |
| | NO APPEARANCE (McCaffery) |

*Not all attorneys in attendance signed in