IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE CARGO AIR SHIPPING SERVICES ANTITRUST. | ) ) ) ) ) ) | MDL No. 1775<br>Master File No. 06-MDL-1775 (JG)<br>(VVP) |

## MOTION TO PERMIT WITHDRAWAL OF COUNSEL

**TO THE HONORABLE J. GLEESON AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD.**

**PLEASE TAKE NOTICE** THAT Melissa Furrer Miller, Esquire, hereby moves the Court for an Order, pursuant to Local Rule 1.4 and New York Rules of Professional Conduct, Rule 1.16(c)(1) and (10), to allow her to withdraw as counsel of record for Defendant Korean Air Lines Co., Ltd. ("Korean Air").

Indeed, the undersigned is no longer associated with the law firm of Morgan, Lewis & Bockius LLP ("Morgan Lewis"), Korean Air's former counsel, and believed her appearance had been withdrawn previously. The undersigned has had no involvement in this matter since her departure from Morgan Lewis.

The undersigned understands that Korean Air has been notified of and consented to Morgan Lewis' withdrawal. This withdrawal will not prejudice Korean Air because Korean Air is currently represented by other counsel of record, Barry G. Sher and Kevin C. Logue of Paul, Hastings, Janofsky & Walker LLP.

WHEREFORE, the undersigned counsel respectfully requests this Honorable Court enter an Order granting her motion to withdraw. A proposed order is attached.

                                              Respectfully submitted,

                                              /s/ Melissa Furrer Miller____
                                              Melissa Furrer Miller (admitted *pro hac vice*)
                                              MILLER & MILLER, LLC
                                              950 Walnut Bottom Road
                                              Suite 15-209
                                              Carlisle, PA 17015
                                              (717) 609-4931
                                              melissa@mmlawfirmllc.com

Dated: May 9, 2011                          Attorney for Defendant
                                              Korean Air Lines Co., Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Permit Withdrawal as Counsel and proposed order granting same were electronically filed on May 9, 2011, using the Court's CM/ECF system, which served by electronic mail a copy upon counsel of record who are deemed to have consented to electronic service.

/s/ Melissa Furrer Miller

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE CARGO AIR SHIPPING SERVICES ANTITRUST. | ) ) ) ) ) ) | MDL No. 1775<br>Master File No. 06-MDL-1775 (JG)<br>(VVP) |

**[PROPOSED] ORDER GRANTING MOTION TO PERMIT WITHDRAWAL OF COUNSEL**

Melissa Furrer Miller, Esq., has moved for permission to withdraw from this matter.  Barry G. Sher and Kevin C. Logue of Paul, Hastings, Janofsky & Walker LLp have appeared and will continue as counsel for Korean Air.

Having considered the motion, it is hereby GRANTED.