**CERTIFICATE OF SERVICE**

       I, Robert N. Kaplan, declare that, on May 10, 2011, I caused true and correct copies of (1) Plaintiffs' Notice of Motion For An Award of Interim Attorneys' Fees And Interim Reimbursement of Expenses; (2) Memorandum In Support of Plaintiffs' Counsel's Joint Application For Interim Attorneys' Fees And Reimbursement of Expenses; (3) Declaration of Howard J. Sedran In Support of Plaintiffs' Counsel's Joint Application For Interim Attorneys' Fees And Reimbursement of Expenses; (4) Joint Declaration of Co-Lead Counsel In Support of : (1) Final Approval of The Settlements With All Nippon Airways Co., Ltd., Cargolux Airlines International S.A., Qantas Airways Limited, Thai Airways International Public Company Limited, (2) Plaintiffs' Counsel's Joint Application For Interim Attorneys' Fees And Reimbursement of Expenses, and (3) The Plan of Allocation with attached Exhibits 1 and 2; (5) Compendium of Declarations In Support of Joint Declaration of Co-Lead Counsel; and (6) Certificate of Service, to be delivered via the Court's ECF system to all counsel of record and to the party listed below via First Class U.S. Mail:

Jan Lillieborg, *pro se*
Badhusvägen 11
165 71 Hässelby, Sweden


                                              */s/ Robert N. Kaplan*
                                                Robert N. Kaplan