

Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY 10022
phone 212.687.1980
fax 212.687.7714
email mail@kaplanfox.com
www.kaplanfox.com

May 11, 2011

**By Electronic Case Filing**

Honorable John Gleeson
United States District Judge
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East, Room 727S
Brooklyn, NY 11201-1818

      Re:    *In re Air Cargo Shipping Services Antitrust Litigation*, MDL 1775

Dear Judge Gleeson:

      We represent the plaintiffs in the above-identified matter.

      Please find enclosed a courtesy copy of the following documents which were filed with the Court on May 10, 2011:

1. Plaintiffs' Notice of Motion For An Award of Interim Attorneys' Fees And Interim Reimbursement of Expenses;

2. Memorandum In Support of Plaintiffs' Counsel's Joint Application For Interim Attorneys' Fees And Reimbursement of Expenses, with Exhibit A;

3. Declaration of Howard J. Sedran In Support of Plaintiffs' Counsel's Joint Application For Interim Attorneys' Fees And Reimbursement of Expenses;

4. Joint Declaration of Co-Lead Counsel In Support of: (1) Final Approval of The Settlements With All Nippon Airways Co., Ltd., Cargolux Airlines International S.A., Qantas Airways Limited, Thai Airways International Public Company Limited, (2) Plaintiffs' Counsel's Joint Application For Interim Attorneys' Fees And Reimbursement of Expenses, and (3) The Plan of Allocation with attached Exhibits 1 and 2;

5. Compendium of Declarations In Support of Joint Declaration of Co-Lead Counsel; and

6. Certificate of Service



Respectfully submitted,

*/s/ Robert N. Kaplan*
Robert N. Kaplan

Enclosures

cc:     All Counsel of Record (via ECF)