**CERTIFICATE OF SERVICE**

      I, Robert N. Kaplan, declare that, on May 16, 2011, I caused true and correct copies of the foregoing letter motion for an order rejecting as untimely the requests of MAAX Bath Inc., MAAX US Corp., MAAX Corporation, MAAX Inc., MAAX Canada (collectively, "MAAX") and Roche Diabetes Care AG (formerly Disetronic Medical Systems AG) ("Roche") for exclusion from the settlement class under plaintiffs' settlement agreements with (1) Japan Airlines International Co. ("JAL"), (2) AMR Corporation and American Airlines, Inc., (3) Société Air France, Koninklijke Luchtvaart Maatschappij N.V., and Martinair Holland N.V., and (4) Scandinavian Airlines System and SAS Cargo Group A/S (collectively, the "Settling Defendants") and the request of SDV Italia SPA ("SDV") for exclusion from the settlement class under each of the foregoing settlement agreements, except the JAL settlement; Declaration of Robert N. Kaplan with Exhibits A-O; and this Certificate of Service, to be delivered via the Court's ECF system to all counsel of record and to the party listed below via United States First Class Mail:

        Jan Lillieborg, *pro se*
        Badhusvägen 11
        165 71 Hässelby, Sweden

                                                         */s/ Robert N. Kaplan*
                                                            Robert N. Kaplan