

Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY 10022
phone 212.687.1980
fax 212.687.7714
email mail@kaplanfox.com
www.kaplanfox.com

May 16, 2011

**By Electronic Case Filing**

Honorable John Gleeson
United States District Judge
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East, Room 727S
Brooklyn, NY 11201-1818

      Re:    *In re Air Cargo Shipping Services Antitrust Litigation*, MDL 1775

Dear Judge Gleeson:

    We represent the plaintiffs in the above-identified matter.

    Please find enclosed a courtesy copy of the following documents which were filed with the Court on May 16, 2011:

1. Plaintiffs' letter motion for an order rejecting as untimely the requests of MAAX Bath Inc., MAAX US Corp., MAAX Corporation, MAAX Inc., MAAX Canada (collectively, "MAAX") and Roche Diabetes Care AG (formerly Disetronic Medical Systems AG) ("Roche") for exclusion from the settlement class under plaintiffs' settlement agreements with (1) Japan Airlines International Co. ("JAL"), (2) AMR Corporation and American Airlines, Inc., (3) Société Air France, Koninklijke Luchtvaart Maatschappij N.V., and Martinair Holland N.V., and (4) Scandinavian Airlines System and SAS Cargo Group A/S (collectively, the "Settling Defendants") and the request of SDV Italia SPA ("SDV") for exclusion from the settlement class under each of the foregoing settlement agreements, except the JAL settlement;
2. Declaration of Robert N. Kaplan with Exhibits A-O; and
3. Certificate of Service.



Honorable John Gleeson
May 16, 2011
Page 2

Respectfully submitted,

Robert N. Kaplan

Enclosures

cc:   All Counsel of Record (via ECF)