UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775<br><br>This Document Relates To:<br>ALL ACTIONS | )<br>)<br>)<br>)    06-MD-1775 (JG) (VVP)<br>)<br>)<br>) |

To:   CLERK OF THE COURT
      ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that Dylan Giles Brown, of the law firm of O'Melveny & Myers LLP, hereby appears as Counsel on behalf of Defendant Asiana Airlines, Inc. in the above-captioned matter.

I certify that I am admitted to practice *pro hac vice* in the Eastern District of New York.

Dated: June 3, 2011                           Respectfully submitted,


                                              /s/ Dylan Giles Brown
                                              Dylan Giles Brown
                                              dbrown@omm.com
                                              O'MELVENY & MYERS LLP
                                              1625 Eye St., N.W.
                                              Washington, D.C. 20006
                                              T: (202) 383-5300
                                              F: (202) 383-5414
                                              *Attorney for Defendant Asiana Airlines, Inc.*

1

## **CERTIFICATE OF SERVICE**

     I, Dylan Giles Brown, hereby certify that on June 3, 2011, a copy of the foregoing Notice of Appearance of Dylan Giles Brown on behalf of Asiana Airlines, Inc. was filed with the Clerk of the Court using the Court's CM/ECF system, with which all parties are required to register.

                                        /s/ Dylan Giles Brown
                                        Dylan Giles Brown