# Labaton Sucharow

Jay L. Himes
Partner
212 907 0834 direct
212 883 7501 fax
jhimes@labaton.com

June 3, 2011

**Courtesy Copy Hand Delivered To Chambers**

Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201-1818

Re:   *In re Air Cargo Shipping Services Antitrust Litigation*, 06-MD-1775 (JG)(VVP)

Dear Magistrate Judge Pohorelsky:

We represent plaintiffs in the above-named matter.  Enclosed is a courtesy copy of the unredacted version of plaintiffs' letter motion requesting an order issuing a letter rogatory for international judicial assistance to compel the testimony of George Simpson in Quebec. We are filing these papers under seal today.

Respectfully submitted,

/s/ *Jay L. Himes*
Jay L. Himes

Enclosures

cc:   All Counsel of Record (via ECF)