## CIVIL CAUSE FOR CONFERENCE: Fairness Hearing

Before JUDGE: __GLEESON__   DATE: 6/23/11   TIME: 12:00 pm – 12:30 pm
Docket Number: __06 md 1775__

TITLE: In re: Air Cargo Shipping Services Antitrust Litigation

Courtroom Deputy: __Ilene Lee__   CR: __Tony Mancuso__

APPEARANCES:

FOR PLAINTIFF:   (Please see attached list.)

FOR PLAINTIFF:   _____

FOR DEFENDANT:   (Please see attached list.)

FOR DEFENDANT:   _____

√ CASE CALLED.

___ COUNSEL FOR _____ NOT PRESENT.

___ STATUS CONFERENCE HELD.     ___ PRE-MOTION CONFERENCE HELD.

___ CASE MARKED READY FOR JURY TRIAL ON _____ @ _____.

___ PARTIES ADVISE THE COURT THAT THE CASE HAS BEEN SETTLED.

___ ALL DISCOVERY TO BE COMPLETED BY _____.

___ _____ MOTION TO _____.

BRIEFING SCHEDULE:
Motion due: _____ Opposition/Response due: _____ Replies due: _____

√ ORAL ARGUMENT/MOTION HEARING HELD ___ Motion GRANTED ___ Motion DENIED

√ DECISION RESERVED ___ DECISION READ INTO THE RECORD.

___ DECISION IS TAKEN UNDER SUBMISSION.

– The Court's decision is reserved and will be filed via ECF separately.

# ATTORNEY APPEARANCES FOR THE AIR CARGO MDL FAIRNESS HEARING
## 06-MD-1775

**Date: June 23, 2011**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Gregory K. Arenson, Esq. | Charles J. Simpson, Esq. |
| **Robert N. Kaplan, Esq.*** | Heather L. Kafele, Esq. |
| **Brent W. Landau, Esq. *** | Todd Anderson, Esq. |
| Austin Cohen, Esq. | Michael J. Holland, Esq. |
| Jay L. Himes, Esq. | Stephen Fishbein, Esq. |
| Gregory S. Asciolla, Esq. | Ronald S. Rolfe, Esq. |
|  | Michael F. Goldman, Esq. |

**(* attorney that argued during the hearing)**