**William R. Sherman**
202-637-1094
william.sherman@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Moscow |
| Barcelona | Munich |
| Beijing | New Jersey |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Doha | Riyadh |
| Dubai | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

**VIA ECF**

July 7, 2011

Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re: *In re Air Cargo Shipping Services Litigation*, **06-MD-1775 (JG)(VVP)**

Dear Judge Pohorelsky:

Defendants Air Canada, AC Cargo, Cathay Pacific Airways Limited, LAN Airlines S.A., LAN Cargo S.A., Singapore Airlines Cargo and Singapore Airlines Limited (collectively, "Addressees") submit the attached letter brief in opposition to Plaintiffs' motion to compel Addressees to produce a non-public, confidential, un-redacted copy of the European Commission's decision in Case COMP/39258 Airfreight (the "Confidential Decision").

Respectfully submitted,

*/s/ William R. Sherman*
William R. Sherman

LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
(202) 637-2200 (telephone)
(202) 637-2201 (facsimile)

*Counsel for Singapore Airlines Cargo Pte Ltd. and Singapore Airlines Limited*

Attachment