

215.985.3270 ph
215.985.3271 fax

1604 Locust St
2nd floor
Philadelphia, PA 19103

July 11, 2011

**By CM/ECF**
The Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *In re Air Cargo Shipping Services Antitrust Litigation*, MDL No. 1775

Dear Judge Pohorelsky:

    Plaintiffs respectfully move for leave to file the enclosed reply in support of their motion to compel Defendants Air Canada, AC Cargo, Cathay Pacific Airways Ltd., and Singapore Airlines Limited to produce an unredacted copy of the European Commission's final decision.[1]

    Defendants previously consented to Plaintiffs' filing of a reply. *See* ECF No. 1503.

                            Respectfully submitted,

| | |
|---|---|
| Hollis L. Salzman (HS-5994) | */s/ Brent W. Landau* |
| Jay L. Himes (JH-7714) | Brent W. Landau |
| Gregory S. Asciolla (GA-2222) | Hausfeld LLP |
| Labaton Sucharow LLP | 1604 Locust Street, Second Floor |
| 140 Broadway | Philadelphia, PA 19103 |
| New York, NY 10005 | (215) 985-3273 |
| (212) 907-0700 | |
| | Michael D. Hausfeld |
| Robert N. Kaplan (RK-3100) | William P. Butterfield |
| Gregory K. Arenson (GA-2426) | Hilary K. Scherrer |
| Kaplan Fox & Kilsheimer LLP | Hausfeld LLP |
| 850 Third Avenue, 14th Floor | 1700 K Street, NW, Suite 650 |
| New York, NY 10022 | Washington, DC 20006 |
| (212) 687-1980 | (202) 540-7200 |

---

[1] Plaintiffs no longer seek to compel production from Lan Airlines S.A. or Lan Cargo S.A. due to their Settlement Agreement with those defendants.

**HAUSFELD**LLP

The Honorable Viktor V. Pohorelsky
July 11, 2011
Page 2

Gary L. Specks (GS-8767)　　　　　　　　Howard J. Sedran
Kaplan Fox & Kilsheimer LLP　　　　　　Austin Cohen
423 Sumac Road　　　　　　　　　　　　Keith J. Verrier
Highland Park, IL 60035　　　　　　　　　Levin, Fishbein, Sedran & Berman
(847) 831-1585　　　　　　　　　　　　　510 Walnut Street
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　(215) 592-1500