UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION | MDL No. 1775 <br><br> Master File 06-MD-1775 (JG)(VVP) |
| THIS DOCUMENT APPLIES TO: ALL CASES | |

## NOTICE OF APPEARANCE

TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Meegan Hollywood, of the law firm Labaton Sucharow LLP, hereby appears as Counsel on behalf of Plaintiffs in the above-captioned matter.

I certify that I am admitted to practice in the Eastern District of New York.

Dated: July 13, 2011

        Respectfully submitted,

        **LABATON SUCHAROW LLP**

        By:   */s/ Meegan Hollywood*
        Meegan Hollywood
        140 Broadway
        New York, New York 10005
        Telephone: (212) 907-0700
        Facsimile: (212) 818-0477

        *Co-Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on July 13, 2011, a copy of the foregoing N**otice of Appearance** was served via the Court's ECF system on all parties registered for electronic filing in *In re Air Cargo Shipping Services Antitrust Litigation*, MDL No. 1775, Master Docket No. 06-MD-01755.

Respectfully submitted,

**LABATON SUCHAROW LLP**

By: */s/ Meegan Hollywood*
Meegan Hollywood
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477