UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES<br>ANTITRUST LITIGATION<br><br>MDL No. 1775 | 06-MD-1775 (JG) (VVP)<br><br>THIS DOCUMENT RELATES TO:<br>All Actions |

**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL
OF SETTLEMENT WITH DEFENDANT MALAYSIA AIRLINES**

PLEASE TAKE NOTICE THAT, upon the Declaration of Howard J. Sedran in Support of Plaintiffs' Motion for Preliminary Approval of Settlement with Defendant Malaysia Airlines ("Malaysia Airlines"), dated July 11, 2011, along with its supporting exhibit, and the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Settlement with Defendant Malaysia Airlines, dated July 14, 2011, and all other papers and proceedings herein, Plaintiffs will move this Court on a date and time to be set by the Court, before the Honorable John Gleeson, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, pursuant to Rule 23 of the Federal Rules of Civil Procedure, to enter an order:

i. preliminarily approving the Settlement Agreement between Plaintiffs and Malaysia Airlines executed on July 11, 2011 (the "Malaysia Airlines Settlement Agreement"), on the grounds that its terms are sufficiently fair, reasonable, and adequate for notice to be issued to the settlement class as defined in the Malaysia Airlines Settlement Agreement (the "Settlement Class");

ii. certifying the Settlement Class for purposes of settlement only, pursuant to Federal Rule of Civil Procedure 23(c), and authorizing Plaintiffs to represent the Settlement Class;

iii. ordering Settlement Class counsel to disseminate an order to the Settlement Class upon submission at a later date of proposed notices and approval by the Court of the form of notice and the notice plan

iv. approving The Garden City Group as administrator of the settlement, and Citibank as escrow agent; and

v. granting such other and further relief as may be appropriate.

Oral argument on this motion, if any, will be held on a date and time set by the Court.

Dated: July 14, 2011

Robert N. Kaplan (RK-3100)  
Gregory K. Arenson (GA-2426)  
Jason A. Zweig (JZ-8107)  
KAPLAN FOX & KILSHEIMER LLP  
850 Third Avenue, 14th Floor  
New York, NY 10022  
(212) 687-1980  

Gary L. Specks (GS-8767)  
KAPLAN FOX & KILSHEIMER LLP  
423 Sumac Road  
Highland Park, IL 60035  
(847) 831-1585  

By: __/s/ Robert N. Kaplan__

Michael D. Hausfeld  
William P. Butterfield  
Brent W. Landau  
HAUSFELD LLP  
1700 K Street, N.W., Suite 650  
Washington, DC 20006  
(202) 540-7200  

By: __/s/ Michael D. Hausfeld__

<table>
<tr><td>

Hollis L. Salzman (HS-5994)<br>
Jay L. Himes (JH-7714)<br>
Gregory S. Asciolla (GA-2222)<br>
LABATON SUCHAROW LLP<br>
140 Broadway<br>
New York, NY 10005<br>
(212) 907-0700<br>
<br>
By:   */s/ Hollis L. Salzman*

</td><td>

Howard J. Sedran<br>
Austin B. Cohen<br>
Keith J. Verrier<br>
LEVIN, FISHBEIN, SEDRAN<br>
  & BERMAN<br>
510 Walnut Street<br>
Philadelphia, PA 19106<br>
(215) 592-1500<br>
<br>
By:   */s/ Howard J. Sedran*<br>
<br>
*Class Counsel*

</td></tr>
</table>