**CERTIFICATE OF SERVICE**

I, Howard J. Sedran, declare that, on July 14, 2011, I caused a true and correct copy of the foregoing documents to be served upon all counsel via ECF and the following party in the manner described below:

1. Declaration of Howard J. Sedran in Support of Plaintiffs' Motion for Preliminary Approval of Settlement With Defendant Malaysia Airlines

2. Plaintiffs' Notice of Motion for Preliminary Approval of Settlement With Defendant Malaysia Airlines

3. Order

4. Memorandum of Law in Support of Plaintiffs' Motion For Preliminary Approval of Settlement With Defendant Malaysia Airlines

**Via International Mail**

Jan Lillieborg, pro se
Badhusvägen 11
165 71 Hässelby, Sweden

Howard J. Sedran