UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING<br>SERVICES ANTITRUST LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br>ALL ACTIONS | )<br>)<br>)   **06-MD-1775 (CBA) (VVP)**<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE OF ASHLEY M. BAUER**

PLEASE TAKE NOTICE that Ashley M. Bauer of the law firm Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538, will be appearing to represent Defendants Singapore Airlines Limited and Singapore Airlines Cargo Pte Ltd.

> Ashley M. Bauer
> LATHAM & WATKINS LLP
> 505 Montgomery Street, Suite 2000
> San Francisco, CA 94111-6538
> Telephone:   (415) 395-8138
> Facsimile:   (415) 395-8095

Dated: July 18, 2011                 Respectfully submitted,

/s/ Ashley M. Bauer
Ashley M. Bauer
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone:   (415) 395-8138
Facsimile:   (415) 395-8095

DC\1489481.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2011, I caused a true and correct copy of the forgoing Notice of Appearance of Ashley M. Bauer on behalf of Singapore Airlines Limited and Singapore Airlines Cargo Pte Ltd to be served via the Court's ECF system upon all counsel registered for ECF in this case.

/s/ Ashley M. Bauer
Ashley M. Bauer
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538

DC\1489481.1