UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | Master File 06-MD-1775 (JG) (VVP)<br><br>THIS DOCUMENT RELATES TO:<br>All Actions |

### CERTIFICATE OF SERVICE

I, Keith J. Verrier, declare that, on July 21, 2011, I caused a true and correct copy of (1) Plaintiffs' Notice of Motion for Preliminary Approval of Settlement with Defendant South African Airways Ltd., (2) the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Settlement with Defendant South African Airways Ltd., (3) the Declaration of Howard J. Sedran in Support of Plaintiffs' Motion for Preliminary Approval of Settlement with Defendant South African Airways Ltd., (4) a Proposed Order on Plaintiffs' Motion for Preliminary Approval of Settlement with Defendant South African Airways Ltd., and (5) this Certificate of Service to be electronically filed with the Court and served upon all counsel of record via the Court's ECF system and served upon the following as indicated:

*Via International Mail*

Jan Lillieborg, *pro se*
Badhusvägen 11
165 71 Hässelby, Sweden

_____
Keith J. Verrier