UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES<br>ANTITRUST LITIGATION<br><br>MDL No. 1775 | 06-MD-1775 (JG) (VVP)<br><br>THIS DOCUMENT RELATES TO:<br>All Actions |

**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL
OF SETTLEMENT WITH DEFENDANT SAUDI ARABIAN AIRLINES, LTD.**

PLEASE TAKE NOTICE THAT, upon the Declaration of Brent W. Landau in Support of Plaintiffs' Motion for Preliminary Approval of Settlement with Defendant Saudi Arabian Airlines, Ltd. ("Saudia"), dated August 15, 2011, along with its supporting exhibit, and the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Settlement with Defendant Saudi Arabian Airlines, Ltd., dated August 16, 2011, and all other papers and proceedings herein, Plaintiffs will move this Court on a date and time to be set by the Court, before the Honorable John Gleeson, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, pursuant to Rule 23 of the Federal Rules of Civil Procedure, to enter an order:

  i. preliminarily approving the Settlement Agreement between Plaintiffs and Saudia with an Execution Date of August 15, 2011 (the "Saudia Settlement Agreement"), on the grounds that its terms are sufficiently fair, reasonable, and adequate for notice to be issued to the settlement class as defined in the Saudia Settlement Agreement (the "Settlement Class");

  ii. certifying the Settlement Class for purposes of settlement only, pursuant to Federal Rule of Civil Procedure 23(c), and authorizing Plaintiffs to represent the Settlement Class;

  iii. ordering Settlement Class counsel to submit at a later date proposed notices for approval by the Court of the form of notice and the notice plan;

  iv. approving The Garden City Group as administrator of the settlement, and Citibank as escrow agent; and

  v. granting such other and further relief as may be appropriate.

Oral argument on this motion, if any, will be held on a date and time set by the Court.

Dated: August 16, 2011

| | |
|---|---|
| Robert N. Kaplan (RK-3100) | Michael D. Hausfeld |
| Gregory K. Arenson (GA-2426) | William P. Butterfield |
| Jason A. Zweig (JZ-8107) | Brent W. Landau |
| KAPLAN FOX & KILSHEIMER LLP | HAUSFELD LLP |
| 850 Third Avenue, 14th Floor | 1700 K Street, N.W., Suite 650 |
| New York, NY  10022 | Washington, DC  20006 |
| (212) 687-1980 | (202) 540-7200 |
| | |
| Gary L. Specks (GS-8767) | By:   */s/ Michael D. Hausfeld* |
| KAPLAN FOX & KILSHEIMER LLP | |
| 423 Sumac Road | |
| Highland Park, IL 60035 | |
| (847) 831-1585 | |
| | |
| By:   */s/ Robert N. Kaplan* | |

2

| | |
|---|---|
| Hollis L. Salzman (HS-5994)<br>Jay L. Himes (JH-7714)<br>Gregory S. Asciolla (GA-2222)<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY  10005<br>(212) 907-0700<br><br>By: ___/s/ *Hollis L. Salzman*___ | Howard J. Sedran<br>Austin B. Cohen<br>Keith J. Verrier<br>LEVIN, FISHBEIN, SEDRAN<br> & BERMAN<br>510 Walnut Street<br>Philadelphia, PA 19106<br>(215) 592-1500<br><br>By: ___/s/ *Howard J. Sedran*___<br><br>*Class Counsel* |