

Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY 10022
phone 212.687.1980
fax 212.687.7714
email mail@kaplanfox.com
www.kaplanfox.com

August 23, 2011

**Courtesy Copy Hand Delivered To Chambers**

Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re: *In re Air Cargo Shipping Services Antitrust Litigation*, 06-MD-1775 (JG)(VVP)

Dear Magistrate Judge Pohorelsky:

We represent plaintiffs in the above-named matter. Enclosed is a courtesy copy of plaintiffs' letter motion for an order directing Nippon Cargo Airlines Co., Ltd. ("NCA") to produce a prepared and educated Rule 30(b)(6) witness in the United States, Exhibits A-G to the motion, Application to file document under seal and certificate of service.

Respectfully submitted,

/s/ *Robert N. Kaplan*
Robert N. Kaplan

Enclosures

cc: All Counsel of Record (via ECF)