# EXHIBIT 2

# Baker Hostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

July 1, 2011

John R. Fornaciari
direct dial: 202.861.1612
jfornaciari@bakerlaw.com

**VIA EMAIL**

Howard J. Sedran, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3697
hsedran@lfsblaw.com

Re:   *Air Cargo Shipping Services Antitrust Litigation*

Dear Howard:

I am writing to identify the designation of the Rule 30(b)(6) witnesses on behalf of NCA regarding the topics set forth in Plaintiffs' Amended Notice of Rule 30(b)(6) Deposition.

1. Nahoko Shingu-Ikeya will testify in connection with Topic 3 Ex-Japan and Topics 8 and 10.

2. Masato Kato will testify in connection with Topics 1, 2, 3 Ex-USA, 4, 5, 6, 7, 9 and 11.

3. The NCA witnesses noticed by Plaintiffs have signed acknowledgments regarding the protective order.

Sincerely,

*Jack*
John R. Fornaciari