**TO: Clerk's Office**
 **UNITED STATES DISTRICT COURT**
 **EASTERN DISTRICT OF NEW YORK**
_____

**APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IN RE AIR CARGO SERVICES
ANTITRUST LITIGATION

MDL No. 1775

06-MD-1775
Docket Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUBMITTED BY: Plaintiff X___   Defendant____   DOJ ____
Name: Robert N. Kaplan
Firm Name: Kaplan Fox & Kilsheimer LLP
Address: 850 Third Ave., 14th Floor
         New York, NY 10022
     Phone Number: (212) 687-1980
     E-Mail Address: rkaplan@kaplanfox.com

INDICATE UPON THE PUBLIC DOCKET SHEET: YES X   NO _____
**If yes, state description of document to be entered on docket sheet:**

**FILED UNDER SEAL:**

Plaintiffs' un-redacted letter motion for an order directing Nippon Cargo Airlines Co., Ltd. ("NCA") to produce a prepared and educated Rule 30(b)(6) witness at its expense in the United States; and Exhibits 3-8 thereto.

**A) If pursuant to a prior Court Order**:
Docket Number of Case in Which Entered: 1:06-md-01775-JG-VVP
Docket Entry No. 599

Judge/Magistrate Judge: Viktor V. Pohorelsky
           Date Entered: 09/21/2007

**B) If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

_____
_____

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: _____, NEW YORK

_____

**U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE_____
                                       DATE

**MANDATORY CERTIFICATION OF SERVICE**:
**A.)** X___  A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or **C.)** ____This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

| 08/25/2011 | /s/ Robert N. Kaplan |
|---|---|
| DATE | SIGNATURE |