**CORRECTED CERTIFICATE OF SERVICE**

      I, Robert N. Kaplan, declare that, on August 25, 2011, I caused true and correct copies of Plaintiffs' redacted letter motion for an order directing Nippon Cargo Airlines Co., Ltd. ("NCA") to produce a prepared and educated Rule 30(b)(6) witness at its expense in the United States, with accompanying Exhibits 1-2, application for leave to file document under seal and this certificate of service to be delivered via the Court's ECF system to all counsel of record; and to the following party via First Class United States Mail, postage pre-paid.

        Jan Lillieborg, *pro se*
        Badhusvägen 11
        165 71 Hässelby, Sweden

      Additionally, I caused true and correct copies of Plaintiffs' un-redacted letter brief and Exhibits 3-8, all of which were filed under seal, to be delivered to the following parties via electronic mail:

Margaret M. Zwisler
William R. Sherman
Ashley M. Bauer
Gabrielle Kohlmeir
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
(202) 637-2200 (telephone)
(202) 637-2201 (facsimile)
E-mail: margaret.zwisler@lw.com
      william.sherman@lw.com
      ashley.bauer@lw.com
      gabrielle.kohlmeier@lw.com

*Counsel for Singapore Airlines Cargo Pte Ltd.*
*and Singapore Airlines Limited*

Sanford M. Litvack
Eric J. Stock
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
(212) 918-3517 (telephone)
(212) 918-3100 (facsimile)
E-mail: eric.stock@hoganlovells.com
      sanford.litvack@hoganlovells.com

*Counsel for Air Canada and AC Cargo LP*

Ian Simmons
Scott M. Hammack
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
(202) 383-5106 (telephone)
(202) 383-5414 (facsimile)
E-mail:  isimmons@omm.com
            shammack@omm.com

*Counsel for Asiana Airlines Inc.*

Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20006
(202) 956-7500 (telephone)
(202) 293-6330 (facsimile)
E-mail:  libowd@sullcrom.com

*Counsel for British Airways Plc*

Harvey J. Wolkoff
Maria G. Arlotto
ROPES & GRAY, LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199
(617) 951-7000 (telephone)
(617) 951-7050 (facsimile)
E-mail:  harvey.wolkoff@ropesgray.com
            Maria.arlotto@ropesgray.com

*Counsel for Atlas Air Worldwide Holdings, Inc., Polar Air Cargo LLC and Polar Air Cargo Worldwide, Inc.*

David H. Bamberger
Deana L. Cairo
DLA PIPER LLP (US)
500 Eighth Street, N.W.
Washington, D.C. 20004
(202) 799-4000 (telephone)
(202) 799-5000 (facsimile)
E-mail: david.bamberger@dlapiper.com
            deana.cairo@dlapiper.com

*Counsel for Cathay Pacific Airways Ltd*

James V. Dick
SQUIRE, SANDERS *&* DEMPSEY, LLP
1201 Pennsylvania Avenue, N.W.
P.O. Box 407
Washington, D.C. 20004-0407
(202) 626-6600 (telephone)
(202) 626-6780 (facsimile)
E-mail:  jdick@ssd.com

*Counsel for LAN Airlines S.A., LAN Cargo S.A.*
  *and Aerolíneas Brasileiras S.A. and China Airlines Ltd.*

Kevin Logue
Barry Sher
Paul Hastings LLP
75 East 55th Street
New York, NY  10022
(212) 318-6085 (telephone)
(212) 230-5185 (facsimile)
E-mail: kevinlogue@paulhastings.com
          barrysher@paulhastings.com
          -and-
Donald L. Morrow
Paul Hastings LLP
695 Town Center Drive
Seventeenth Floor
Costa Mesa, CA 92626-1924
(714) 668-6291 (telephone)
(714) 668-6391 (facsimile)
E-mail: donaldmorrow@paulhastings.com

*Counsel for Korean Airlines Co., Ltd.*

John R. Fornaciari
Robert M. Disch
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304
(202) 861-1500 (telephone)
(202) 861-1783 (facsimile)
E-mail:  jfornaciari@bakerlaw.com
            rdisch@bakerlaw.com

