**KAPLAN*FOX***

Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY  10022
phone  212.687.1980
fax  212.687.7714
email  mail@kaplanfox.com
www.kaplanfox.com

August 25, 2011

**Courtesy Copy Hand Delivered To Chambers**

Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201-1818

   Re: *In re Air Cargo Shipping Services Antitrust Litigation*, 06-MD-1775 (JG)(VVP)

Dear Magistrate Judge Pohorelsky:

  We represent plaintiffs in the above-named matter.  Enclosed is a courtesy copy of (1) plaintiffs' letter motion for an order directing Nippon Cargo Airlines Co., Ltd. ("NCA") to produce a prepared and educated Rule 30(b)(6) witness at its own expense in the United States, with accompanying Exhibits 1-8; (2) Application for leave to file document under seal; and (3) certificate of service.

      Respectfully submitted,

        /s/ Robert N. Kaplan
        Robert N. Kaplan

Enclosures

cc: All Counsel of Record (via ECF)