| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | DATE: | 9/8/11 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 2:15 p.m. |
| | | END TIME: | 4:50 p.m. |
| DOCKET NO. | MD–06-1775 | JUDGE: | JG |

CASE NAME:   In re Air Cargo Shipping Services Antitrust Litigation

<u>CIVIL CONFERENCE</u>

PURPOSE OF CONFERENCE:   Status Conference/Discovery Hearing

APPEARANCES:   Plaintiffs   See annexed list
Defendants   See annexed list

SCHEDULING AND RULINGS:

1. Argument heard and rulings made on the record concerning the following motions:

   a. The motion to compel production of an unredacted copy of the EC Final Decision [1486] is deferred to permit the EC to submit opposition; such opposition is to be filed within 30 days;
   b. The motion to compel Korean Air to produce a properly educated Rule 30(b)(6) witness [1535] re events referred to in their plea agreement is DENIED for reasons stated on the record;
   c. The motion to compel Korean Air to produce a properly prepared Rule 30(b)(6) witness [1546] is GRANTED in part, and DENIED in part for reasons stated on the record.  The plaintiffs shall advise Korean Air in advance of the deposition concerning any additional documents the plaintiffs believe that the witness should be provided in order to educate himself about the subject matter identified in the Notice of Deposition;
   d. The motion for a determination that the privilege assertion by Singapore Air Lines is erroneous [1550] is deferred to permit Singapore Air to establish the existence of the attorney-client relationship; Singapore's submission is due by October 8, 2011 and the plaintiff's response is due by October 23, 2011.

2. A hearing on the motions [1552], [1555] regarding Nippon Cargo Airlines will be held on **September 27, 2011 at 3:00 p.m.**

3. The next conference will be held on **November 29, 2011 at 2:00 p.m.**

# AIR CARGO ANTITRUST LITIGATION: APPEARANCE LIST*

Plaintiffs:
- Robert Kaplan, Esq.
- Gregory Arenson, Esq.
- Gary L. Specks, Esq.
- Brent W. Landau, Esq.
- Hollis Salzman, Esq.
- Jay Himes, Esq.
- Howard Sedran, Esq.
- Austin Cohen, Esq.

Defendants:
- Sanford Litvack, Ashley Antler, Esqs. (Air Canada)
- NO APPEARANCE NOTED (Air China/Air China Cargo)
- NO APPEARANCE NOTED (Air France)
- NO APPEARANCE NOTED (Air India)
- NO APPEARANCE NOTED (Air New Zealand)
- NO APPEARANCE NOTED (All Nippon Airways)
- Ben Bradshaw, Alan Simmons, Esqs. (Asiana)
- NO APPEARANCE NOTED (British Air)
- NO APPEARANCE NOTED (Cargolux)
- David H. Bamberger, Deana L. Cairo, Esqs. (Cathay Pacific Airways, Ltd.)
- NO APPEARANCE NOTED (China Airlines and Lan Cargo)
- NO APPEARANCE NOTED (El Al)
- NO APPEARANCE NOTED (Emirates)
- Warren Haskel, Esq. (EVA Airways)
- Donald L. Morrow, Kevin Logue, Frank Lee, Esqs. (Korean Air)
- NO APPEARANCE NOTED (Malaysia Air)
- NO APPEARANCE NOTED (Martinair)
- Jeremy Keim, Esq. (Nippon Cargo)
- NO APPEARANCE NOTED (Polar/Atlas)
- NO APPEARANCE NOTED (Qantas)
- NO APPEARANCE NOTED (Saudi Arabian Airlines)
- NO APPEARANCE NOTED (Scandinavian)
- William Sherman, Gabrielle Kohlmeier, Esqs. (Singapore Air Cargo)
- NO APPEARANCE NOTED (South African Airways)
- NO APPEARANCE (Thai Air)
- Catherine Leon, Esq. (Sanfilippo)
- NO APPEARANCE NOTED (Foucault)
- NO APPEARANCE (Graber)
- NO APPEARANCE (Moreau)
- NO APPEARANCE (Packer)
- NO APPEARANCE (McCaffery)

*Not all attorneys in attendance signed in