

215.985.3270 ph
215.985.3271 fax

1604 Locust St
2nd floor
Philadelphia, PA 19103

October 26, 2011

**By ECF and Overnight Delivery**
The Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *In re Air Cargo Shipping Services Antitrust Litigation*, MDL No. 1775

Dear Judge Pohorelsky:

      Plaintiffs respectfully move for leave to file the enclosed letter in response to the letter from Alexander Italianer of the European Commission (ECF No. 1587), which was submitted in connection with Plaintiffs' motion to compel (ECF No. 1486).

      Defendants declined to consent to Plaintiffs' motion for leave to file the enclosed letter.

                                Respectfully submitted,

| | |
|---|---|
| Hollis L. Salzman (HS-5994) | */s/ Brent W. Landau* |
| Jay L. Himes (JH-7714) | Brent W. Landau |
| Gregory S. Asciolla (GA-2222) | Hausfeld LLP |
| Labaton Sucharow LLP | 1604 Locust Street, Second Floor |
| 140 Broadway | Philadelphia, PA 19103 |
| New York, NY 10005 | (215) 985-3273 |
| (212) 907-0700 | |
| | Michael D. Hausfeld |
| Robert N. Kaplan (RK-3100) | William P. Butterfield |
| Gregory K. Arenson (GA-2426) | Hilary K. Scherrer |
| Kaplan Fox & Kilsheimer LLP | Hausfeld LLP |
| 850 Third Avenue, 14th Floor | 1700 K Street, NW, Suite 650 |
| New York, NY 10022 | Washington, DC 20006 |
| (212) 687-1980 | (202) 540-7200 |
| | |
| Gary L. Specks (GS-8767) | Howard J. Sedran |
| Kaplan Fox & Kilsheimer LLP | Austin Cohen |
| 423 Sumac Road | Keith J. Verrier |
| Highland Park, IL 60035 | Levin, Fishbein, Sedran & Berman |
| (847) 831-1585 | 510 Walnut Street |
| | Philadelphia, PA 19106 |
| | (215) 592-1500 |

4814-5590-9133, v. 1