UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | Master File 06-MD-1775 (JG) (VVP) |

### STIPULATION [AND ~~PROPOSED~~ ORDER] REGARDING AN EXTENSION OF TIME FOR PLAINTIFFS TO FILE A RESPONSE TO SINGAPORE DEFENDANTS' FURTHER SUBMISSION REGARDING THE WOW ALLIANCE

WHEREAS the Court set deadlines of October 11, 2011 for Singapore Airlines Cargo Pte Ltd. and Singapore Airlines Limited's ("Singapore Defendants") further submissions regarding the WOW Alliance and October 26, 2011 for Plaintiffs' responses to Singapore Defendants' further submissions (as ordered on October 4, 2011);

WHEREAS counsel for Singapore Defendants and Plaintiffs have been diligently negotiating a stipulation and proposed order regarding the distribution and use of Singapore Defendants' further submission, and finalized said stipulation on October 17, 2011;

WHEREAS Singapore Defendants filed their further submission with the Court under seal and ex parte on October 11, 2011 (Dkt. No. 1586) and served Plaintiffs on October 17, 2011;

WHEREAS all parties have agreed to extend Plaintiffs' Deadline to respond to Singapore Defendants' responses by six (6) days;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned, that:

/

/

The deadline for Plaintiffs to respond to Singapore Defendants' further submission shall be extended until November 1, 2011.

Dated: October 17, 2011

Respectfully submitted,

/s/ William R. Sherman
Margaret M. Zwisler
William R. Sherman
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
(202) 637-2200 (telephone)
(202) 637-2201 (facsimile)
*Counsel for Singapore Airlines Cargo Pte Ltd and Singapore Airlines Limited*

Hollis L. Salzman
Jay L. Himes
Gregory S. Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
(212) 907-0700 (telephone)
*Counsel for Plaintiffs*

/s/ Michael D. Hausfeld
Michael D. Hausfeld
William P. Butterfield
Brent W. Landau
HAUSFELD LLP
1700 K Street, Suite 650
Washington, DC 20006
(202) 540-7200 (telephone)
*Counsel for Plaintiffs*

/s/ Robert N. Kaplan
Robert N. Kaplan
Gregory K. Arenson
Gary L. Specks
KAPLAN FOX & KILSHEIMER, LLP
850 Third Avenue, 14th floor
New York, NY 10022
(212) 687-1980 (telephone)
*Counsel for Plaintiffs*

/s/ Howard J. Sedran
Howard J. Sedran
Austin B. Cohen
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street
Philadelphia, PA 19106
(215) 592-1500 (telephone)
*Counsel for Plaintiffs*

Dated: October 28, 2011

So Ordered

s/ MJ Pohorelsky

Viktor V. Pohorelsky
United States Magistrate Judge

3