**CERTIFICATE OF SERVICE**

I, Melinda R. Coolidge, declare that, on October 28, 2011, I caused true and correct copies of Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel, Plaintiffs' Memorandum of Law in Support of their Motion for Class Certification and Appointment of Class Counsel, the Declaration of Brent W. Landau in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel (with accompanying exhibits), the Declaration of David Brooks, the Declaration of Dr. Robert Tollison (with accompanying exhibits), and the Declaration of James T. McClave, Ph.D. (with accompanying appendices), to be served by agreement of the parties on the following liaison counsel for Defendants by electronic mail:

> Ashley Bauer
> Latham & Watkins LLP
> ashley.bauer@lw.com
>
> Anna Rathburn
> Latham & Watkins LLP
> anna.rathbun@lw.com

> */s/ Melinda R. Coolidge*
> Melinda R. Coolidge