

202.540.7200 ph
202.540.7201 fax

1700 K Street, NW
Suite 650
Washington, DC 20006

Brent W. Landau
215.985.3273
blandau@hausfeldllp.com

October 28, 2011

**By Electronic Case Filing**
**Courtesy Copy by Hand Delivery**

Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East, Room 727S
Brooklyn, NY  11201-1818

      Re:    *In re Air Cargo Shipping Services Antitrust Litigation*, MDL 1775

Dear Judge Pohorelsky:

      Enclosed is a courtesy copy of the following documents, which have been filed electronically:

1. Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel (ECF No. 1599);

2. Plaintiffs' Memorandum of Law in Support of their Motion for Class Certification and Appointment of Class Counsel (ECF No. 1600, filed under seal);

3. Declaration of Brent W. Landau in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel (with accompanying exhibits) (ECF No. 1601, filed under seal);

4. Declaration of David Brooks (ECF No. 1602);

**HAUSFELD**LLP

Honorable Viktor V. Pohorelsky
October 28, 2011
Page 2

    5.    Declaration of Dr. Robert Tollison (with accompanying exhibits) (ECF No. 1603, filed under seal);

    6.    Declaration of James T. McClave, Ph.D. (with accompanying appendices) (ECF No. 1604, filed under seal); and

    7.    Certificate of service (ECF No. 1605).

Respectfully submitted,

*Brent W Landau*

Brent W. Landau

Enclosures

cc:    All Counsel of Record (via ECF)