AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AIR CARGO SHIPPING SERVICES<br><br>ANTITRUST LITIGATION | )<br>)<br>) Case No.   06 MD 1775 (JG)(VVP)<br>)<br>) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Air New Zealand Ltd.

Date:     02/08/2012

*Jean C. Rose*
*Attorney's signature*

Jean Cooper Rose, (JR 9675)
*Printed name and bar number*

Condon & Forsyth LLP
7 Times Square, 18th Floor
New York, NY 10036
*Address*

jrose@condonlaw.com
*E-mail address*

(212) 894-6849
*Telephone number*

(212) 370-4453
*FAX number*