UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | Master File 06-MD-1775 (JG) (VVP)<br><br>THIS DOCUMENT RELATES TO:<br>All Actions |

## CERTIFICATE OF SERVICE

I, Keith J. Verrier, declare that, on February 22, 2012, I caused a true and correct copy of (1) Plaintiffs' Notice of Motion for Preliminary Approval of Settlement with Defendant Salvatore Sanfilippo, (2) the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Settlement with Defendant Salvatore Sanfilippo, (3) the Declaration of Howard J. Sedran in Support of Plaintiffs' Motion for Preliminary Approval of Settlement with Defendant Salvatore Sanfilippo with Exhibits, (4) a Proposed Order on Plaintiffs' Motion for Preliminary Approval of Settlement with Defendant Salvatore Sanfilippo, and (5) this Certificate of Service to be electronically filed with the Court and served upon all counsel of record via the Court's ECF system and served upon the following as indicated:

*Via International Mail*

Jan Lillieborg, *pro se*
Badhusvägen 11
165 71 Hässelby, Sweden

_____
Keith J. Verrier