

Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY 10022
phone 212.687.1980
fax 212.687.7714
email mail@kaplanfox.com
www.kaplanfox.com

March 1, 2012

Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re:   *In re Air Cargo Shipping Services Antitrust Litigation*, 06-MD-1775 (JG)(VVP)

Dear Magistrate Judge Pohorelsky:

This morning Bill Sherman (defendants' liaison counsel) and I told Jim Toritto that the parties request that the March 6 conference before Your Honor be postponed. We were advised that the conference will be postponed, and will be rescheduled for April 16 at 2:30p.m.

Thank you for your consideration of this matter.

Respectfully Yours,

   /s/ *Robert N. Kaplan*
Robert N. Kaplan

Enclosure

cc:     All Counsel of Record (via ECF)

