## CERTIFICATE OF SERVICE

I, Gregory K. Arenson, declare that, on March 5, 2012, I caused true and correct copies of (1) Plaintiffs' Notice of Motion to Authorize Dissemination of Class Notice and Claim Form and to Schedule Fairness Hearing for Final Approval of Proposed Settlements, Application for Attorneys' Fees and Expenses and Approval of Plan of Allocation; (2) Plaintiffs' Memorandum in Support of Motion to Authorize Dissemination of Class Notice and Claim Form and to Schedule Fairness Hearing for Final Approval of Proposed Settlements, Application for Attorneys' Fees and Expenses and Approval of Plan of Allocation; (3) Proposed Order Authorizing Dissemination of Class Notice and Claim Form and Scheduling Hearing for Final Approval of Proposed Settlements, Application for Attorneys' Fees and Expenses and Approval of Plan of Allocation with Exhibits 1-4; and (4) this Certificate of Service to be delivered via the Court's ECF system to all counsel of record; and to the following party via First Class United States Mail, postage pre-paid.

> Jan Lillieborg, *pro se*
> Badhusvägen 11
> 165 71 Hässelby, Sweden

> /s/ *Gregory K. Arenson*
> Gregory K. Arenson