

Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY 10022
phone 212.687.1980
fax 212.687.7714
email mail@kaplanfox.com
www.kaplanfox.com

March 28, 2012

Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re:   *In re Air Cargo Shipping Services Antitrust Litigation*, 06-MD-1775 (JG)(VVP)

Dear Magistrate Judge Pohorelsky:

    We represent the plaintiffs in the above-referenced matter. On April 8, 2011, the Court entered plaintiffs' Request for International Judicial Assistance to Compel Testimony from Moon-ho Song Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil and Commercial Matters (the "Request"). ECF No. 1451. We write to advise the Court that the Request has been reassigned to the Honorable Judge Jin-ih Na of the Seongnam Branch of Suwon District Court in the Republic of Korea. Judge Na has rescheduled Mr. Song's deposition to April 2, 2012, and has imposed a fine of 5 million Korean Won (approximately $ 4426.94 in U.S. Dollars) on Mr. Song for his failure to appear on prior dates. We have had the most recent notice of deposition issued by the Korean district court translated, and are attaching the original and translation here for the Court's records. All parties to this action have been advised of the new date, time and location of Mr. Song's deposition through a re-notice of deposition served by the plaintiffs.

                            Respectfully submitted,

                            /s/ *Robert N. Kaplan*
                            Robert N. Kaplan

Enclosure

cc:   All Counsel of Record (via ECF)