| | |
|---|---|
| Attorney for Petitioner | 51-11 Pureun2 Savings Bank Building 4F<br>Banpo-1-dong, Seocho-Gu, Seoul<br>DW Partners, Attorneys at Law, Attorney Moon Hyun Cho |

 137-041

(Dept. of Civil Request, Single Judge Court #14 (Settlement before trial)
2011-020-4-12-04-02-15-00

# Suwon District Court Seongnam Branch Court

# Notice of Deposition Date

| | |
|---|---|
| Case | 2011RU4   Judicial Assistance (Letters Rogatory) |
| Petitioner | United States |
| Respondent | Moon Ho Song |

Regarding the above case, the witness examination date is confirmed as below. Please appear in court accordingly.

Date  : April 2, 2012, 15:00
Place : Court Room Number 4

March 19, 2012

Assistant Court Clerk        Hak Jae Bae



◇ Attention ◇

1. Please bring your identification when you appear in court and write the case number (2011RU4) on the documents if you have any documents to be submitted regarding this case.

※ Contact information for any inquiries:
  Suwon District Court Seongnam Branch Court   Single Judge Court #14 (Settlement before trial
  Assistant Court Clerk        Hak Jae Bae
  Direct Phone: 031)737-1311
  Fax:                                    Email:

| | |
|---|---|
| 신청인 | 서울 서초구 반포1동 51-11 른2저축은행빌딩4층 |
| 소송대리인 | 법무법인 두우&이우 담당변호사 조문현 |



137-041

2097337- 427927

(민사신청과 14단독(제소전화해)
2011-020-4-12-04-02-15-00



# 수원지방법원 성남지원

## 증거조사기일통지서

| | |
|---|---|
| 사 건 | 2011러4 사법공조(증거조사촉탁) |
| 신 청 인 | 미국 |
| 피 신 청 인 | 송문호 |

위 사건의 증거조사기일이 다음과 같이 지정되었으니 출석하시기 바랍니다.

일 시 : 2012. 4. 2. 15:00

장 소 : 제4호법정

2012. 3. 19.

법원주사보   배 학 재



◇ 유 의 사 항 ◇

1. 출석할 때에는 신분증을 가져오시고, 이 사건에 관하여 제출할 서면이 있는 경우에는 사건번호(2011러4)를 기재하시기 바랍니다.

| ※ 문의사항 연락처 : 수원지방법원 성남지원 | 14단독(제소전화해) | 법원주사보 배학재 |
|---|---|---|
| 직통전화 : 031)737-1311 | | |
| 팩 스 : | e-mail : | |

March 23, 2012

# CERTIFICATE OF ACCURACY

This is to certify that the attached translation, from Korean to English is an accurate translation of the document.

Title of Document: Notice of Deposition

Date of Document: March 19, 2012

I, Jingyung Hur, declare under penalty of perjury that I understand the Korean language and the English language and that, to the best of my knowledge and belief, the statements in the English language in the attached translation have the same meanings as the statements in the Korean language in the original document, a copy of which I have examined.

Jingyung Hur

State of _New York_

County of _New York_

Signed or attested before me on _3/23/12_ (date) by (name[s] of person[s]): _Jing Yung Hur_

(Signature of notarial official)

seal

_Alice Frederique_

Title _Notary_

My commission expires: _8/8/2013_

ALICE FREDERIQUE
Notary Public, State of New York
No. 01FR6131886
Qualified in Queens County
Commission Expires August 8, 2013

ny, ny