**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | 06-MD-1775 (JG) (VVP)<br><br>THIS DOCUMENT RELATES TO:<br>All Actions |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO AUTHORIZE DISTRIBUTION OF THE AIR FRANCE-KLM, SAS, JAL, AMERICAN, ANA, CARGOLUX, QANTAS, AND THAI SETTLEMENT FUNDS**

PLEASE TAKE NOTICE THAT, upon the Declaration of Jennifer M. Keough Re: Air Cargo 2 Settlement Claims Administration, dated April 16, 2012 ("Keough Declaration"), along with its supporting exhibits and the Memorandum in Support of Plaintiffs' Motion to Authorize Distribution of Air France-KLM, SAS, JAL, American, ANA, Cargolux, Qantas, and Thai Settlement Funds, and all other papers and proceedings here, Plaintiffs will move this Court on a date and time to be set by the Court, before the Honorable John Gleeson, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, pursuant to Rule 23 of the Federal Rules of Civil Procedure, to enter an order authorizing the distribution of settlement funds in accordance with Exhibit 3 to the Keough Declaration. Oral argument on this motion, if any, will be held on a date and time set by the Court.

Dated:  April 16, 2012                                             Respectfully submitted,

| | |
|---|---|
| Robert N. Kaplan (RK-3100)<br>Gregory K. Arenson (GA-2426)<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue, 14th Floor<br>New York, NY  10022<br>(212) 687-1980 | Howard J. Sedran<br>Austin B. Cohen<br>LEVIN, FISHBEIN, SEDRAN<br>  & BERMAN<br>510 Walnut Street<br>Philadelphia, PA 19106<br>(215) 592-1500 |
| Gary L. Specks (GS-8767)<br>KAPLAN FOX & KILSHEIMER LLP<br>423 Sumac Road<br>Highland Park, IL 60035<br>(847) 831-1585 | By:   */s/ Howard J. Sedran* |
| By:   */s/ Robert N. Kaplan* | |
| Hollis L. Salzman (HS-5994)<br>Jay L. Himes (JH-7714)<br>Gregory S. Asciolla (GA-2222)<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY  10005<br>(212) 907-0700 | Michael D. Hausfeld<br>Brent W. Landau<br>Hilary K. Scherrer<br>HAUSFELD LLP<br>1700 K Street, N.W., Suite 650<br>Washington, DC  20006<br>(202) 540-7200 |
| By:   */s/ Hollis L. Salzman* | By:   */s/ Michael D. Hausfeld* |

*Class Counsel*

2