UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | 06-MD-1775 (JG) (VVP)<br><br>THIS DOCUMENT RELATES TO:<br>All Actions |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO AUTHORIZE DISTRIBUTION OF ADDITIONAL FUNDS**

PLEASE TAKE NOTICE THAT, upon the Supplemental Declaration of Jennifer M. Keough Re: Air Cargo 2 Settlement Claims Administration, dated May 10, 2012 ("Supplemental Keough Declaration"), along with its supporting exhibit and the Memorandum in Support of Plaintiffs' Motion to Authorize Distribution of Additional Funds, and all other papers and proceedings here, Plaintiffs will move this Court on a date and time to be set by the Court, before the Honorable John Gleeson, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, pursuant to Rule 23 of the Federal Rules of Civil Procedure, to enter an order authorizing the distribution of additional funds in accordance with Exhibit 1 to the Supplemental Keough Declaration.  Oral argument on this motion, if any, will be held on a date and time set by the Court.

| | |
|---|---|
| Dated:  May 10, 2012 | Respectfully submitted, |

Robert N. Kaplan (RK-3100)  
Gregory K. Arenson (GA-2426)  
KAPLAN FOX & KILSHEIMER LLP  
850 Third Avenue, 14th Floor  
New York, NY  10022  
(212) 687-1980  

Gary L. Specks (GS-8767)  
KAPLAN FOX & KILSHEIMER LLP  
423 Sumac Road  
Highland Park, IL 60035  
(847) 831-1585  

By:     /s/ *Robert N. Kaplan*

Hollis L. Salzman (HS-5994)  
Jay L. Himes (JH-7714)  
Gregory S. Asciolla (GA-2222)  
LABATON SUCHAROW LLP  
140 Broadway  
New York, NY  10005  
(212) 907-0700  

By:     /s/ *Hollis L. Salzman*

Howard J. Sedran  
Austin B. Cohen  
LEVIN, FISHBEIN, SEDRAN  
 & BERMAN  
510 Walnut Street  
Philadelphia, PA 19106  
(215) 592-1500  

By:     /s/ *Howard J. Sedran*

Michael D. Hausfeld  
Brent W. Landau  
Hilary K. Scherrer  
HAUSFELD LLP  
1700 K Street, N.W., Suite 650  
Washington, DC  20006  
(202) 540-7200  

By:     /s/ *Michael D. Hausfeld*

*Class Counsel*

4820-2799-3359, v.  1

1