

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | 1625 Eye Street, NW | NEWPORT BEACH |
| BRUSSELS | Washington, D.C. 20006-4001 | NEW YORK |
| CENTURY CITY | | SAN FRANCISCO |
| HONG KONG | TELEPHONE (202) 383-5300 | SHANGHAI |
| JAKARTA† | FACSIMILE (202) 383-5414 | SILICON VALLEY |
| LONDON | www.omm.com | SINGAPORE |
| LOS ANGELES | | TOKYO |

May 25, 2012

OUR FILE NUMBER
033962-002

**BY ECF AND HAND DELIVERY**

WRITER'S DIRECT DIAL
(202) 383-5106

The Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

WRITER'S E-MAIL ADDRESS
isimmons@omm.com

Re:  *In Re Air Cargo Shipping Services Antitrust Litigation,* 06-MD-1775

Dear Magistrate Judge Pohorelsky:

On behalf of Asiana Airlines, Inc., Singapore Airlines Cargo PTE Ltd. and Singapore Airlines Ltd., Cathay Pacific Airways Ltd., EVA Airways Corp., Air India, Air China Ltd. and Air China Cargo Co. Ltd., Air New Zealand Ltd., China Air and Korean Air Lines Ltd., we are filing today via ECF the following materials:

1. Joint Memorandum Of Law In Opposition To Plaintiffs' Motion For Class Certification And Appointment Of Class Counsel by Defendants;

2. Declaration Of Ian Simmons In Support Of Joint Memorandum Of Law In Opposition To Plaintiffs' Motion For Class Certification And Appointment Of Class Counsel and accompanying exhibits; and

3. Declaration of David P. Kaplan and accompanying exhibits.

Two courtesy copies of these materials will be delivered to your chambers.

† In association with Tumbuan & Partners

O'MELVENY & MYERS LLP

The Honorable Viktor V. Pohorelsky, May 25, 2012 - Page 2

     The defendants respectfully request oral argument and an evidentiary hearing in connection with Plaintiffs' Motion for Class Certification and Appointment of Class Counsel.

                           Respectfully submitted,

                           */s/ Ian Simmons*

                           Ian Simmons
                           of O'MELVENY & MYERS LLP

Enclosures

cc:  Robert N. Kaplan
     Michael D. Hausfeld
     Hollis L. Salzman
     Howard J. Sedran
     Harvey Wolkoff
     Robert Brookhiser
     William R. Sherman
     David H. Bamberger
     Chris T. Casamassima
     Jeremy Evans
     George N. Tompkins Jr.
     Michael J. Holland
     James V. Dick
     E. Christopher Murray