# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, NY 10017-5639
Tel: 212.490.3000   Fax: 212.490.3038

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

June 11, 2012

**FILED VIA ECF**

Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201-1818

    Re: *In re Air Cargo Shipping Service Antitrust Litigation* 06-MD-1775

Dear Magistrate Judge Pohorelsky,

    Pursuant to Section I.H of your Honor's Rules of Practice, Defendant Air China Limited d/b/a Air China and Air China Cargo Company Limited d/b/a/ Air China Cargo (collectively hereinafter "Air China") respectfully request an extension of time until the close of business on **Wednesday, June 13, 2012**, to file a response to Plaintiffs' June 4, 2012 Letter Motion, ordering Air China to produce it's 30(b)(6) designee, Jinlin Li, in the United States. Air China requests this extension as counsel will be travelling for several days. In accordance with the Rules of Practice, Air China states as follows:

1. <u>Original Date</u>: Air China's original date to respond to Plaintiffs' motion is June 11, 2012.

2. <u>Number of Previous Requests for Extensions</u>: There have been no previous requests for an extension to respond to Plaintiffs' motion.

3. <u>Adversary's Position</u>: Air China has conferred with Plaintiffs' counsel and Plaintiffs' counsel has consented to the requested extension.

5072083v.1

Honorable Viktor V. Pohorelsky
June 11, 2012
Page 2

Based on the foregoing, Air China respectfully requests that the Court grant its uncontested request and enter the proposed order filed herewith.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

George N. Tompkins, Jr.
George N. Tompkins, III

5072083v.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL. No. 1775 | Master File No. 06-MD-1775 (JG) (VVP) |

## PROPOSED ORDER

The Letter Motion for an extension of time by Defendant Air China Limited d/b/a Air China and Air China Cargo Company Limited d/b/a/ Air China Cargo ("Air China") to file a response to Plaintiffs' June 4, 2012 Letter Motion, ordering Air China to produce it's 30(b)(6) designee, Jinlin Li, in the United States, is hereby **GRANTED.**

It is hereby **ORDERED** that Air China shall file its response to Plaintiffs' Motion on or before June 13, 2012.

SO ORDERED:

_____
Viktor V. Pohorelsky
United States Magistrate Judge

Dated: Brooklyn, NY
       June ___, 2012

5072160v.1

## CERTIFICATE OF SERVICE

I, George N. Tompkins, III, hereby certify that on June 11, 2012, I caused true and correct copies of the foregoing **AIR CHINA LIMITED D/B/A AIR CHINA AND AIR CHINA CARGO COMPANY LIMITED D/B/A/ AIR CHINA CARGO'S CONSENT MOTION FOR AN EXTENSION OF TIME** to be electronically filed with the Court and served upon all counsel of record via the Court's ECF system.

Respectfully,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

George N. Tompkins, Jr.
George N. Tompkins, III