# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, NY 10017-5639
Tel: 212.490.3000   Fax: 212.490.3038

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

June 12, 2012

**BY HAND DELIVERY**

Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201-1818

    Re:  *In re Air Cargo Shipping Service Antitrust Litigation* 06-MD-1775

Dear Magistrate Judge Pohorelsky,

    We represent Air China Limited d/b/a Air China and Air China Cargo Company Limited d/b/a/ Air China Cargo (collectively hereinafter "Air China") in the above litigation and enclose herewith a courtesy copy of Air China's opposition to Plaintiffs' June 4, 2012 Letter Motion seeking to compel the Rule 30(b)(6) deposition of Air China in the United States, which was filed under seal today.

                                         Respectfully yours,

                       WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                           George N. Tompkins, III

Enclosure

cc:    Via Email – All Counsel of Record

5078636v.1