UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | Master File 06-MD-1775 (JG) (VVP)<br><br>THIS DOCUMENT RELATES TO:<br>All Actions |

## CERTIFICATE OF SERVICE

I, Keith J. Verrier, declare that, on June 13, 2012, I caused a true and correct copy of the foregoing Request for an Order Issuing a Letter of Request for International Judicial Assistance to Compel the Testimony of John Cooper along with the attached Request for International Judicial Assistance to Obtain Testimony from John Cooper Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil and Commercial Matters, and this Certificate of Service to be electronically filed with the Court and served upon all counsel of record via the Court's ECF system and served upon the following as indicated:

*Via International Mail*

Jan Lillieborg, *pro se*
Badhusvägen 11
165 71 Hässelby, Sweden

Keith J. Verrier