UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES<br>ANTITRUST LITIGATION<br><br>MDL No. 1775 | 06-MD-1775 (JG) (VVP)<br><br>THIS DOCUMENT RELATES TO:<br>All Actions |

**PLAINTIFFS' NOTICE OF MOTION
FOR AN AWARD OF INTERIM ATTORNEYS' FEES
And INTERIM REIMBURSEMENT OF EXPENSES**

PLEASE TAKE NOTICE THAT, upon the Joint Declaration of Co-Lead Counsel in Support of (1) Final Approval of The Settlement Agreements with British Airways PLC, LAN Airlines, S.A., LAN Cargo, S.A., Aerolinhas Brasileiras, S.A., Malaysia Airlines, South African Airways, Ltd., Saudi Arabian Airlines, Ltd., Emirates, El Al Israel Airlines, Ltd., Air Canada, AC Cargo LP, Salvatore Sanfilippo; (2) The Plan of Allocation, dated June 22, 2012; and (3) Plaintiffs' Counsel's Joint Application for Interim Attorneys' Fees and Reimbursement of Interim Expenses, and the Compendium of Declarations of Plaintiffs' Counsel, the annexed exhibits, the Memorandum in Support of Plaintiffs' Joint Application for Interim Attorneys' Fees and Reimbursement of Interim Expenses and all prior papers and proceedings, Plaintiffs will move this Court, before the Honorable John Gleeson, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, in Courtroom 6C South, on July 27, 2012, at noon, for an order awarding interim attorneys' fees and reimbursement of expenses, and granting such other and further relief as may be appropriate.

Dated: New York, New York
      June 22, 2012

Respectfully submitted,

Robert N. Kaplan (RK-3100)
Gregory K. Arenson (GA-2426)
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY  10022
(212) 687-1980

Hollis L. Salzman (HS-5994)
Jay L. Himes (JH-7714)
Gregory S. Asciolla (GA-2222)
LABATON SUCHAROW LLP
140 Broadway
New York, NY  10005
(212) 907-0700

Gary L. Specks (GS-8767)
KAPLAN FOX & KILSHEIMER LLP
423 Sumac Road
Highland Park, IL 60035
(847) 831-1585

By:    */s/ Hollis L. Salzman*

By:    */s/ Robert N. Kaplan*

Howard J. Sedran
Austin B. Cohen
Keith J. Verrier
LEVIN, FISHBEIN, SEDRAN
 & BERMAN
510 Walnut Street
Philadelphia, PA 19106
(215) 592-1500

Michael D. Hausfeld
William P. Butterfield
Brent W. Landau
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC  20006
(202) 540-7200

By:    */s/ Michael D. Hausfeld*

By:    */s/ Howard J. Sedran*

*Class Counsel*