UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | 06-MD-1775 (JG) (VVP)<br><br>THIS DOCUMENT RELATES TO:<br>All Actions |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENTS WITH DEFENDANTS LAN AIRLINES, S.A., LAN CARGO, S.A., AEROLINHAS BRASILEIRAS, S.A., BRITISH AIRWAYS PLC, SOUTH AFRICAN AIRWAYS LTD., MALAYSIA AIRLINES, SAUDI ARABIAN AIRLINES, LTD., EMIRATES, EL AL ISRAEL AIRLINES LTD., AIR CANADA, AC CARGO LP, AND SALVATORE SANFILIPPO**

PLEASE TAKE NOTICE THAT upon the accompanying Memorandum in Support of Plaintiffs' Motion for Final Approval of Settlements with Defendants Lan Airlines, S.A., Lan Cargo, S.A., Aerolinhas Brasileiras, S.A., British Airways plc, South African Airways Ltd., Malaysia Airlines, Saudi Arabian Airlines, Ltd., Emirates, El Al Israel Airlines Ltd., Air Canada, AC Cargo LP, and Salvatore Sanfilippo, the Joint Declaration of Co-Lead Counsel in Support of (1) Final Approval of the Settlements with Defendants Lan Airlines, S.A., Lan Cargo, S.A., and Aerolinhas Brasileiras, S.A., British Airways, South African Airways Ltd., Malaysia Airlines, Saudi Arabian Airlines, Ltd., Emirates, El Al Israel Airlines Ltd., Air Canada, AC Cargo LP, and Salvatore Sanfilippo; (2) Plaintiffs' Counsel's Joint Application for Interim Attorneys' Fees and Reimbursement of Interim Expenses; and (3) the Plan of Allocation, dated June 22, 2012, and the annexed exhibits, and all prior papers and proceedings, Plaintiffs will and do move this Court, before the Honorable John Gleeson, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, on July 27, 2012 at noon, for an

1

Order directing Final Approval of Settlements with Defendants Lan Airlines, S.A., Lan Cargo, S.A., Aerolinhas Brasileiras, S.A., British Airways plc, South African Airways Ltd., Malaysia Airlines, Saudi Arabian Airlines, Ltd., Emirates, El Al Israel Airlines Ltd., Air Canada, AC Cargo LP, and Salvatore Sanfilippo, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, and granting such other and further relief as may be appropriate.

Dated:  June 22, 2012                                        Respectfully submitted,

| | |
|---|---|
| Robert N. Kaplan (RK-3100)<br>Gregory K. Arenson (GA-2426)<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue, 14th Floor<br>New York, NY  10022<br>(212) 687-1980 | Howard J. Sedran<br>Austin B. Cohen<br>LEVIN, FISHBEIN, SEDRAN<br> & BERMAN<br>510 Walnut Street<br>Philadelphia, PA 19106<br>(215) 592-1500 |
| Gary L. Specks (GS-8767)<br>KAPLAN FOX & KILSHEIMER LLP<br>423 Sumac Road<br>Highland Park, IL 60035<br>(847) 831-1585 | By:   /s/ *Howard J. Sedran* |
| By:    /s/ *Robert N. Kaplan* | |
| Hollis L. Salzman (HS-5994)<br>Jay L. Himes (JH-7714)<br>Gregory S. Asciolla (GA-2222)<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY  10005<br>(212) 907-0700 | Michael D. Hausfeld<br>Brent W. Landau<br>Hilary K. Scherrer<br>HAUSFELD LLP<br>1700 K Street, N.W., Suite 650<br>Washington, DC  20006<br>(202) 540-7200 |
| By:    /s/ *Hollis L. Salzman* | By:    /s/ *Michael D. Hausfeld* |

*Class Counsel*

2