**CIVIL CAUSE FOR CONFERENCE**

Before JUDGE: ___GLEESON___    DATE: 7/27/12    TIME: 12:00 pm — 1:00 pm

Docket Number: 06 MD 1775

TITLE: In Re Air Cargo Shipping Services Antitrust Litigation

Courtroom Deputy: ___Ilene Lee___    CR: ___Anthony Frisolone___

APPEARANCES:

FOR PLAINTIFF: (Please see attached list).

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

FOR DEFENDANT: (Please see attached list).

✓ CASE CALLED.

____ COUNSEL FOR_____NOT PRESENT.

____ STATUS CONFERENCE HELD.      ____ PRE-MOTION CONFERENCE HELD.

____ CASE MARKED READY FOR JURY TRIAL ON_____ @ _____.

____ PARTIES ADVISE THE COURT THAT THE CASE HAS BEEN SETTLED.

____ ALL DISCOVERY TO BE COMPLETED BY_____.

____ _____MOTION TO_____.

BRIEFING SCHEDULE:
Motion due: _____ Opposition/Response due: _____ Replies due: _____

____ ORAL ARGUMENT/MOTION HEARING HELD ___ Motion GRANTED ____ Motion DENIED

____ DECISION RESERVED ____ DECISION READ INTO THE RECORD.

____ DECISION IS TAKEN UNDER SUBMISSION.

—Fairness hearing was held and the Court's decision is reserved.

## ATTORNEY APPEARANCES FOR THE AIR CARGO MDL FAIRNESS HEARING
## 06-MD-1775

**Date:  July 27, 2012**

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| Gregory K. Arenson, Esq. | **Stephen Weissman, Esq.*** |
| **Robert N. Kaplan, Esq.*** | John F. Savarese, Esq. |
| **Brent W. Landau, Esq. *** | **Tom Ensign, Esq.*** |
| Hollis Salzman, Esq. | Amanda F. Davidoff, Esq. |
| Labaton Suhorow, Esq. | James V. Dick, Esq. |
| Howard Sedran, Esq. | **Peter J. Kadzik, Esq.*** |
| | Malcolm Seymour, Esq. |
| | **Eric Stock, Esq.*** |
| | Shahzeb Lari, Esq. |
| | Jean Cooper Rose, Esq. |

**(* attorney that spoke during the hearing)**