# **CERTIFICATE OF SERVICE**

I, Melinda R. Coolidge, declare that, on October 5, 2012, I caused true and correct copies of Plaintiffs' Reply Memorandum of Law in Further Support of their Motion for Class Certification and Appointment of Class Counsel, the Declaration of Brent W. Landau in Further Support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel (with accompanying exhibits), the Reply Declaration of Dr. Robert Tollison (with accompanying exhibits), the Reply Declaration of James T. McClave, Ph.D. (with accompanying appendices), the Declaration of Salil K. Mehra (with accompanying exhibits), and the Declaration of Eric Wittgen, to be served on the following counsel for Defendants by electronic mail:

Margaret M. Zwisler
William R. Sherman
Ashley M. Bauer
Gabrielle Kohlmeir
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
(202) 637-2200 (telephone)
(202) 637-2201 (facsimile)
E-mail: margaret.zwisler@lw.com
    william.sherman@lw.com
    ashley.bauer@lw.com
    gabrielle.kohlmeier@lw.com

*Counsel for Singapore Airlines Cargo Pte Ltd.*
*and Singapore Airlines Limited*

Ian Simmons
Scott M. Hammack
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
(202) 383-5106 (telephone)
(202) 383-5414 (facsimile)
E-mail: isimmons@omm.com
    Scott Hammack (shammack@omm.com)
    Ben Bradshaw (bbradshaw@omm.com)

Angie Wilks (awilks@omm.com)

*Counsel for Asiana Airlines Inc.*

Harvey J. Wolkoff
Maria G. Arlotto
Daniel J. Bennett
ROPES & GRAY, LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199
(617) 951-7000 (telephone)
(617) 951-7050 (facsimile)
E-mail:  harvey.wolkoff@ropesgray.com
          Maria.arlotto@ropesgray.com
          daniel.bennett@ropesgray.com

*Counsel for Atlas Air Worldwide Holdings, Inc.,*
   *Polar Air Cargo LLC and Polar Air Cargo Worldwide, Inc.*

David H. Bamberger
Deana L. Cairo
DLA PIPER LLP (US)
500 Eighth Street, N.W.
Washington, D.C. 20004
(202) 799-4000 (telephone)
(202) 799-5000 (facsimile)
E-mail: david.bamberger@dlapiper.com
         deana.cairo@dlapiper.com

*Counsel for Cathay Pacific Airways Ltd*

Kevin Logue
Barry Sher
Paul Hastings LLP
75 East 55th Street
New York, NY  10022
(212) 318-6085 (telephone)
(212) 230-5185 (facsimile)
E-mail: kevinlogue@paulhastings.com
         barrysher@paulhastings.com
         jeremyevans@paulhastings.com
         -and-
Donald L. Morrow
Paul Hastings LLP
695 Town Center Drive
Seventeenth Floor

Costa Mesa, CA 92626-1924
(714) 668-6291 (telephone)
(714) 668-6391 (facsimile)
E-mail: donaldmorrow@paulhastings.com

*Counsel for Korean Airlines Co., Ltd.*

John R. Fornaciari
Robert M. Disch
Robert J. Brookhiser
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304
(202) 861-1500 (telephone)
(202) 861-1783 (facsimile)
E-mail:  jfornaciari@bakerlaw.com
           rdisch@bakerlaw.com
         rbrookhiser@bakerlaw.com

*Counsel for Nippon Cargo Airlines Co., Ltd.*

George N. Tompkins, Jr.
WILSON ELSER MOSKOWITZ
 EDELMAN & DICKER LLP
150 East 42nd Street
New York, New York 10017
(212) 490-3000 (telephone)
(212) 490-3038 (facsimile)
E-mail:  george.tompkinsiii@wilsonelser.com

*Counsel for Air China Limited*
 *and Air China Cargo Company Limited*

James V. Dick
Kevin M. Blair
SQUIRE, SANDERS *&* DEMPSEY, LLP
1200 19th Street, NW
Suite 300
Washington, D.C. 20036
(202) 626-6600 (telephone)
(202) 626-6780 (facsimile)
E-mail:  jdick@ssd.com
          kevin.blair@squiresanders.com

*Counsel for China Airlines Ltd.*

Michael J. Holland
Jean Cooper Rose
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, NY 10036
(212) 490-9100 (telephone)
(212) 370-4453 (facsimile)
E-mail:  mholland@condonlaw.com
          jrose@condonlaw.com

*Counsel for Air New Zealand Limited*

Christopher T. Casamassima
David I. Horowitz
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
 (213) 680-8374 (Telephone)
 (213) 680-8500 (Facsimile)
Email: chris.casamassima@kirkland.com
        david.horowitz@kirkland.com
        -and-
James H. Mutchnik, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000 (Telephone)
(312) 862-2200 (Facsimile)
Email: james.mutchnik@kirkland.com

*Counsel for EVA Airways Corporation*

Douglas J. Good
E. Christopher Murray
RUSKIN MOSCOU FALTISCHEK, P.C.
East Tower, 15th floor
1425 RXR Plaza
Uniondale, NY 11556
(516) 663-6600 (Telephone)
(516) 663-6601 (Facsimile)
Email: dgood@rmfpc.com
        emurray@rmfpc.com

*Counsel for Air India*

                                    */s/ Melinda R. Coolidge*
                                    Melinda R. Coolidge