

Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY  10022
phone  212.687.1980
fax  212.687.7714
email  mail@kaplanfox.com
www.kaplanfox.com

October 11, 2012

**By Electronic Case Filing**

Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201-1818

    Re:    *In re Air Cargo Shipping Services Antitrust Litigation*, 06-MD-1775 (JG)(VVP)

Dear Magistrate Judge Pohorelsky:

    In accordance with Your Honor's minute entry of September 10, 2012 (ECF No. 1750) and the directions at the conference on September 5, 2012, counsel for the parties have conferred concerning the scheduling of a next status conference at a convenient date in December 2012. That date is December 13, 2012, at 2:00 p.m., and the parties jointly request that this date be placed on Your Honor's calendar.

    Respectfully submitted,

    *Gregory K. Arenson*

    Gregory K. Arenson

cc:    William R. Sherman, Esq. (via e-mail)

