## CERTIFICATE OF SERVICE

      I, Melinda R. Coolidge, declare that, on October 23, 2012, I caused true and correct copies of Plaintiffs' Letter to Magistrate Judge Pohorelsky requesting an order issuing a letter of request for international judicial assistance to permit the testimony of Vasumathi Jayaraman (and accompanying exhibits, including a Letter of Request), to be served on the following counsel for Defendants by electronic mail:

Margaret M. Zwisler
William R. Sherman
Ashley M. Bauer
Gabrielle Kohlmeier
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
(202) 637-2200 (telephone)
(202) 637-2201 (facsimile)
E-mail: margaret.zwisler@lw.com
       william.sherman@lw.com
       ashley.bauer@lw.com
       gabrielle.kohlmeier@lw.com

*Counsel for Singapore Airlines Cargo Pte Ltd.*
*and Singapore Airlines Limited*

Ian Simmons
Scott M. Hammack
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
(202) 383-5106 (telephone)
(202) 383-5414 (facsimile)
E-mail: isimmons@omm.com
       Scott Hammack (shammack@omm.com)
       Ben Bradshaw (bbradshaw@omm.com)
       Angie Wilks (awilks@omm.com)

*Counsel for Asiana Airlines Inc.*

Harvey J. Wolkoff
Maria G. Arlotto
Daniel J. Bennett
ROPES & GRAY, LLP

Prudential Tower
800 Boylston Street
Boston, MA  02199
(617) 951-7000 (telephone)
(617) 951-7050 (facsimile)
E-mail:  harvey.wolkoff@ropesgray.com
            Maria.arlotto@ropesgray.com
            daniel.bennett@ropesgray.com

*Counsel for Atlas Air Worldwide Holdings, Inc.,*
   *Polar Air Cargo LLC and Polar Air Cargo Worldwide, Inc.*

David H. Bamberger
Deana L. Cairo
DLA PIPER LLP (US)
500 Eighth Street, N.W.
Washington, D.C. 20004
(202) 799-4000 (telephone)
(202) 799-5000 (facsimile)
E-mail: david.bamberger@dlapiper.com
          deana.cairo@dlapiper.com

*Counsel for Cathay Pacific Airways Ltd*

Kevin Logue
Barry Sher
Paul Hastings LLP
75 East 55th Street
New York, NY  10022
(212) 318-6085 (telephone)
(212) 230-5185 (facsimile)
E-mail: kevinlogue@paulhastings.com
          barrysher@paulhastings.com
          jeremyevans@paulhastings.com
          -and-
Donald L. Morrow
Paul Hastings LLP
695 Town Center Drive
Seventeenth Floor
Costa Mesa, CA 92626-1924
(714) 668-6291 (telephone)
(714) 668-6391 (facsimile)
E-mail: donaldmorrow@paulhastings.com

*Counsel for Korean Airlines Co., Ltd.*

John R. Fornaciari
Robert M. Disch
Robert J. Brookhiser
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304
(202) 861-1500 (telephone)
(202) 861-1783 (facsimile)
E-mail:  jfornaciari@bakerlaw.com
	rdisch@bakerlaw.com
	rbrookhiser@bakerlaw.com

*Counsel for Nippon Cargo Airlines Co., Ltd.*

George N. Tompkins, Jr.
WILSON ELSER MOSKOWITZ
 EDELMAN & DICKER LLP
150 East 42nd Street
New York, New York 10017
(212) 490-3000 (telephone)
(212) 490-3038 (facsimile)
E-mail:  george.tompkinsiii@wilsonelser.com

*Counsel for Air China Limited
  and Air China Cargo Company Limited*

James V. Dick
Kevin M. Blair
SQUIRE, SANDERS *&* DEMPSEY, LLP
1200 19th Street, NW
Suite 300
Washington, D.C. 20036
(202) 626-6600 (telephone)
(202) 626-6780 (facsimile)
E-mail:  jdick@ssd.com
	kevin.blair@squiresanders.com

*Counsel for China Airlines Ltd.*

Michael J. Holland
Jean Cooper Rose
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, NY 10036
(212) 490-9100 (telephone)
(212) 370-4453 (facsimile)

E-mail:  mholland@condonlaw.com
           jrose@condonlaw.com

*Counsel for Air New Zealand Limited*

Christopher T. Casamassima
David I. Horowitz
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
 (213) 680-8374 (Telephone)
 (213) 680-8500 (Facsimile)
Email: chris.casamassima@kirkland.com
           david.horowitz@kirkland.com
           -and-
James H. Mutchnik, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000 (Telephone)
(312) 862-2200 (Facsimile)
Email: james.mutchnik@kirkland.com

*Counsel for EVA Airways Corporation*

Douglas J. Good
E. Christopher Murray
RUSKIN MOSCOU FALTISCHEK, P.C.
East Tower, 15th floor
1425 RXR Plaza
Uniondale, NY 11556
(516) 663-6600 (Telephone)
(516) 663-6601 (Facsimile)
Email: dgood@rmfpc.com
           emurray@rmfpc.com

*Counsel for Air India*

                                                      */s/ Melinda R. Coolidge*
                                                      Melinda R. Coolidge