UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IN RE

AIR CARGO SHIPPING SERVICES
ANTITRUST LITIGATION

MDL No. 1775

Case No. 06-MD-1775 (JG) (VVP)

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for: **EVA Airways Corporation**.

Dated: November 5, 2012

*/s/ Tammy A. Tsoumas*
Tammy A. Tsoumas (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, California 90071
tammy.tsoumas@kirkland.com
Telephone: (213) 680-8400
Facsimile: (213) 680-8500


James H. Mutchnik, P.C. (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, Illinois 60654
james.mutchnik@kirkland.com
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendant EVA Airways Corporations*