| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | DATE: | 12/13/12 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 2:00 p.m. |
| | | END TIME: | 3:00 p.m. |
| DOCKET NO. | MD–06-1775 | JUDGE: | JG |

CASE NAME:   In re Air Cargo Shipping Services Antitrust Litigation

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Status/Scheduling

APPEARANCES:   Plaintiffs   See annexed list
               Defendants   See annexed list
               Court Reporter   Lisa Schwam

SCHEDULING AND RULINGS:

1. Parties advised of potential dates in April and July/August for evidentiary hearings re class certification.  The parties are urged to advise the court as soon as practicable concerning firm dates for the court to set aside.

2. Hearing held re plaintiffs' request for additional depositions.  The plaintiffs may take up to 40 additional depositions of defendants and 20 of non-parties, not including various depositions itemized in their letter to the court [DE 1780], but are limited to no more than 6 depositions from any single defendant.  The limitations are subject to adjustment for good cause shown, and any deposition may be the subject of a motion for a protective order.  The parties will meet and confer in order to reach agreement concerning the number of additional depositions the defendants are entitled to conduct.

3. The next conference will be held on **March 13, 2013 at 2:00 p.m.**

# AIR CARGO ANTITRUST LITIGATION: APPEARANCE LIST*

Plaintiffs:
    Robert Kaplan, Esq.
    Gregory Arenson, Esq.
    Gary Specks, Esq.
    Howard Sedran, Esq.
    Brent Landau, Esq.
    Hollis Salzman, Esq.

Defendants:
    NO APPEARANCE NOTED (Air Canada)
    George Tompkins, Esq. ( Air China/Air China Cargo)
    NO APPEARANCE NOTED (Air France)
    Christopher Murray, Esq. (Air India)
    Mike Holland, Esq. (Air New Zealand)
    NO APPEARANCE NOTED (All Nippon Airways)
    Ian Simmons, Scott Hammack, Esqs. (Asiana)
    NO APPEARANCE NOTED (British Air)
    NO APPEARANCE NOTED (Cargolux)
    David H. Bamberger, ESq. (Cathay Pacific Airways, Ltd.)
    James V. Dick, Esq. (China Airlines and Lan Cargo)
    NO APPEARANCE NOTED (El Al)
    NO APPEARANCE NOTED (Emirates)
    James Mutchnik, Esq. (EVA Airways)
    NO APPEARANCE NOTED (Korean Air)
    NO APPEARANCE NOTED (Malaysia Air)
    NO APPEARANCE NOTED (Martinair)
    Jeremy Kam, Esq. (Nippon Cargo)
    NO APPEARANCE NOTED (Polar/Atlas)
    NO APPEARANCE NOTED (Qantas)
    NO APPEARANCE NOTED (Saudi Arabian Airlines)
    NO APPEARANCE NOTED (Scandinavian)
    William Sherman, Esq. (Singapore Airlines & Air Cargo)
    NO APPEARANCE NOTED (South African Airways)
    NO APPEARANCE (Thai Air)
    NO APPEARANCE NOTED  (Sanfilippo)
    NO APPEARANCE NOTED (Foucault)
    NO APPEARANCE (Graber)
    NO APPEARANCE (Moreau)
    NO APPEARANCE (Packer)
    NO APPEARANCE (McCaffery)

*Not all attorneys in attendance may have signed in; attendance by attorneys not representing parties arguing motions were excused.