UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | Master File 06-MD-1775 (JG) (VVP)<br><br>THIS DOCUMENT RELATES TO:<br>All Actions |

### CERTIFICATE OF SERVICE

I, Keith J. Verrier, declare that, on January 23, 2013, I caused a true and correct copy of the foregoing Request for an Order Issuing a Letter of Request for International Judicial Assistance to Obtain the Testimony of John Cooper, along with all exhibits not filed under seal, and this Certificate of Service to be electronically filed with the Court and served upon all counsel of record via the Court's ECF system and served upon the following as indicated:

*Via International Mail*

Jan Lillieborg, *pro se*
Badhusvägen 11
165 71 Hässelby, Sweden

Keith J. Verrier