# LEVIN, FISHBEIN, SEDRAN & BERMAN

*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN *
MICHAEL M. WEINKOWITZ * †
CHARLES C. SWEEDLER *
MATTHEW C. GAUGHAN * †
KEITH J. VERRIER *
BRIAN F. FOX

\* also admitted in New Jersey
† also admitted in New York

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

OF COUNSEL:
SANDRA L. DUGGAN

January 23, 2013

### *Via Hand Delivery*

The Honorable Viktor V. Pohorelsky
United States Magistrate Judge
U.S. District Court - Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re:   **Air Cargo Shipping Services Antitrust Litigation, 06-MD-1775**

Dear Magistrate Judge Pohorelsky:

We represent Plaintiffs in the above-referenced litigation. Enclosed please find courtesy copies of (1) Plaintiffs' Request for an Order Issuing a Letter of Request for International Judicial Assistance to Obtain the Testimony of John Cooper pursuant to the *Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*, 23 U.S.T. 2555, 847 U.N.T.S. 231, with all exhibits, (2) a Certificate of Service for documents not filed under seal, (3) a Certificate of Service for documents filed under seal, and (4) an Amended Certificate of Service for documents filed under seal. All of these documents were filed electronically with the Court today.

Respectfully submitted,

Keith J. Verrier

Enclosures

cc:   All counsel of record via ECF
      Jan Lillieborg, *pro se* (w/o documents filed under seal)