# LEVIN, FISHBEIN, SEDRAN & BERMAN
*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN *
MICHAEL M. WEINKOWITZ * †
CHARLES C. SWEEDLER *
MATTHEW C. GAUGHAN * †
KEITH J. VERRIER *
BRIAN F. FOX

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

OF COUNSEL:
SANDRA L. DUGGAN
STEWART M. WELTMAN **

\* also admitted in New Jersey
† also admitted in New York
\*\* admitted in Illinois only

March 7, 2013

**<u>VIA HAND DELIVERY</u>**

The Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re:   *<u>In re Air Cargo Shipping Services Antitrust Litigation</u>*<u>, 06-MD-1775</u>

Dear Judge Pohorelsky:

  We represent Plaintiffs in the above-referenced litigation. Enclosed please find courtesy copies of (1) Plaintiffs' Letter Motion to Require Air New Zealand to Produce Trial Documents and Witness Affidavits from the Price-Fixing Proceeding Between the Australian Competition and Consumer Commission and Air New Zealand with all exhibits, (2) a Certificate of Service for documents not filed under seal, and (3) a Certificate of Service for documents filed under seal. All of these documents were filed electronically with the Court today.

Respectfully submitted,

Keith J. Verrier

Enclosures

cc: All Counsel via ECF
   Jan Lillieborg, *pro se* (w/o documents filed under seal)