UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
N RE: AIR CARGO SHIPPING SERVICES        :
       ANTITRUST LITIGATION              :   MDL No. 1775
                                         :
THIS DOCUMENT RELATES TO:                :   Master File 06-MD-1775 (JG)(VVP)
ALL ACTIONS                              :
                                         :
                                         :
----------------------------------------x

## [~~PROPOSED~~] FIFTH STIPULATED REVISED DISCOVERY AND CLASS CERTIFICATION BRIEFING SCHEDULE

| | |
|---|---|
| October 8, 2012 | Fact depositions resume. No party may rely upon or cite any of the testimony in connection with the motion for class certification or any further papers with respect thereto. |
| October 16, 2012 | First date by which Plaintiffs make their class certification reply experts available for deposition – deposition dates to be agreed upon by the parties. |
| November 15, 2012 or sooner | Parties meet and confer regarding the total number of additional fact depositions to be taken, with any disagreement to be presented to the Court in December 2012. |
| December 21, 2012 | Deadline for any deposition of Professor Mehra. |
| March 22, 2013 | Deadline for any depositions of Drs. Tollison and McClave, and Eric Wittgen, limited to the subject of their reply declarations, including how those declarations relate to any earlier declarations and class certification. No further expert depositions will be permitted. |
| April 22, 2013 | Parties file Daubert motions, if any, together with any supporting expert declarations. Defendants may also file a single sur-reply brief of not more than 25 pages, as well as further expert reports responding to Plaintiffs' reply briefs and expert declarations in support thereof. Other than with respect to the Daubert motions (if filed), no further briefing on class certification will be permitted. |

| IF NO DAUBERT MOTIONS ARE FILED | IF DAUBERT MOTIONS ARE FILED |
|---|---|
| May 20, 2013 or later: The Court shall hold an evidentiary hearing (2 days) with respect to Plaintiffs' motion for class certification. Witnesses shall be limited to experts who have submitted declarations. | July 22, 2013: Parties file any opposition to Daubert motions, together with any supporting expert declarations. |
| | September 11, 2013: Parties may file replies in support of Daubert motions, together with any supporting expert declarations. No further briefing on Daubert motions will be permitted. |
| | October 7, 2013 or later: The Court shall hold an evidentiary hearing (2 days) with respect to Plaintiffs' motion for class certification and any Daubert motions. Witnesses shall be limited to experts who have submitted declarations. |
| December 31, 2013: | End of fact discovery. |

Dated: March 1, 2013

Respectfully submitted,

/s/ *George N. Tompkins, Jr.*
George N. Tompkins, Jr.
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
150 East 42nd Street
212 490 3000 (telephone)
212 490 3038 (facsimile)

*Counsel for Air China Limited and Air China Cargo Company Limited*

/s/ *E. Christopher Murray*
E. Christopher Murray
Thomas A. Telesca
RUSKIN MOSCOU FALTISCHEK
1425 RXR Plaza
14th Floor, East Tower
Uniondale, NY 11556
(516) 663-6600 (telephone)

*Counsel for Air India*

/s/ *Michael J. Holland*
Michael J. Holland
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, NY 10036
212 490 9100 (telephone)
212 370 4453 (facsimile)

*Counsel for Air New Zealand Limited*

2

/s/ *Ian Simmons*
Ian Simmons
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
(202) 383-5106 (telephone)
(202) 383-5414 (facsimile)

*Counsel for Asiana Airlines Inc.*

/s/ *James V. Dick*
James V. Dick
SQUIRE SANDERS (US) LLP
1200 19th Street, NW
Suite 300
Washington, D.C. 20036
(202) 626-6600 (telephone)
(202) 626-6780 (facsimile)

*Counsel for China Airlines, Ltd.*

/s/ *William R. Sherman*
William R. Sherman
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
(202) 637-2200 (telephone)
(202) 637-2201 (facsimile)

Ashley M. Bauer
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
(415) 391-0600 (telephone)

*Counsel for Singapore Airlines Cargo Pte Ltd and Singapore Airlines Limited*

/s/ *David H. Bamberger*
David H. Bamberger
Deana L. Cairo
DLA PIPER LLP (US)
500 Eighth Street, N.W.
Washington, D.C. 20004
(202) 799-4000 (telephone)
(202) 799-5000 (facsimile)

*Counsel for Cathay Pacific Airways Ltd.*

/s/ *Barry G. Sher*
Barry G. Sher
Kevin C. Logue
PAUL, HASTINGS, JANOFSKY
  & WALKER LLP
75 East 55th Street, First Floor
New York, NY 10022
(212) 318-6000 (telephone)
(212) 319-4090 (facsimile)

*Counsel for Korean Airlines Co., Ltd.*

/s/ *Tammy Tsoumas*
Tammy Tsoumas
David I. Horowitz
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
(213) 680-8400 (telephone)
(212) 680-8500 (facsimile)

*Counsel for Defendant EVA Airways Corporation*

3

*s/ Harvey J. Wolkoff*
Harvey J. Wolkoff
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199
(617) 951-7000 (telephone)

*Counsel for Atlas Air Worldwide Holdings, Inc., Polar Air Cargo, LLC, and Polar Air Cargo Worldwide, Inc.*

*/s/ Michael D. Hausfeld*
Michael D. Hausfeld
William P. Butterfield
Brent W. Landau
HAUSFELD LLP
1700 K Street, Suite 650
Washington, DC 20006
(202) 540-7200 (telephone)

*Counsel for Plaintiffs*

*/s/ Hollis L. Salzman*
Hollis L. Salzman
ROBINS, KAPLAN, MILLER & CIRESI LLP
601 Lexington Avenue, Suite 3400
New York, NY 10022
(212) 980-7400 (telephone)

*Counsel for Plaintiffs*

Dated: March 6, 2013

*/s/ John R. Fornaciari*
John R. Fornaciari
Robert M. Disch
BAKER & HOSTETLER LLP
1050 Connecticut Ave., NW
Suite 1100
Washington, DC 20036
(202) 861-1612 (telephone)

*Counsel for Nippon Cargo Airlines Co., Ltd.*

*/s/ Robert N. Kaplan*
Robert N. Kaplan
Gregory K. Arenson
Gary L. Specks
KAPLAN FOX & KILSHEIMER, LLP
850 Third Avenue, 14th floor
New York, NY 10022
(212) 687-1980 (telephone)

*Counsel for Plaintiffs*

*/s/ Howard J. Sedran*
Howard J. Sedran
Austin B. Cohen
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street
Philadelphia, PA 19106
(215) 592-1500 (telephone)

*Counsel for Plaintiffs*

So Ordered
s/Viktor Pohorelsky

Viktor V. Pohorelsky
United States Magistrate Judge

4