**William R. Sherman**
Direct Dial: +1.202.637.1094
william.sherman@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Moscow |
| Barcelona | Munich |
| Beijing | New Jersey |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Doha | Riyadh |
| Dubai | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

# LATHAM & WATKINS LLP

April 19, 2013

**BY ELECTRONIC CASE FILING**

Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201-1818

Re:   In re Air Cargo Shipping Services Antitrust Litigation, MDL 1775

Dear Magistrate Judge Pohorelsky:

Due to the ongoing situation in Boston, Defendants respectfully request a one-day extension to Tuesday, April 23 to file any briefs and supporting expert declarations currently due on Monday, April 22 [*See* Fifth Stipulated Revised Discovery And Class Certification Briefing Schedule, ECF No. 1816]. Much of the expert work supporting the reply declaration of David Kaplan is being completed in Boston, and there are defense counsel located there as well. Plaintiffs have consented to the extension.

The requested extension will not affect any of the other deadlines in the Fifth Stipulated Revised Discovery And Class Certification Briefing Schedule.

Respectfully submitted,

*/s/ William R. Sherman*

William R. Sherman
of LATHAM & WATKINS LLP
On Behalf of All Defendants

cc:   All Counsel of Record (via ECF)

## **CERTIFICATE OF SERVICE**

I, William R. Sherman, certify that on April 19, 2013 I caused a true and correct copy of the foregoing to be served via the Court's ECF system upon all counsel registered for ECF in this case.

                                                */s/ William R. Sherman*
                                                William R. Sherman
                                                LATHAM & WATKINS LLP
                                                555 Eleventh Street NW, Suite 1000
                                                Washington, DC 20004