UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775<br><br>This Document Relates To:<br>ALL ACTIONS | )<br>)<br>)<br>)   06-MD-1775 (JG) (VVP)<br>)<br>)<br>) |

### NOTICE OF MOTION TO ADMIT KENNETH R. O'ROURKE AS COUNSEL
### *PRO HAC VICE*

PLEASE TAKE NOTICE that upon the annexed affidavit of Kenneth R. O'Rourke in support of this motion and the Certificate of Good Standing annexed thereto, Defendant Asiana Airlines, Inc. will move this Court before the Honorable Victor V. Pohorelsky at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Kenneth R. O'Rourke, a member of the firm of O'Melveny & Myers LLP and a member in good standing of the Bar of the State of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully submitted,

Dated: 5/6/13

Kenneth R. O'Rourke
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071-2899
korourke@omm.com
(213) 430-6000