# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

IN RE AIR CARGO SHIPPING
SERVICES ANTITRUST LITIGATION

MDL No. 1775

Master File 06-MD-1775 (JG) (VVP)

**STIPULATION AND ~~[PROPOSED]~~**
**ORDER**



The parties have met and conferred regarding the procedure for resolving the class

certification and *Daubert* motions and the hearing scheduled for October ~~16-17~~, [ 30 £3[ and *Nov. 1* ] 2013 (hereafter,

"the hearing"). The parties jointly propose the following, subject to the Court's approval:

1. There will be no depositions of experts submitting declarations regarding the *Daubert*

motions (*i.e.*, Gordon Rausser for Plaintiffs and rebuttal expert(s) (if any) presented by

Defendants in opposition to the *Daubert* motions) (collectively, "*Daubert* experts").

2. There will be no live expert testimony by those *Daubert* experts at the hearing.

3. *Daubert* issues at the hearing will be addressed in arguments by counsel at the end of

the hearing, after all testimony and arguments regarding class certification have been completed.

4. The hearing will proceed as follows:

First, on Class Certification:

- Opening statements of counsel, not to exceed 45 minutes per side;

- Testimony of Plaintiffs' class certification experts, Robert D. Tollison and James T.

McClave, followed by cross examination;

- Testimony of Defendants' class certification experts – David P. Kaplan, Michelle Burtis,

and Frederick R. Warren-Boulton (or any subset thereof) – followed by cross examination;

- Arguments of counsel on the class certification motion.

Then, with respect to the *Daubert* motions, arguments of counsel only.

5. The parties agree that at least some part of a third day probably will be necessary for completion of the arguments, and therefore request that the Court reserve October 18 (assuming that day is available on the Court's schedule).

Respectfully submitted this 7th_ day of June, 2013.

| | |
|---|---|
| *s/ Michael D. Hausfeld* | */s/ William R. Sherman* |
| Michael D. Hausfeld | William R. Sherman |
| William P. Butterfield | Margaret M. Zwisler |
| Brent W. Landau | LATHAM & WATKINS LLP |
| HAUSFELD LLP | 555 Eleventh Street, N.W., Suite 1000 |
| 1700 K Street, Suite 650 | Washington, D.C. 20004 |
| Washington, DC 20006 | (202) 637-2200 (telephone) |
| (202) 540-7200 (telephone) | (202) 637-2201 (facsimile) |
| | |
| *Counsel for Plaintiffs* | Ashley M. Bauer |
| | LATHAM & WATKINS LLP |
| | 505 Montgomery Street, Suite 2000 |
| | San Francisco, California 94111 |
| | (415) 391-0600 (telephone) |
| | |
| | *Counsel for Singapore Airlines Cargo Pte Ltd* |
| | *and Singapore Airlines Limited* |
| | |
| */s/ Robert N. Kaplan* | *s/ Harvey J. Wolkoff* |
| Robert N. Kaplan | Harvey J. Wolkoff |
| Gregory K. Arenson | Ropes & Gray LLP |
| Gary L. Specks | Prudential Tower |
| KAPLAN FOX & KILSHEIMER, LLP | 800 Boylston Street |
| 850 Third Avenue, 14th floor | Boston, Massachusetts 02199 |
| New York, NY 10022 | (617) 951-7000 (telephone) |
| (212) 687-1980 (telephone) | |
| | *Counsel for Atlas Air Worldwide Holdings,* |
| *Counsel for Plaintiffs* | *Inc., Polar Air Cargo, LLC, and Polar Air* |
| | *Cargo Worldwide, Inc.* |

2

/s/ Hollis L. Salzman
Hollis L. Salzman
ROBINS, KAPLAN, MILLER  & CIRESI LLP
601 Lexington Avenue, Suite 3400
New York, NY 10022
(212) 980-7400 (telephone)

*Counsel for Plaintiffs*


/s/ Howard J. Sedran
Howard J. Sedran
Austin B. Cohen
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street
Philadelphia, PA 19106
(215) 592-1500 (telephone)

*Counsel for Plaintiffs*


/s/ Jay Himes
Jay Himes
Gregory Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
(212) 907-0700
Email: jhimes@labaton.com
          gasciolla@labaton.com

*Counsel for Plaintiffs*


/s/ George N. Tompkins, Jr.
George N. Tompkins, Jr.
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
150 East 42nd Street
212 490 3000 (telephone)
212 490 3038 (facsimile)

*Counsel for Air China Limited and Air China
Cargo Company Limited*


/s/ Michael J. Holland
Michael J. Holland
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, NY 10036
212 490 9100 (telephone)
212 370 4453 (facsimile)

Roscoe C. Howard, Jr.
ANDREWS KURTH LLP
1350 I Street, NW, Suite 1100
Washington, DC 20005
202.662.2750 (telephone)

*Counsel for Air New Zealand Limited*


/s/ David H. Bamberger
David H. Bamberger
Deana L. Cairo
DLA PIPER LLP (US)
500 Eighth Street, N.W.
Washington, D.C. 20004
(202) 799-4000 (telephone)
(202) 799-5000 (facsimile)

*Counsel for Cathay Pacific Airways Ltd.*


3

/s/ Barry G. Sher
Barry G. Sher
Kevin C. Logue
PAUL, HASTINGS LLP
75 East 55th Street, First Floor
New York, NY 10022
(212) 318-6000 (telephone)
(212) 319-4090 (facsimile)

*Counsel for Korean Airlines Co., Ltd.*

/s/ Tammy Tsoumas
Tammy Tsoumas
David I. Horowitz
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
(213) 680-8400 (telephone)
(212) 680-8500 (facsimile)

*Counsel for Defendant EVA Airways
Corporation*

/s/ John R. Fornaciari
John R. Fornaciari
Robert M. Disch
BAKER & HOSTETLER LLP
1050 Connecticut Ave., NW
Suite 1100
Washington, DC 20036
(202) 861-1612 (telephone)

*Counsel for Nippon Cargo Airlines Co., Ltd.*

4

BR\299662.1

*s/ E. Christopher Murray*
E. Christopher Murray
Thomas A. Telesca
RUSKIN MOSCOU FALTISCHEK
1425 RXR Plaza
14th Floor, East Tower
Uniondale, NY 11556
(516) 663-6600 (telephone)

*Counsel for Air India*


*/s/ James V. Dick*
James V. Dick
SQUIRE SANDERS (US) LLP
1200 19th Street, NW
Suite 300
Washington, D.C. 20036
(202) 626-6600 (telephone)
(202) 626-6780 (facsimile)

*Counsel for China Airlines, Ltd.*


*/s/ Ian Simmons*
Ian Simmons
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
(202) 383-5106 (telephone)
(202) 383-5414 (facsimile)

*Counsel for Asiana Airlines Inc.*


IT IS SO ORDERED:

Date: June 10, 2013

_____
Viktor V. Pohorelsky
United States Magistrate Judge

5