**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | 06-MD-1775 (JG) (VVP)<br><br>THIS DOCUMENT RELATES TO:<br>All Actions |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO AUTHORIZE DISTRIBUTION OF THE AIR CARGO 3 SETTLEMENT FUND**

PLEASE TAKE NOTICE THAT, upon the Declaration of Jennifer M. Keough Re: Air Cargo 3 Settlement Claims Administration, dated August 22, 2013 ("Keough Declaration"), along with its supporting exhibits and the Memorandum in Support of Plaintiffs' Motion to Authorize Distribution of the Air Cargo 3 Settlement Fund, and all other papers and proceedings here, Plaintiffs will move this Court on a date and time to be set by the Court, before the Honorable John Gleeson, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, pursuant to Rule 23 of the Federal Rules of Civil Procedure, to enter an order (1) authorizing certain funds to be paid to The Garden City Group for notice, administration, and tax preparation costs, and (2) authorizing the distribution of settlement funds in accordance with Exhibit 3 to the Keough Declaration.  Oral argument on this motion, if any, will be held on a date and time set by the Court.

Dated:  August 23, 2013    Respectfully submitted,

By:  */s/ Robert N. Kaplan*    By:  */s/ Michael D. Hausfeld*

Robert N. Kaplan (RK-3100)    Michael D. Hausfeld
Gregory K. Arenson (GA-2426)    Hilary K. Scherrer
KAPLAN FOX & KILSHEIMER LLP    HAUSFELD LLP
850 Third Avenue, 14th Floor    1700 K Street, N.W., Suite 650
New York, NY  10022    Washington, DC  20006
(212) 687-1980    (202) 540-7200

Gary L. Specks (GS-8767)    Brent W. Landau
KAPLAN FOX & KILSHEIMER LLP    HAUSFELD LLP
423 Sumac Road    1604 Locust St, 2nd floor
Highland Park, IL 60035    Philadelphia, PA 19103
(847) 831-1585    (215) 985-3270

By:   */s/ Hollis L. Salzman*    By:  */s/ Howard J. Sedran*

Hollis L. Salzman (HS-5994)    Howard J. Sedran
ROBINS, KAPLAN, MILLER & CIRESI, LLP    Austin B. Cohen
601 Lexington Avenue, Suite 3400    LEVIN, FISHBEIN, SEDRAN
New York, NY  10022     & BERMAN
(212) 980-7400    510 Walnut Street
    Philadelphia, PA 19106
    (215) 592-1500

*Interim Co-Lead Counsel*