**Margaret M. Zwisler**
Direct Dial: 202-637-1092
margaret.zwisler@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Milan |
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New Jersey |
| Brussels | New York |
| Chicago | Orange County |
| Doha | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

August 26, 2013

Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:     *In re Air Cargo Shipping Services Litigation*, 06-MD-1775 (JG)(VVP)

Dear Magistrate Judge Pohorelsky:

On behalf of undersigned defendants, please find enclosed a copy of the United States Court of Appeals for the District of Columbia Circuit's August 9, 2013 decision in *In re Rail Freight Fuel Surcharge Antitrust Litigation*, No. 12-7085 (D.C. Cir. August 9, 2013).

Plaintiffs relied heavily on the decision below, *In re Rail Freight Surcharge Antitrust Litig.*, No. 07-489, 2012 WL 4127623 (D.D.C. Sept. 20, 2012), in their Reply Memorandum of Law in Further Support of Their Motion for Class Certification and Appointment of Class Counsel (see, for example, Table of Authorities, describing the lower court's opinion as cited "passim") (ECF No. 1753).  However, the D.C. Circuit has now vacated the district court's class certification decision and remanded the case for further consideration.

The D.C. Circuit's opinion is supplemental authority pertinent to the following issues that defendants raised in their Joint Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Counsel (ECF No. 1689) and Defendants' Joint Sur-Reply in Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Counsel (ECF No. 1845):

1. Whether plaintiffs' methodology constitutes reliable common proof of impact to the class when it cannot accommodate evidence that some class members did not pay overcharges as a result of the alleged conspiracy and thus generates "false positives";

2. Whether plaintiffs' damages model that assigns the same overcharge to all class members in the face of admissions of plaintiffs' experts that the amount of the

LATHAM&WATKINS LLP

allegedly conspiratorial imposed surcharges varies can constitute reliable common evidence of damages to the class.

Respectfully submitted,

/s/ Margaret. M. Zwisler
Margaret M. Zwisler
William R. Sherman
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
(202) 637-2200 (telephone)
(202) 637-2201 (facsimile)

Ashley M. Bauer
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
(415) 391-0600 (telephone)

*Counsel for Singapore Airlines Cargo Pte Ltd and Singapore Airlines Limited*

/s/ Ian Simmons
Ian Simmons
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
(202) 383-5106 (telephone)
(202) 383-5414 (facsimile)

*Counsel for Asiana Airlines Inc.*

/s/ George N. Tompkins, Jr.
George N. Tompkins, Jr.
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
150 East 42nd Street
212 490 3000 (telephone)
212 490 3038 (facsimile)

*Counsel for Air China Limited and Air China Cargo Company Limited*

LATHAM&WATKINS LLP

/s/ Michael J. Holland
Michael J. Holland
CONDON & FORSYTH LLP
7 Times Square, 18th Floor
New York, NY 10036
212 490 9100 (telephone)
212 370 4453 (facsimile)

Roscoe C. Howard, Jr.
ANDREWS KURTH LLP
1350 I Street, NW, Suite 1100
Washington, DC 20005
202.662.2750 (telephone)

*Counsel for Air New Zealand Limited*

/s/ David H. Bamberger
David H. Bamberger
Deana L. Cairo
DLA PIPER LLP (US)
500 Eighth Street, N.W.
Washington, D.C. 20004
(202) 799-4000 (telephone)
(202) 799-5000 (facsimile)

*Counsel for Cathay Pacific Airways Ltd.*

/s/ Barry G. Sher
Barry G. Sher
Kevin C. Logue
PAUL, HASTINGS LLP
75 East 55th Street, First Floor
New York, NY  10022
(212) 318-6000 (telephone)
(212) 319-4090 (facsimile)

*Counsel for Korean Airlines Co., Ltd.*

LATHAM&WATKINS LLP

/s/ Tammy Tsoumas
Tammy Tsoumas
David I. Horowitz
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA  90071
(213) 680-8400 (telephone)
(212) 680-8500 (facsimile)

*Counsel for Defendant EVA Airways Corporation*


s/ E. Christopher Murray
E. Christopher Murray
Thomas A. Telesca
RUSKIN MOSCOU FALTISCHEK
1425 RXR Plaza
14th Floor, East Tower
Uniondale, NY  11556
(516) 663-6600 (telephone)

*Counsel for Air India*


/s/ James V. Dick
James V. Dick
SQUIRE SANDERS (US) LLP
1200 19th Street, NW
Suite 300
Washington, D.C. 20036
(202) 626-6600 (telephone)
(202) 626-6780 (facsimile)

*Counsel for China Airlines, Ltd.*

LATHAM&WATKINS LLP

/s/ Harvey Wolkoff
Harvey Wolkoff
ROPES & GRAY LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600
Tel:   (617) 951-7522
Fax:   (617) 235-0224

*Attorneys for Defendants
Atlas Air Worldwide Holdings, Inc.,
Polar Air Cargo, LLC, and
Polar Air Cargo Worldwide, Inc.*

/s/ John R. Fornaciari
John R. Fornaciari
Robert M. Disch
BAKER HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304
(202) 861-1500 (telephone)
(202) 861-1783 (facsimile)

*Attorneys for Defendant
Nippon Cargo Airlines, Ltd.*

LATHAM&WATKINS LLP

# CERTIFICATE OF SERVICE

      I, Margaret M. Zwisler, certify that on August 26, 2013 I caused a true and correct copy of the foregoing to be served via the Court's ECF system upon all counsel registered for ECF in this case.

                    */s/ Margaret M. Zwisler*
                    Margaret M. Zwisler
                    LATHAM & WATKINS LLP
                    555 Eleventh Street NW, Suite 1000
                    Washington, DC 20004

Case 1:06-md-01775-JG-VVP   Document 1897   Filed 08/26/13   Page 6 of 6 PageID #: 53645

LATHAM&WATKINS LLP