

Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY  10022
phone  212.687.1980
fax  212.687.7714
email  mail@kaplanfox.com
www.kaplanfox.com

September 17, 2013

Courtesy Copy by Hand Delivery

Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201-1818

     Re:    *In re Air Cargo Shipping Services Antitrust Litigation*, 06-MD-1775 (JG)(VVP)

Dear Magistrate Judge Pohorelsky:

     As discussed with Jim Toritto, this will confirm that all parties wish to cancel the Status Conference scheduled before Your Honor tomorrow at 2:00 p.m.  This request is on consent of all parties.

     Thank you.

                           Respectfully submitted,

                           Robert N. Kaplan

RNK:cv

cc:    All Counsel of Record (via ECF)

