UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------x
IN RE

AIR CARGO SHIPPING SERVICES
ANTITRUST LITIGATION

MDL No. 1775

**NOTICE OF APPEARANCE**

MASTER FILE 06-md-1775
(JG)(VVP)

**ALL CASES**

------------------------------x

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant NATIONAL AVIATION COMPANY OF INDIA d/b/a AIR INDIA, sued here as AIR INDIA in the above-entitled proceeding and requests that a copy of all notices and other papers in this proceeding be served at the address given below.

Dated: Uniondale, New York
       September 18, 2013

Respectfully submitted,

**RUSKIN MOSCOU FALTISCHEK, P.C.**

By: *Natasha A. Moskvina*
Natasha A. Moskvina
*Attorney for Defendant National Aviation Company of India d/b/a Air India*
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, New York 11556
(516) 663-6600
nmoskvina@rmfpc.com