# EXHIBIT "D"

# LEVIN, FISHBEIN, SEDRAN & BERMAN

*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN *
MICHAEL M. WEINKOWITZ * †
CHARLES C. SWEEDLER *
MATTHEW C. GAUGHAN * †
KEITH J. VERRIER *
BRIAN F. FOX

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

OF COUNSEL:
SANDRA L. DUGGAN
STEWART M. WELTMAN **

* also admitted in New Jersey
† also admitted in New York
** admitted in Illinois only

September 30, 2013

**Via E-Mail and U.S. Mail**

William R. Sherman, Esq.
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004

Re:    *In re Air Cargo Shipping Services Antitrust Litigation*, MDL No. 1775

Dear Bill:

You have not responded to my letter of September 13, 2013, attached hereto.

Please promptly let me know Defendants' position. If we cannot reach agreement on this, we will file appropriate papers with the Court.

Very truly yours,

Howard J. Sedran

/kl
cc:    Plaintiffs' Counsel

# LEVIN, FISHBEIN, SEDRAN & BERMAN
*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN *
MICHAEL M. WEINKOWITZ * †
CHARLES C. SWEEDLER *
MATTHEW C. GAUGHAN * †
KEITH J. VERRIER *
BRIAN F. FOX

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

OF COUNSEL:
SANDRA L. DUGGAN
STEWART M. WELTMAN **

* also admitted in New Jersey
† also admitted in New York
** admitted in Illinois only

September 13, 2013

**Via E-Mail and U.S. Mail**
William R. Sherman, Esq.
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004

Re:   *In re Air Cargo Shipping Services Antitrust Litigation,* MDL No. 1775

Dear Bill:

The parties have had several discussions about Plaintiffs' possible need to take additional depositions to establish authenticity and foundation for documents to which Defendants raise objection. The need to take any of these depositions remains uncertain until the Defendants can tell us whether they will lodge foundation objections to documents Plaintiffs identify as possible trial exhibits.

Accordingly, Plaintiffs propose that after December 31, 2013 (the end of fact discovery) we identify those documents for which Plaintiffs seek Defendants' positions on authenticity and foundation for admissibility at trial as set forth below in the proposed schedule:

**February 14, 2014**

Plaintiffs identify those documents that Plaintiffs request Defendants admit are: (1) authentic; (2) qualify as Records of Regularly Conducted Activity (F.R.Evid. 803(6)); (3) are Statements of an Opposing Party (F.R.Evid. 801(d)(2)(A-D)); or (4) Statements made by an Opposing Party's coconspirator during and in furtherance of the conspiracy (F.R.Evid. 801(d)(2)(E)). Plaintiffs will provide a list of such documents, copies of the documents and any F.R.Evid. 902(11) and (12) certifications that Plaintiffs wish Defendants to consider ("Phase I").

Plaintiffs' identification of such documents is without prejudice to their right to supplement their Phase I list or to identify trial exhibits pursuant to a schedule approved by the Court. Plaintiffs also reserve the right to seek admission of trial exhibits on all other grounds.

LEVIN, FISHBEIN, SEDRAN & BERMAN

William R. Sherman
September 13, 2013
Page 2


March 28, 2014

     Each Defendant identifies each document for which it will not challenge: (1) its authenticity; and (2) its business record foundation; (3) it being a Statement of an Opposing Party (F.R.Evid. 801(d)(2)(A-D)); or (4) it being a statement by an Opposing Party's coconspirator during and in furtherance of the conspiracy. (F.R.Evid. 801(d)(2)(E)). A Defendant's lack of challenge to any of the foregoing categories is not a waiver of any other evidentiary objections or any other defense.

April 14, 2014 – July 18, 2014

     Plaintiffs complete depositions limited to: authenticity; business record foundation; and whether a document is a statement by a party opponent where Defendants have preserved such objections.

     Plaintiffs are willing to entertain a reciprocal proposal from Defendants with respect to documents they may wish to use as trial exhibits.

     We look forward to hearing from you.


                Very truly yours,

                Howard J. Sedran


/kl
cc:     Plaintiffs' Counsel

## Krys Longacre

| | |
|---|---|
| **From:** | Krys Longacre |
| **Sent:** | Wednesday, October 02, 2013 11:19 AM |
| **To:** | Hollis Salzman (hsalzman@rkmc.com); 'rkaplan@kaplanfox.com'; 'gspecks@kaplanfox.com'; 'mhausfeld@hausfeldllp.com'; Austin Cohen; Keith Verrier; 'ekatcher@kaplanfox.com'; 'blandau@hausfeldllp.com'; 'hscherrer@hausfeldllp.com'; 'mcoolidge@hausfeldllp.com'; 'GAsciolla@labaton.com'; 'jhimes@labaton.com'; 'mfhollywood@rkmc.com'; 'garenson@kaplanfox.com' |
| **Cc:** | Howard Sedran |
| **Subject:** | FW: Air Cargo (email from Howard Sedran) |

**From:** William.Sherman@lw.com [mailto:William.Sherman@lw.com]
**Sent:** Tuesday, October 01, 2013 9:57 PM
**To:** Krys Longacre
**Subject:** RE: Air Cargo (email from Howard Sedran)

Thanks, Howard. I have raised this with the defendants and will now circle back to get you a response. -Bill


Krys Longacre
Levin Fishbein Sedran & Berman
Suite 500
510 Walnut Street
Philadelphia, PA 19106
Phone: 215-592-1500
Fax: 215-592-4663
www.LFSBLaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

1