**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE | Master File 06-MD-1775 (JG) (VVP) |
| AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION | THIS DOCUMENT RELATES TO: All Actions |
| MDL No. 1775 | |

## CERTIFICATE OF SERVICE

I, Howard J. Sedran, declare that, on October 17, 2013, I caused a true and correct copy of the foregoing letter to the Honorable Viktor V. Pohorelsky to be served upon all counsel of record via the Court's ECF system.

Howard J. Sedran