

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | 1625 Eye Street, NW | NEW YORK |
| BRUSSELS | Washington, D.C. 20006-4001 | SAN FRANCISCO |
| CENTURY CITY | TELEPHONE (202) 383-5300 | SEOUL |
| HONG KONG | FACSIMILE (202) 383-5414 | SHANGHAI |
| JAKARTA† | www.omm.com | SILICON VALLEY |
| LONDON | | SINGAPORE |
| LOS ANGELES | | TOKYO |
| NEWPORT BEACH | | |

October 21, 2013

WRITER'S DIRECT DIAL
(202) 383-5106

The Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

WRITER'S E-MAIL ADDRESS
isimmons@omm.com

Re: *In re Air Cargo Shipping Services Antitrust Litigation*, 06-MD-1775 (JG) (VVP)

Dear Judge Pohorelsky:

Earlier today Defendants filed via ECF their Reply Memorandum in Support of the Motion to Strike Dr. McClave's Sur-Reply Declaration, or, in the Alternative, for Leave to File a Sur-Reply Declaration. With the briefing on Defendants' Motion to Strike now complete, Defendants respectfully request that this motion be added to the agenda of the telephonic hearing scheduled for 6:00 P.M. on Wednesday, October 23, 2013.

Respectfully submitted,

Ian Simmons
of O'MELVENY & MYERS LLP

cc: All Counsel of Record

†In association with Tumbuan & Partners