

Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY 10022
phone 212.687.1980
fax 212.687.7714
email mail@kaplanfox.com
www.kaplanfox.com

October 22, 2013

**VIA ECF**

Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201-1818

    Re:   *In re Air Cargo Shipping Services Antitrust Litigation*, 06-MD-1775 (JG)(VVP)

Dear Magistrate Judge Pohorelsky:

    Defendants have requested argument on their motion to strike the Sur-reply Declaration of James T. McClave, Ph.D. during the telephonic conference scheduled for October 23, 2013, at 6:00 p.m. I am the plaintiffs' attorney who would argue that motion, and I have a conflict at 6:00 p.m. on October 23, 2013. I request the Court's indulgence to schedule that argument at some other time.

    I am Chair of the Commercial and Federal Litigation Section of the New York State Bar Association, which has more than 2,300 members. The Section will celebrate its 25th anniversary the evening of October 23, and I am in charge of the event. Among the speakers is Second Circuit Chief Judge Robert Katzmann and among the expected attendees are United Stated Eastern District of New York Chief Judge Carol Amon and United States Southern District of New York Chief Judge Loretta Preska. The reception begins at 6:30 p.m. at the Kaplan penthouse in the Rose Building at Lincoln Center, and I must travel there before it starts.

                                          Respectfully submitted,

                                          Gregory K. Arenson

cc:    All Counsel of Record (via ECF)