UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>AIR CARGO SHIPPING SERVICES<br>ANTITRUST LITIGATION<br><br>MDL No. 1775<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master Docket No. 06-MD-1775 (JG)<br>(VVP) |

### [PROPOSED] ORDER

On this day the Court considered Plaintiffs' request for permission to allow Plaintiffs' experts and consultants to bring their personal cell phones, smartphones and laptops into the courthouse during the evidentiary hearing on class certification beginning October 29, 2013 until October 31, 2013. It is the opinion of the Court that the request should be GRANTED. It is therefore

ORDERED that the following members of Plaintiffs' team may bring their personal cell phones, smartphones and laptops into the courthouse during the evidentiary hearing on class certification beginning October 29, 2013 until October 31, 2013:

- Dr. James McClave
- Dr. Robert Tollison
- Ms. Jodie Newman
- Mr. Paul Manning
- Mr. Paul McCaffrey
- Mr. Christopher Sullivan

Dated: October 25, 2013

s/vvp
HONORABLE VIKTOR V. POHORELSKY
United States Magistrate Judge