# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AIR CARGO SHIPPING SERVICES ) | Master Docket No. 06-MD-1775 (JG) |
| ANTITRUST LITIGATION ) | (VVP) |
| ) | |
| MDL No. 1775 ) | |
| ) | |
| This Document Relates to: ) | |
| ) | |
| ALL ACTIONS ) | |

## [~~PROPOSED~~] ORDER

On this day the Court considered Plaintiffs' request for permission to allow Plaintiffs' consultants to bring into the courtroom and throughout the evidentiary hearing on October 29, 2013 through October 31, 2013 the following equipment:

- 17" Monitor
- Tech Table with skirt (18" x60")
- 1x2 VGA DA
- 4x4 VGA DA
- 25" VGA Coupler Cable x 2
- Gender Bender
- Gaff Tape
- Aluminum Easel x 3
- Power cord
- Power strip
- Power point clicker
- Short misc audio connection cables
- Elmo Visual Projector
- Laptops
- Cell/Smartphones

The Court also considered Plaintiffs' request for access to the courtroom on Friday, October 25th, or in the alternative, on Monday, October 28th to set-up the aforementioned equipment. It is the opinion of the Court that Plaintiffs' request should be GRANTED. It is therefore

ORDERED that Mr. Paul McCaffrey and Mr. James Selix may access the courtroom on October 25, 2013 or October 28, 2013, at a mutually agreeable time scheduled with Chambers to set up the aforementioned equipment.

ORDERED that the aforementioned equipment may remain set-up in the courtroom throughout the duration of the evidentiary hearing from October 29, 2013 until October 31, 2013, and that Mr. Paul McCaffrey may have access to this equipment accordingly.

Dated: October 25, 2013

s/vvp
HONORABLE VIKTOR V. POHORELSKY
United States Magistrate Judge