UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>AIR CARGO SHIPPING SERVICES<br>ANTITRUST LITIGATION<br><br>MDL No. 1775<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master Docket No. 06-MD-1775 (JG)<br>(VVP) |

## [PROPOSED] ORDER

On this day the Court considered Plaintiffs' request for permission to allow Plaintiffs' legal technology firm, Aquipt, to bring into the courtroom and throughout the evidentiary hearing on October 29, 2013 through October 31, 2013 the following equipment:

- 17" LCD Monitor x 7
- Projector
- Projector Bulb
- DaLite Projectostand (25" x 17")
- DaLite Insta-Theater Screen 80"
- 6'x8' Fastfold Screen (120")
- Wolfvision Visualizer VZ-8 Plus
- DaLite Projectostand (25" x 17")
- Inline 6 in x 1 out VGA Switch IN3566
- Inline 1 in x 8 out VGA DA IN3268
- Tech Table (18" x 60") with skirt
- Fender 150W Speakers (1 pair)
- CAP-1 Computer Audio Patch (Mono)
- Mackie Pro 12 Channel Mixer
- Aluminum Easel x 4

- Elmo Visual Projector
- Cell phones/Smartphones

It is the opinion of the Court that Plaintiffs' request should be GRANTED. It is therefore

ORDERED that Aquipt, Mr. Paul McCaffrey and Mr. James Selix may access the courtroom on Monday, October 28, 2013, at a mutually agreeable time scheduled with Chambers to set up the aforementioned equipment.

ORDERED that the aforementioned equipment may remain set-up in the courtroom throughout the duration of the evidentiary hearing from October 29, 2013 until October 31, 2013, and that Mr. Paul McCaffrey may have access to this equipment accordingly.

Dated: October 10, 2013

s/vvp
_____
HONORABLE VIKTOR V. POHORELSKY
United States Magistrate Judge