UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>AIR CARGO SHIPPING SERVICES<br>ANTITRUST LITIGATION<br><br>MDL No. 1775<br><br>This Document Relates to:<br><br>ALL ACTIONS | Master Docket No. 06-MD-1775 (JG)<br>(VVP) |

### [PROPOSED] ORDER

On this day the Court considered Defendants' request for permission to allow Defendants' experts, consultants, and paralegals to bring their personal cell phones, smartphones, and laptops into the courtroom during the class certification evidentiary hearing on October 29, 2013 through October 31, 2013. It is the opinion of the Court that Defendants' request should be GRANTED.

ORDERED that Defendants' consultants, experts, and paralegal, as listed below, may bring their personal cell phones/smart phones and laptops into the courthouse during the evidentiary hearing on class certification beginning October 29, 2013 until October 31, 2013:

- Michelle Burtis
- David Kaplan
- Adele LeComte
- Michael Moore
- Michael J. McDonald
- John T. Sullivan

Dated: October 28, 2013

s/vvp

HONORABLE VIKTOR V. POHORELSKY
United States Magistrate Judge