UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: )<br>)<br>AIR CARGO SHIPPING SERVICES )<br>ANTITRUST LITIGATION )<br>)<br>MDL No. 1775 )<br>)<br>This Document Relates to: )<br>)<br>ALL ACTIONS ) | Master Docket No. 06-MD-1775 (JG)<br>(VVP) |

### [PROPOSED] ORDER

On this day the Court considered Defendants' request for permission to allow Defendants to bring into the courtroom and throughout the class certification evidentiary hearing on October 29, 2013 through October 31, 2013 the following equipment:

- 2 x 17" Monitors
- Laptop docking station x 2
- 1x2 VGA DA
- 4x4 VGA DA
- 25" VGA Coupler Cable x 2
- Aluminum Easel x 1
- Power cord
- Power strip
- PowerPoint clicker
- White marker-board and easel
- Short misc. audio connection cables
- Laptops and power cords

- Personal Cell/Smartphones

The Court also considered Defendants' request for access to the courtroom on Monday, October 28th to set-up the aforementioned equipment. It is the opinion of the Court that Defendants' request should be GRANTED. It is therefore ORDERED that Defendants' counsel and counsel's staff may access the courtroom on October 28, 2013, at a mutually agreeable time scheduled with Chambers to set up the aforementioned equipment.

ORDERED that the aforementioned equipment may remain set-up in the courtroom throughout the duration of the class certification evidentiary hearing from October 29, 2013 until October 31, 2013.

Dated: October 28, 2013

s/vvp
HONORABLE VIKTOR V. POHORELSKY
United States Magistrate Judge