**ROBINS, KAPLAN, MILLER & CIRESI** L.L.P.

601 LEXINGTON AVENUE
SUITE 3400
NEW YORK, NY 10022-4611
TEL: 212-980-7400 FAX: 212-980-7499
www.rkmc.com

ATTORNEYS AT LAW

Hollis Salzman
HSalzman@rkmc.com
212-980-7405

November 8, 2013

**VIA ECF AND HAND DELIVERY**

Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re:   *In re Air Cargo Shipping Services Antitrust Litigation*, 06-MD-1775 (JG) (VVP)

Dear Magistrate Judge Pohorelsky:

Please find enclosed a copy of Plaintiffs Exhibit 405 marked at the evidentiary hearing concerning class certification. Exhibit 405 consists of the three drawings of Plaintiffs' expert, Dr. James T. McClave. They have been scanned to fit onto letter size paper.

Respectfully submitted,

  /s/ *Hollis Salzman*
Hollis Salzman

cc:   Ian Simmons, Esq. (w/ enclosures)
Meena Sinfelt, Esq. (w/ enclosures)
All counsel of record via ECF (w/o enclosures)