11-7-13

Dear Judge Gleeson,

I brought the initial suit against American Air lines and JAL AIRLINES. AS OF THIS DATE I HAVE NOT been Able To get CONFIRMATION FROM NOW LAWYER THAT YOU ASSIGNED To FIgHT THE CASE. 2 million dollars A piece FOR EACH LAWYER AND NO EMAIL AddRess!! WheRE THE HeLL is my money AT? CLAIM FORM AcceptEd ANd verified. YOU WERE EVEN HANded my Ticket stub ENvelope. I SEND AN Address change AND No Response From THE GARDEN CiTy GRoup INC. ON THAT EITHER. GET THEM To SEND ME THEIR E-MAIL AddRess. ANd my money. THANKS Calvin Scott Wedington

15915-037

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES<br>ANTITRUST LITIGATION<br><br>MDL No. 1775 | Master File 06-MD-1775 (JG) (VVP) |

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 12 2013 ★

BROOKLYN OFFICE

## If You Directly Purchased Airfreight Shipping Services Between January 1, 2000 and September 11, 2006, You Could be Affected by Proposed Class Action Settlements.

*A Federal Court authorized this notice. This is not a solicitation from a lawyer.*

- There are <u>partial</u> Proposed Settlements totaling approximately $118 million in a class action lawsuit about Airfreight Shipping Services. The lawsuit is called *In re Air Cargo Shipping Services Antitrust Litigation* and is pending in the United States District Court for the Eastern District of New York. The Proposed Settlements are partial because there are a number of other Defendants remaining in the case and the litigation is continuing as to those other Defendants.

- Under the **Air France-KLM Settlement**, Société Air France, Koninklijke Luchtvaart Maatschappij N.V., and Martinair Holland N.V., have paid $87 million. Under the **Japan Airlines Settlement**, Japan Airlines International Co., Ltd. has paid $12 million. Under the **American Airlines Settlement**, American Airlines, Inc. and AMR Corporation have paid $5 million. Under the **SAS Settlement**, Scandanavian Airlines System and SAS Cargo Group A/S have paid $13.93 million. All of the settling carriers also have agreed to cooperate in the case against the remaining Defendants. The settling carriers have asserted a number of defenses to Plaintiffs' claims but have settled to avoid the cost and risk of a trial.

- You may be affected by these Proposed Settlements if you purchased Airfreight Shipping Services directly from one or more Defendants for shipments to, from, or within the United States from January 1, 2000 to September 11, 2006.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS PROPOSED SETTLEMENT: | | |
|---|---|---|
| **YOU MAY:** | | **DUE DATE:** |
| **STAY IN THE CLASS** | The only way to get a payment. | |
| **OBJECT** | Write to the Court about why you don't like the Proposed Settlements. | Received by February 11, 2011 |
| **GO TO A HEARING** | Ask to speak to the Court about the fairness of the Proposed Settlements. | Received by February 11, 2011 |
| **DO NOTHING** | Take no position on the Proposed Settlements and wait for more information. | No action required now |
| **EXCLUDE YOURSELF** | Get no payment. This is the only option that allows you to ever be part of any other lawsuit against the Settling Defendants about the legal claims in this case. | Postmarked by January 18, 2011 |

- These rights and options—**and the deadlines to exercise them**—are explained in this notice.
- Your legal rights are affected whether you act or don't act. Read this notice carefully.

1

COMMITTED NAME: WEDINGTON CALVIN SCOTT
REG. NO. & QTRS.: 18915-037  1-1  AA  A1
FEDERAL MEDICAL CENTER
PMB 4000
ROCHESTER, MN 55903-4000

SAINT PAUL MN 550

07 NOV 2013 PM 4 L



CHAMBERS OF:

⇔18915-037⇔
Judge Gleeson
Anti-Trust Plane Crash
225 Cadman PLZ E
Brooklyn, NY 11201-1818
United States



11201183299