# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

601 LEXINGTON AVENUE
SUITE 3400
NEW YORK, NY 10022-4611
TEL: 212-980-7400 FAX: 212-980-7499
www.rkmc.com

ATTORNEYS AT LAW

Hollis Salzman
HSalzman@rkmc.com
212-980-7405

November 19, 2013

**VIA ECF**

Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re:   *In re Air Cargo Shipping Services Antitrust Litigation*, 06-MD-1775 (JG) (VVP)

Dear Magistrate Judge Pohorelsky:

We represent Plaintiffs in the above-referenced action. We respectfully request permission to allow the Plaintiffs' consultant and paralegal to bring their personal cell phones, smartphones and laptops into the courthouse during the hearing on class certification set to begin on November 25, 2013.

Specifically, Mr. Paul McCaffrey and Mr. Jeffrey Baum each will be in possession of a cell phone and/or smartphone. In addition, Mr. McCaffrey will be in possession of a laptop.

Thank you for your consideration.

Respectfully submitted,


  */s/ Hollis Salzman*
      Hollis Salzman


cc:   **Via ECF**
       All counsel of record