UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AIR CARGO SHIPPING SERVICES ) | Master Docket No. 06-MD-1775 (JG) |
| ANTITRUST LITIGATION ) | (VVP) |
| ) | |
| MDL No. 1775 ) | |
| ) | |
| This Document Relates to: ) | |
| ) | |
| ALL ACTIONS ) | |

### [PROPOSED] ORDER

On this day the Court considered Plaintiffs' request for permission to allow Plaintiffs' consultant / paralegal to bring their personal cell phones, smartphones and laptops into the courthouse during the hearing on class certification on November 25, 2013. It is the opinion of the Court that the request should be GRANTED. It is therefore

ORDERED that the following members of Plaintiffs' consultants / paralegals may bring their personal cell phones, smartphones and laptops into the courthouse during the hearing on class certification on November 25, 2013:

- Mr. Jeffrey Baum
- Mr. Paul McCaffrey

Dated: November 20, 2013

s/vvp

HONORABLE VIKTOR V. POHORELSKY
United States Magistrate Judge