UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ) ) AIR CARGO SHIPPING SERVICES ) ANTITRUST LITIGATION ) ) MDL No. 1775 ) ) This Document Relates to: ) ) ALL ACTIONS ) ) | Master Docket No. 06-MD-1775 (JG) (VVP) |

### [PROPOSED] ORDER

On this day the Court considered Plaintiffs' request for permission to allow Plaintiffs' consultants to bring into the courtroom and throughout the hearing on class certification, scheduled for November 25, 2013, the following equipment:

- 17" LCD Monitor x 7
- Projector
- Projector Bulb
- DaLite Projectostand (25" x 17")
- DaLite Insta-Theater Screen 80"
- 6'x8' Fastfold Screen (120")
- Wolfvision Visualizer VZ-8 Plus
- DaLite Projectostand (25" x 17")
- Inline 6 in x 1 out VGA Switch IN3566
- Inline 1 in x 8 out VGA DA IN3268
- Tech Table (18" x 60") with skirt
- Fender 150W Speakers (1 pair)
- CAP-1 Computer Audio Patch (Mono)
- Mackie Pro 12 Channel Mixer
- Aluminum Easel x 4

- Elmo Visual Projector
- Cell phones/Smartphones

The Court also considered Plaintiffs' request for access to the courtroom on Friday, November 22, 2013 to set-up the aforementioned equipment. It is the opinion of the Court that Plaintiffs' request should be GRANTED. It is therefore

ORDERED that Aquipt and Mr. Jeffrey Baum may access the courtroom on November 22, 2013, at 2:00PM to set up the aforementioned equipment.

ORDERED that the aforementioned equipment may remain set-up in the courtroom throughout the duration of the hearing on class certification on November 25, 2013, and that Mr. Paul McCaffrey may have access to this equipment accordingly.

Dated: November 20, 2013

s/vvp

HONORABLE VIKTOR V. POHORELSKY
United States Magistrate Judge