UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: )<br>)<br>AIR CARGO SHIPPING SERVICES )<br>ANTITRUST LITIGATION )<br>)<br>MDL No. 1775 )<br>)<br>This Document Relates to: )<br>)<br>ALL ACTIONS )<br>) | Master Docket No. 06-MD-1775 (JG)<br>(VVP) |

## [PROPOSED] ORDER

On this day the Court considered Defendants' request for permission to allow Defendants to bring into the courtroom on November 25, 2013 the following equipment:

- Laptop docking station x 2
- Printer
- PowerPoint clicker
- Laptops and power cords
- Personal Cell/Smartphones

The Court also considered Defendants' request for access to the courtroom on Friday, November 22nd to set-up the aforementioned equipment. It is the opinion of the Court that Defendants' request should be GRANTED. It is therefore ORDERED that Defendants' counsel and counsel's staff may access the courtroom on November 22, 2013, at a mutually agreeable time scheduled with Chambers to set up the aforementioned equipment.

ORDERED that the aforementioned equipment may remain set-up in the courtroom throughout the duration of the class certification hearing on November 25, 2013.

Dated: November 20, 2013

s/vvp
HONORABLE VIKTOR V. POHORELSKY
United States Magistrate Judge