UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AIR CARGO SHIPPING SERVICES ) | Master Docket No. 06-MD-1775 (JG) |
| ANTITRUST LITIGATION ) | (VVP) |
| ) | |
| MDL No. 1775 ) | |
| ) | |
| This Document Relates to: ) | |
| ) | |
| ALL ACTIONS ) | |
| ) | |

## [PROPOSED] ORDER

On this day the Court considered Defendants' request for permission to allow Defendants' experts, consultants, and paralegals to bring their personal cell phones, smartphones, and laptops into the courtroom during the final stage of the class certification ~~evidentiary~~ hearing on November 25, 2013. It is the opinion of the Court that Defendants' request should be GRANTED.

ORDERED that Defendants' consultants, experts, and paralegal, as listed below, may bring their personal cell phones/smart phones and laptops into the courthouse during the argument ~~evidentiary hearing~~ on class certification to be held on November 25, 2013:

- Adele LeComte
- Michael J. McDonald

Dated: November 20, 2013

s/vvp
HONORABLE VIKTOR V. POHORELSKY
United States Magistrate Judge