

Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY 10022
phone 212.687.1980
fax 212.687.7714
email mail@kaplanfox.com
www.kaplanfox.com

November 22, 2013

Calvin Scott Wedington
Reg. No. & Qtrs.: 18915-037 1-1 AA A 1
FEDERAL MEDICAL CENTER
PMB 4000
Rochester, MN 55903-4000

Re: Air Cargo Antitrust Litigation

Dear Mr. Wedington:

This will acknowledge receipt of your letter dated November 7, 2013, addressed to Judge Gleeson.

This case is brought on behalf of persons and entities who purchased air cargo services. We are informed by Garden City Group, the Claims Administrator in this case, that you submitted a claim for a passenger ticket in connection with a flight from Washington D.C. to Oklahoma and not for air cargo shipping services.

Since you did not purchase air cargo shipping services, you are not a member of the class for which we have brought this suit and are not entitled to any payment due to purchase of air cargo shipping services.

I trust this answers your questions.

Sincerely yours,

*Robert N Kaplan*

Robert N. Kaplan

