# Exhibit B

Extremely Urgent

1302
11/14/13
9:55AM



**\*REMOVE LABEL BEFORE DELIVERY\***
117465   M-0025   01/01   RRD

**FedEx EXCEPTION / SEND AGAIN**
Express   Customer's Package/Shipment was delayed due to:

**FOR IN STATION USE ONLY**

☐ Package Researched   Date: _____   Initial: _____

Comments: _____

☒ Address is correct/Recipient no longer at this address
☐ Incorrect recipient address/Incomplete recipient address
☐ Need apartment or suite number
☐ Recipient moved and left no forwarding address or phone number
☐ Not in / Business closed / Not authorized to leave shipment without a signature
  ☐ 1st Attempt   ☐ 2nd Attempt   ☐ 3rd Attempt
☐ Signature required, please contact shipper for disposition
☐ Holiday - Closed
☐ Package not attempted (reason): _____
☐ Refused (reason): _____
☐ Future delivery. Reattempt on (date): _____
☐ Recipient requested hold for pickup
☐ Collect on Delivery. Payment not available. Reattempt to be made on (date): _____
☐ Bill recipient shipment. Payment not available. Reattempt to be made on (date): _____
☐ Other: _____   Date: _____   Employee #: _____

**\*\*UPDATE ALL INFORMATION AND POD INTO COSMOS\*\***

**Shipping. Meet** 
Now, getting it th
there sustainably,
Target Neutral to
envelope shipmen
from 100% recycl

It's part of EarthSr
more sustainable

Go to **earthsmart**

earthsmart
FedEx cart
envelope s

FedEx Express ®



FedEx Express shipping label

From: Suzanne Ness, Fedex, 2033 Cantu Ct, Sarasota, FL 34232, (800) 463-3339

Ship To: (202) 662-2764
RETURNS
ANDREWS KURTH LLP
13501 ST NW
STE 1100
WASHINGTON, DC 20006

Ship Date: 21NOV13
ActWgt: 1.0 LB
CAD: 7521884/INET3430

Ref #
Invoice #
PO #
Dept #

TRK# 7972 1471 1880  0201

TUE - 26 NOV AA
EXPRESS SAVER

20006
DC-US
IAD

SA BZSA

Handwritten: RETURN