# Exhibit F

## LEVIN, FISHBEIN, SEDRAN & BERMAN

*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN *
MICHAEL M. WEINKOWITZ * †
CHARLES C. SWEEDLER *
MATTHEW C. GAUGHAN * †
KEITH J. VERRIER *
BRIAN F. FOX

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

OF COUNSEL:
SANDRA L. DUGGAN
STEWART M. WELTMAN **

* also admitted in New Jersey
† also admitted in New York
** admitted in Illinois only

December 19, 2013

*Via E-Mail and U.S. Mail*

Meena Sinfelt, Esquire
**ANDREWS KURTH LLP**
1350 I Street, N.W., Suite 1100
Washington, DC  20005

Re:     **Air Cargo Shipping Services Antitrust Litigation**

Dear Meena:

This letter is in response to your request to postpone the deposition of Bruce McCaffrey currently set forth for December 30, 2013.  You have requested that Plaintiffs agree that the deposition can take place on January 23, 2014 because Mr. McCaffrey has an appointment for dialysis treatment on December 30th.   Despite the fact that for years Bruce McCaffrey was a well-known witness to you, you waited until near the close of merits discovery period to schedule his deposition for December 30th.

Plaintiffs are agreeable to allow you to take Mr. McCaffrey's deposition after December 31st but we do not agree that the deposition should be extended until January 23, 2014.  The deposition should be scheduled at an earlier date that is mutually convenient to the parties, Mr. McCaffrey and his attorney.  To the extent that you seek leave of Court to take Mr. McCaffrey's deposition after December 31st, our position should be made clear to the Court.

Thank you.

Very truly yours,

Howard J. Sedran

cc:     Jeffrey A. Udell - Counsel to Bruce McCaffrey
        Plaintiffs' Counsel