UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | 06-MD-1775 (JG) (VVP)<br><br>THIS DOCUMENT RELATES TO:<br>All Actions |

**PLAINTIFFS' NOTICE OF MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENTS WITH
<u>DEFENDANT KOREAN AIR LINES CO., LTD.</u>**

PLEASE TAKE NOTICE THAT, upon the Declaration of Robert N. Kaplan in Support of Plaintiffs' Motion for Preliminary Approval of Settlement with Defendant Korean Air Lines Co., Ltd. ("Korean Air"), along with its supporting exhibit, and the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Settlement with Korean Air, dated December 20, 2013, and all other papers and proceedings, Plaintiffs will move this Court on a date and time to be set by the Court, before the Honorable John Gleeson, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, pursuant to Rule 23 of the Federal Rules of Civil Procedure to enter an order:

    i.    preliminary approving the settlement agreement between Plaintiffs and Korean Air, dated October 28, 2013 (the "Korean Air Settlement Agreement"), on the grounds that its terms are sufficiently fair, reasonable and adequate for notice to be issued to the settlement class as defined in the Korean Air Settlement Agreement (the "Settlement Class");

    ii.    certifying the Settlement Class for purposes of settlement only, pursuant to Federal Rule of Civil Procedure 23(c), and authorizing Plaintiffs to represent the Settlement Class;

    iii.    ordering Settlement Class counsel to submit, at a later date, for approval by the Court, the form of notice and the notice plan;

    iv.    approving The Garden City Group as administrator of the settlement, and Citibank as escrow agent; and

      v.      granting such other and further relief as may be appropriate.

Oral argument on this motion, if any, will be held on a date and time set by the Court.

Dated: New York, New York
December 20, 2013

| | |
|---|---|
| Robert N. Kaplan<br>Gregory K. Arenson<br>Elana Katcher<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>(212) 687-1980<br><br>Gary L. Specks (GS-8767)<br>KAPLAN FOX & KILSHEIMER LLP<br>423 Sumac Road<br>Highland Park, IL 60035<br>(847) 831-1585<br><br>By:  */s/ Robert N. Kaplan* | Hollis L. Salzman<br>Meegan Hollywood<br>ROBINS, KAPLAN, MILLER & CIRESI LLP<br>601 Lexington Avenue, Suite 3400<br>New York, NY 10022<br>(212) 980-7400<br><br>By:  */s/ Hollis L. Salzman* |
| Howard J. Sedran<br>Austin Cohen<br>Keith J. Verrier<br>LEVIN, FISHBEIN, SEDRAN & BERMAN<br>510 Walnut Street<br>Philadelphia, PA 19106<br>(215) 592-1500<br><br>By:  */s/ Howard J. Sedran* | Michael D. Hausfeld<br>William P. Butterfield<br>Brent W. Landau<br>HAUSFELD LLP<br>1700 K Street, N.W., Suite 650<br>Washington, DC 20006<br>(202) 540-7200<br><br>By:  */s/ Michael D. Hausfeld* |

*Interim Class Counsel*