## **CERTIFICATE OF SERVICE**

I, Robert N. Kaplan, declare that, on December 20, 2013, I caused true and correct copies of the following documents to be delivered to all counsel of record via the Court's ECF system:

1. Plaintiffs' Notice of Motion for Preliminary Approval Of Settlement with Defendant Korean Air Lines Co., Ltd.;

2. Memorandum of Law In Support of Plaintiffs' Motion for Preliminary Approval Of Settlement with Defendant Korean Air Lines Co., Ltd);

3. Declaration of Robert N. Kaplan In Support of Plaintiffs' Motion for Preliminary Approval of Settlement with Defendants Korean Air Lines Co., Ltd., with attached Settlement Agreement (Exhibit A);

4. [Proposed] Preliminary Approval Order; and

5. This Certificate of Service.

                                                                          */s/ Robert N. Kaplan*
                                                                            Robert N. Kaplan