

Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY 10022
phone 212.687.1980
fax 212.687.7714
email mail@kaplanfox.com
www.kaplanfox.com

December 20, 2013

**By Hand Delivery**

Honorable John Gleeson
United States District Judge
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East, Room 727S
Brooklyn, NY 11201-1818

Re:   *In re Air Cargo Shipping Services Antitrust Litigation*, MDL 1775

Dear Judge Gleeson:

We represent the plaintiffs in the above-referenced matter. By this letter, plaintiffs are enclosing the following documents:

1. Plaintiffs' Notice of Motion for Preliminary Approval Of Settlement with Defendant Korean Air Lines Co., Ltd.;

2. Memorandum of Law In Support of Plaintiffs' Motion for Preliminary Approval Of Settlement with Defendant Korean Air Lines Co., Ltd);

3. Declaration of Robert N. Kaplan In Support of Plaintiffs' Motion for Preliminary Approval of Settlement with Defendants Korean Air Lines Co., Ltd., with attached Settlement Agreement (Exhibit A);

4. [Proposed] Preliminary Approval Order; and

5. Certificate of Service.

Respectfully yours,

*Gregory K. Arenson*
Gregory K. Arenson

NEW YORK, NY          LOS ANGELES, CA          SAN FRANCISCO, CA

MORRISTOWN, NJ          CHICAGO, IL