**CERTIFICATE OF SERVICE**

I, Hollis Salzman, hereby certify that on December 20, 2013, I caused true and correct copies of Plaintiffs' Motion for Preliminary Approval of Settlement with Defendants Singapore Airlines Limited and Singapore Airlines Cargo PTE Ltd. to be served via the Court's ECF system on all parties registered for electronic filing in *In re Air Cargo Shipping Services Antitrust Litigation*, MDL No. 1775, Master Docket No. 06-MD-01755.

                                                                     __/s/ Hollis Salzman__
                                                                           Hollis Salzman