# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

ATTORNEYS AT LAW

601 LEXINGTON AVENUE
SUITE 3400
NEW YORK, NY 10022-4611
TEL: 212-980-7400 FAX: 212-980-7499
www.rkmc.com

Hollis Salzman
HSalzman@rkmc.com
212-980-7405

*VIA ECF and Hand Delivery*

December 20, 2013

The Honorable John Gleeson
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re: *In re Air Cargo Shipping Services Antitrust Litigation*, 06-MD-1775 (JG) (VVP)

Dear Judge Gleeson:

I am pleased to report that Plaintiffs have reached a settlement with Defendants Singapore Airlines Limited and Singapore Airlines Cargo PTE Ltd, (collectively "SIAC"). Enclosed are courtesy copies of the following documents, which we filed electronically today:

1. Plaintiffs' Notice of Motion and Motion for Preliminary Approval of Settlement with Defendants SIAC;

2. Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Settlement with Defendants SIAC;

3. Declaration of Hollis Salzman in Support of Plaintiffs' Motion for Preliminary Approval of Settlement with Defendants SIAC; and

4. A proposed order.

Respectfully submitted,

/s Hollis Salzman

Hollis Salzman
Enclosures

cc: Magistrate Judge Viktor V. Pohorelsky (by ECF and Hand Delivery)
All Counsel (by ECF without enclosures)

ATLANTA · BOSTON · LOS ANGELES · MINNEAPOLIS · NAPLES · NEW YORK