# LEVIN, FISHBEIN, SEDRAN & BERMAN
*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN *
MICHAEL M. WEINKOWITZ * †
CHARLES C. SWEEDLER *
MATTHEW C. GAUGHAN * †
KEITH J. VERRIER *
BRIAN F. FOX
LUKE T. PEPPER

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

OF COUNSEL:
SANDRA L. DUGGAN
STEWART M. WELTMAN **

\* also admitted in New Jersey
† also admitted in New York
\*\* admitted in Illinois only

December 23, 2013

### VIA ECF AND HAND DELIVERY

The Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re:   *In re Air Cargo Shipping Services Antitrust Litigation*, 06-MD-1775

Dear Judge Pohorelsky:

We represent Plaintiffs in the above-referenced litigation. Enclosed please find courtesy copies of the Stipulation and [Proposed] Order to Extend the Deadline for Plaintiffs to Take the Rule 30(b)(6) Deposition of Defendant Air New Zealand Ltd. ("ANZ") that was agreed to between Plaintiffs and ANZ along with a Certificate of Service. All of these documents were filed electronically with the Court today.

Respectfully submitted,

Keith J. Verrier

Enclosures

cc:   All Counsel via ECF
      Jan Lillieborg, *pro se*