UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | Case No. 06-MD-1775 (JG) (VVP)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR PLAINTIFFS TO TAKE THE RULE 30(B)(6) DEPOSITION OF EVA AIRWAYS CORPORATION** |

WHEREAS Plaintiffs served a Rule 30(b)(6) deposition on EVA Airways Corporation ("EVA") on November 26, 2013 and noticed a deposition date of December 27, 2013.

WHEREAS counsel for EVA indicated to counsel for Plaintiffs on December 12, 2013 that the unilaterally noticed deadline of December 27, 2013 is not workable for EVA.

WHEREAS counsel for EVA and counsel for Plaintiffs have met and conferred and agreed that subject to the Court's approval, the Parties will continue to meet and confer and will endeavor to reach an agreement without the need for a deposition.

WHEREAS the parties have agreed that in the event a deposition remains necessary, EVA reserves all of its rights to object to the deposition including, without limitation, any aspect of the notice or the breadth of the topics.

WHEREAS the parties have agreed that in the event a deposition remains necessary, that the deposition will occur on or before May 31, 2014.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned, that:

The deadline for Plaintiffs to take the Rule 30(b)(6) deposition of EVA (as noticed on November 26, 2013) is extended until May 31, 2014, but that the discovery deadline of December 31, 2013 as between these parties otherwise remains intact.

Dated: December 23, 2013                                Respectfully submitted,

*/s/ Brent Landau*                                      */s/ Tammy Tsoumas*
Michael D. Hausfeld                                     Tammy A. Tsoumas (*pro hac vice*)
Brent W. Landau                                         Jason Y. Kelly (*pro hac vice*)
**HAUSFELD LLP**                                        **KIRKLAND & ELLIS LLP**
1700 K. Street, Suite 650                               333 South Hope Street
Washington, DC 20006                                    Los Angeles, CA 90071
Telephone: (202) 540-7200                               Telephone: (213) 680-8400
Facsimile: (212) 985-3271                               Facsimile: (213) 680-8500

*/s/ Robert N. Kaplan*                                  James H. Mutchnik, P.C. (*pro hac vice*)
Robert N. Kaplan                                        **KIRKLAND & ELLIS LLP**
Gregory K. Arenson                                      300 North LaSalle Street
Gary L. Specks                                          Chicago, IL 60654
**KAPLAN FOX & KILSHEIMER, LLP**                        Telephone: (312) 862-2000
850 Third Avenue, 14th Floor                            Facsimile (312) 862-2200
New York, NY 10022
Telephone: (212) 687-1980                               *Attorneys for Defendant*
Facsimile: (212) 687.7714                               *EVA Airways Corporation*

*/s/ Hollis L. Salzman*
Hollis L. Salzman
**ROBINS, KAPLAN, MILLER & CIRESI LLP**
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499

*/s/ Howard J. Sedran*
Howard J. Sedran
Austin B. Cohen
Keith Verrier
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street
Philadelphia, PA  19106
(215) 592-1500 (telephone)

*Counsel for Plaintiffs*

IT IS SO ORDERED:


Date: _____                              _____
                                                  Viktor V. Pohorelsky
                                                  United States Magistrate Judge