4

## **CERTIFICATE OF SERVICE**

I, Elana Katcher, certify that on December 23, 2013, I caused a copy of the foregoing **LETTER MOTION AND ACCOMPANYING STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR PLAINTIFFS TO TAKE THE RULE 30(B)(6) DEPOSITION OF EVA AIRWAYS CORPORATION** to be served on all counsel of record via the Court's ECF system.

Dated:  December 23, 2013

                                           */s/ Elana Katcher*
                                           Elana Kat her