

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | 1625 Eye Street, NW | NEW YORK |
| BRUSSELS | Washington, D.C. 20006-4001 | SAN FRANCISCO |
| CENTURY CITY | | SEOUL |
| HONG KONG | TELEPHONE (202) 383-5300 | SHANGHAI |
| JAKARTA† | FACSIMILE (202) 383-5414 | SILICON VALLEY |
| LONDON | www.omm.com | SINGAPORE |
| LOS ANGELES | | TOKYO |
| NEWPORT BEACH | | |

December 30, 2013

OUR FILE NUMBER
33,962-2

**BY ECF**

WRITER'S DIRECT DIAL
(202) 383-5106

The Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

WRITER'S E-MAIL ADDRESS
isimmons@omm.com

Re:   *In Re Air Cargo Shipping Services Antitrust Litigation,* **06-MD-1775**

Dear Judge Pohorelsky:

Please find enclosed a Stipulation and [Proposed] Order to Extend the Deadline for Asiana Airlines, Inc. ("Asiana") to Take the Rule 30(b)(6) Deposition of Cargolux Airlines International, S.A. ("Cargolux").  This stipulation has been agreed to by Asiana, Cargolux, and Plaintiffs.

As the Court is aware, under the Fifth Stipulated Revised Discovery and Class Certification Briefing Schedule, fact discovery is set to end on December 31, 2013.  On December 17, 2013, Asiana served a subpoena on Cargolux, a settled Defendant to this action, for a deposition under Rules 45 and 30(b)(6) of the Federal Rules of Civil Procedure to establish the foundation for admissibility of specified documents.  Asiana had previously served Plaintiffs and the other Defendants with a copy of the subpoena and notice of deposition on December 16, 2013.  This deposition is currently scheduled to take place on December 31, 2013.

Counsel for Cargolux has advised counsel for Asiana that given the holidays and the timing of the deposition notice, Cargolux will be unable to produce a witness on December 31, 2013.  Counsel for Cargolux have further agreed to meet and confer with Asiana to attempt to agree upon a stipulation or declaration that would otherwise obviate the need for a deposition.  Accordingly, the parties have met and conferred, and agreed, subject to the Court's approval, to extend the discovery deadline as set forth in the enclosed stipulation and proposed order.

† In association with Tumbuan & Partners

O'MELVENY & MYERS LLP
December 30, 2013 - Page 2

      Thus, Asiana, with the consent of Cargolux and Plaintiffs, respectfully requests that the Court enters the attached Stipulation and [Proposed] Order to Extend the Deadline for Asiana Airlines, Inc. to Take the Rule 30(b)(6) Deposition of Cargolux Airlines International, S.A.

      Sincerely,

      */s/ Ian Simmons*_____
      Ian Simmons

Enclosure

cc:    All parties (via ECF)

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | 06-MD-1775 (JG) (VVP) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE
FOR ASIANA AIRLINES, INC. TO TAKE THE RULE 30(B)(6) DEPOSITION
OF CARGOLUX AIRLINES INTERNATIONAL, S.A.**

WHEREAS the Fifth Stipulated Revised Discovery and Class Certification Briefing Schedule (as ordered by the Court on March 6, 2013) set a deadline of December 31, 2013 by which fact discovery would end;

WHEREAS on December 17, 2013, Asiana Airlines, Inc. ("Asiana") served a subpoena upon settled defendant Cargolux Airlines International S.A., ("Carglolux") for a deposition under Rules 45 and 30(b)(6) of the Federal Rules of Civil Procedure to establish the foundation for admissibility of specified documents;

WHEREAS the deposition of Cargolux is currently scheduled for December 31, 2013;

WHEREAS counsel for Cargolux has advised counsel for Asiana that given the holidays and the timing of the deposition notice, Cargolux will be unable to produce a witness on December 31, 2013; and

WHEREAS counsel for Cargolux and counsel for Asiana have agreed to meet and confer to attempt to agree upon a stipulation or declaration that would obviate the need for a deposition;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned, that:

1

The deadline for the parties to take the aforementioned deposition of Cargolux shall be extended until March 31, 2014 for the purpose of allowing counsel for Cargolux and counsel for Asiana time to negotiate in good faith a mutually agreeable declaration or stipulation that would suffice to establish the foundation for admissibility of the documents specified in the deposition notice.

Dated: December 30, 2013

Respectfully submitted,

By: */s/ Ian Simmons*

Ian Simmons
Benjamin G. Bradshaw
Scott M. Hammack
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300 (telephone)

Counsel for Defendant
ASIANA AIRLINES, INC.

*/s/ K. Mallory Brennan*

Stephen Fishbein
K. Mallory Brennan
SHEARMAN & STERLING LLP
599 Lexington Ave.
New York, NY 10022-6069
(212) 848 4000 (telephone)

Heather L. Kafele
SHEARMAN & STERLING LLP
801 Pennsylvania Ave., N.W. Suite 800
Washington, DC 20004
(202) 508-8000 (telephone)

Counsel for CARGOLUX AIRLINES INTERNATIONAL S.A.

*/s/ Gregory K. Arenson*

Robert N. Kaplan
Gregory K. Arenson
Elana Katcher
KAPLAN FOX & KILSHEIMER, LLP
850 Third Avenue, 14th floor
New York, NY 10022
(212) 687-1980 (telephone)

Counsel for PLAINTIFFS

So Ordered

_____
Victor V. Pohorelsky
United States Magistrate Judge

Dated: _____

## CERTIFICATE OF SERVICE

      I, Ian Simmons, hereby certify that on December 30, 2013, I caused a true and correct copy of the Letter Motion by Asiana Airlines, Inc., and Stipulation and [Proposed] Order to Extend the Deadline for Asiana Airlines, Inc. to Take the Rule 30(b)(6) Deposition of Cargolux Airlines International, S.A. to be served via the Court's ECF system to all attorneys of record in this action.

                                                    */s/ Ian Simmons*
                                                    Ian Simmons