Case 1:06-md-01775-JG-VVP   Document 1978   Filed 12/31/13   Page 1 of 3 PageID #: 55992

**FILED**
**IN CLERK'S OFFICE**
**US DISTRICT COURT E.D.N.Y.**

★ DEC 31 2013 ★

**BROOKLYN OFFICE**

December 4, 2013

Calvin S. Wedington, Pro-Se
Federal Medical Center
2110 E. Center St.
PMB 4000 Westrick Bldg.
Rochester, MN 55903-4000

Judge Gleeson
225 Cadman Ave.
New York, NY (BROOKLYN) 11201

06 MD 1775 (JG)

Re: Lawyer still not answer my interrogative of when(are the plaintiffs going to get there damages) an where are the other settlement papers.

Dear Judge,

May the sprit of xmas be with you and your court. May we the plaintiffs get our just due in court and a fair and impartial verdict.

It has come to my attention that the lawyer Kaplan, Robert has excluded my person from a settlement when Plaintiff Wedington was the one that brought the initial suit against JAL(Japan airlines) and American airlines or AMR corporation that is the parent of American Airlines.

Plaintiff can't tell the court how many other plaintiffs were involved in the human cargo portion of the crash but for him to say that I have been taken out of the suit by class counsel mainly him when none of the appointed lawyers even responded to plaintiffs inquiries in 2010 when the issues were still being resolved. I wrote all four of their high surdicty and pompous attitudes about the crash. My ticket stub and envelope was given to the court by Canadian counsel because the U.S. doesn't acknowledge Pro-Se suits(complaints) without a trained lawyer in the law to handled the intricate affairs of civil law.

I contacted my original lawyers in Canada and asked them to look into some of the issues like nine settlement sections when only two planes crashed, JAL and American: JAL in Okinawa, Japan originating at BWI in Baltimore and American airlines plane originating in Okinawa and crashing in Anchorage, Alaska while trying to land. So WHY do I get excluded from the suit when I paid for the legal representation starting the litigation? I ask you are the Lawyers handling the class counsel part get two million each or is that a misconception or is it up to two million for legal fees and work performed in conjunction with the litagation? NO the lawyers hasn't answered my questions cause I got debits to pay and children that the FBOP is keeping me away from by holding me on a charge that was closed and sealed with them stating I am a return to study using a 4245 clause of a Title 18USC§4247 hearing stemming from an 1982 study that resulted in a life with parole verdict given that was resloved in

1993 by senior judge Frank A. Kaufman on case K-82-00086 when that was changed to a straight eleven years with the contract of the Plaintiffs U.S. Navy employment was overturned to active duty again.

At least that was the reason given for releasing Plaintiff from prison and placing Plaintiff on submarine duty with the seven fleet of the U.S. Navy. Plaintiffs wife and children are Japanese Nationals and I have a vested interest in Japan as my home to reside in.

Judge Gleeson, I'm tired of the run around by counsel that don't answer mail and if it is nine groups of defendants with only seven that are remaining, to which Wedington has only received three of nine. The issue of the others is what prompted Plaintiff Wedington to speak out. Plaintiff does have a valid claim filled out that asked for a estimated sum of the finances spent by Wedington or what the cost of the ticket was which by the way was left with the court and placed in the clerk's hand by counsel that was with plaintiff at the time. OF FILING Thank you for your attention in this matter.!!!!!

P.S. If I do get excluded by lawyer Robert Kaplan of NY, NY office I will file the suit again until I get justice for the negligence in the operation of the planes by both companies.

Sincerely yours,

Calvin Scott Wedington, 18915-037/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
REG. NO.   SSN

page two

COMMITTED NAME: Calvin Wedington
REG. NO. & QTRS.: 18915-037 Westrick Bldg. 125-W
FEDERAL MEDICAL CENTER
PMB 4000
ROCHESTER, MN 55903-4000

SAINT PAUL MN 551

05 DEC 2013 PM 2 L



Chambers of: Judge Gleeson
⇔18915-037⇔
Clerk Of Usdc
225 Cadman PLZ E
Brooklyn, NY - 11201
United States

11201183299