## **CERTIFICATE OF SERVICE**

I, Hollis Salzman, hereby certify that on February 19, 2014, I caused true and correct copies of **Plaintiffs' Motion for Preliminary Approval of Settlement with Defendant Cathay Pacific Airways Limited** to be served via the Court's ECF system on all parties registered for electronic filing in *In re Air Cargo Shipping Services Antitrust Litigation*, MDL No. 1775, Master Docket No. 06-MD-01775.

                                                                */s/ Hollis Salzman*
                                                                 Hollis Salzman