# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

601 LEXINGTON AVENUE
SUITE 3400
NEW YORK, NY 10022-4611
TEL: 212-980-7400 FAX: 212-980-7499
www.rkmc.com

| ATTORNEYS AT LAW | Hollis Salzman |
| --- | --- |
| | HSalzman@rkmc.com |
| | 212-980-7405 |

*Via ECF and Hand Delivery*

February 20, 2014

Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re:  *In re Air Cargo Shipping Services Antitrust Litigation*,
06-MD-1775 (JG)(VVP)

Dear Magistrate Judge Pohorelsky:

As discussed with Jim Toritto, this will confirm that all parties request an adjournment of the Status Conference scheduled before Your Honor on February 26, 2014 at 2:00 p.m.  Mr. Toritto has advised the parties that April 23, 2014 at 2:00 p.m. is available on Your Honor's schedule for the next Status Conference in this matter.  All parties are available on this date, and request that the next Status Conference be rescheduled for April 23, 2014 at 2:00 p.m.  This request is on consent of all parties.  Thank you.

Respectfully Submitted,

*/s/Hollis Salzman*

Hollis Salzman

cc:      All Counsel of Record (via ECF)

ATLANTA        BOSTON        LOS ANGELES        MINNEAPOLIS        NAPLES        NEW YORK