UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | **Master File No. 06-MD-1775 (JG)(VVP)**<br><br>**ALL CASES** |

**PLAINTIFFS' NOTICE OF MOTION TO AUTHORIZE
SECOND DISTRIBUTION OF THE AIR CARGO 2 SETTLEMENT FUNDS**

PLEASE TAKE NOTICE THAT, upon the Supplemental Declaration of Jennifer M. Keough Re: Air Cargo 2 Supplemental Distribution, dated February 28, 2014 ("Keough Supp. Declaration") and the Memorandum in Support of Plaintiffs' Motion to Authorize Second Distribution of the Air Cargo 2 Settlement Funds, dated February 28, 2014, Plaintiffs will move this Court on a date and time to be set by the Court, before the Honorable John Gleeson, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, pursuant to Rule 23 of the Federal Rules of Civil Procedure, to enter an order authorizing the second distribution of the Air Cargo 2 settlement funds in accordance with the recommendations in the Keough Supp. Declaration.

Oral argument on this motion, if any, will be held on a date and time set by the Court.

| | |
|---|---|
| Dated:   February 28, 2014 | Respectfully Submitted, |
| Robert N. Kaplan<br>Gregory K. Arenson<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>(212) 687-1980 | Michael D. Hausfeld<br>Brent W. Landau<br>Hilary K. Scherrer<br>Melinda Coolidge<br>HAUSFELD LLP<br>1700 K Street, N.W., Suite 650<br>Washington, DC 20006<br>(202) 540-7200 |
| Gary L. Specks<br>KAPLAN FOX & KILSHEIMER LLP<br>423 Sumac Road<br>Highland Park, IL 60035<br>(847) 831-1585<br>By:  /s/ Robert N. Kaplan | By:    /s/ Michael D. Hausfeld |
| Howard J. Sedran<br>Austin Cohen<br>Keith J. Verrier<br>LEVIN, FISHBEIN, SEDRAN & BERMAN<br>510 Walnut Street<br>Philadelphia, PA 19106<br>(215) 592-1500 | Hollis L. Salzman<br>Meegan Hollywood<br>ROBINS, KAPLAN, MILLER & CIRESI LLP<br>601 Lexington Avenue, Suite 3400<br>New York, NY 10022<br>(212) 980-7400 |
| By:  /s/ Howard J. Sedran | By:  /s/ Hollis S. Salzman |

*Interim Class Counsel*