**HAUSFELD**LLP

202.540.7200 ph
202.540.7201 fax

1700 K Street, NW
Suite 650
Washington, DC 20006

Melinda R. Coolidge
mcoolidge@hausfeldllp.com

February 28, 2014

**By ECF and Federal Express**
The Honorable John Gleeson
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *In re Air Cargo Shipping Services Antitrust Litigation*, MDL No. 1775

Dear Judge Gleeson:

Enclosed are courtesy copies of the following documents, which were filed electronically today:

1. Plaintiffs' Notice of Motion to Authorize Second Distribution of the Air Cargo 2 Settlement Funds;

2. Memorandum in Support of Plaintiffs' Motion to Authorize Second Distribution of the Air Cargo 2 Settlement Funds;

3. Supplemental Declaration of Jennifer M. Keogh re Air Cargo 2 Settlement Fund Second Distribution, and attached exhibit A;

4. A proposed order.

Respectfully submitted,

Melinda R. Coolidge

Enclosures

cc:   All counsel *(via ECF)*