**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 0 5 2014 ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

IN RE AIR CARGO SHIPPING SERVICES
ANTITRUST LITIGATION

MDL No. 1775

**Master File No. 06-MD-1775 (JG)(VVP)**

**ALL CASES**

### ORDER RE PLAINTIFFS' MOTION TO AUTHORIZE SECOND
### DISTRIBUTION OF AIR CARGO 2 SETTLEMENT FUND

WHEREAS, Plaintiffs have entered into settlement agreements with Defendants Société

Air France, Koninklijke Luchtvaart Maatschappij N.V., and Martinair Holland N.V. ("Air

France-KLM"); American Airlines, Inc. ("American"); Scandinavian Airlines System and SAS

Cargo Group A/S ("SAS"); Japan Airlines International Co., Ltd. ("JAL"); All Nippon Airways

Co., Ltd. ("ANA"); Cargolux International Airlines, S.A. ("Cargolux"); Qantas Airways Limited

("Qantas"); and Thai International Public Company, Limited ("Thai");

WHEREAS, following a fairness hearing, the Court granted final approval to the

settlements and the plan of allocation;

WHEREAS, on May 1, 2012 and May 16, 2012 the Court authorized The Garden City

Group ("GCG"), serving as the Claims Administrator, to distribute the settlement funds to class

members who had submitted valid claims, in the amounts recommended by GCG;

WHEREAS, according to the declaration of Jennifer M. Keough of GCG, there is

$9,674,582.24 available for a second distribution (the "Net Settlement Fund") (after paying of

GCG's current invoices of $55,258.62, and reserving $62,000 for future GCG fees and

expenses);

WHEREAS, GCG has calculated the appropriate amount to be allocated to each qualified claimant under the court-approved plan of allocation;

**IT IS THEREFORE HEREBY ORDERED, ADJUDGED AND DECREED:**

1.      $55,258.62 shall be paid from the Settlement Fund to GCG at this time;

2.      $62,000 shall be retained for anticipated future fees and expenses for GCG;

3.      The Net Settlement Fund ($9,674,582.24) shall be distributed to Settlement Class members who have submitted valid claims, as determined by GCG, and in the amounts that GCG recommends, as set forth in Exhibit A to the Supplemental Declaration of Jennifer M. Keough Re: Air Cargo 2 Settlement Fund Second Distribution, dated February 28, 2014.

**IT IS SO ORDERED.**

Dated:  March 4, 2014

s/John Gleeson

HON. JOHN GLEESON
UNITED STATES DISTRICT JUDGE