

Andrews Kurth LLP
1350 I Street, NW
Suite 1100
Washington, DC 20005
+1.202.662.2700 Phone
+1.202.662.2739 Fax
andrewskurth.com

Roscoe C. Howard, Jr.
(202) 662-2750 Phone
(202) 974-9544 Fax
RoscoeHoward@andrewskurth.com

March 12, 2014

**VIA ECF**

The Honorable Viktor V. Pohorelsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201-1818

    Re:    *In re Air Cargo Shipping Services Litigation*, **06-MD-1775 (JG)(VVP)**

Dear Judge Pohorelsky,

    Air New Zealand Ltd. writes to inform the court that it withdraws its Motion to Amend the Fifth Stipulated Revised Discovery and Class Certification Schedule and subsequent amendment. *See* Docket No. 1981.  ANZ was informed last night by his counsel that Mr. Bruce McCaffrey, the deponent for whom ANZ requested the extension of the discovery deadline, passed away on February 25, 2014.  Accordingly, ANZ has cancelled the deposition and an extension of the discovery deadline is now moot.  With Mr. McCaffrey's passing there is no need for the hearing requested by Plaintiffs, currently scheduled for 3:45 PM EST on Friday, March 14, 2014 and ANZ requests that it be cancelled.   Plaintiffs' counsel are aware of this development and agree with the request to cancel Friday's hearing.

    Respectfully,

    */s/ Roscoe C. Howard, Jr.*
    Roscoe C. Howard, Jr.
    Lynne Fischman Uniman
    Meena T. Sinfelt
    Andrews Kurth LLP
    1350 I Street, NW
    Suite 1100
    Washington, D.C. 20005
    Telephone:  (202) 662-2750
    Facsimile:  (202) 974-9544

    *Counsel for Air New Zealand, Ltd.*

The Honorable Viktor V. Pohorelsky
March 12, 2014
Page 2

cc: All parties via ECF

WAS:208154.1