FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 28 2014 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CALVIN S. WEDINGTON,
    PETITIONER, PRO-SE,

       VS.

JAPAN INTERNATIONAL AIRLINES, INC.
AMERICAN AIRLINES,
AMR CORPORATION.

JUDGE GLEESON OF 06MDL1775
ANTI-LITIGATION PLANE CRASH
RELATED CASE NO.
JURY TRIAL

MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, CALVIN WEDINGTON PETITIONER PRO-SE, AND HEREBY PETITIONS THIS HONORABLE COURT FOR APPOINTMENT OF COUNSEL PURSUANT TO TITLE 18 USC §3006(A) TO ASSIST PETITIONER WITH THE COMPLICATIONS OF LAW. PETITIONER STATES THAT PETITIONER IS NOT VERSED IN PERSONAL INJURY STATURES OF AMERICAN JUSTICE IN MATTERS OF LAW AND IS A LAYMAN.

SUBMITTED IN GOOD FAITH AND TRUST,

3/21/2014

*Calvin Wedington*

CALVIN WEDINGTON 18915-037
FEDERAL MEDICAL CENTER AA A1
2110 E. CENTER STREET
PMB 4000 WESTRICK BLDG.
ROCHESTER, MN. 55903-4753

⇔18915-037⇔
Mr Calvin Wedington
Fed.Med.Ctr
2110 E. Center St.
Rochester, MN 55903-4754
United States

ST PAUL MN 551

24 MAR 2014 PM 6 L


FOREVER

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 28 2014 ★

**BROOKLYN OFFICE**

ATTN: CHAMBERS OF JUDGE GLEESON

⇔18915-037⇔
Judge Gleeson
225 Cadman PLZ E
Brooklyn, NY - 11201 - 1818
United States



1120131832