UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | Case No. 06-MD-1775 (JG) (VVP) |

**PLEASE TAKE NOTICE** that Joyce Wing Yan Tam of the law firm Kirkland & Ellis LLP appears in this case as counsel for: EVA Airways Corporation.

I certify that I am admitted to practice in the Eastern District of New York.

Joyce Wing Yan Tam
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Dated: April 22, 2014

_____
Joyce Wing Yan Tam [JT3683]
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
joyce.tam@kirkland.com
Telephone: (212) 446-4800
Facsimile: (212) 446-4900


Tammy A. Tsoumas (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, California 90071
tammy.tsoumas@kirkland.com
Telephone: (213) 680-8400
Facsimile: (213) 680-8500


James H. Mutchnik, P.C. (Admitted *Pro Hac Vice*)

**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, Illinois 60654
james.mutchnik@kirkland.com
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendant EVA Airways Corporation*