| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | DATE: | 4/23/14 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 2:00 p.m. |
| | | END TIME: | 3:00 p.m. |
| DOCKET NO. | MD–06-1775 | JUDGE: | JG |

CASE NAME:   In re Air Cargo Shipping Services Antitrust Litigation

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Status Conference

APPEARANCES:   Plaintiffs   See annexed list
 Defendants   See annexed list
 Court Reporter   Ronald Tolkin

SCHEDULING AND RULINGS:

1. Argument heard concerning the scheduling of summary judgment motions; no schedule set.

2. The final deadline for motions to compel discovery is June 2, 2014; opposition to such motions shall be filed by June 16, 2014; no replies; argument will be heard at the conference scheduled below.

3. The plaintiffs have now reached settlement agreements with four more defendants and intend to seek judicial approval jointly for all four. Seven defendants remain.

4. The next conference will be held on **June 26, 2014 at 2:00 p.m.**

# AIR CARGO ANTITRUST LITIGATION: APPEARANCE LIST*

Plaintiffs:
    Robert Kaplan, Esq.
    Gregory Arenson, Esq.
    Brent Landau, Esq.
    Howard Sedran, Esq.
    Keith Vernier, Esq.
    Hollis Salzman, Esq.
    Meegan Hollywood, Esq.

Defendants:
    George Tompkins, Esq. ( Air China/Air China Cargo)
    NO APPEARANCE NOTED (Air India)
    Meena Sinfelt, Lynne Uniman, Esqs. (Air New Zealand)
    Robert Brookhiser (Nippon Cargo Airlines)
    Ian Simmons, Scott Hammack, Esqs. (Asiana)
    NO APPEARANCE NOTED (Cargolux)
    NO APPEARANCE NOTED (Cathay Pacific Airways, Ltd.)
    NO APPEARANCE NOTED (China Airlines and Lan Cargo)
    NO APPEARANCE NOTED (El Al)
    NO APPEARANCE NOTED (Emirates)
    Joyce Tam, Esq. (EVA Airways)
    NO APPEARANCE NOTED (Korean Air)
    NO APPEARANCE NOTED (Malaysia Air)
    NO APPEARANCE NOTED (Martinair)
    NO APPEARANCE NOTED (Nippon Cargo)
    Harvey Wolkoff, Esq. (Polar/Atlas)
    NO APPEARANCE NOTED (Qantas)
    NO APPEARANCE NOTED (Saudi Arabian Airlines)
    NO APPEARANCE NOTED (Scandinavian)
    NO APPEARANCE NOTED(Singapore Airlines & Air Cargo)
    NO APPEARANCE NOTED (South African Airways)
    NO APPEARANCE (Thai Air)
    NO APPEARANCE NOTED  (Sanfilippo)
    NO APPEARANCE NOTED (Foucault)
    NO APPEARANCE (Graber)
    NO APPEARANCE (Moreau)
    NO APPEARANCE (Packer)
    NO APPEARANCE (McCaffery)

*Not all attorneys in attendance may have signed in.