UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IN RE

AIR CARGO SHIPPING SERVICES
ANTITRUST LITIGATION

MDL No. 1775

Case No. 06-MD-1775 (JG) (VVP)

**PLEASE TAKE NOTICE** that Joyce W. Y. Tam of the law firm Kirkland & Ellis LLP appears in this case as counsel for: EVA Airways Corporation.

I certify that I am admitted to practice in the Eastern District of New York.

Joyce W.Y. Tam
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Dated:  April 28, 2014

/s/ Joyce W.Y. Tam
Joyce W.Y. Tam (JT3683)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
joyce.tam@kirkland.com
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Tammy A. Tsoumas (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, California 90071
tammy.tsoumas@kirkland.com
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

James H. Mutchnik, P.C. (Admitted *Pro Hac Vice*)

**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, Illinois 60654
james.mutchnik@kirkland.com
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendant EVA Airways Corporation*