**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**
OFFICE OF THE CLERK
THURGOOD MARSHALL COURTHOUSE
40 CENTRE STREET- ROOM 150
NEW YORK, N.Y. 10007
212 857-8500

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ APR 28 2014 ★
BROOKLYN OFFICE

ROBERT A. KATZMANN
  CHIEF JUDGE

CATHERINE O'HAGAN WOLFE
  CLERK

April 21, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza East
Brooklyn, N.Y. 11201
Attn: Appeals

      Re: Wedington v. Japan Airlines
      Dkt.No: 11-cv-3067

Dear Appeals Clerk:

    The enclosed are Pro se NOA papers, was first received in our court on March 31, 2014 and mistakenly sent to the U.S. Court of Appeals.

    In accordance with **Rule 4(d) of the Federal Rules of Appellate Procedure,** I have noted thereon the date it was received, and transmit it to you for filing. In the event that this notice of appeal was also filed directly with you, it need not be filed again.

                                        CATHERINE O'HAGAN WOLFE,
                                        Clerk of the Court

                          By: *[signature]*
                              Richard Alcantara
                              Administrative Manager

Enc.

cc: Calvin S. Wedington

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

CALVIN S. WEDINGTON, 18915-037
PLAINTIF PRO-SE,

VS.

JAPAN AIRLINES INTERNATIONAL,
AMERICAN AIRLINES,
AMR CORPORATION,
    DEFENDANTS.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ APR 28 2014 ★
BROOKLYN OFFICE

SENT TO COURTHOUSE FOR
06MDL1775(J. GLEESON) RELATED CASE:
11-CV-3067(BMC)

NOTICE OF APPEAL

NOTICE is hereby given that the below signed file's pro se his NOTICE OF APPEAL IN THE ABOVE NUMBERED AND TITLED MATTER, PURSUANT TO RULES 3 & 4 of F.R.A.P., to the 2nd NO A Circuit Court of Appels, from the final ORDER of the district court, dated March 10, 2014 and signed by Judge COGAN. (SEE attached) ON JUNE 29, 2011 (IN RELATIONShip TO 06 MDL 1775)

Now for some reason these people seem to be jerking my string or pulling an obstruction of justice in litigating case 06MDL1775. The first issue is that Judge Gleeson is refusing to correct the suit of a cargo plane crash crashing versus two passenger planes crashing. For some reason, the courts don't want the issue going thru that there may have been a few pieces of cargo(freight) in the hold of the crafts but it was a passenger jet full if not three quarters full of people(human cargo). the aRilines hasn't apologize or made a monetary showing of condolences for the pain and suffering that the passengers went thru.

Second, the court is willing to rule on whether or not two million should go to four lawyer who were appointed by the court via title 18 USC 3006(A). (I believe but aren't sure). I hired Wright C. Siskind, LLP and Liebman Et. Associes both Canadian attorney's. JUst to keep America from bitching the Atty's out for accepting my case. I didn't want no SHIT from any of you white American's.

I CAN SUBMIT INFORMA PAUPERIS PAPERS

page one

The legal fees were paid by the two Canadian lawyer's which in turn should be paid by the airlines at fault for the pilot error on miscalulating the fuel and range of the jet's. All the airlines want is <u>no blame to be placed</u> on the airlines itself. I shouldn't even have to APPEAL to your honorable courthouse to correct the caption and issues of it being a passenger jet's crashing instead of cargo planes. This issue has been on going since <u>October 21, 2010.</u>.With no end in sight for the settlement and letter of apology. I'm hurt physically and on top of that have to fight an old prison charge that keeps getting opened up an **WEDINGTON** being called schzophrenic because of his employment at NSA(National Security Agency) with visions of granduer for being an American signal analyst and decoder. Question????? Where is my reovcation right to a hearing or trial on a new charge this about the fourth time that a **WEDINGTON OF ONE NAME OR ANOTHER HAS BEEN GIVEN A MURDER THAT HE DIDN'T COMMIT.** I'm not the Calvin that put the steel to a victim; but I still have to fight the correctional office's putting my picture and print card in the record file of the original C. Wedington. AT FMC BuTNER.

I asking for a jury trial and damages from both airlines to cover my pain and grief of lost family members whose funeral's I haven't been able to get some closure on. Mom's and Pop and one sister that I did get to bury.

The third issue is plaintiff has not even put the Federal Bureau of Prisons in his caption against the document of 06MDL1775 with Judge Gleeson. Plaintiff is asking this court of appeals to investigate because the Lawyers have said I'm not even a class member and I'm the one who started the suit with the Canadian lawyers representing me in New York. None of the appointed lawyers answered my letters to them but Plaintiff wrote the Judge GLEESON and got one answer finally.

Dated:

TRYING TO GET CORRECTIONS TO 06 MDL 1775 CARGO VS. PASSENGERS JET'S I SHOULDN'T HAVE TO PAY FILING (2) FEES OF ANY KIND THE DEFENDANTS SHOULD PAY

Respectfully submitted,
Calvin Wedington Sr.
Calvin Wedington, Sr.
Federal Medical Center
2110 E. Center St. PMB 4000
Rochester, MN 55903-4000