UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

CALVIN S. WEDINGTON, 18915-037
    PRO-SE PETITIONER,

VS.

JAPAN AIRLINES INTERNATIONAL, LTD.
AMERICAN AIRLINES AND
AMR CORPORATION

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ APR 28 2014 ★
BROOKLYN OFFICE

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAR 10 2014 ★
BROOKLYN OFFICE

MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, CALVIN S. WEDINGTON, 18915-037 PRO-SE, AND HEREBY PETITIONS THIS HONORABLE COURT FOR APPOINTMENT OF COUNSEL PURSUANT TO TITLE 18 USC§3006(A) OF THE CIVIL PROCEDURE MANUAL.

PETITIONER STATES FOR THE RECORD THAT LEGAL FEES SHOULD BE CHARGED TO THE AIRLINES FOR GROSS NEGLIGENCE AND PILOT ERROR IN CALCULATION DISTANCE OBTAINABLE BY AIR CRAFT WITH A FULL TANK OF FUEL. SAID AIRLINES PLANES RAN OUT OF FUEL AS THEY WERE APPOACHING THE TERMINAL AT ANCHORAGE, ALASKA JUST CROSSING THE FRONT OF THE TARMAC RUNWAY AND SLAMMED DOWN TO THE GROUND. (AA AIRLINES)

JUDGE GLEESON WAS HANDLING THE SUIT FILED PREVIOUSLY BUT DID NOT STIPULATE THAT THE PLANES IN QUESTION WERE PASSENGER AIRLINES AND NOT CARGO PLANES AS THE COURT PLACED IN SUIT 06-CV-1775 MASTER DOCKET. PETITIONER ALSO STATES THAT PETITIONER WAS REMOVED FROM THE DOCKET AS A CLASS MEMBER AFTER HIS CLAIM FORM HAD BEEN ACCEPTED BY THE TRUST ADMINISTRATOR AND COURT'S.

RESPECTFULLY SUBMITTED IN GOOD FAITH AND TRUST,

*Calvin R. Wedington* 3-6-2014
CALVIN SCOT WEDINGTON 18915-037
FEDERAL MEDICAL CENTER WESTRICT BLDG.
2110 E. CENTER ST. PMB 4000 125-W
ROCHESTER, MN 55903-4000