UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAR 10 2014 ★
BROOKLYN OFFICE

CALVIN S. WEDINGTON, 18915-037
    PLAINTIFF PRO-SE,

VS.

JAPAN AIRLINES AND
AMERICAN AIRLINES,
AMR CORPORATION,
DEFENDANTS.

DOCKET NUMBER: 06 MDL 1775

MOTION FOR DAMAGES FROM AIRPLANE CRASHES
VIA TITLE 42 USC §1983

    COMES NOW, CALVIN SCOTT WEDINGTON, PRO-SE WHO DOES BRING SUIT IN THIS HONORABLE COURT FOR INJURIES SUSTAINED WHEN TWO PASSENGER JETS RAN OUT OF FUEL WHILE TRYING TO LAND AT ANCHORAGE, ALASKA (THE AMERICAN AIRLINES(AA) AND WHILE THE JAPAN AIRLINES PLANE WAS TRYING TO LAND AT OKINAWA, JAPAN.

    PLAINTIFF SUFFERED NUMEROUS INJURIES TO HIS LEFT THIGH, NECK, LOWER BACK REGION, AND RIGHT LOWER LEG FROM THE IMPACT OF THE PLANES WITHIN TWO DAYS OF EACH CRASH.(BACK TO BACK CRASHES IN LESS THAN A WEEK)

    PLAINTIFF, STATES FOR THE RECORD THAT THE PLANES WERE PASSENGER PLANES AND NOT CARGO HAULING PLANES WITH ALMOST FULL SEATING FILLED. I'M FILEING FOR MY SELF ONLY IN THIS INSTANT AND TIME. PLAINTIFF SEEKS DAMAGES IN EXCESS OF 500 MILLION AND DESIRES A JURY TRIAL TO SETTLE WITH THE ISSUES FOR GROSS NEGLIGENCE AND PILOT ERROR IN THE FUEL CALCULATION FOR THE EXTRA LONG FLIGHT TO JAPAN AND THE RETURN FLIGHT ON AMERICAN AIRLINES TO THE USA, ALASKA RE-FUELING STOP AND CONTINUING TO BALTIMORE.(FINAL DESTINATION) FUEL TRUCK TANGERS USUALLY DO NOT FILL THE TANKS TO THE BRIM ON ANY GIVEN OCCASION OF NORMAL FLIGHT PROCEDURES.

    PLAINTIFF WAS RELEASED BY THE COURTS AND WAS NOT AN EXCAPE PRISONER OR EVEN AFFILIATED WITH THE FEDERAL BUREAU OF PRISONS(NOT ON REPORTING STATUS). MY TICKET STUB AND ENVELOPE WAS HANDED TO JUDGE GLEESON WHEN ISSUES WERE FIRST PRESENTED TO THE COURTS.

    RESPECTFULLY SUBMITTED IN GOOD FAITH AND TRUST,

*Calvin Wedington*
CALVIN S. WEDINGTON, 18915-037-MARCH 4, 2014]