UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | Case No. 06-MD-1775 (JG) (VVP) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: **EVA Airways Corporation**.


Dated: May 13, 2014  /s/ Mark F. Schottinger
Mark F. Schottinger (*Admitted Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
655 Fifteenth Street, NW
Washington, DC 20005
Telephone: (202) 879-5934
Facsimile: (202) 654-9568
mark.schottinger@kirkland.com

Tammy A. Tsoumas (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
333 South Hope Street
Los Angeles, California 90071
tammy.tsoumas@kirkland.com
Telephone: (213) 680-8400
Facsimile: (213) 680-8500


James H. Mutchnik, P.C. (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, Illinois 60654
james.mutchnik@kirkland.com

Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Joyce W. Y. Tam
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joyce.tam@kirkland.com


*Attorneys for Defendant*
*EVA Airways Corporations*