**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | Master File 06-MD-1775 (JG) (VVP)<br><br>**ORAL ARGUMENT WILL BE ON A DATE AND AT A TIME TO BE DESIGNATED BY THE COURT** |

THIS DOCUMENT APPLIES TO:
ALL ACTIONS

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**
**ON THE ISSUES OF DE FACTO MERGER AND MERE CONTINUATION**
**BY DEFENDANT POLAR AIR CARGO WORLDWIDE, INC.**

PLEASE TAKE NOTICE THAT defendant Polar Air Cargo Worldwide, Inc. ("PACW"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves for summary judgment on all claims against the PACW in Plaintiffs' First Consolidated Amended Complaint, and for such other and further relief as the Court deems just and proper. The grounds for the motion are set forth in more detail in PACW's accompanying Memorandum of Law in Support of its Motion for Summary Judgment on the Issues of De Facto Merger and Mere Continuation and the supporting declarations and exhibits.

Oral argument on PACW's motion shall be on a date and at a time to be designated by the Court.

Date April 24, 2015                             Respectfully submitted,


                                                /s/ *Harvey J. Wolkoff*
                                                HARVEY J. WOLKOFF
                                                GREGORY L. DEMERS
                                                DAVID A. YOUNG
                                                ROPES & GRAY LLP
                                                Prudential Tower
                                                800 Boylston Street
                                                Boston, MA  02199-3600
                                                Tel:    617-951-7000
                                                *Counsel for Atlas Air Worldwide Holdings, Inc.,*
                                                *Polar Air Cargo, LLC, and Polar Air Cargo*
                                                *Worldwide, Inc.*

## **CERTIFICATE OF SERVICE**

I, David A. Young, hereby certify that on April 24, 2015, a true and correct copy of the foregoing motion was served on the following via ECF:

Robert N. Kaplan, Esq.
Gregory K. Arenson, Esq.
Gary L. Specks, Esq.
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980
rkaplan@kaplanfox.com
garenson@kaplanfox.com
gspecks@kaplanfox.com

Michael D. Hausfeld, Esq.
William P. Butterfield, Esq.
Brent W. Landau, Esq.
Hilary K. Scherrer, Esq.
Melinda Coolidge, Esq.
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, D.C. 20006
(202) 540-7200
mhausfeld@hausfeld.com
wbutterfield@hausfeld.com
blandau@hausfeld.com
hscherrer@hausfeld.com
mcoolidge@hausfeld.com

Howard J. Sedran, Esq.
Austin Cohen, Esq.
Keith J. Verrier, Esq.
LEVIN, FISHBEIN, SEDRAN &BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500
hsedran@lfsblaw.com
acohen@lfsblaw.com
kverrier@lfsblaw.com

Hollis L. Salzman, Esq.
Meegan Hollywood, Esq.
ROBINS, KAPLAN, MILLER & CIRESI LLP
601 Lexington Avenue, Suite 3400
New York, New York 10022-4611
(212) 980-7400
hsalzman@rkmc.com
mfhollywood@rkmc.com

        /s/ *David A. Young*
        David A. Young