UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | 06-MD-1775 (JG) (VVP)<br><br>**ORAL ARGUMENT WILL BE ON A DATE AND AT A TIME TO BE DESIGNATED BY THE COURT** |

THIS DOCUMENT APPLIES TO:
ALL ACTIONS

## NOTICE OF MOTION FOR SUMMARY JUDGMENT ON ISSUES OF ALTER EGO AND AGENCY BY DEFENDANT ATLAS AIR WORLDWIDE HOLDINGS, INC.

PLEASE TAKE NOTICE THAT defendant Atlas Air Worldwide Holdings, Inc. ("AAWW"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves for summary judgment on all claims against AAWW in Plaintiff's First Consolidated Amended Complaint, and for such other and further relief as the Court deems just and proper. The grounds for the motion are set forth in more detail in the AAWW's accompanying Memorandum of Law in Support of its Motion for Summary Judgment and the supporting declarations and exhibits.

Oral argument on the AAWW's motion shall be on a date and at a time to be designated by the Court.

-2-

Dated April 24, 2015            Respectfully submitted,

                                       */s/ Harvey J. Wolkoff*
                                       HARVEY J. WOLKOFF
                                       GREGORY L. DEMERS
                                       DAVID A. YOUNG
                                       ROPES & GRAY LLP
                                       Prudential Tower
                                       800 Boylston Street
                                       Boston, MA  02199-3600
                                       Tel:    617-951-7000
                                       *Counsel for Atlas Air Worldwide Holdings, Inc., Polar Air Cargo, LLC, and Polar Air Cargo Worldwide, Inc.*

-3-

## CERTIFICATE OF SERVICE

I, David A. Young, hereby certify that on April 24, 2015, a true and correct copy of the foregoing motion was served on the following via ECF:

Robert N. Kaplan, Esq.
Gregory K. Arenson, Esq.
Gary L. Specks, Esq.
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980
rkaplan@kaplanfox.com
garenson@kaplanfox.com
gspecks@kaplanfox.com

Michael D. Hausfeld, Esq.
William P. Butterfield, Esq.
Brent W. Landau, Esq.
Hilary K. Scherrer, Esq.
Melinda Coolidge, Esq.
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, D.C. 20006
(202) 540-7200
mhausfeld@hausfeld.com
wbutterfield@hausfeld.com
blandau@hausfeld.com
hscherrer@hausfeld.com
mcoolidge@hausfeld.com

Howard J. Sedran, Esq.
Austin Cohen, Esq.
Keith J. Verrier, Esq.
LEVIN, FISHBEIN, SEDRAN &BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500
hsedran@lfsblaw.com
acohen@lfsblaw.com
kverrier@lfsblaw.com

Hollis L. Salzman, Esq.
Meegan Hollywood, Esq.
ROBINS, KAPLAN, MILLER & CIRESI LLP
601 Lexington Avenue, Suite 3400
New York, New York 10022-4611
(212) 980-7400
hsalzman@rkmc.com
mfhollywood@rkmc.com

*/s/ David A. Young*
David A. Young