UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | Master File 06-MD-1775 (JG) (VVP)<br><br>THIS DOCUMENT RELATES TO:<br>All Actions |

### PLAINTIFFS' NOTICE OF MOTION FOR SUMMARY JUDGMENT ON THE ACT OF STATE DEFENSE

PLEASE TAKE NOTICE THAT, upon the Declaration of Gary L. Specks in Support of Plaintiffs' Summary Judgment Motions, dated April 24, 2015 ("Specks Dec."), Plaintiffs' Local Civil Rule 56.1 Statement on Their Motion for Summary Judgment on the Act of State Defense, Plaintiffs' Memorandum in Support of Summary Judgment on the Act of State Defense, and all other papers and proceedings in this action, plaintiffs move this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for entry of judgment in their favor on the act of state affirmative defense asserted by Polar Air Cargo LLC, Polar Air Cargo Worldwide Inc., Atlas Air Worldwide Holdings Inc. (collectively "Polar"), Air India Ltd. ("Air India").[1]

Defendants Air New Zealand Ltd. ("Air New Zealand") and Air China Ltd. and Air China Cargo Co. Ltd. (together "Air China") have not asserted the affirmative defense that is the subject of this motion in their answers to plaintiffs' complaint[2] and have, accordingly, waived that defense. Should this Court find no waiver, plaintiffs request the Court to treat this motion as addressed to Air New Zealand and Air China as well.

---

[1] *See* ECF No. 1002 at 28 and Order of April 13, 2011 (Polar) (Specks Dec. Exhibits 1 and 2), and 1:10-cv-00639-JG-VVP, ECF No. 77 at 6-7 (Air India) (Specks Dec. Exhibit 3).
[2] *See* ECF No. 1001 (Air China) and ECF No. 1008 (Air New Zealand) (Specks Dec. Exhibits 4 and 5).

Dated: April 24, 2015

Robert N. Kaplan
Gregory K. Arenson
Elana Katcher
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980

Gary L. Specks
KAPLAN FOX & KILSHEIMER LLP
423 Sumac Road
Highland Park, IL 60035
(847) 831-1585

By: /s/ Robert N. Kaplan

Howard J. Sedran
Austin Cohen
Keith J. Verrier
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street
Philadelphia, PA 19106
(215) 592-1500

By: /s/ Howard J. Sedran

Respectfully Submitted,

Hollis L. Salzman
Meegan F. Hollywood
ROBINS KAPLAN LLP
601 Lexington Avenue, Suite 3400
New York, NY 10022
(212) 980-7400

By: /s/ Hollis L. Salzman

Michael D. Hausfeld
Brent W. Landau
Hilary K. Scherrer
Melinda Coolidge
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
(202) 540-7200

By: /s/ Michael D. Hausfeld