## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | 06-MD-1775 (JG) (VVP)<br><br>**ORAL ARGUMENT WILL BE ON A DATE AND AT A TIME TO BE DESIGNATED BY THE COURT** |

THIS DOCUMENT APPLIES TO:
ALL ACTIONS

## NOTICE OF MOTION FOR SUMMARY JUDGMENT
## WITH RESPECT TO PLAINTIFFS' FUEL SURCHARGE CLAIMS BY
## <u>DEFENDANT POLAR AIR CARGO, LLC</u>

PLEASE TAKE NOTICE THAT defendant Polar Air Cargo, LLC ("Polar"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves for summary judgment on Plaintiffs' fuel surcharge claims against Polar in Plaintiff's First Consolidated Amended Complaint, and for such other and further relief as the Court deems just and proper. The grounds for the motion are set forth in more detail in the Polar's accompanying Memorandum of Law in Support of its Motion for Summary Judgment and the supporting declarations and exhibits.

Oral argument on the Polar's motion shall be on a date and at a time to be designated by the Court.

- 2 -

Date April 24, 2015                                    Respectfully submitted,

/s/ *Harvey J. Wolkoff*
HARVEY J. WOLKOFF
GREGORY L. DEMERS
DAVID A. YOUNG
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
Tel:     617-951-7000
*Counsel for Atlas Air Worldwide Holdings, Inc., Polar Air Cargo, LLC, and Polar Air Cargo Worldwide, Inc.*

## CERTIFICATE OF SERVICE

I, David A. Young, hereby certify that on April 24, 2015, a true and correct copy of the foregoing motion was served on the following via ECF:

Robert N. Kaplan, Esq.
Gregory K. Arenson, Esq.
Gary L. Specks, Esq.
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980
rkaplan@kaplanfox.com
garenson@kaplanfox.com
gspecks@kaplanfox.com

Michael D. Hausfeld, Esq.
William P. Butterfield, Esq.
Brent W. Landau, Esq.
Hilary K. Scherrer, Esq.
Melinda Coolidge, Esq.
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, D.C. 20006
(202) 540-7200
mhausfeld@hausfeld.com
wbutterfield@hausfeld.com
blandau@hausfeld.com
hscherrer@hausfeld.com
mcoolidge@hausfeld.com

Howard J. Sedran, Esq.
Austin Cohen, Esq.
Keith J. Verrier, Esq.
LEVIN, FISHBEIN, SEDRAN &BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500
hsedran@lfsblaw.com
acohen@lfsblaw.com
kverrier@lfsblaw.com

Hollis L. Salzman, Esq.
Meegan Hollywood, Esq.
ROBINS, KAPLAN, MILLER & CIRESI LLP
601 Lexington Avenue, Suite 3400
New York, New York 10022-4611
(212) 980-7400
hsalzman@rkmc.com
mfhollywood@rkmc.com

/s/ *David A. Young*
David A. Young