UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | Master File 06-MD-1775 (JG) (VVP)<br><br>**ORAL ARGUMENT WILL BE ON A DATE AND AT A TIME TO BE DESIGNATED BY THE COURT** |

THIS DOCUMENT APPLIES TO:
ALL ACTIONS

**NOTICE OF JOINT MOTION FOR PARTIAL SUMMARY
JUDGMENT WITH RESPECT TO PLAINTIFFS'
SECURITY SURCHARGE CLAIMS BY DEFENDANTS**

PLEASE TAKE NOTICE THAT defendants Atlas Air Worldwide Holdings, Inc., Polar Air Cargo, LLC, Polar Air Cargo Worldwide, LLC, Air China, Inc., Air China Ltd., Air India, Ltd., and Air New Zealand, Ltd. (together "Defendants"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby jointly move for partial summary judgment on Plaintiffs' security surcharge claims against Defendants in Plaintiffs' First Consolidated Amended Complaint, and for such other and further relief as the Court deems just and proper. The grounds for the motion are set forth in more detail in the Defendants' accompanying Memorandum of Law in Support of its Motion for Summary Judgment on Plaintiffs' Security Surcharge Claims and the supporting declarations and exhibits.

Oral argument on the Defendants' motion shall be on a date and at a time to be designated by the Court.

Date April 24, 2015                          Respectfully submitted,

                                             /s/ *Harvey J. Wolkoff*
                                             HARVEY J. WOLKOFF
                                             GREGORY L. DEMERS
                                             DAVID A. YOUNG
                                             ROPES & GRAY LLP
                                             Prudential Tower
                                             800 Boylston Street
                                             Boston, MA  02199-3600
                                             Tel:     617-951-7000
                                             *Counsel for Atlas Air Worldwide Holdings, Inc., Polar Air Cargo, LLC, and Polar Air Cargo Worldwide, Inc.*

ROSCOE C. HOWARD, JR.                        E. CHRISTOPHER MURRAY
MEENA T. SINFELT                             NATASHA MOSKVINA
LEASA ANDERSON                               RUSKIN MOSCOU FALTISCHEK, P.C.
BARNES & THORNBURG LLP                       East Tower, 15th Floor
1717 Pennsylvania Avenue N.W.                1425 RXR Plaza
Suite 500                                    Uniondale, NY 11556
Washington, D.C. 20006                       Tel: 516-663-6600
Tel:  202-289-1313

                                             *Counsel for Air India Ltd.*

*Counsel for Air New Zealand, Ltd.*

GEORGE N. TOMPKINS III
WILSON ELSER
MOSKOWITZ EDELMAN
& DICKER LLP
150 East 42nd Street
New York, NY 10017
Tel:  212-490-3000

*Counsel for Air China Limited and Air China Cargo Company Limited*

## CERTIFICATE OF SERVICE

I, David A. Young, hereby certify that on April 24, 2015, a true and correct copy of the foregoing motion was served on the following via ECF:

Robert N. Kaplan, Esq.
Gregory K. Arenson, Esq.
Gary L. Specks, Esq.
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980
rkaplan@kaplanfox.com
garenson@kaplanfox.com
gspecks@kaplanfox.com

Michael D. Hausfeld, Esq.
William P. Butterfield, Esq.
Brent W. Landau, Esq.
Hilary K. Scherrer, Esq.
Melinda Coolidge, Esq.
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, D.C. 20006
(202) 540-7200
mhausfeld@hausfeld.com
wbutterfield@hausfeld.com
blandau@hausfeld.com
hscherrer@hausfeld.com
mcoolidge@hausfeld.com

Howard J. Sedran, Esq.
Austin Cohen, Esq.
Keith J. Verrier, Esq.
LEVIN, FISHBEIN, SEDRAN &BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500
hsedran@lfsblaw.com
acohen@lfsblaw.com
kverrier@lfsblaw.com

Hollis L. Salzman, Esq.
Meegan Hollywood, Esq.
ROBINS, KAPLAN, MILLER & CIRESI LLP
601 Lexington Avenue, Suite 3400
New York, New York 10022-4611
(212) 980-7400
hsalzman@rkmc.com
mfhollywood@rkmc.com

/s/ *David A. Young*
David A. Young