UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | Master File 06-MD-1775 (JG) (VVP)<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS CLAIMS FOR FAILURE TO PROVE ANTITRUST DAMAGES AND FOR DAMAGES BARRED BY THE STATUTE OF LIMITATIONS** |

PLEASE TAKE NOTICE that Pursuant to Fed. R. Civ. P. 56(a), Air New Zealand Ltd. respectfully moves this court for an entry of summary judgment in its favor dismissing all of Plaintiffs' claims as a matter of law.

Dated: April 24, 2015

                                                     Respectfully submitted,

                                                     */s/ Roscoe C. Howard, Jr.*
                                                     Roscoe C. Howard, Jr.
                                                     Meena T. Sinfelt
                                                     Leasa W. Anderson
                                                     BARNES & THORNBURG LLP
                                                     1717 Pennsylvania Avenue, NW, Suite 500
                                                     Washington, D.C. 20006
                                                     Tel: (202) 371-6378

                                                   *Counsel for Air New Zealand, Ltd.*

## CERTIFICATE OF SERVICE

I, Roscoe C. Howard, Jr., hereby certify that on April 24, 2015, a true and correct copy of the following documents were served on all counsel of record via email:

1. Air New Zealand's Motion for Summary Judgment as to Plaintiffs' Claims;
2. Air New Zealand's Memorandum of Law in Support of Summary Judgment; and
3. Air New Zealand's Local Rule 56.1 Statement.

/s/
*Roscoe C. Howard, Jr.*