UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | **Master File No. 06-MD-1775 (BMC)**<br><br>**ALL CASES** |

PLAINTIFFS' NOTICE OF MOTION TO AUTHORIZE
ADDITIONAL DISTRIBUTION OF AIR CARGO 2, AIR CARGO 3, AIR CARGO 4,
AND AIR CARGO 5 SETTLEMENT FUNDS

PLEASE TAKE NOTICE THAT, upon the Declaration of Lori L. Castaneda Regarding Residual Funds and Additional Installments Available for Distribution, dated March 7, 2018 ("Castaneda Declaration") and the Memorandum in Support of Plaintiffs' Motion to Authorize Additional Distribution of Air Cargo 2, Air Cargo 3, Air Cargo 4, and Air Cargo 5 Settlement Funds, dated March 8, 2018, Plaintiffs will move this Court on a date and time to be set by the Court, before the Honorable Brian M. Cogan, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, pursuant to Rule 23 of the Federal Rules of Civil Procedure, to enter an order authorizing additional distribution of Air Cargo 2, Air Cargo 3, Air Cargo 4, and Air Cargo 5 settlement funds in accordance with the recommendations in the Castaneda Declaration.

Oral argument on this motion, if any, will be held on a date and time set by the Court.

Dated:   March 8, 2018

| | |
|---|---|
| Robert N. Kaplan<br>Gregory K. Arenson<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue, 14th Floor<br>New York, NY  10022<br>(212) 687-1980<br><br>Gary L. Specks<br>KAPLAN FOX & KILSHEIMER LLP<br>423 Sumac Road<br>Highland Park, IL 60035<br>(847) 831-1585<br><br>By:  */s/ Robert N. Kaplan* | Michael D. Hausfeld<br>Brent W. Landau<br>Hilary K. Scherrer<br>Melinda R. Coolidge<br>HAUSFELD LLP<br>1700 K Street, N.W., Suite 650<br>Washington, DC  20006<br>(202) 540-7200<br><br>By:  */s/ Michael D. Hausfeld* |
| Hollis Salzman<br>Meegan Hollywood<br>ROBINS KAPLAN LLP<br>399 Park Avenue, Suite 3600<br>New York, NY  10022<br>(212) 980-7400<br><br>By:  */s/ Hollis L. Salzman* | Howard J. Sedran<br>Austin B. Cohen<br>Keith J. Verrier<br>LEVIN, SEDRAN & BERMAN<br>510 Walnut Street<br>Philadelphia, PA 19106<br>(215) 592-1500<br><br>By:  */s/ Howard J. Sedran* |

*Class Counsel*