
Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY 10022
phone 212.687.1980
fax 212.687.7714
email mail@kaplanfox.com
www.kaplanfox.com

January 23, 2019

VIA ECF

Honorable Brian M. Cogan
United States District Judge
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201-1818

    Re:    *In re Air Cargo Shipping Services Antitrust Litigation*,
            1:06-MD-1775-BMC-VVP

Dear Judge Cogan:

    We write in response to your order to show cause of January 22, 2019, why the following cases cannot be closed in light of *cy pres* distribution authorized on December 19, 2018 (ECF No. 2515): *Benchmark Export Services, Inc. v. British Airways, et al.*, 1:06-cv-1061-BMC-VVP; *FTS International Express Inc. v. Ace Aviation Holdings, Inc.*, 1:06-cv-3979-BMC-VVP; *R.1.Af. Logistics, Ltd. v. Scandinavian Airline Systems*, 1:06-cv-4009-BMC-VVP; *Volvo Logistics AB v. Ace Aviation Holdings, Inc., et al.*, 1:06-cv-5453-BMC-VVP; *SAT Sea & Air Transport, Inc. v. Ace Aviation Holdings, Inc., et al.*, 1:06-cv-5941-BMC-VVP; and *Benchmark Export Services, et al. v. China Airlines, Ltd., et al.*, 1:10-cv-639-BMC-VVP.

    Class plaintiffs know of no reason why these cases should not be closed. The *cy pres* distribution has been made, and the final administrative actions are being wrapped up.

                                    Respectfully yours,

                                    Gregory K. Arenson

GKA:sw

cc:    All Counsel of Record (via ECF)

NEW YORK, NY        LOS ANGELES, CA        SAN FRANCISCO, CA

MORRISTOWN, NJ        CHICAGO, IL

