UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                  :

IN RE
                                                :    **ORDER RECOMMENDING**
                                                :    **TERMINATION OF**
AIR CARGO SHIPPING SERVICES        :    **MULTIDISTRICT**
ANTITRUST LITIGATION                      :    **LITIGATION**
                                                :
                                                :    06-MD-1775 (BMC)
MDL No. 1775                                       :
                                                :    THIS DOCUMENT RELATES
                                                :    TO: All Actions
                                                :
------------------------------------------------------------ X

**COGAN**, District Judge.

In June 2006, the Judicial Panel on Multidistrict Litigation ("JPML") assigned these cases to Judge Amon of the Eastern District of New York, which were subsequently reassigned to Judge Gleeson on May 23, 2007.

Besides discovery and motion practice at the pleadings and summary judgment phase, much of the activity in these cases has consisted of hearing, scrutinizing, and approving different settlement agreements. Judge Gleeson conducted a number of fairness hearings and granted final approval of the related settlement agreements between plaintiffs and various defendants. Judge Gleeson also authorized distributions from the Air Cargo 2, Air Cargo 3, Air Cargo 4, and Air Cargo 5 settlement funds.

On July 10, 2015, Judge Gleeson adopted the Report and Recommendation of Magistrate Judge Pohorelsky and certified a class of purchasers of airfreight shipping services from defendants for shipments to or from the United States.

Following Judge Gleeson's retirement, on February 4, 2016, these cases were assigned to this Court. Since that time, the Court has continued to hear and approve settlement agreements, and on March 26, 2018, the Court authorized a substantial distribution of the Air Cargo 2, Air

Cargo 3, Air Cargo 4, and Air Cargo 5 settlement funds.  Finally, on December 19, 2018, the Court authorized the final distribution of settlement funds, which included a payment for administrative costs and a small *cy pres* distribution of unallocated funds to the International Federation of Freight Forwarders Associations.

As it stands, the Court has six cases presently pending in the MDL, which plaintiffs' counsel agree can be closed in light of the final distribution of settlement funds.

The Court, therefore, recommends the JPML terminate this multidistrict litigation proceeding and the Clerk of Court close this matter, subject to the Court's continuing jurisdiction to enforce its orders, handle any matters related to the final settlement distributions, or address any other miscellaneous issues necessary to complete the administration of these cases.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: Brooklyn, New York<br>        January 25, 2019 | U.S.D.J. |