*Counsel for Nippon Cargo Airlines Co., Ltd.*

George N. Tompkins, Jr.
WILSON ELSER MOSKOWITZ
 EDELMAN & DICKER LLP
150 East 42nd Street
New York, New York  10017
(212) 490-3000 (telephone)
(212) 490-3038 (facsimile)
E-mail:  george.tompkinsiii@wilsonelser.com

*Counsel for Air China Limited*
 *and Air China Cargo Company Limited*

Terry Calvani
FRESHFIELDS BRUCKHAUS
 DERINGER LLP
701 Pennsylvania Ave., NW, Suite 600
Washington, D.C. 20004
(202) 777-4505 (telephone)
(202) 777-4555 (facsimile)
E-mail:  terry.calvani@freshfields.com
        -and-
David E. Everson
STINSON MORRISON HECKER LLP
1201 Walnut Street
Kansas City, MO 64106
(816) 842-8600 (telephone)
(816) 691-3495 (facsimile)
E-mail:  deverson@stinson.com

*Counsel for Emirates*

David B. Anders
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
(212) 403-1307 (telephone)
(212) 403-2307 (facsimile)
E-mail:  dbanders@wlrk.com

*Counsel for El Al Israel Airlines Ltd.*

Keith A. Markel
Peter J. Kadzik
DICKSTEIN SHAPIRO LLP

1633 Broadway
New York, NY  10019-6708
(212) 490-3000 (telephone)
(212) 490-3038 (facsimile)
E-mail: markelk@dicksteinshapiro.com
         kadzikp@dicksteinshapiro.com

*Counsel for Saudi Arabian Airlines Corporation*

Michael J. Holland
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, NY 10036
(212) 490-9100 (telephone)
(212) 370-4453 (facsimile)
E-mail:  mholland@condonlaw.com

*Counsel for Air New Zealand Limited*

John Taladay
Stephen Weissman
Andreas Stargard
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, D.C.  20004
(202) 639-7700 (telephone)
(202) 639-7890 (facsimile)
E-mail:  john.taladay@bakerbotts.com
          stephen.weissman@bakerbotts.com
          andreas.stargard@bakerbotts.com

*Counsel for South African Airways, Ltd.*


Christopher T. Casamassima
David I. Horowitz
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
 (213) 680-8374 (Telephone)
 (213) 680-8500 (Facsimile)
Email: chris.casamassima@kirkland.com
        david.horowitz@kirkland.com
        -and-
James H. Mutchnik, P.C.
KIRKLAND & ELLIS LLP

300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000 (Telephone)
(312) 862-2200 (Facsimile)
Email: james.mutchnik@kirkland.com

*Counsel for EVA Airways Corporation*

Douglas H. Flaum
Shahzeb Lari
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004
(212) 859-8000 (Telephone)
(212) 859-4000 (Facsimile)
Email: douglas.flaum@friedfrank.com
shahzeb.lari@friedfrank.com
   -and-
David A. Senior
Ann-Kathryn R. Tria
Matthew Weston
MCBREEN & SENIOR
2029 Century Park East, Third Floor
Los Angeles, CA  90067
(310) 552-5300 (Telephone)
(310) 552-1205 (Facsimile)
Email: dsenior@mcbreensenior.com
atria@mcbreensenior.com
mweston@mcbreensenior.com

*Counsel for Malaysian Airline System Bhd*


Douglas J. Good
E. Christopher Murray
RUSKIN MOSCOU FALTISCHEK, P.C.
East Tower, 15th floor
1425 RXR Plaza
Uniondale, NY 11556
(516) 663-6600 (Telephone)
(516) 663-6601 (Facsimile)
Email: dgood@rmfpc.com
emurray@rmfpc.com

*Counsel for Air India*

Benjamin J. Lambiotte
GARVEY SCHUBERT BARER
1000 Potomac Street, N.W.
Fifth Floor
Washington, DC 20007
(202) 965-7880 (Telephone)
(202) 965-1729 (Facsimile)
Email: blambiotte@gsblaw.com

*Counsel for Salvatore Sanfilippo*

                                      */s/ Robert N. Kaplan* _____
                                      Robert N. Kaplan